# EXHIBIT A

# MANAGEMENT AGREEMENT

This MANAGEMENT AGREEMENT is made and entered into as of this 1st day of March, 2016, by and between BORREGO COMMUNITY HEALTH FOUNDATION ("BCHF"), a California Non-Profit Corporation, and PREMIER HEALTH CARE MANAGEMENT, INC. ("PHCM"), a California Corporation.

## RECITALS

WHEREAS, BCHF is a 501(c)(3) non-profit public benefit corporation, organized under the laws of the State of California and is licensed to operate Federally Qualified Health Centers ("FQHC"). BCHF currently operates FQHCs throughout Riverside, San Bernardino and San Diego Counties. The FQHCs provide comprehensive primary and specialty care according to the scope of services as approved by the Bureau of Primary Health Care ("BPHC") within the United States Department of Health and Human Services ("DHHS"). The approved scope includes performance of primary dental services;

WHEREAS, BCHF desires to contract with PHCM to obtain various management services relating to BCHF's Contract Dental Program, whereby BCHF contracts with private dental practices to provide covered dental services to BCHF patients ("Participating Patients"); and

WHEREAS, PHCM desires to contract with BCHF to provide those management services.

NOW, THEREFORE, in consideration of the recitals, covenants, conditions and promises herein contained, the parties agree as follows:

1. **DUTIES AND SERVICES**

    A. BCHF agrees and covenants:

    i. To take actions as necessary to meet its obligations under any existing and/or future agreements with contract dentists or other professionals performing contract dental services for BCHF ("Dental Agreements").

    ii. BCHF shall maintain a Care Coordinator Specialist and Dental Director as set forth in the Dental Agreements and shall notify PHCM of the name and contact information for each position.

    iii. Where required under the Dental Agreements and this Agreement, BCHF shall cooperate and timely provide PHCM with all required information to allow PHCM to timely fulfill all of its obligations under this Agreement. BCHF shall provide PHCM access to its Electronic Health Records ("EHR") to allow PHCM to determine if a particular patient is a "Participating Patient" as that term is defined in the Dental Agreements.

    iv. BCHF shall timely and fully bill the appropriate payor for payment of all dental services performed by dentists under the Dental Agreements.

    v. BCHF shall be responsible for and shall timely pay all sums owing to dentists under any Dental Agreements providing PHCM with a copy of all such payments.

    vi. Comply with all guidelines, laws and regulations which govern transactions and security of electronic health records and other patient information.



EXHIBIT A

PAGE 156

      vii. Provide feedback on PHCM's proposed contract dental services management plan and work diligently with PHCM to determine mutually agreeable terms for any such management plan.

      viii. To coordinate with PHCM regarding quality management/peer review and compliance with terms of Dental Agreements.

      ix. To provide copies of all Dental Agreements between BCHF and contract dental service providers to PHCM.

      x. To be financially responsible for the following:

1. All fees due and payable to contract dentists and other contract dental service providers for services provided under any Dental Agreements.

2. Cost of all insurance policies in the name of BCHF, as required by this agreement.

3. All fees due PHCM under the terms of this Agreement.

B. PHCM agrees and covenants:

      i. To provide the managerial and other related services to BCHF as described in Exhibit "A", attached hereto and incorporated herein by reference, in furtherance of BCHF's contract dental programs. The duties listed on Exhibit "A" are considered by both parties to be material components of this Agreement. Any breach of such duties will be considered a material breach of this Agreement.

      ii. Comply with all guidelines, laws and regulations which govern transactions and security of electronic health records and other patient information.

2. **COMPENSATION AND BILLING**

A. <u>Compensation.</u> In consideration for the services to be provided by PHCM pursuant to this agreement as described in Exhibit "A" and as reasonably contemplated thereby, BCHF shall compensate PHCM the sum of five dollars ($5.00) per visit for the first 8,000 participating patient visits to any contract dentist pursuant to any active Dental Agreement.

BCHF shall compensate PHCM the sum of twenty-five dollars ($25.00) per visit in excess of 8,000 visits for any calendar month.

For purposes of this section, a "patient visit" shall be a visit for which (i) PHCM provides BCHF with a complete and clean claim, including all pertinent treatment and demographic information; and (ii) for which BCHF receives payment from the appropriate payor for the participating patient visit.

B. <u>Billing.</u> PHCM shall bill BCHF monthly for its services and remit to BCHF a statement during each month. Payments contemplated under this agreement shall reflect services performed in the current month, not monthly in arrears unless otherwise mutually agreed to in writing. Payment of all monies due PHCM for its fees shall be paid on or before the 10th calendar day of each month.

C. PHCM, upon two (2) days written notice to BCHF, shall have the right to review, copy and audit if desired the billing and payment records relating to dental services under all



EXHIBIT A
PAGE 157

Dental Agreements. This right to review, copy and audit if desired shall include access to all electronic and paper copies of (i) all bills generated related to dental services under any Dental Agreement; (ii) all payments or funds received relating to dental services under any Dental Agreement including but not limited to any payments or funds received from patients or dentists.

3. **TERMS OF CONTRACT**

    A. Term. The term of this agreement shall be three (3) years commencing from the date of execution set forth above unless terminated pursuant in accordance with this agreement.

    B. Termination. This Agreement may be terminated by either party, without cause, by either party providing the other party with one-hundred eighty (180) days written notice.

    C. Termination for Cause. Either party may terminate this agreement for cause. Cause shall be considered the failure of either party to perform, keep or fulfill any material covenant, undertaking, obligation, or condition set forth in this agreement and the continuance of any such default for a period of thirty (30) days after written notice of such failure.

    Notwithstanding the foregoing, BCHF shall be entitled to terminate this Agreement immediately, with or without notice, upon determination by the Health Resources and Services Administration ("HRSA") or any other federal or state agency with regulatory or advisory authority over BCHF that this Agreement violates any rule or program requirement pertaining to a FQHC.

    D. Renewal. This agreement will automatically renew on the third anniversary for an additional three (3) years under the same terms and conditions as at the renewal date.

4. **ASSIGNMENT**

    Neither PHCM nor BCHF may assign its rights or obligations under this agreement without the prior written consent of the other party.

5. **INDEPENDENT CONTRACTORS**

    PHCM and BCHF are independent contracting parties and the relationship between them is that of independent contractors. Nothing in this agreement shall be construed to create a principal-agent, employer-employee, master-servant or any relationship other than that of independent contractors.

6. **INDEMNITY**

    PHCM shall defend, indemnify and hold BCHF free and harmless from any obligations, costs, claims, judgments, attorney's fees, or attachments arising from PHCM's negligence in the performance of the services contemplated under this Agreement.

7. **INSURANCE**

    A. Each Party, at its sole cost and expense, will obtain and maintain in full force and effect during the term of this Agreement, and all renewals and extensions thereof, comprehensive general liability insurance covering the Party, its employees, agents, servants, and independent contractors, against loss in the nature of fire, theft, business interruption, general liability, and negligence, with a minimum liability limit of Two




       Million Dollars ($2,000,000) per occurrence and Two Million Dollars ($2,000,000) in the annual aggregate. Each Party shall provide the other Party with written notice at least thirty (30) days prior to any cancellation or amendment of the Party's policy.

    B. Each Party shall, at its sole cost and expense, obtain and maintain in full force and effect during the term of this Agreement, and all renewals and extensions thereof, workers' compensation insurance as required by the laws of the State of California.

8. **MISCELLANEOUS PROVISIONS**

    A. This Agreement shall be upheld in accordance with the laws of the State of California.

    B. Notices to either party shall be in writing and sent by registered or certified mail, addressed to the party at the addresses set forth at the conclusion of this agreement. Any notice given in accordance with this Section shall be effective upon the receipt of said notice or five (5) calendar days following haven given said notice, whichever is earlier. Notice shall be given as follows:

| | |
|---|---|
| If to BCHF: | Borrego Community Health Foundation<br>P.O. Box 2369<br>Borrego Springs, CA   920004<br>Attn: Bruce Hebets<br>Fax:  (760) 767-1135<br>Email:  bhebets@borregomedical.org |
| Copy of notices to: | Borrego Community Health Foundation<br>P.O. Box 2369<br>Borrego Springs, CA   920004<br>Attn: Mikia Wallis, Chief Legal Officer<br>Fax:  (858) 634-6989<br>Email: mwallis@borregomedical.org |
| If to PHCM: | Premier Health Care Management, Inc.<br>124 Main Street, Suite 240<br>El Cajon, CA 92020<br>Fax: (619) 444-8597<br>Attn:  Daryl R. Priest<br>Email: daryl@priesthomes.com |
| Copy of notices to: | Fitch Law Firm, APC<br>Stephen J. Fitch, Esq.<br>3465 Camino Del Rio South, Ste. 250<br>San Diego, CA 92108<br>Telephone No. (619) 282-8100<br>Email: steve@fitchlawfirm.com |

    C. This agreement may not be modified except by written amendment signed by both parties.

    D. If any provision of this agreement shall be determined to be illegal or invalid for any reason, the remaining provisions shall continue in full force and effect unless the illegality or invalidity prevents the accomplishments of the objectives and purposes of



this agreement.

E. This agreement will be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

F. The headings contained in this agreement are for reference purposes only and shall not affect the meaning or interpretation of this agreement.

G. If any action at law or in equity is necessary to enforce or interpret the terms of this agreement, the prevailing party in any such action shall be entitled to payment of its reasonable attorney's fees and costs from the other party.

H. Each party to this agreement warrants, authorizes, and represents that the individual executing this agreement is acting within the course and scope of their employment, is authorized to enter this agreement, and has the authority to bind the business entity by executing this agreement.

I. All parties shall comply with all applicable laws, ordinances, codes and regulations of federal, state, and local governments.

J. No waiver of any of the provisions of this Agreement shall constitute a waiver of any other provision of this agreement. No waiver shall be considered binding unless executed by the parties.

K. This is a wholly integrated Agreement. This Agreement sets forth the entire agreement between all parties with regard to the subject matter hereof. No other agreements, covenants, representations, or warranties, express or implied, oral or written, have been made by either party to the other with respect to the subject matter of this agreement. All prior and contemporaneous conversations, negotiations, possible and alleged agreements, and representations, covenants, and warranties, with respect to the subject matter hereof are hereby waived, merged herein and superseded hereby.

L. In order to perform functions as identified in Exhibit "A", and which are necessary to enable BCHF's compliance with all relevant privacy, security and other legal requirements, the parties hereby agree that PHCM is a Business Associate as defined in the appropriate regulations, as noted in Exhibit "B", executed by both parties and incorporated herein.

IN WITNESS WHEREOF, the Parties hereto have executed this agreement as set forth on the first page.

For BCHF:

_____
Bruce Hebets, CEO
Dated: 2-24-16

For PHCM:

_____
Daryl Priest, President
Dated: 2-24-16

## Exhibit "A"

## Scope of Management and Other Services of PHCM

The purpose of this list of services is to identify and delineate services to be provided by PHCM in furtherance of its duties under this agreement with BCHF concerning BCHF's contract dental program and care of BCHF's participating patients. PHCM shall provide any and all necessary staff, office space, information systems, and support services set forth below and all services reasonably contemplated as necessary to perform any such services.

I. CONTRACT DENTAL MANAGEMENT

   a. PROVIDER CONTRACTING

      i. Market and negotiate new Dental Agreements between BCHF and new Contract Dentists throughout the service areas in which BCHF operates FQHCs. Currently, BCHF operates FQHCs in Riverside, San Diego and San Bernardino Counties. Further, PHCM may market and negotiate new Dental Agreements in any other service area in which BCHF is otherwise authorized to provide dental services.
      ii. Amend current Dental Agreements at the direction of BCHF
      iii. Maintain files containing current and historical Dental Agreements
      iv. Track renewal dates of Dental Agreements.

   b. PROVIDER RELATIONS

      i. Maintain database of contract dental service providers and contract dental service provider demographics.
      ii. Monitor contract dental service providers' ability to speak additional languages
      iii. Provide contract dental service provider roster as necessary
      iv. Assist with development and updates of contract dental service provider manuals
      v. Produce and distribute contract dental service provider manuals
      vi. Provide ongoing communication, education, and training to contract dental service provider and their staffs regarding BCHF policies and procedures
      vii. Provide ongoing communication, education, and training to contract dental service provider and their staff regarding any changes in scope of services and fee schedules.
      viii. Provide telephone line for contract dental service provider inquiries
      ix. Answer contract dental service provider eligibility inquiries
      x. Answer contract dental service provider claims inquiries
      xi. Create and distribute administrative forms
      xii. Develop and distribute contract dental service provider newsletter

II. CLAIM MANAGEMENT

      i. PHCM shall obtain from contracted dentists such information relating to claims and submit the same to BCHF in a format that enables BCHF to

1



EXHIBIT A
PAGE 161

bill for such claims. As part of this service and based on a receipt of information from BCHF, PHCM shall monitor claims, billing and payment to dentists.

### III. MANAGEMENT INFORMATION SYSTEM

a. Provide a computerized management information system to process and store data pertaining to demographics of and services provided to Participating Patients;
b. Provide appropriate data security and, among other necessary functions:

   i. Restrict access to data security in compliance with applicable federal and state laws and regulations
   ii. Restrict access to data of participating patients
   iii. Restrict access to data by user and security classification
   iv. Compliance with HIPAA and any other regulations concerning participating patient data
   v. Provide physical security at all buildings that house data

c. Provide BCHF-maintained Web-based access to data for contract dental providers and their staff for its hardware, Internet connectivity and web-browsing for the following, but not limited functions:

   i. Claims inquiries
   ii. Claims submission
   iii. Eligibility inquiries
   iv. Authorization inquiries
   v. Authorization submission

d. Help Desk and Support

   i. Provide, maintain and support issues related to data access
   ii. Maintain all servers and network connections for PHCM systems
   iii. Provide and maintain all desktop systems/hardware at PHCM operations center(s)
   iv. Provide and maintain all software (including licensing and troubleshooting) at PHCM operations center(s)
   v. Provide training and support to contract dental service users and their staff remotely
   vi. Provide and maintain phone system for calls directed to PHCM operations center(s)

e. Remote System Access

   i. Provide remote access to management information system
   ii. Support remote access connectivity

### IV. QUALITY MANAGEMENT ("QM")

2




a. QM PLAN, POLICIES AND PROCEDURES

   i. Assist with the implementation of a QM plan after reviewing BCHF's operation of its contract dental services
   ii. Implement a standard QM Policy and Procedure Manual that meets appropriate standards and regulations
   iii. Resolve participating patient grievance and appeals issues as outlined in PHCM's QM plan

b. QM MEETINGS

   i. Schedule and prepare agenda, meeting minutes, and material for monthly QM Committee meetings
   ii. Attend QM Committee meetings
   iii. Coordinate and prepare for any contract dental program audits from any regulatory agencies

c. QM REPORTING

   i. Provide reports for QM Committee meetings
   ii. Provide reports as required for QM delegation reporting
   iii. Track and report participating patient grievance and appeals issues
   iv. Perform contract dental service provider surveys and report survey's findings
   v. Perform participating patient surveys and report survey's findings

V. PARTICIPATING PATIENT MANAGEMENT

   a. ELIGIBILITY VERIFICATION

      i. Reconcile eligibility data to load into management information system
      ii. Maintain participating patient eligibility database
      iii. Identify each participating patient by using established identification number
      iv. Assist with determination of participating patient eligibility for services prior to provision of services
      v. Maintain and track eligibility of services for each participating patient

   b. PARTICIPATING PATIENT SERVICES

      i. Provide telephone line for participating patient inquiries
      ii. Answer participating patient eligibility inquiries
      iii. Answer participating patient claims inquiries
      iv. Generate telephone tracking reports

VI. REPORTING – Data is reported on a per month basis and compared to BCHF and

3



EXHIBIT A
PAGE 163

industry benchmarks when available

    a. Patient and Encounter information as required to be reported in the aggregate on BCHF's Uniform Data System (UDS) Report
    b. Claim and Payment data

VII. GENERAL ADMINISTRATION

    a. Monitor all components of BCHF's Contract Dental Program
    b. Coordinate printing of all forms and letterhead (as needed) on BCHF stationery
    c. Process participating patient and contract dental service provider-related mail, both incoming and outgoing
    d. Short and long-range financial and strategic planning
    e. Contract dental service provider and regulatory agency/agencies relationship management



4