# EXHIBIT B

## AMENDMENT NO. 1 TO MANAGEMENT AGREEMENT

This **AMENDMENT NO. 1 TO MANAGEMENT AGREEMENT** (this "Amendment No. 1") is made as of this 22 day of December, 2016, by and between **BORREGO COMMUNITY HEALTH FOUNDATION.**, a California Non-Profit Corporation ("BCHF"), and **PREMIER HEALTH CARE MANAGEMENT, INC.**, a California Corporation ("PHCM"). BCHF and PHCM are sometimes hereinafter referred to as the "Parties" collectively or a "Party" individually.

### RECITALS

A. BCHF and PHCM entered into that certain Management Agreement dated March 1, 2016, ("Management Agreement") covering various management services relating to BCHF's Contract Dental Program, whereby BCHF contracts with private dental practices to provide covered dental services to BCHF patients.

B. All defined terms used herein but not defined herein shall have the meaning ascribed to such terms in the Management Agreement.

C. BCHF and PHCM now wish to amend the Management Agreement to, among other things, extend the Term of the Management Agreement upon the terms, covenants, and conditions hereinafter set forth.

NOW THEREFORE, in consideration of the mutual covenants, promises and conditions hereinafter set forth, the receipt and sufficiency of which are hereby acknowledged, as of the Effective Date the Parties agree as follows:

### AGREEMENT

1. Section 3A.   Section 3A of the Management Agreement is hereby amended as follows:

    3A.   TERM. The term of this agreement shall be extended as follows: The extended term of this agreement shall be five (5) years commencing from January 1, 2017 unless terminated pursuant in accordance with this agreement.

2. Section 3B.   Section 3B of the Management Agreement is hereby deleted in its entirety.

3. Section 3D.   Section 3D of the Management Agreement is herby amended as follows:

    3D.   Renewal. This agreement will automatically renew on January 1, 2022 for an additional five (5) years under the same terms and conditions as at the renewal date.

4. Miscellaneous.

    4.1   Capitalized Terms/Definitions. Each capitalized term used in this Amendment No. 1 and not defined herein shall be deemed to have the same meaning ascribed to it in the Management Agreement.

    4.2   Continuing Effect. Except as specifically provided in this Amendment No. 1, the provisions of the Management Agreement shall remain unchanged and in full force and effect. In the event of a conflict between the Management Agreement and this Amendment No. 1, this Amendment No. 1 shall control.

    4.3   Authority. Each person executing this Amendment No. 1 on behalf of a Party represents and warrants that it has the full power, authority, and legal right to execute and deliver this Amendment No. 1 on behalf of such Party and that this Amendment No. 1 constitutes the legal, valid and binding obligations of such Party, its representatives, successors and assigns, enforceable against such Party or Parties in accordance with its terms.

4.4   **Approvals.**  BCHF warrants and represents to PHCM that BCHF has obtained any approvals from any third parties, that are necessary to make this Amendment No. 1 enforceable against BCHF and all such third parties, their heirs, representatives, successors and assigns. BCHF shall defend, indemnify and save harmless PHCM from and against all losses, claims, demands, damages, liabilities, costs and attorneys' fees resulting from a breach of, or inaccuracy in, any of the representations and warranties set forth in this section.

4.5   **Counterparts.**  To facilitate execution of this Amendment No. 1, this Amendment No. 1 may be executed in one or more counterparts as may be convenient or required, and an executed copy of this Amendment No. 1 delivered electronically by facsimile or e-mail shall have the effect of an original, executed instrument. All counterparts of this Amendment No. 1 shall collectively constitute a single instrument; but, in making proof of this Amendment No. 1 it shall not be necessary to produce or account for more than one such counterpart executed by each Party hereto. It shall not be necessary for the signature of, or on behalf of, each Party hereto, or that the signature of all persons required to bind any such Party appear on each counterpart of this Amendment No. 1.

4.6   **No Construction Against Draftsman.**  No inference in favor of or against any Party shall be drawn from the fact that such Party has drafted any provision of this Amendment No. 1 or that such provisions have been drafted on behalf of said Party.

IN WITNESS WHEREOF, the Parties hereto have executed this agreement as set forth on the first page.

For BCHF:

_[signature]_

Bruce Hebets, CEO
Dated: 12-22-16

For PHCM:

_[signature]_

Daryl Priest, President
Dated: 12-22-2016