# EXHIBIT C

EXHIBIT C
PAGE 168

## AMENDMENT NO. 2 TO MANAGEMENT AGREEMENT

This AMENDMENT NO. 2 TO MANAGEMENT AGREEMENT ("**Amendment No. 2**") is made as of July 1, 2017, by and between BORREGO COMMUNITY HEALTH FOUNDATION., a California Non-Profit Corporation ("**BCHF**"), and PREMIER HEALTH CARE MANAGEMENT, INC., a California Corporation ("**PHCM**"). BCHF and PHCM are sometimes hereinafter referred to as the "Parties" collectively or a "Party" individually.

### RECITALS

A.  BCHF and PHCM entered into that certain Management Agreement dated March 1, 2016 as amended by Amendment No.1 ("**Management Agreement**") covering various management services relating to BCHF's Contract Dental Program, whereby BCHF contracts with private dental practices to provide covered dental services to BCHF patients.

B.  BCHF and PHCM now wish to amend the Management Agreement upon the terms, covenants, and conditions hereinafter set forth.

NOW THEREFORE, in consideration of the mutual covenants, promises and conditions hereinafter set forth, the receipt and sufficiency of which are hereby acknowledged, as of the Effective Date the Parties agree as follows:

1.  Article 2 of the Management Agreement is hereby deleted and the following Article 6 is added as follows:

    A.  _Compensation_. In consideration for the services to be provided by PHCM pursuant to this agreement as described in Exhibit "A" and as reasonably contemplated thereby, BCHF shall compensate PHCM the sum of twenty-five dollars ($25.00) per "patient visit" processed in any given month, less returned claims for incompleteness, for participating patient visits to any contracted or sub-contracted dentist pursuant to any active Dental Agreement. For purposes of this section, a "patient visit" shall be a visit for which (i) PHCM provides BCHF with a complete and clean claim, including all pertinent treatment and demographic information; and (ii) for which BCHF receives payment from the appropriate payor for the participating patient visit.

    B.  _Billing_. PHCM shall bill BCHF monthly for its services and remit to BCHF a statement by the 10th of each month for visits processed for the preceding month less any returned visits as a credit against the total. Payment of all monies due PHCM for its fees shall be paid on or before the 20th calendar day of each month.

    C.  _Review_. PHCM, upon two (2) days written notice to BCHF, shall have the right to review, copy and audit if desired the billing and payment records relating to dental services under all Dental Agreements. This right to review, copy and audit if desired shall include access to all electronic and paper copies of (i) all bills generated related to dental services under any Dental Agreement; (ii) all payments or funds received relating to dental services under any Dental Agreement including but not limited to any payments or funds received from patients or dentists.

    D.  _No Referral_. It is specifically agreed and understood between the parties that

1

EXHIBIT C
PAGE 169

nothing in this Agreement is intended to provide payment or benefit of any kind (directly or indirectly), for the referral of patients to BCHF but compensation hereunder is for management services provided.

2. This Amendment No. 2 may be executed simultaneously or in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same Amendment No. 2.

3. Any conflict between the terms of this Amendment No. 2 and the Management Agreement the terms of this Amendment No. 2 shall control.

4. Except as specifically provided herein all terms shall have the same meaning as defined in the Management Agreement.

5. Except as specifically amended herein, the Management Agreement shall remain in full force and effect.

IN WITNESS WHEREOF, the undersigned have executed this Amendment No. 2 effective as of the date first written above.

PHCM:

Premier Health Care Management, Inc.
a California corporation

By: _____
Daryl R. Priest, President

BCHF:

Borrego Community Health Foundation
a California non-profit public benefit corporation

By: _____
Name: MIKIA WALLIS
Its: EXECUTIVE VP

2

EXHIBIT C
PAGE 170