JOSEPH R. LAMAGNA (State Bar No. 246850)
JORDAN KEARNEY (State Bar No. 305483)
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
E-Mail: jlamagna@health-law.com
        jkearney@health-law.com

DEVIN M. SENELICK (State Bar No. 221478)
TARYN A. REID (State Bar No. 328772)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: dsenelick@health-law.com
        treid@health-law.com

Attorneys for Plaintiff
Borrego Community Health Foundation

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation;<br><br>        Plaintiff,<br><br>    vs.<br><br>KAREN HEBETS, an individual;<br>MIKIA WALLIS, an individual;<br>DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual;<br>HARRY ILSLEY, an individual;<br>DENNIS NOURSE, an individual;<br>MIKE HICKOK, an individual;<br>CHUCK KIMBALL, an individual;<br>PREMIER HEALTHCARE MANAGEMENT, INC., a California Corporation; SUMMIT HEALTHCARE MANAGEMENT, INC., a California Corporation;<br>DARYL PRIEST, an individual;<br>NICHOLAS PRIEST, an individual; | Case No. 3:22-cv-01056-TWR-NLS<br><br>**NOTICE OF RELATED CASES**<br><br>Trial Date:      None Set |

TRAVIS LYON, an individual;
HUSAM E. ALDAIRI, D.D.S., an
individual; ALDAIRI DDS, INC., a
California corporation; AYED
HAWATMEH, D.D.S., an individual;
HAWATMEH DENTAL GROUP,
P.C., a California Corporation;
ALBORZ MEHDIZADEH, D.D.S., an
individual; ALBORZ MEHDIZADEH,
INC., a California Corporation;
JILBERT BAKRAMIAN, D.D.S., an
individual; MOHAMMED
ALTEKREETI, D.D.S., an individual;
MAGALY VELASQUEZ, D.D.S., an
individual; MAGALY M.
VELASQUEZ DDS PROFESSIONAL
DENTAL CORP., a California
Corporation; ARAM ARAKELYAN,
D.D.S., an individual; NEW
MILLENNIUM DENTAL GROUP OF
ARAM ARAKELYAN, INC., a
California Corporation; MICHAEL
HOANG, D.M.D., an individual;
WALEED STEPHAN, D.D.S., an
individual; W.A. STEPHAN, A
DENTAL CORPORATION,
a California Corporation; SANTIAGO
ROJO, D.D.S., an individual;
SANTIAGO A. ROJO, D.D.S., INC., a
California Corporation; MARCELO
TOLEDO, D.D.S., an individual;
MARCELO TOLEDO, D.D.S., INC., a
California corporation; MARLENE
THOMPSON, D.D.S., an individual;
MARLENE THOMPSON, D.D.S.,
INC., a California Corporation;
DOUGLAS NESS, D.D.S., an
individual; NESS DENTAL
CORPORATION, a California
Corporation; GEORGE JARED,
D.D.S., an individual; GEORGE
JARED, D.D.S., INC., a California
corporation; JAMES HEBETS, an
individual; THE HEBETS COMPANY,
a Missouri Corporation; and DOES 1-
250, inclusive;

Defendants.

1    Pursuant to the United States District Court, Southern District's Local Rules,

2    Civil Rule 40.1(f)-(g), Plaintiff Borrego Community Health Foundation hereby

3    informs this Court of the following related cases:

4        1.    *Borrego Community Health Foundation v. Inland Valley Investments,*

5    *LLC, et al.*, 3:21-cv-01417-L-AGS (S.D. Cal. August 6, 2021).

6        This matter should be deemed related to the above-captioned action, as the

7    matters involve the same facts and questions of law. Both matters include

8    allegations relating to three leases entered into between Borrego Community Health

9    Foundation ("Borrego Health") and Inland Valley Investments, LLC, DRP

10   Holdings, LLC, and Promenade Square, LLC. Both matters address how the

11   circumstances surrounding the effectuation of the leases involved unfair and

12   fraudulent conduct under RICO and California Business and Professions Code

13   section 1720, *et seq.* As both matters involve the same leases, the same questions

14   relating to the leases will need to be resolved in both matters.

15       2.    *Husam E. Aldairi, et al. v. Borrego Community Health Foundation*, 37-

16   2021-00046200-CU-BC-CTL (S.D. Sup. Ct. October 29, 2021).

17       This matter should be deemed related to the above-captioned action, as the

18   matters involve the same parties, same facts and same questions of law. Specifically,

19   Aldairi was one participant in the greater schemes alleged in this action. Both

20   matters include allegations that Husam E. Aldairi breached his contract with

21   Borrego Health and that Aldairi's conduct is actionable under the federal RICO

22   statute, and California claims stemming from fraud, interference, conversion,

23   conspiracy and misrepresentation.

24

25

26

27

28

7234543.1

1    DATED:  August 8, 2022                 HOOPER, LUNDY & BOOKMAN, P.C.

2

3

4                                          By: _____
                                                    DEVIN M. SENELICK
5                                          Attorneys for Plaintiff Borrego Community
                                           Health Foundation
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF RELATED CASES

7234543.1