| | |
|---|---|
| 1 | Jeffrey B. Harris, Esq. (SBN 202422) |
| | jharris@klhipbiz.com |
| 2 | John S. Kyle, Esq. (SBN 199196) |
| | jkyle@klhipbiz.com |
| 3 | Laura K. Gantney, Esq. (SBN 199297) |
| | lgantney@klhipbiz.com |
| 4 | KYLE HARRIS LLP |
| | 2305 Historic Decatur Road, Suite 100 |
| 5 | San Diego, CA 92106 |
| | Tel:    (619) 600-0086 |

*Attorneys for Defendants*
*Premier Healthcare Management, Inc.,*
*Daryl Priest, Nicholas Priest and*
*Travis Lyon*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation, | CASE NO. 3:22-CV-01056-TWR-NLS |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF DOCUMENT NUMBER 6** |
| v. | |
| KAREN HEBETS, an individual; MIKIA WALLIS, an individual; DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual; HARRY ILSLEY, an individual; DENNIS NOURSE, an individual; MIKE HICKOK, an individual; CHUCK KIMBALL, an individual; PREMIER HEALTHCARE MANAGEMENT, INC., a California corporation; SUMMIT HEALTHCARE MANAGEMENT, INC., a California corporation; DARYL PRIEST, an individual; NICHOLAS PRIEST, an individual; TRAVIS LYON, an | Honorable Todd W. Robinson Courtroom:  3A |

individual; HUSAM E. ALDAIRI, D.D.S., an individual; ALDAIRI DDS, INC., a California corporation; AYED HAWATMEH, D.D.S., an individual; HAWATMEH DENTAL GROUP, P.C., a California corporation; ALBORZ MEHDIZADEH, D.D.S., an individual; ALBORZ MEHDIZADEH, INC., a California corporation; JILBERT BAKRAMIAN, D.D.S., an individual; MOHAMMED ALTEKREETI, D.D.S., an individual; MAGALY VELASQUEZ, D.D.S., an individual; MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP., a California corporation; ARAM ARAKELYAN, D.D.S., an individual; NEW MILLENIUM DENTAL GROUP OF ARAM ARAKELYAN, INC., a California corporation; MICHAEL HOANG, D.M.D., an individual; WALEED STEPHAN, D.D.S., an individual; W.A. STEPHAN, A DENTAL CORPORATION, a California corporation; SANTIAGO ROJO, D.D.S., an individual; SANTIAGO A. ROJO, D.D.S., INC., a California corporation; MARCELO TOLEDO, D.D.S., an individual; MARCELO TOLEDO ,D.D.S., INC., a California corporation; MARLENE THOMPSON, D.D.S., an individual; MARLENE THOMPSON, D.D.S., INC., a California corporation; DOUBLAS NESS, D.D.S., an individual; NESS DENTAL CORPORATION, a California Corporation; GEORGE JARED, D.D.S., an individual; GEORGE

| | |
|---|---|
| 1 | JARED, D.D.S., INC., a California corporation; JAMES HEBETS, an individual; THE HEBETS COMPANY, a Missouri Corporation; and DOES 1- 250, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

Defendant Premier Healthcare Management, Inc. hereby withdraws Document No. 6, Joint Motion To Extend Time To File Response To Complaint.

Respectfully submitted,

Dated: August 16, 2022                KYLE HARRIS LLP


By:   /s/ Laura K. Gantney
      Jeffrey B. Harris, Esq.
      John S. Kyle, Esq.
      Laura K. Gantney, Esq.

      Attorneys for Defendants Premier Healthcare Management, Inc.; Daryl Priest; Nicholas Priest; and Travis Lyon

KYLE HARRIS LLP
2305 HISTORIC DECATUR ROAD, SUITE 100
SAN DIEGO, CA 92106