Jeffrey B. Harris, Esq. (SBN 202422)
jharris@klhipbiz.com
John S. Kyle, Esq. (SBN 199196)
jkyle@klhipbiz.com
Laura K. Gantney, Esq. (SBN 199297)
lgantney@klhipbiz.com
KYLE HARRIS LLP
2305 Historic Decatur Road, Suite 100
San Diego, CA  92106
Tel:   (619) 600-0086

*Attorneys for Defendants
Premier Healthcare Management, Inc.,
Daryl Priest, Nicholas Priest and
Travis Lyon*

Joseph R. Lamagna (SBN 246850)
JLAMAGNA@health-law.com
Jordan Kearney (SBN 305483)
kjearney@health-law.com
HOOPER, LUNDY & BOOKMAN, P.C.
101 W. Broadway, Suite 1 200
San Diego, CA  92101
Telephone:  (619) 744-7300
Facsimile:  (619) 230-0987

*Attorneys for Plaintiff Borrego
Community Health Foundation*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAREN HEBETS, an individual; MIKIA WALLIS, an individual; DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual; HARRY ILSLEY, an individual; DENNIS | CASE NO. 3:22-CV-01056-TWR-NLS<br><br>**JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**<br><br>Complaint served:           8/2/2022<br>Complaint response due:   8/23/2022<br>Proposed response date:    9/22/2022<br><br>Honorable Todd W. Robinson<br>Courtroom:  3A |

KYLE HARRIS LLP
2305 HISTORIC DECATUR ROAD, SUITE 100
SAN DIEGO, CA 92106

| | |
|---|---|
| 1 | NOURSE, an individual; MIKE |
| 2 | HICKOK, an individual; CHUCK |
| 3 | KIMBALL, an individual; PREMIER HEALTHCARE MANAGEMENT, |
| 4 | INC., a California corporation; SUMMIT HEALTHCARE |
| 5 | MANAGEMENT, INC., a California |
| 6 | corporation; DARYL PRIEST, an individual; NICHOLAS PRIEST, an |
| 7 | individual; TRAVIS LYON, an individual; HUSAM E. ALDAIRI, |
| 8 | D.D.S., an individual; ALDAIRI DDS, |
| 9 | INC., a California corporation; AYED HAWATMEH, D.D.S., an individual; |
| 10 | HAWATMEH DENTAL GROUP, |
| 11 | P.C., a California corporation; ALBORZ MEHDIZADEH, D.D.S., an |
| 12 | individual; ALBORZ MEHDIZADEH, |
| 13 | INC., a California corporation; JILBERT BAKRAMIAN, D.D.S., an |
| 14 | individual; MOHAMMED |
| 15 | ALTEKREETI, D.D.S., an individual; MAGALY VELASQUEZ, D.D.S., an |
| 16 | individual; MAGALY M. |
| 17 | VELASQUEZ DDS PROFESSIONAL DENTAL CORP., a California |
| 18 | corporation; ARAM ARAKELYAN, |
| 19 | D.D.S., an individual; NEW MILLENIUM DENTAL GROUP OF |
| 20 | ARAM ARAKELYAN, INC., a |
| 21 | California corporation; MICHAEL HOANG, D.M.D., an individual; |
| 22 | WALEED STEPHAN, D.D.S., an |
| 23 | individual; W.A. STEPHAN, A DENTAL CORPORATION, a |
| 24 | California corporation; SANTIAGO |
| 25 | ROJO, D.D.S., an individual; SANTIAGO A. ROJO, D.D.S., INC., a |
| 26 | California corporation; MARCELO |
| 27 | TOLEDO, D.D.S., an individual; |
| 28 | |

KYLE HARRIS LLP
2305 HISTORIC DECATUR ROAD, SUITE 100
SAN DIEGO, CA 92106

| | |
|---|---|
| 1 | MARCELO TOLEDO ,D.D.S., INC., a California corporation; MARLENE THOMPSON, D.D.S., an individual; MARLENE THOMPSON, D.D.S., INC., a California corporation; DOUBLAS NESS, D.D.S., an individual; NESS DENTAL CORPORATION, a California Corporation; GEORGE JARED, D.D.S., an individual; GEORGE JARED, D.D.S., INC., a California corporation; JAMES HEBETS, an individual; THE HEBETS COMPANY, a Missouri Corporation; and DOES 1- 250, inclusive, |
| | Defendants. |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 7.2 and 12.1, Plaintiff Borrego Community Health Foundation ("Plaintiff") and Defendants Premier Healthcare Management, Inc. ("Premier"); Summit Healthcare Management, Inc. ("Summit")[1]; Daryl Priest; Nicholas Priest; and Travis Lyon (altogether, the "Premier Defendants") (Plaintiff and the Premier Defendants collectively, the "Parties"), by and through their respective counsel, hereby stipulate to and jointly move the Court for a thirty-day extension of time within which the Premier Defendants may answer or otherwise respond to the Complaint in this matter, up to and including September 22, 2022.

Good cause exists to warrant an extension of time for the Premier Defendants to file an answer or otherwise respond to the Complaint for the following reasons:

---

[1] Summit merged into Premier and, as such, no longer exists as a separate entity.

WHEREAS, Premier was served with the Summons and Complaint on August 2, 2022;

WHEREAS, Premier's current deadline for filing an answer, motion or other response to the Complaint is August 23, 2022;

WHEREAS, other of the Premier Defendants were likewise served on or shortly after August 2, 2022, or Plaintiff anticipates obtaining service on such other Premier Defendants in the near future;

WHEREAS, the time within which any of the Premier Defendants may answer or otherwise respond has not yet expired;

WHEREAS, the Premier Defendants have requested and Plaintiff has consented to an additional thirty (30) days for the Premier Defendants to file an answer, motion, or other response to the Complaint;

WHEREAS, extending the deadline will allow the Premier Defendants additional time to evaluate the allegations in the Complaint which includes 762 paragraphs, spans 154 pages, and attaches 546 pages of exhibits;

WHEREAS, Plaintiff is in the process of serving the remaining Defendants other than Premier Defendants, and extending the current deadline for the Premier Defendants' response to the Complaint would therefore not delay the case where other Defendants have yet to be served; and

WHEREAS, extending the deadline for thirty (30) days is in the best interest of the Parties, judicial economy and justice.

The Parties hereby respectfully request that the Court grant this Joint Motion and issue an Order extending the deadline for the Premier Defendants to file a response to the Complaint by thirty (30) days, up to and including September 22, 2022.

1  IT IS SO SIPULATED.

2                                                      Respectfully submitted,

4  Dated:  August 16, 2022                KYLE HARRIS LLP

6                                                By:   /s/ Laura K. Gantney
7                                                      Jeffrey B. Harris, Esq.
                                                       John S. Kyle, Esq.
                                                       Laura K. Gantney, Esq.

                                                       Attorneys for Defendants Premier
                                                       Healthcare Management, Inc.; Daryl
                                                       Priest; Nicholas Priest; and Travis
                                                       Lyon

15  Dated:  August 16, 2022               HOOPER, LUNDY AND BOOKMAN, P.C.

18                                              By:   /s/ Joseph R. Lamagna
19                                                    Joseph R. Lamagna, Esq.
                                                      Jordan Kearney Esq.
                                                      Attorneys for Plaintiff Borrego
                                                      Community Health Foundation

KYLE HARRIS LLP
2305 HISTORIC DECATUR ROAD, SUITE 100
SAN DIEGO, CA 92106

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Joseph R. Lamagna, counsel for Plaintiff, and that I have obtained Mr. Lamagna's authorization to affix his electronic signature to this document.

Dated: August 16, 2022              KYLE HARRIS LLP

By:   /s/ Laura K. Gantney
Jeffrey B. Harris, Esq.
John S. Kyle, Esq.
Laura K. Gantney, Esq.

Attorneys for Defendants Premier Healthcare Management, Inc.; Daryl Priest; Nicholas Priest; and Travis Lyon