JOSEPH R. LAMAGNA (State Bar No. 246850)
JORDAN KEARNEY (State Bar No. 305483)
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
E-Mail: jlamagna@health-law.com
         jkearney@health-law.com

DEVIN M. SENELICK (State Bar No. 221478)
TARYN A. REID (State Bar No. 328772)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: dsenelick@health-law.com
         treid@health-law.com

*Attorneys for Plaintiff*

KEITH H. RUTMAN (State Bar No. 144175)
501 W. Broadway, Suite 1650
San Diego, CA 92101
Telephone: (619) 237-9072
E-Mail: krutman@krutmanlaw.com

*Attorneys for Defendants Waleed Stephan, D.D.S. and W.A. Stephan, A Dental Corporation*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN HEBETS, an individual; MIKIA WALLIS, an individual; DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual; HARRY ILSLEY, an individual; DENNIS NOURSE, an individual; MIKE HICKOK, an individual; CHUCK KIMBALL, an individual; PREMIER HEALTHCARE MANAGEMENT, INC., a California Corporation; SUMMIT | Case No. 3:22-cv-01056-TWR-NLS<br><br>Hon. Todd. W. Robinson<br><br>**JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**<br><br>Complaint served: 8/11/22; 8/12/22<br>Complaint response due: 9/1/22; 9/2/22<br>Proposed response date: 9/29/22<br><br>Trial Date:      None Set |

Case No. 3:22-cv-01056-TWR-NLS

7246015.1

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

| | |
|---|---|
| 1 | HEALTHCARE MANAGEMENT, INC., a California Corporation; DARYL PRIEST, an individual; NICHOLAS PRIEST, an individual; TRAVIS LYON, an individual; HUSAM E. ALDAIRI, D.D.S., an individual; ALDAIRI DDS, INC., a California corporation; AYED HAWATMEH, D.D.S., an individual; HAWATMEH DENTAL GROUP, P.C., a California Corporation; ALBORZ MEHDIZADEH, D.D.S., an individual; ALBORZ MEHDIZADEH, INC., a California Corporation; JILBERT BAKRAMIAN, D.D.S., an individual; MOHAMMED ALTEKREETI, D.D.S., an individual; MAGALY VELASQUEZ, D.D.S., an individual; MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP., a California Corporation; ARAM ARAKELYAN, D.D.S., an individual; NEW MILLENNIUM DENTAL GROUP OF ARAM ARAKELYAN, INC., a California Corporation; MICHAEL HOANG, D.M.D., an individual; WALEED STEPHAN, D.D.S., an individual; W.A. STEPHAN, A DENTAL CORPORATION, a California Corporation; SANTIAGO ROJO, D.D.S., an individual; SANTIAGO A. ROJO, D.D.S., INC., a California Corporation; MARCELO TOLEDO, D.D.S., an individual; MARCELO TOLEDO, D.D.S., INC., a California corporation; MARLENE THOMPSON, D.D.S., an individual; MARLENE THOMPSON, D.D.S., INC., a California Corporation; DOUGLAS NESS, D.D.S., an individual; NESS DENTAL CORPORATION, a California Corporation; GEORGE JARED, D.D.S., an individual; GEORGE JARED, D.D.S., INC., a California corporation; JAMES HEBETS, an individual; THE HEBETS COMPANY, a Missouri Corporation; and DOES 1-250, inclusive,<br><br>                    Defendants. |

1    Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules
2 7.2 and 12.1, Plaintiff Borrego Community Health Foundation ("Plaintiff") and
3 Defendants Waleed Stephan, D.D.S. and W.A. Stephan, A Dental Corporation
4 ("Defendants") (Plaintiff and Defendants collectively, the "Parties"), by and through
5 their respective counsel, hereby stipulate to and jointly move the Court for an
6 extension of time within which Defendants may answer or otherwise respond to the
7 Complaint in this matter, up to and including September 29, 2022.

8    Good cause exists to warrant an extension of time for Defendants to file an
9 answer or otherwise respond to the Complaint for the following reasons:

10    WHEREAS, Defendant Waleed Stephan, D.D.S. was served with the
11 Summons and Complaint on August 12, 2022;

12    WHEREAS, Defendant W.A. Stephan, A Dental Corporation was served with
13 the Summons and Complaint on August 11, 2022;

14    WHEREAS, Defendant Waleed Stephan, D.D.S.'s current deadline for filing
15 an answer, motion or other response to the Complaint is September 2, 2022;

16    WHEREAS, Defendant W.A. Stephan, A Dental Corporation's current
17 deadline for filing an answer, motion or other response to the Complaint is
18 September 1, 2022;

19    WHEREAS, the time within which Defendants may answer or otherwise
20 respond has not yet expired;

21    WHEREAS, the Defendants have requested and Plaintiff has consented to
22 additional time for the Defendants to file an answer, motion, or other response to the
23 Complaint;

24    WHEREAS, extending the deadline will allow the Defendants additional time
25 to evaluate the allegations in the Complaint which includes 762 paragraphs, spans
26 154 pages, and attaches 546 pages of exhibits;

27    WHEREAS, Plaintiff is in the process of serving the remaining defendants
28 other than the within Defendants, and extending the current deadline for the

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

7246015.1

1  Defendants' response to the Complaint would therefore not delay the case where
2  other defendants have yet to be served;
3      WHEREAS, there are over 40 defendants in the above-captioned action and
4  Plaintiff seeks to stagger the responsive pleading deadlines to allow for meaningful
5  briefing should it be necessary; and
6      WHEREAS, extending the deadline to respond is in the best interests of the
7  Parties, judicial economy and justice.
8      The Parties hereby respectfully request that the Court grant this Joint Motion
9  and issue an Order extending the deadline for Defendants to file a response to the
10 Complaint to September 29, 2022.
11     IT IS SO STIPULATED.

DATED: August 18, 2022          HOOPER, LUNDY & BOOKMAN, P.C.

                                By: _____
                                    DEVIN M. SENELICK
                                Attorneys for Plaintiff Borrego Community
                                Health Foundation

DATED: August 18, 2022          _____
                                KEITH H. RUTMAN, Esq.
                                Attorneys for Defendants Waleed Stephan,
                                D.D.S. and W.A. Stephan, A Dental
                                Corporation

7246015.1

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

# PROOF OF SERVICE

*Borrego Community Health v. Premier Healthcare et al.*
**3:22-cv-01056-TWR-NLS**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 1600, Los Angeles, CA 90067.

On August 19, 2022, I served true copies of the following document(s) described as **JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT** and **ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address treiss@health-law.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 19, 2022, at Los Angeles, California.

Tia Reiss

**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

7246015.1

Case No. 3:22-cv-01056-TWR-NLS

**SERVICE LIST**
*Borrego Community Health v. Premier Healthcare et al.*
**3:22-cv-01056-TWR-NLS**

Keith Rutman, Esq.
krutman@krutmanlaw.com
*Attorney for Waleed Stephan, D.D.S. and W.A. Stephan, A Dental Corporation*

Quintin Shammam, Esq.
Quintin@shammamlaw.com
*Attorney for Husam E. Aldairi, D.D.S. and Aldairi DDS, Inc.*

Mikia Wallis, Esq. (self-represented)
mikiawallis@yahoo.com

John S. Kyle
jkyle@klhipbiz.com
Jeffrey Harris
jharris@KLHIPBIZ.com
*Attorneys for Premier Healthcare Management, Inc., Summit Healthcare Management, Inc., Daryl Priest, Nicholas Priest, and Travis Lyon*

Anthony Maul
afmaul@maulfirm.com
*Attorney for Ayed Hawatmeh, D.D.S. and Hawatmeh Dental Group, P.C.*

Case No. 3:22-cv-01056-TWR-NLS

7246015.1