# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Borrego Community Health Foundation

                         **Plaintiff,**

v.

Karen Hebets et al

                         **Defendant.**

Case No. 22-cv-01056-TWR-NLS

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE**

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:    "Low-Numbered Case No.:   21-cv-01417-AJB-AGS

Title:   Borrego Community Health Foundation v. Inland Valley Investments, LLC et al

Nature of Case:   28:1441ri Removal- Racketeering (RICO)

The above "low-numbered" case and the present case appear:

- [x] (1) to arise from the same or substantially identical transactions, happenings or events; or
- [x] (2) involve the same or substantially the same parties or property; or
- [ ] (3) involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or
- [x] (4) call for determination of the same or substantially identical questions of law; or
- [ ] (5) where a case is refiled within one year of having previously been terminated by the Court; or
- [x] (6) for other reasons would entail unnecessay duplication of labor if heard by different judges.

New Case #:   22-cv-1056-AJB-AGS

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated:   8/8/22                     By:  s/ J. Petersen

                                                       J. Petersen, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:   8/8/22

Anthony J. Battaglia
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Anthony J. Battaglia and Magistrate Judge Andrew G. Schopler for all further proceedings.

Dated: 08/10/2022

Todd W. Robinson
United States District Judge