JOSEPH R. LAMAGNA (State Bar No. 246850)
JORDAN KEARNEY (State Bar No. 305483)
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
E-Mail: jlamagna@health-law.com
         jkearney@health-law.com

DEVIN M. SENELICK (State Bar No. 221478)
TARYN A. REID (State Bar No. 328772)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: dsenelick@health-law.com
         treid@health-law.com

*Attorneys for Plaintiff*

ANTHONY F. MAUL (State Bar No. 314188)
**THE MAUL FIRM, P.C.**
101 Broadway, Suite 3A
Oakland, CA 94607
Telephone: (510) 496-4477
Facsimile: (929) 900-1710
E-Mail: afmaul@maulfirm.com

*Attorney for Defendants*
AYED HAWATMEH, D.D.S. and HAWATMEH DENTAL GROUP, P.C.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>           Plaintiff,<br><br>    vs.<br><br>KAREN HEBETS, an individual;<br>MIKIA WALLIS, an individual;<br>DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual;<br>HARRY ILSLEY, an individual;<br>DENNIS NOURSE, an individual; | Case No. 3:22-cv-01056-AJB-AGS<br><br>**JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**<br><br>Complaint served: 8/11/22; 8/19/22<br>Complaint response due: 9/1/22; 9/9/22<br>Proposed response date: 9/29/22<br>Trial Date: None Set<br><br>Hon. Anthony J. Battaglia |

1

Case No. 3:22-cv-01056-AJB-AGS

MIKE HICKOK, an individual; CHUCK KIMBALL, an individual; PREMIER HEALTHCARE MANAGEMENT, INC., a California Corporation; SUMMIT HEALTHCARE MANAGEMENT, INC., a California Corporation; DARYL PRIEST, an individual; NICHOLAS PRIEST, an individual; TRAVIS LYON, an individual; HUSAM E. ALDAIRI, D.D.S., an individual; ALDAIRI DDS, INC., a California corporation; AYED HAWATMEH, D.D.S., an individual; HAWATMEH DENTAL GROUP, P.C., a California Corporation; ALBORZ MEHDIZADEH, D.D.S., an individual; ALBORZ MEHDIZADEH, INC., a California Corporation; JILBERT BAKRAMIAN, D.D.S., an individual; MOHAMMED ALTEKREETI, D.D.S., an individual; MAGALY VELASQUEZ, D.D.S., an individual; MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP., a California Corporation; ARAM ARAKELYAN, D.D.S., an individual; NEW MILLENNIUM DENTAL GROUP OF ARAM ARAKELYAN, INC., a California Corporation; MICHAEL HOANG, D.M.D., an individual; WALEED STEPHAN, D.D.S., an individual; W.A. STEPHAN, A DENTAL CORPORATION, a California Corporation; SANTIAGO ROJO, D.D.S., an individual; SANTIAGO A. ROJO, D.D.S., INC., a California Corporation; MARCELO TOLEDO, D.D.S., an individual; MARCELO TOLEDO, D.D.S., INC., a California corporation; MARLENE THOMPSON, D.D.S., an individual; MARLENE THOMPSON, D.D.S., INC., a California Corporation; DOUGLAS NESS, D.D.S., an individual; NESS DENTAL CORPORATION, a California Corporation; GEORGE JARED, D.D.S., an individual; GEORGE JARED, D.D.S., INC., a California corporation; JAMES HEBETS, an individual; THE HEBETS COMPANY, a Missouri Corporation; and DOES 1-250, inclusive,

Defendants.

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 7.2 and 12.1, Plaintiff Borrego Community Health Foundation ("Plaintiff") and Defendants Ayed Hawatmeh, D.D.S. and Hawatmeh Dental Group, P.C. ("Defendants") (Plaintiff and Defendants collectively, the "Parties"), by and through their respective counsel, hereby stipulate to and jointly move the Court for an extension of time within which Defendants may answer or otherwise respond to the Complaint in this matter, up to and including September 29, 2022.

Good cause exists to warrant an extension of time for Defendants to file an answer or otherwise respond to the Complaint for the following reasons:

WHEREAS, Defendant Ayed Hawatmeh, D.D.S. was served with the Summons and Complaint on August 11, 2022;

WHEREAS, Defendant Hawatmeh Dental Group, P.C. was served with the Summons and Complaint on August 19, 2022;

WHEREAS, Defendant Ayed Hawatmeh, D.D.S.'s current deadline for filing an answer, motion or other response to the Complaint is September 1, 2022;

WHEREAS, Defendant Hawatmeh Dental Group, P.C.'s current deadline for filing an answer, motion or other response to the Complaint is September 9, 2022;

WHEREAS, the time within which Defendants may answer or otherwise respond has not yet expired;

WHEREAS, the Defendants have requested and Plaintiff has consented to additional time for the Defendants to file an answer, motion, or other response to the Complaint;

WHEREAS, extending the deadline will allow the Defendants additional time to evaluate the allegations in the Complaint which includes 762 paragraphs, spans 154 pages, and attaches 546 pages of exhibits;

WHEREAS, Plaintiff is in the process of serving the remaining defendants other than the

within Defendants, and extending the current deadline for the Defendants' response to the Complaint would therefore not delay the case where other defendants have yet to be served;

WHEREAS, there are over 40 defendants in the above-captioned action and Plaintiff seeks to stagger the responsive pleading deadlines to allow for meaningful briefing should it be necessary; and

WHEREAS, extending the deadline to respond is in the best interests of the Parties, judicial economy and justice.

The Parties hereby respectfully request that the Court grant this Joint Motion and issue an Order extending the deadline for Defendants to file a response to the Complaint to September 29, 2022.

IT IS SO STIPULATED.

DATED: August 25, 2022

HOOPER LUNDY & BOOKMAN, P.C.

By: _____
DEVIN M. SENELICK
Attorneys for Plaintiff Borrego Community Health Foundation

DATED: August 25, 2022

THE MAUL FIRM, P.C.

By: _____
ANTHONY F. MAUL
Attorney for Defendants Ayed Hawatmeh, D.D.S. and Hawatmeh Dental Group, P.C.