# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN HEBETS, an individual, et al.,<br><br>Defendants. | Case No. 3:22-cv-01056-AJB-AGS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**<br><br>**(Doc. Nos. 8, 9 and 11)** |

Upon review of the Joint Motion to Extend Time to File Response to Complaint filed by Plaintiff and Defendants, and good cause appearing, the Motion is hereby **GRANTED.** The Defendants must file an answer, or otherwise respond, to the Complaint on or before September 29, 2022.

**IT IS SO ORDERED.**

Dated: August 25, 2022

Hon. Anthony J. Battaglia
United States District Judge

Case No. 3:22-cv-01056-AJB-AGS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2                                    Case No. 3:22-cv-01056-AJB-AGS