JOSEPH R. LAMAGNA, ESQ. (State Bar No. 246850)
JORDAN KEARNEY, ESQ. (State Bar No. 305483)
**HOOPER, LUNDY & BROOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, CA 92101
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
Email: jlamagna@healthlaw.com
        jkearney@health-law.com

DEVIN M. SENELICK, ESQ. (State Bar No. 221478)
TARYN A. REID, ESQ. (State Bar No. 328772)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 551-8111
Facsimile: (310) 51-8181
Email: dsenelick@health-law.com
        treid@health-law.com

Attorneys for Plaintiff
BORREGO COMMUNITY HEALTH FOUNDATION

ROBERT W. HARRISON, ESQ. (State Bar No. 102986)
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 321-6200
Facsimile: (619) 321-6201
Email: robert.harrison@wilsonelser.com

Attorneys for Defendant
MARLENE THOMPSON, DDS.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>                      Plaintiff,<br><br>      vs.<br><br>KAREN HEBETS, an individual; MIKIA WALLIS, an individual; DIANA THOMPSON, f/k/a/ DIANA TRONCOSO, an individual; HARRY ILSLEY, an individual; DENNIS | Case No. 22-cv-1056 AJB-AGS<br><br>**JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**<br><br>Complaint Served: August 8, 2022<br>Response Due: August 29, 2022<br>Proposed Response Date: September 29, 2022<br>Trial Date: None Set<br><br>Hon. Anthony J. Battaglia |

1

NOURSE, an individual; MIKE HICKOK, an individual; CHUCK KIMBALL, an individual; PREMIER HEALTHCARE MANAGEMENT, INC., a California Corporation; SUMMIT HEALTHCARE MANAGEMENT, INC., a California Corporation; DARRYL PRIEST, an individual; NICHOLAS PRIEST, an individual; TRAVIS LYON, an individual; HUSAM E. ALDAIRI, D.D.S., an individual; ALDAIRI DDS, INC., a California corporation; AYED HAWATMEH, D.D.S., an individual; HAWATMEH DENTAL GROUP, P.C., a California Corporation; ALBORZ MEHDIZADEH, D.D.S., an individual; ALBORZ MEHDIZADEH, INC., a California Corporation; JILBERT BAKRAMIAN, D.D.S., an individual; MOHAMMED ALTEKREETI, D.D.S., an individual; MAGALY VELASQUEZ, D.D.S., an individual; MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP., a California Corporation; ARAM RAKELYAN, D.D.S., an individual; NEW MILLENNIUM DENTAL GROUP OF ARAM ARAKELYAN, INC., a California Corporation; MICHAEL HOANG, D.M.D., an individual; WALEED STEPHAN, D.D.S., an individual; W.A. STEPHAN, A DENTAL CORPORATION, a California Corporation; SANTIAGO ROJO, D.D.S., an individual; SANTIAGO A. ROJO, D.D.S., INC., a California Corporation; MARCELO TOLEDO, D.D.S., an individual; MARCELO TOLEDO, D.D.S., INC., a California corporation; MARLENE THOMPSON, D.D.S., an individual; MARLENE THOMPSON, D.D.S., INC., a California Corporation; DOUGLAS NESS, D.D.S., an individual; NESS DENTAL CORPORATION, a California Corporation; GEORGE JARED, D.D.S., an individual; GEORGE JARED, D.D.S., INC., a California corporation; JAMES HEBETS, an individual; THE HEBETS COMPANY, a Missouri Corporation; and DOES 1-250, inclusive,

Defendants.

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 7.2 and 12.1, Plaintiff Borrego Community Health Foundation ("Plaintiff") and Defendant Marlene Thompson, DDS. ("Defendant") (Plaintiff and Defendant collectively, the "Parties"), by and through their respective counsel, hereby stipulate to and jointly move the Court for an extension of time within which Defendant may answer or otherwise respond to the Complaint in this matter, up to and including September 29, 2022.

Good cause exists to warrant an extension of time for Defendant to file an answer or otherwise respond to the Complaint for the following reasons:

WHEREAS, Defendant Marlene Thompson, DDS was served with the Summons and Complaint on August 8, 2022;

WHEREAS, Defendant Marlene Thompson, DDS's current deadline for filing an answer, motion or other response to the Complaint is August 29, 2022;

WHEREAS, the time within which Defendant may answer or otherwise respond has not yet expired;

WHEREAS, the Defendant has requested and Plaintiff has consented to additional time for the Defendant to file an answer, motion, or other response to the Complaint;

WHEREAS, extending the deadline will allow the Defendant additional time to evaluate the allegations in the Complaint which includes 762 paragraphs, spans 154 pages, and attaches 546 pages of exhibits;

WHEREAS, Plaintiff is in the process of serving the remaining defendants other than the within Defendant, and extending the current deadline for the Defendant's response to the Complaint would therefore not delay the case where other defendants have yet to be served;

WHEREAS, there are over 40 defendants in the above-captioned action and Plaintiff seeks to stagger the responsive pleading deadlines to allow for meaningful briefing should it be necessary; and

WHEREAS, extending the deadline to respond is in the best interests of the Parties, judicial economy and justice.

The Parties hereby respectfully request that the Court grant this Joint Motion and issue an Order extending the deadline for Defendants to file a response to the Complaint to September 29, 2022.

IT IS SO STIPULATED.

Dated: August 29, 2022          **HOOPER LUNDY & BOOKMAN, P.C.**


By:  __/s/ Joseph LaManga_____
Joseph R. LaMagna, Esq.
Attorneys for Plaintiff
BORREGO COMMUNITY HEALTH
FOUNDATION

Dated:  August 29, 2022          **WILSON, ELSER, MOSKOWITZ,
                                      EDELMAN & DICKER LLP**


By:  __/s/ Robert Harrison_____
Robert W. Harrison, Esq.
Attorneys for Defendant
MARLENE THOMPSON, DDS

## SIGNATURE CERTIFICATION

Pursuant to Section (2)(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this documents is acceptable to the Parties, and that I have obtained authorization to affix their electronic signatures to this document.

Dated:  August 29, 2022          **WILSON, ELSER, MOSKOWITZ,
                                      EDELMAN & DICKER LLP**


By:  __/s/ Robert Harrison_____
Robert W. Harrison, Esq.
Attorneys for Defendant
MARLENE THOMPSON. DDS

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document was filed and served this 29th day of August 2022 using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

Dated: August 29, 2022                    Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**


By:  */s/ Robert Harrison*
Robert W. Harrison, Esq.
Attorneys for Defendant
MARLENE THOMPSON, DDS