# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN HEBETS, an individual; et al.<br><br>Defendants. | Case No. 22-cv-1056 AJB-AGS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT** |

Upon review of the Joint Motion to Extend Time to File Response to Complaint filed by Plaintiff and Defendants, and good cause appearing, the Motion is hereby GRANTED. The Defendants must file an answer, or otherwise respond, to the Complaint on or before September 29, 2022.

IT IS SO ORDERED.

Dated: August 30, 2022

Hon. Anthony J. Battaglia
United States District Judge