1  Matthew J. Faust, State Bar No. 254145
2  Khodadad D. Sharif, State Bar No. 187992
   Yasaman Sharif, State Bar No. 298318
3  SHARIF | FAUST LAWYERS, LTD.
4  600 B Street, Suite 2490
   San Diego, CA  92101
5  Telephone:   (619) 233-6600
6  Facsimile:   (619) 233-6602
   Email: sharif@shariffaust.com
7        faust@shariffaust.com
         ysharif@shariffaust.com
8  *Attorneys for Defendants*
   Douglas Ness, D.D.S. and Ness Dental Corporation
9
10 Joseph R. LaMagna, State Bar No. 246850
   Jordan Kearney, State Bar No. 305483
11 HOOPER, LUNDY & BOOKMAN, P.C.
12 101 W. Broadway, Suite 1200
   San Diego, California 92101
13 Telephone: (619) 744-7300
14 Facsimile: (619) 230-0987
   E-Mail: jlamagna@health-law.com
15        jkearney@health-law.com
16 *Attorneys for Plaintiff*
   Borrego Community Health Foundation
17

18              THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| 20  BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation; | Case No.:    3:22-cv-01056-AJB-AGS |
| 21 | JOINT MOTION TO EXTEND DEFENDANTS' TIME TO FILE RESPONSE TO COMPLAINT |
| 22 | |
| 23          Plaintiff, | |
| 24     vs. | Judge:              Hon. Anthony J. Battaglia |
| 25  KAREN HEBETS, an individual; *et al.,* | Complaint Served:        08/18/2022 |
| 26 | Complaint Responses due:  09/08/2022 Proposed Responses Due:  10/10/2022 |
|      Defendants. | |
| 27 | Trial Date:            None Set |
| 28 | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 7.2 and 12.1, Plaintiff Borrego Community Health Foundation ("Plaintiff") and Defendants Douglas Ness, D.D.S. and Ness Dental Corporation ("Defendants") (collectively, the "Parties") by and through their respective counsel, hereby stipulate and jointly move the Court for a thirty (30) day extension of time within which the Defendants may respond to Plaintiff's Complaint in this action, up to and including October 10, 2022.

Good cause exists to warrant an extension of time for Defendants to file a responsive pleading to the Complaint for the following reasons:

WHEREAS, Plaintiffs filed their Complaint in this Action on July 19, 2022;

WHEREAS, Plaintiffs and Defendants agree to deem service of Plaintiff's complaint on August 18, 2022;

WHEREAS, with service deemed complete on the date specified above, Defendants' current deadline to respond to the Complaint is September 8, 2022;

WHEREAS, the time within which Defendants may file a responsive pleading has not yet expired;

WHEREAS, the Defendants have requested, and Plaintiff has consented to additional time for the Defendants to file their respective responsive pleadings;

WHEREAS, the Defendants' counsel has recently been retained and requires time to become knowledgeable about the case to prepare a responsive pleading;

WHEREAS, extending the deadline will allow Defendants and their counsel to evaluate the allegations in Plaintiff's Complaint that is composed of 154 pages containing 762 paragraphs therein, and attaches 546 pages of exhibits;

WHEREAS, there are over 40 defendants in the above-captions and Plaintiff seeks to stagger the responsive pleading deadlines to allow for meaningful briefing should it be necessary; and

WHEREAS, this request for extension is not for the purpose of delay;

WHEREAS, this is the first request for extension of time requested by Defendants; and

WHEREAS, extending the deadline to respond is in the best interest of the Parties, judicial economy, and justice.

The Parties hereby respectfully request that the Court grant this Joint Motion and issue an Order extending the deadline for Defendants to file a responsive pleading to the Complaint up to and including October 10, 2022.

///

///

///

///

**IT IS SO STIPULATED.**

Respectfully submitted,

SHARIF | FAUST LAWYERS, LTD.

Dated:  31 August 2022   BY:  /S/  Matthew J. Faust

Matthew J. Faust, Esq.
Attorneys for Defendants
Douglas Ness and Ness Dental Corporation

HOOPER, LUNDY & BOOKMAN, P.C.

Dated:  31 August 2022   BY:  /s/ Joseph R. Lamagna, Esq.

Joseph R. Lamagna, Esq.
Jordan Kearney, Esq.
Attorneys for Plaintiff Borrego Community
Health Foundation

///

///

///

///

///

///

///

///

///

///

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify the content of this document is acceptable to Joseph R. LaMagna, counsel for Plaintiff, and that I have obtained their authorization to affix their electronic signature to this document.

Respectfully submitted,

SHARIF | FAUST LAWYERS, LTD.

Dated:      31 August 2022        BY:  /S/  Matthew J. Faust

Matthew J. Faust, Esq.
Attorneys for Defendants
Douglas Ness and Ness Dental Corporation