JOSEPH R. LAMAGNA (State Bar No. 246850)
JORDAN KEARNEY (State Bar No. 305483)
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
E-Mail: jlamagna@health-law.com
        jkearney@health-law.com

DEVIN M. SENELICK (State Bar No. 221478)
TARYN A. REID (State Bar No. 328772)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: dsenelick@health-law.com
        treid@health-law.com

*Attorneys for Plaintiff*

MIKIA WALLIS
P.O. BOX 2023
Julian, CA 92036
Telephone: (760) 239-1619
E-Mail: mikiawallis@yahoo.com

*Defendant In Pro Per*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN HEBETS, an individual; MIKIA WALLIS, an individual; DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual; HARRY ILSLEY, an individual; DENNIS NOURSE, an individual; MIKE HICKOK, an individual; CHUCK KIMBALL, an individual; PREMIER HEALTHCARE MANAGEMENT, INC., a California Corporation; SUMMIT HEALTHCARE MANAGEMENT, | Case No. 3:22-cv-01056-AJB-AGS<br><br>Hon. Anthony J. Battaglia<br><br>**JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**<br><br>Complaint served: 8/1/22<br>Complaint response due: 8/21/22<br>Proposed response date: 9/19/22<br><br>Trial Date:       None Set |

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

| | |
|---|---|
| 1 | INC., a California Corporation; DARYL PRIEST, an individual; NICHOLAS PRIEST, an individual; TRAVIS LYON, an individual; HUSAM E. ALDAIRI, D.D.S., an individual; ALDAIRI DDS, INC., a California corporation; AYED HAWATMEH, D.D.S., an individual; HAWATMEH DENTAL GROUP, P.C., a California Corporation; ALBORZ MEHDIZADEH, D.D.S., an individual; ALBORZ MEHDIZADEH, INC., a California Corporation; JILBERT BAKRAMIAN, D.D.S., an individual; MOHAMMED ALTEKREETI, D.D.S., an individual; MAGALY VELASQUEZ, D.D.S., an individual; MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP., a California Corporation; ARAM ARAKELYAN, D.D.S., an individual; NEW MILLENNIUM DENTAL GROUP OF ARAM ARAKELYAN, INC., a California Corporation; MICHAEL HOANG, D.M.D., an individual; WALEED STEPHAN, D.D.S., an individual; W.A. STEPHAN, A DENTAL CORPORATION, a California Corporation; SANTIAGO ROJO, D.D.S., an individual; SANTIAGO A. ROJO, D.D.S., INC., a California Corporation; MARCELO TOLEDO, D.D.S., an individual; MARCELO TOLEDO, D.D.S., INC., a California corporation; MARLENE THOMPSON, D.D.S., an individual; MARLENE THOMPSON, D.D.S., INC., a California Corporation; DOUGLAS NESS, D.D.S., an individual; NESS DENTAL CORPORATION, a California Corporation; GEORGE JARED, D.D.S., an individual; GEORGE JARED, D.D.S., INC., a California corporation; JAMES HEBETS, an individual; THE HEBETS COMPANY, a Missouri Corporation; and DOES 1-250, inclusive,<br><br>            Defendants. |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 7.2 and 12.1, Plaintiff Borrego Community Health Foundation ("Plaintiff") and Defendant Mikia Wallis (Plaintiff and Defendant collectively, the "Parties"), by and through their respective counsel, hereby stipulate to and jointly move the Court for an extension of time within which Defendant may answer or otherwise respond to the Complaint in this matter, up to and including September 19, 2022.

Good cause exists to warrant an extension of time for Defendants to file an answer or otherwise respond to the Complaint for the following reasons:

WHEREAS, Defendant Mikia Wallis was served with the Summons and Complaint on August 1, 2022;

WHEREAS, Mikia Wallis's current deadline for filing an answer, motion or other response to the Complaint is August 21, 2022;

WHEREAS, the Defendant has requested and Plaintiff has consented to additional time for the Defendant to file an answer, motion, or other response to the Complaint;

WHEREAS, extending the deadline will allow the Defendants additional time to evaluate the allegations in the Complaint which includes 762 paragraphs, spans 154 pages, and attaches 546 pages of exhibits;

WHEREAS, Plaintiff is in the process of serving the remaining defendants other than the within Defendant, and extending the current deadline for the Defendants' response to the Complaint would therefore not delay the case where other defendants have yet to be served;

WHEREAS, there are over 40 defendants in the above-captioned action and Plaintiff seeks to stagger the responsive pleading deadlines to allow for meaningful briefing should it be necessary; and

WHEREAS, extending the deadline to respond is in the best interests of the Parties, judicial economy and justice.

The Parties hereby respectfully request that the Court grant this Joint Motion and issue an Order extending the deadline for Defendants to file a response to the Complaint to September 19, 2022.

IT IS SO STIPULATED.

DATED: September 1, 2022        HOOPER, LUNDY & BOOKMAN, P.C.

By: _____
DEVIN M. SENELICK
Attorneys for Plaintiff Borrego Community Health Foundation

DATED: September 1, 2022

By: _____
MIKIA WALLIS
Defendant In Pro Per