Thomas P. Bleau, Esq., SBN 152945
    E-mail: tbleau@bleaufox.com
Megan A. Childress, Esq., SBN 266926
    E-mail: mchildress@bleaufox.com
BLEAU FOX a P.L.C.
2801 W. Empire Ave.
Burbank, CA 91504
Telephone: (818) 748-3434
Facsimile: (818) 748-3436

Attorneys for Defendants,
Aram Arakelyan, D.D.S., New Millennium
Dental Group of Aram Arakelyan, Inc.,
Alborz Mehdizadeh, D.D.S., Alborz
Mehdizadeh, Inc., and Jilbert Bakramian, D.D.S.

JOSEPH R. LAMAGNA (State Bar No. 246850)
JORDAN KEARNEY (State Bar No. 305483)
HOOPER, LUNDY & BOOKMAN, P.C.
101 W. Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
E-Mail: jlamagna@health-law.com
        jkearney@health-law.com

DEVIN M. SENELICK (State Bar No. 221478)
TARYN A. REID (State Bar No. 328772)
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: dsenelick@health-law.com
        treid@health-law.com

Attorneys for Plaintiff,
Borrego Community Health Foundation

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>                    Plaintiff,<br>v.<br><br>KAREN HEBETS, an individual; et al,<br>                    Defendants. | Case No.: 3:22-cv-01056-AJB-AGS<br><br>JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT |

1

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 7.2 and 12.1, Plaintiff Borrego Community Health Foundation ("Plaintiff"), and Defendants Aram Arakelyan, D.D.S., New Millennium Dental Group of Aram Arakelyan, Inc., Alborz Mehdizadeh, D.D.S., Alborz Mehdizadeh, Inc., and Jilbert Bakramian, D.D.S. (collectively, "Defendants), by and through their respective counsel, hereby stipulate to and jointly move the Court for an extension of time of no more than thirty days within which Defendants may answer or otherwise respond to the Complaint in this matter, up to and including October 4, 2022.

Good cause exists to warrant an extension of time for Defendants to respond to the Complaint for the following reasons:

WHEREAS, the parties agree that the service date of all Defendants was effective no later than August 22, 2022;

WHEREAS, the time within which the Defendants may answer or otherwise respond has not yet expired;

WHEREAS, the Defendants have requested and Plaintiff has consented to an additional twenty-two (22) days to file an answer, motion, or other response to the Complaint;

WHEREAS, extending the deadline will allow Defendants additional time to evaluate the allegations in the Complaint which includes 762 paragraphs, spans 154 pages, and attaches 546 pages of exhibits;

WHEREAS, the deadlines for other defendants to respond to the Complaint have also been extended and extending the current deadline for Defendants' response to the Complaint would therefore not delay the case; and

WHEREAS, extending the deadline for twenty-two (22) days is in the best interest of the parties, judicial economy and justice.

1   Plaintiff and Defendants hereby respectfully request that the Court grant this Joint

2   Motion and issue an Order extending the deadline for Defendants to file a response to

3   the Complaint by twenty-two days, up to and including October 4, 2022.

4

5   Respectfully submitted,

6

7   Date:  September 1, 2022                    BLEAU FOX, A P.L.C.

8

9                                              By:      */s/ Megan A. Childress*
                                                        Thomas P. Bleau, Esq.
10                                                      Megan A. Childress, Esq.
                                                        Attorneys for Defendants,
11                                                      Aram Arakelyan, D.D.S., New
                                                        Millennium Dental Group of Aram
12                                                      Arakelyan, Inc., Alborz
                                                        Mehdizadeh, D.D.S., Alborz
13                                                      Mehdizadeh, Inc., and Jilbert
                                                        Bakramian, D.D.S.
14

15

16                                             HOOPER LUNDY & BOOKMAN, P.C.

17

18   Date:  September 1, 2022                   By:      */s/ Joseph LaManga*
                                                        Joseph R. LaMagna, Esq.
19                                                      Attorneys for Plaintiff BORREGO
                                                        COMMUNITY HEALTH
20                                                      FOUNDATION

21

22   ///

23   ///

24   ///

25

26

27

28

3

JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT

SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Joseph R. Lamagna, counsel for Plaintiff, and that I have obtained Mr. Lamagna's authorization to affix his electronic signature to this document.

Date:  September 1, 2022                    BLEAU FOX, A P.L.C.

By:     /s/ Megan A. Childress
        Thomas P. Bleau, Esq.
        Megan A. Childress, Esq.
        Attorneys for Defendants,
        Aram Arakelyan, D.D.S., New
        Millennium Dental Group of Aram
        Arakelyan, Inc., Alborz
        Mehdizadeh, D.D.S., Alborz
        Mehdizadeh, Inc., and Jilbert
        Bakramian, D.D.S.

JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT