# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation;<br><br>Plaintiff,<br>vs.<br><br>KAREN HEBETS, an individual; *et al.*,<br><br>Defendants. | Case No.: 3:22-cv-01056-AJB-AGS<br><br>ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANTS' TIME TO FILE RESPONSE TO COMPLAINT |

Plaintiff Borrego Community Health Foundation ("Plaintiff") and Defendants Douglas Ness and Ness Dental Corporation ("Defendants") having stipulated hereto, and good cause appearing therefor, the Joint Motion to Extend Defendants' Time to Respond to Complaint is hereby GRANTED. Accordingly, Defendants' response to Plaintiff's complaint is now due on or before October 10, 2022.

**IT IS SO ORDERED.**

Dated: September 1, 2022

*/s/ Battaglia*
Hon. Anthony J. Battaglia
United States District Judge

22cv1056