# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAREN HEBETS, an individual; et al,<br><br>Defendants. | Case No.: 3:22-cv-01056-AJB-AGS<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT |

Upon review of the Joint Motion to Extend Time to File Response to Complaint filed by Plaintiff and Defendants Aram Arakelyan, D.D.S., New Millennium Dental Group of Aram Arakelyan, Inc., Alborz Mehdizadeh, D.D.S., Alborz Mehdizadeh, Inc., and Jilbert Bakramian, D.D.S. (collectively, "Defendants"), and good cause appearing, the Motion is hereby GRANTED. Defendants must file an answer, or otherwise respond, to the Complaint on or before October 4, 2022.

IT IS SO ORDERED.

Dated: September 1, 2022

Hon. Anthony J. Battaglia
United States District Judge

1
ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT