| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Devin M. Senelick,Esq | SBN: Bar No.221478 <br> HOOPER, LUNDY & BOOKMAN, INC <br> 1875 Century Park East Suite 1600   Los Angeles, CA 90067 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (310) 551-8111 | FAX NO. (310) 551-8181 | E-MAIL ADDRESS <br> ATTORNEY FOR *(Name)*: Plaintiff: Borrego Community Health Foundation | |

**USDC/SOUTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 221 W. BROADWAY
CITY AND ZIP CODE: SAN DIEGO, CA 92101-8900
BRANCH NAME: SOUTHERN DISTRICT OF CALIFORNIA

| PLAINTIFF/PETITIONER: Borrego Community Health Foundation, a California Nonprofit Public Benefit Corporation <br> DEFENDANT/RESPONDENT: Karen Hebets, an Individual, et al. | CASE NUMBER: <br> 3:22-cv-01056-TWR-NLS |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 10335.909 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **Notice Regarding Exhibit Attachment; Notice of Related Cases**
3. a. Party served *(specify name of party as shown on documents served)*:
   **Alborz Mehdizadeh, D.D.S., an Individual**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served: **15080 Seventh St Ste 7**
   **Victorville, CA 92395-3865**
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:     (2) at *(time)*:
   b. ☑ **by substituted service.** On *(date)*: **8/17/2022** at *(time)*: **12:23 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   **Blanca Valcosa - Receptionist**
       Age: 41 - 45 | Weight: 141-160 Lbs | Hair: Brown | Sex: Female | Height: 5'1 - 5'6 | Eyes: Brown | Race: Latino

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
       *(date)*:   from *(city)*:                                             or ☑  a declaration of mailing is attached.
   (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/LA300453

Case 3:22-cv-01056-AJB-AGS   Document 22   Filed 09/07/22   PageID.863   Page 2 of 4

| PETITIONER: Borrego Community Health Foundation, a California Nonprofit Public Benefit Corporation | CASE NUMBER: |
|---|---|
| RESPONDENT: Karen Hebets, an Individual, et al. | 3:22-cv-01056-TWR-NLS |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                               (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of
   under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)                                      ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)                         ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)          ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                                 ☐ 415.46 (occupant)
                                                                         ☐ other:

7. **Person who served papers**
   a. Name: **Oscar Sanchez - Nationwide Legal, LLC REG: 12-234648**
   b. Address: **1609 James M Wood Blvd. Los Angeles, CA 90015**
   c. Telephone number: **(213) 249-9999**
   d. **The fee** for service was: **$ 334.30**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
           (i) ☐ owner    ☐ employee    ☑ independent contractor.
           (ii) Registration No.: **1450**
           (iii) County: **San Bernardino**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **8/17/2022**

**N** Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015
(213) 249-9999
www.nationwideasap.com

_____  ▶ *(signature)*
       **Oscar Sanchez**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number, and address): | FOR COURT USE ONLY |
|---|---|
| Devin M. Senelick,Esq | SBN: Bar No.221478<br>HOOPER, LUNDY & BOOKMAN, INC<br>1875 Century Park East Suite 1600  Los Angeles, CA 90067<br>TELEPHONE NO.: (310) 551-8111 | FAX NO. (310) 551-8181 | E-MAIL ADDRESS<br>ATTORNEY FOR *(Name):* Plaintiff: Borrego Community Health Foundation | |

**USDC/SOUTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 221 W. BROADWAY
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101-8900
BRANCH NAME: SOUTHERN DISTRICT OF CALIFORNIA

| PLAINTIFF/PETITIONER: Borrego Community Health Foundation, a California Nonprofit Public Benefit Corporation<br>DEFENDANT/RESPONDENT: Karen Hebets, an Individual, et al. | CASE NUMBER:<br>3:22-cv-01056-TWR-NLS |
|---|---|
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.:<br>10335.909 |

I, Oscar Sanchez , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: Alborz Mehdizadeh, D.D.S., an Individual as follows:

Documents:
  **Summons; Complaint; Notice Regarding Exhibit Attachment; Notice of Related Cases**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 8/12/2022 | 12:20 PM | Business | Subject not in.<br>15080 Seventh St Ste 7,  Victorville, CA 923953865 |
| 8/15/2022 | 4:37 PM | Business | Per Jane Doe subject is unavailable<br>15080 Seventh St Ste 7,  Victorville, CA 923953865 |
| 8/17/2022 | 12:23 PM | Business | Substituted service on: Alborz Mehdizadeh, D.D.S., an Individual; 15080 Seventh St Ste 7, Victorville, CA 92395-3865; by serving: Blanca Valcosa - Receptionist, Latino Female 41 - 45 141-160 Lbs Brown 5'1 - 5'6 Brown. |



Fee for Service: **$ 334.30**
  County:  **San Bernardino**
  Registration No.:  **1450**
  **Nationwide Legal, LLC**
  **1609 James M Wood Blvd.**
  **Los Angeles, CA 90015**
  **(213) 249-9999**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 17, 2022.

Signature:_____
                                    Oscar Sanchez

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: LA300453

| Attorney or Party without Attorney: Devin M. Senelick, Esq, SBN: Bar No.221478<br>HOOPER, LUNDY & BOOKMAN, INC<br>1875 Century Park East Suite 1600<br>Los Angeles, CA 90067<br>TELEPHONE No.: (310) 551-8111  FAX No. (Optional): (310) 551-8181<br>E-MAIL ADDRESS (Optional):<br>Attorney for: Plaintiff Borrego Community Health Foundation | FOR COURT USE ONLY |
|---|---|
| Ref No. or File No.: 10335.909 | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| USDC/SOUTHERN DISTRICT OF CALIFORNIA - SOUTHERN DISTRICT OF CALIFORNIA |
| Petitioner: Borrego Community Health Foundation, a California Nonprofit Public Benefit Corporation |
| Respondent: Karen Hebets, an Individual, et al. |

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 3:22-cv-01056-TWR-NLS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons; Complaint; Notice Regarding Exhibit Attachment; Notice of Related Cases

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

   a. Date of Mailing:        August 17, 2022
   b. Place of Mailing:       Los Angeles, CA
   c. Addressed as follows:   Alborz Mehdizadeh, D.D.S., an Individual
                              15080 Seventh St Ste 7
                              Victorville, CA 92395-3865

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Fee for Service: **$ 334.30**
**Nationwide Legal, LLC REG: 12-234648**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **August 17, 2022**.

Signature: _____

Angela Martirosyan

**PROOF OF SERVICE BY MAIL**

Order#: LA300453/mailproof