| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Devin M. Senelick,Esq \| SBN:  Bar No.221478<br>HOOPER, LUNDY & BOOKMAN, INC<br>1875 Century Park East Suite 1600   Los Angeles, CA 90067<br><br>TELEPHONE NO.: (310) 551-8111 \| FAX NO. (310) 551-8181 \|E-MAIL ADDRESS<br>ATTORNEY FOR (Name): Plaintiff: Borrego Community Health Foundaiton | |

| USDC/SOUTHERN DISTRICT OF CALIFORNIA | |
|---|---|
| STREET ADDRESS: 221 W. BROADWAY | |
| CITY AND ZIP CODE: SAN DIEGO, CA 92101-8900 | |
| BRANCH NAME: SOUTHERN DISTRICT OF CALIFORNIA | |

| PLAINTIFF/PETITIONER: Borrego Community Health Foundation, a California Nonprofit Public Benefit Corporation<br>DEFENDANT/RESPONDENT: Karen Hebets, an Individual, et al. | CASE NUMBER:<br>22-cv-1056-TWR-NLS |
|---|---|

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>10335.909 |
|---|---|

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:
    a. ☑ Summons
    b. ☑ Complaint
    c. ☐ Alternative Dispute Resolution (ADR) package
    d. ☐ Civil Case Cover Sheet
    e. ☐ Cross-Complaint
    f. ☑ other *(specify documents):* **Notice Regarding Exhibit Attachment; Notice of Related Cases**

3.  a. Party served *(specify name of party as shown on documents served):*
    **ARAM ARAKELYAN, D.D.S., AN INDIVIDUAL**
      **Age: 56 - 60 | Weight: 161-180 Lbs | Hair: Black | Sex: Male | Height: 5'7 - 6'0 | Eyes: Brown | Race: Middle Eastern**

    b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4.  Address where the party was served:  **10224 Monaco Dr # 7**
    **Rancho Cucamonga, CA 91737-2331**

5.  I served the party *(check proper box)*
    a. ☑ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **8/11/2022**     (2) at *(time):* **11:29 AM**

    b. ☐ **by substituted service.**  On *(date):*  at  *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

       (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

       (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

       (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

       (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):*    from *(city):*                          **or** ☐ a declaration of mailing is attached.

       (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/LA300468** |

| PETITIONER: Borrego Community Health Foundation, a California Nonprofit Public Benefit Corporation | |
|---|---|
| RESPONDENT: Karen Hebets, an Individual, et al. | 22-cv-1056-TWR-NLS |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                                         (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

    a. ☐ as an individual defendant.

    b. ☐ as the person sued under the fictitious name of *(specify):*

    c. ☐ as occupant.

    d. ☐ On behalf of

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

    a. Name: **Oscar Sanchez - Nationwide Legal, LLC REG: 12-234648**

    b. Address: **1609 James M Wood Blvd. Los Angeles, CA 90015**

    c. Telephone number: **(213) 249-9999**

    d. **The fee** for service was: **$ 314.30**

    e. I am:

        (1) ☐ not a registered California process server.

        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

        (3) ☑ registered California process server:

            (i) ☐ owner     ☐ employee     ☑ independent contractor.

            (ii) Registration No.: **1450**

            (iii) County: **San Bernardino**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **8/11/2022**

**N**

**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

_____
**Oscar Sanchez**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(signature)*