| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>_ Devin M. Senelick, Esq | SBN : Bar No.221478<br>HOOPER, LUNDY & BOOKMAN, INC<br>1875 Century Park East Suite 1600   Los Angeles, CA 90067<br><br>TELEPHONE NO.: (310) 551-8111 | FAX NO. (310) 551-8181 | E-MAIL ADDRESS<br>ATTORNEY FOR *(Name)*:  Plaintiff: Borrego Community Health Foundation | FOR COURT USE ONLY |

| |
|---|
| **USDC/SOUTHERN DISTRICT OF CALIFORNIA**<br>STREET ADDRESS: 221 W. BROADWAY<br>CITY AND ZIP CODE: SAN DIEGO, CA 92101-8900<br>BRANCH NAME: SOUTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| PLAINTIFF/PETITIONER: BORREGO COMMUNITY HEALTH FOUNDATION, etc.<br>DEFENDANT/RESPONDENT: KAREN HEBETS, an individual, et al. | CASE NUMBER:<br><br>22-cv-1056-TWR-NLS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>10335.909 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **Notice Regarding Exhibit Attachment; Notice of Related Cases**

3. a.  Party served *(specify name of party as shown on documents served)*:
   **MAGALY VELASQUEZ, D.D.S., an individual**
   Age: 51 - 55 | Weight: 161-180 Lbs | Hair: Black | Sex: Female | Height: 5'1 - 5'6 | Eyes: Brown | Race: Latino

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:  **9130 Foothill Blvd**
   **Rancho Cucamonga, CA 91730-3449**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **8/19/2022**   (2) at *(time)*: **12:22 PM**

   b. ☐ **by substituted service.** On *(date)*:   at  *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city):*                        **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/LA300457** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

　　(1) on *(date):*　　　　　　　　　　　　(2) from *(city):*

　　(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30.)

　　(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

　　☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☐ On behalf of
　　under the following Code of Civil Procedure section:

　　☐ 416.10 (corporation)　　　　　　　　　☐ 415.95 (business organization, form unknown)
　　☐ 416.20 (defunct corporation)　　　　　☐ 416.60 (minor)
　　☐ 416.30 (joint stock company/association)　☐ 416.70 (ward or conservatee)
　　☐ 416.40 (association or partnership)　　☐ 416.90 (authorized person)
　　☐ 416.50 (public entity)　　　　　　　　☐ 415.46 (occupant)
　　　　　　　　　　　　　　　　　　　　　☐ other:

7. **Person who served papers**

　a. Name: **Oscar Sanchez - Nationwide Legal, LLC REG: 12-234648**

　b. Address: **1609 James M Wood Blvd.  Los Angeles, CA 90015**

　c. Telephone number: **(213) 249-9999**

　d. **The fee** for service was: **$ 441.80**

　e. I am:

　　(1) ☐ not a registered California process server.

　　(2) ☐ exempt from registration under Business and Professions Code section 22350(b).

　　(3) ☑ registered California process server:

　　　　(i) ☐ owner　☐ employee　☑ independent contractor.

　　　　(ii) Registration No.: **1450**

　　　　(iii) County: **San Bernardino**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

　　or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **8/19/2022**

**N** **Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

_____
　　　　**Oscar Sanchez**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)　▶