| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Devin M. Senelick,Esq | SBN: Bar No.221478<br>HOOPER, LUNDY & BOOKMAN, INC<br>1875 Century Park East Suite 1600   Los Angeles, CA 90067<br><br>TELEPHONE NO.: (310) 551-8111 | FAX NO. (310) 551-8181 | E-MAIL ADDRESS<br>ATTORNEY FOR *(Name)*: Plaintiff: Borrego Community Health Foundation | *FOR COURT USE ONLY* |

**USDC/SOUTHERN DISTRICT OF CALIFORNIA**

STREET ADDRESS: 221 W. BROADWAY

CITY AND ZIP CODE: SAN DIEGO, CA 92101-8900

BRANCH NAME: SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF/PETITIONER: Borrego Community Health Foundation, A California Nonprofit Public Benefit Corporation<br>DEFENDANT/RESPONDENT: Karen Hebets, an Individual; et al. | CASE NUMBER:<br>3:22-cv-01056-TWR-NLS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>10335.909 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **Notice Regarding Exhibit Attachment; Notice of Related Cases**

3. a. Party served *(specify name of party as shown on documents served)*:
   **MARLENE THOMPSON, D.D.S., INC., a California Corporation**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Marlene Thompson - Agent for Service of Process**

4. Address where the party was served: **1018 W El Norte Pkwy**
   **Escondido, CA 92026-3341**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*     (2) at *(time):*

   b. ☑ **by substituted service.**  On *(date):* **8/11/2022** at  *(time):* **11:18 AM**  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   **Ashly  G. - Receptionist**
   **Age: 26 - 30 | Weight: 141-160 Lbs | Hair: Brown | Sex: Female | Height: 5'1 - 5'6 | Eyes: Brown | Race: Latino**

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date):*    from *(city):*                                **or** ☑ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/LA300469** |

| PETITIONER: Borrego Community Health Foundation, A California Nonprofit Public Benefit Corporation | CASE NUMBER: |
|---|---|
| RESPONDENT: Karen Hebets, an Individual; et al. | 3:22-cv-01056-TWR-NLS |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                          (2) from  *(city):*

   (3) ☐   with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐   to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐   Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐   as an individual defendant.
   b. ☐   as the person sued under the fictitious name of  *(specify):*
   c. ☐   as occupant.
   d. ☐   On behalf of
      under the following Code of Civil Procedure section:

   ☐   416.10 (corporation)          ☐   415.95 (business organization, form unknown)
   ☐   416.20 (defunct corporation)      ☐   416.60 (minor)
   ☐   416.30 (joint stock company/association)   ☐   416.70 (ward or conservatee)
   ☐   416.40 (association or partnership)    ☐   416.90 (authorized person)
   ☐   416.50 (public entity)         ☐   415.46 (occupant)
                            ☐   other:

7. **Person who served papers**
   a. Name: **Anthony Jackson - Nationwide Legal, LLC REG: 12-234648**
   b. Address: **1609 James M Wood Blvd.  Los Angeles, CA 90015**
   c. Telephone number: **(213) 249-9999**
   d. **The fee** for service was: **$ 441.10**
   e. I am:

      (1) ☐   not a registered California process server.
      (2) ☐   exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑   registered California process server:
         (i) ☐ owner      ☑ employee      ☐ independent contractor.
         (ii) Registration No.: **1754**
         (iii) County: **San Diego**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **8/11/2022**

**N**

**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

_____          ▶     _____
        **Anthony Jackson**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

| Attorney or Party without Attorney: Devin M. Senelick,Esq, SBN:  Bar No.221478 HOOPER, LUNDY & BOOKMAN, INC 1875 Century Park East Suite 1600 Los Angeles, CA 90067 | | E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |
|---|---|---|---|
| TELEPHONE No.: (310) 551-8111     FAX No. (Optional): (310) 551-8181 | | | |
| Attorney for: Plaintiff Borrego Community Health Foundation | Ref No. or File No.: 10335.909 | | |
| Insert name of Court, and Judicial District and Branch Court: USDC/SOUTHERN DISTRICT OF CALIFORNIA - SOUTHERN DISTRICT OF CALIFORNIA | | | |
| Petitioner: Borrego Community Health Foundation, A California Nonprofit Public Benefit Corporation | | | |
| Respondent: Karen Hebets, an Individual; et al. | | | |

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 3:22-cv-01056-TWR-NLS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occured.

2. I served copies of the Summons; Complaint; Notice Regarding Exhibit Attachment; Notice of Related Cases

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as  follows:

    a. Date of Mailing:           August 11, 2022
    b. Place of Mailing:         Los Angeles, CA
    c. Addressed as follows:    MARLENE THOMPSON, D.D.S., INC., a California Corporation
                                    ATTENTION: Marlene Thompson - Agent for Service of Process
                                    1018 W El Norte Pkwy
                                    Escondido, CA 92026-3341

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be  deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of  business.

Fee for Service: **$ 441.10**
   **Nationwide Legal, LLC REG: 12-234648**
   **1609 James M Wood Blvd.**
   **Los Angeles, CA 90015**
   **(213) 249-9999**
   **www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **August 11, 2022**.

Signature: _____

               **Angela Martirosyan**

**PROOF OF SERVICE BY MAIL**

               **Order#: LA300469/mailproof**