| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Devin M. Senelick,Esq | SBN: Bar No.221478<br>HOOPER, LUNDY & BOOKMAN, INC<br>1875 Century Park East Suite 1600   Los Angeles, CA 90067<br>TELEPHONE NO.: (310) 551-8111 | FAX NO. (310) 551-8181 | E-MAIL ADDRESS<br>ATTORNEY FOR (Name): Plaintiff: Borrego Community Health Foundation | |

**USDC/SOUTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 221 W. BROADWAY
CITY AND ZIP CODE: SAN DIEGO, CA 92101-8900
BRANCH NAME: SOUTHERN DISTRICT OF CALIFORNIA

| PLAINTIFF/PETITIONER: Borrego Community Health Foundation, A California Nonprofit Public Benefit Corporation | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Karen Hebets, an Individual, et al. | 3:22-cv-01056-TWR-NLS |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>10335.909 |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **Notice Regarding Exhibit Attachment; Notice of Related Cases**
3. a. Party served *(specify name of party as shown on documents served):*
   **Michael Hoang, D.M.D., an Individual**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: **13672 Hawthorne Blvd**
   **Hawthorne, CA 90250-5810**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*   (2) at *(time):*
   b. ☑ **by substituted service.** On *(date):* **8/19/2022** at *(time):* **12:21 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   **Nancy L.  - Receptionist**
   Age: 36 - 40 | Weight: 181-200 Lbs | Hair: Brown | Sex: Female | Height: 5'1 - 5'6 | Eyes: Brown | Race: Latino

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☑ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date):*    from *(city):*                                                       or ☑ a declaration of mailing is attached.
   (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/LA300455

| | |
|---|---|
| PETITIONER: Borrego Community Health Foundation, A California Nonprofit Public Benefit Corporation<br>RESPONDENT: Karen Hebets, an Individual, et al. | CASE NUMBER:<br>3:22-cv-01056-TWR-NLS |

- c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  - (1) on *(date):*  (2) from *(city):*
  - (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
  - (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
- d. ☐ **by other means** *(specify means of service and authorizing code section):*

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   - a. ☐ as an individual defendant.
   - b. ☐ as the person sued under the fictitious name of *(specify):*
   - c. ☐ as occupant.
   - d. ☐ On behalf of
     under the following Code of Civil Procedure section:
     - ☐ 416.10 (corporation)
     - ☐ 416.20 (defunct corporation)
     - ☐ 416.30 (joint stock company/association)
     - ☐ 416.40 (association or partnership)
     - ☐ 416.50 (public entity)
     - ☐ 415.95 (business organization, form unknown)
     - ☐ 416.60 (minor)
     - ☐ 416.70 (ward or conservatee)
     - ☐ 416.90 (authorized person)
     - ☐ 415.46 (occupant)
     - ☐ other:

7. **Person who served papers**
   - a. Name: **Damon Boykin - Nationwide Legal, LLC REG: 12-234648**
   - b. Address: **1609 James M Wood Blvd.  Los Angeles, CA 90015**
   - c. Telephone number: **(213) 249-9999**
   - d. **The fee** for service was: **$ 389.73**
   - e. I am:
     - (1) ☐ not a registered California process server.
     - (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     - (3) ☑ registered California process server:
       - (i) ☐ owner  ☐ employee  ☑ independent contractor.
       - (ii) Registration No.: **6895**
       - (iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **8/19/2022**

**N** Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015
(213) 249-9999
www.nationwideasap.com

_____    ▶ *(signature)*
               **Damon Boykin**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Devin M. Senelick,Esq | SBN: Bar No.221478<br>HOOPER, LUNDY & BOOKMAN, INC<br>1875 Century Park East Suite 1600   Los Angeles, CA 90067 | | |
| TELEPHONE NO.: (310) 551-8111 | FAX NO. (310) 551-8181 | E-MAIL ADDRESS | | |
| ATTORNEY FOR (Name):  Plaintiff: Borrego Community Health Foundation | | |

| USDC/SOUTHERN DISTRICT OF CALIFORNIA | |
|---|---|
| STREET ADDRESS: 221 W. BROADWAY | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: SAN DIEGO, CA 92101-8900 | |
| BRANCH NAME: SOUTHERN DISTRICT OF CALIFORNIA | |

| PLAINTIFF/PETITIONER: Borrego Community Health Foundation, A California Nonprofit Public Benefit Corporation | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Karen Hebets, an Individual, et al. | 3:22-cv-01056-TWR-NLS |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: 10335.909 |

I, Damon Boykin , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: Michael Hoang, D.M.D., an Individual as follows:

Documents:

**Summons; Complaint; Notice Regarding Exhibit Attachment; Notice of Related Cases**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 8/12/2022 | 6:14 PM | Home | Gated community - requires access key or code. Did not see subject name on call box<br>150 The Promenade N Unit 525,  Long Beach, CA 908024757 |
| 8/13/2022 | 1:07 PM | Home | Gated community - requires access key or code<br>150 The Promenade N Unit 525,  Long Beach, CA 908024757 |
| 8/14/2022 | 7:30 AM | Home | Gated community - requires access key or code<br>150 The Promenade N Unit 525,  Long Beach, CA 908024757 |
| 8/17/2022 | 9:19 AM | Home | Subject not available per front desk<br>13672 Hawthorne Blvd,  Hawthorne, CA 902505810 |
| 8/18/2022 | 4:20 PM | Home | Door locked and closed<br>13672 Hawthorne Blvd,  Hawthorne, CA 902505810 |
| 8/19/2022 | 12:21 PM | Home | Substituted service on: Michael Hoang, D.M.D., an Individual; 13672 Hawthorne Blvd, Hawthorne, CA 90250-5810; by serving: Nancy L. - Receptionist, Latino Female 36 - 40 181-200 Lbs Brown 5'1 - 5'6 Brown. |

Fee for Service: **$ 389.73**

**N** County:  **Los Angeles**
Registration No.:  **6895**
**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 19, 2022.



Signature:_____

Damon Boykin

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: LA300455

| Attorney or Party without Attorney: Devin M. Senelick, Esq, SBN: Bar No.221478<br>HOOPER, LUNDY & BOOKMAN, INC<br>1875 Century Park East Suite 1600<br>Los Angeles, CA 90067<br>TELEPHONE No.: (310) 551-8111   FAX No. (Optional): (310) 551-8181<br>E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |
|---|---|
| Attorney for: Plaintiff Borrego Community Health Foundation | |
| Ref No. or File No.: 10335.909 | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC/SOUTHERN DISTRICT OF CALIFORNIA - SOUTHERN DISTRICT OF CALIFORNIA | |
| Petitioner: Borrego Community Health Foundation, A California Nonprofit Public Benefit Corporation | |
| Respondent: Karen Hebets, an Individual, et al. | |

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 3:22-cv-01056-TWR-NLS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons; Complaint; Notice Regarding Exhibit Attachment; Notice of Related Cases

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

   a. Date of Mailing:       August 19, 2022
   b. Place of Mailing:      Los Angeles, CA
   c. Addressed as follows:  Michael Hoang, D.M.D., an Individual
                             13672 Hawthorne Blvd
                             Hawthorne, CA 90250-5810

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Fee for Service: **$ 389.73**
**Nationwide Legal, LLC REG: 12-234648**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **August 19, 2022**.

Signature: _____
**Angela Martirosyan**

**PROOF OF SERVICE BY MAIL**

Order#: LA300455/mailproof