**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Devin M. Senelick, Esq | SBN: Bar No.221478<br>HOOPER, LUNDY & BOOKMAN, INC<br>1875 Century Park East Suite 1600   Los Angeles, CA 90067<br>TELEPHONE NO.: (310) 551-8111 | FAX NO. (310) 551-8181 | E-MAIL ADDRESS<br>ATTORNEY FOR (Name): Plaintiff: Borrego Community Health Foundation | |

**USDC/SOUTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 221 W. BROADWAY
CITY AND ZIP CODE: SAN DIEGO, CA 92101-8900
BRANCH NAME: SOUTHERN DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: Borrego Community Health Foundation, et al.
DEFENDANT/RESPONDENT: Karen Hebets, et al.

CASE NUMBER: 22-cv-1056-TWR-NLS

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 10335.909

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **Notice Regarding Exhibit Attachment; Notice of Related Cases**
3. a. Party served *(specify name of party as shown on documents served):*
   **W.A. STEPHAN, A DENTAL CORPORATION, a California Corporation**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Heather Kiss - Agent for Service of Process**
   Age: 31 - 35 | Weight: 121-140 Lbs | Hair: Blond | Sex: Female | Height: 5'1 - 5'6 | Eyes: | Race: Caucasian
4. Address where the party was served: **4025 Avati Dr**
   **San Diego, CA 92117-4403**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **8/11/2022** (2) at *(time):* **11:30 AM**
   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/LA300465

| PETITIONER: Borrego Community Health Foundation, et al. | CASE NUMBER: |
| --- | --- |
| RESPONDENT: Karen Hebets, et al. | 22-cv-1056-TWR-NLS |

Case 3:22-cv-01056-AJB-AGS   Document 44   Filed 09/07/22   PageID.923   Page 2 of 2

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                         (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of
      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                ☐ 415.46 (occupant)
                                                               ☐ other:

7. **Person who served papers**
   a. Name: **Michael Pfahler - Nationwide Legal, LLC REG: 12-234648**
   b. Address: **1609 James M Wood Blvd. Los Angeles, CA 90015**
   c. Telephone number: **(213) 249-9999**
   d. **The fee** for service was: **$ 314.30**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner    ☑ employee    ☐ independent contractor.
         (ii) Registration No.: **1446**
         (iii) County: **San Diego**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **8/11/2022**

**N**   **Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

_____   ▶ *(signature)*
**Michael Pfahler**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)