Benjamin J. Fenton, SBN 243214
**FENTON LAW GROUP LLP**
1990 S. Bundy Drive, Suite 777
Los Angeles, CA 90025
Telephone: 310-444-5244
Facsimile: 310-444-5280

Attorneys for Defendant
MICHAEL HOANG, D.D.S.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL HOANG, D.S.S.<br><br>　　　　Defendants. | CASE NO. 22CV1056 TWR NLS<br><br>**DEFENDANT MICHAEL HOANG, D.D.S'S ANSWER TO PLAINTIFF BORREGO COMMUNITY HEALTH FOUNDATION**<br><br>COMPLAINT FILED: July 19, 2022<br>TRIAL DATE: No Date Set |

1. Defendant MICHAEL HOANG, D.D.S., hereby answers the Complaint (the "Complaint") filed by Plaintiff BORREGO COMMUNITY HEALTH FOUNDATION. Defendant generally denies each and every allegation except those hereinafter specifically admitted or those without sufficient knowledge or information to form a belief as to the truth of the allegations.

2. Answering Paragraph 35 of the Complaint, Defendant admits that Defendant operated a private dental practice, located at 13672 Hawthorne Blvd., Hawthorne, CA 90250, and that Defendant resides in Long Beach and that Defendant is a dentist. Defendant denies all other allegations of Paragraph 35.

3. Answering Paragraph 156 of the Complaint, upon information and belief, DEFENDANT admits the allegations in this paragraph.

4. Answering Paragraph 157 of the Complaint, upon information and belief, DEFENDANT admits the allegations.

5. Answering Paragraph 158 of the Complaint, DEFENDANT denies all allegations in this paragraph.

6. Answering Paragraph 159 of the Complaint, DEFENDANT denies all allegations in this paragraph.

7. Answering Paragraphs 1 through 7 of the Complaint, upon information and belief, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

8. Answering Paragraphs 8 through 34 of the Complaint, upon information and belief, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

9. Answering Paragraphs 36 through 156 of the Complaint, upon information and belief, DEFENDANT is without sufficient knowledge or

**DEFENDANT MICHAEL HOANG, D.D.S.'S ANSWER TO PLAINTIFF BORREGO COMMUNITY HEALTH FOUNDATION'S COMPLAINT**

information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

10. Answering Paragraphs 160 through 433 of the Complaint, upon information and belief, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

11. Answering Paragraphs 437 through 466 of the Complaint, upon information and belief, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

12. Answering Paragraph 472 through 537 of the Complaint, upon information and belief, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

13. Answering Paragraph 544 through 623 of the Complaint, upon information and belief, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

14. Answering Paragraph 632 through 688 of the Complaint, upon information and belief, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

15. Answering Paragraph 750 through 760 of the Complaint, upon information and belief, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

# FIRST CAUSE OF ACTION
# RICO

16. Answering Paragraph 435 of the Complaint, DEFENDANT denies all allegations in this paragraph.

17. Answering Paragraph 436 of the Complaint, DEFENDANT denies all allegations in this paragraph.

# EIGHTH CAUSE OF ACTION
# BREACH OF CONTRACT

18. Answering Paragraphs 468 through 471 of the Complaint, DEFENDANT denies all allegations in each paragraph.

# TWENTY-FIRST CAUSE OF ACTION
### Intentional Misrepresentation

19. Answering Paragraphs 539 through 543 of the Complaint, DEFENDANT denies all allegations in each paragraph.

# THIRTY-FOURTH CAUSE OF ACTION
### Negligent Misrepresentation

20. Answering Paragraphs 625 through 631 of the Complaint, DEFENDANT denies all allegations in each paragraph.

# FORTY-THIRD CAUSE OF ACTION
### False Promise

21. Answering Paragraphs 690 through 696 of the Complaint, DEFENDANT denies all allegations in each paragraph.

# FORTY-FOURTH CAUSE OF ACTION
### Conversion

22. Answering Paragraphs 697 through 701 of the Complaint, DEFENDANT denies all allegations in each paragraph.

# FORTY-FIFTH CAUSE OF ACTION

**Inducing Breach of Contract**

23. Answering Paragraphs 703 through 709 of the Complaint, DEFENDANT denies all allegations in each paragraph.

**FORTY-SIXTH CAUSE OF ACTION**

**Intentional Interference with Contractual Relations**

24. Answering Paragraphs 710 through 718 of the Complaint, DEFENDANT denies all allegations in each paragraph.

**FORTY-SEVENTH CAUSE OF ACTION**

**Intentional Interference with Prospective Economic Relations**

25. Answering Paragraphs 719 through 727 of the Complaint, DEFENDANT denies all allegations in each paragraph.

**FORTY-EIGHTH CAUSE OF ACTION**

**Negligent Interference with Prospective Economic Relations**

26. Answering Paragraphs 728 through 737 of the Complaint, DEFENDANT denies all allegations in each paragraph.

**FORTY-NINTH CAUSE OF ACTION**

**Section 17200**

27. Answering Paragraphs 738 through 744 of the Complaint, DEFENDANT denies all allegations in each paragraph.

**FIFTIETH CAUSE OF ACTION**

**Conspiracy**

28. Answering Paragraphs 745 through 749 of the Complaint, DEFENDANT denies all allegations in each paragraph.

**FIFTY-THIRD CAUSE OF ACTION**

**Unjust Enrichment/Restitution**

29. Answering Paragraph 762 of the Complaint, DEFENDANT denies all allegation in this paragraph.

- 4 -

# AFFIRMATIVE DEFENSES

MICHAEL HOANG, D.D.S. pleads the following affirmative defenses and reserves the right to assert additional affirmative defenses to the extent that such defenses become known as a result of discovery or otherwise:

1. Plaintiff's claims are barred, in whole or in part, by the fact that he fails to state facts sufficient to constitute a claim upon which relief can be granted against defendants.

2. Plaintiff's claims are barred, in whole or in part, by the statute of limitations.

3. Plaintiff's claims are barred, in whole or in part, by the doctrines of unclean hands, waiver, and laches.

4. Plaintiff's claims are barred, in whole or in part, by the doctrines of res judicata and/or collateral estoppel.

5. Plaintiff's claims are barred, in whole or in part by virtue of settlement and/or release.

6. Defendant is not liable to the extent that the Plaintiff failed to take adequate measures to mitigate damages.

7. Defendant is not liable to the extent that Plaintiff's damages, if any, were proximately caused by Plaintiff's own acts or admissions, or the acts and omissions of some third parties, and that any judgment rendered against defendants must be denied or reduced accordingly.

8. Defendant is not liable to the extent that Defendant acted reasonably and in good faith and did not knowingly perform any acts that would constitute a violation of any rights of any person or entity, including Plaintiff.

9. Plaintiff's claims based on alleged conduct by Defendants are barred, in whole or in part, by the fact that the Plaintiff has suffered no actual injury.

10. Plaintiff's claims are barred, in whole or in part, by virtue of Plaintiff's

- 5 -

own willful misconduct.

11. Plaintiff's claims are barred, in whole or in part, by the fact that all actions taken by Defendant were done pursuant to exercise of legitimate business judgment, and were based on legitimate business reasons, justifications, and motives.

12. Plaintiff's claims are barred, in whole or in part, by the fact that Defendants' conduct was authorized by applicable law and constituted lawful, proper, and justified conduct.

13. Plaintiff's claims are barred, in whole or in part, by the doctrine of avoidable consequences.

14. Plaintiff's claims and allegations in the Complaint are vague, ambiguous, and uncertain.

15. Damages and claims for which Plaintiff seeks relief in the Complaint, if any, were caused by the acts, errors, or omissions or other fault of third parties and/or contributed to and/or other fault of third parties, for whose conduct Defendant was not responsible.

16. The alleged damages are speculative, uncertain, or contingent, and therefore, are not recoverable.

17. Defendant is not liable for alleged damages due to contribution and/or indemnification.

18. Defendant is not liable to the extent that Plaintiff's damages, if any, are the proximate result of independent, intervening, or superseding causes and/or the conduct of others for which Defendant is not responsible.

19. Defendant reserves the right to add additional defenses as discovery progresses.

**PRAYER**

WHEREFORE, Defendant prays as follows:

- 6 -

1. That Plaintiff take nothing by reason of its complaint, that judgment be rendered in favor of defendant;
2. That Defendant be awarded his costs of suit incurred in defense of this action; and
3. For such other relief as the Court deems proper.

Dated: September 8, 2021    FENTON LAW GROUP, LLP


By: _____/s/_____
    Benjamin J. Fenton
    Attorneys for Defendant

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 1990 South Bundy Drive, Suite 777, Los Angeles, CA 90025.

On September 8, 2022, I served on the interested parties the document(s) described as **DEFENDANT MICHAEL HOANG, D.D.S.'S ANSWER TO PLAINTIFF BORREGO COMMUNITY HEALTH FOUNDATION** by transmitting a true and correct copy thereof addressed as follows:

| | |
|---|---|
| Joseph R. LaMagna<br>Jordan Kearney<br>HOOPER, LUNDY & BOOKMAN, P.C.<br>101 w. Broadway, Suite 1200<br>San Diego, CA 92101<br>(619) 744-7300<br>jlamagna@health-law.com<br>jkearney@health-law.com | Attorneys for Plaintiff<br>BORREGO COMMUNITY HEALTH FOUNDATION |
| Devin M. Senelick<br>Taryn A. Reid<br>HOOPER, LUNDY & BOOKMAN, P.C.<br>1875 Century Park East, Suite 1600<br>Los Angeles, CA 90067<br>(310) 551-8111<br>dsenelick@health-law.com<br>treid@health-law.com | |

**X**   **VIA ELECTRONIC TRANSMISSION:**

I caused the document(s) to be sent to the person(s) at the email addresses listed in the above Service List. I did not receive, within a reasonable time after the transmission, any electronic notification or other indication that the transmission was unsuccessful.

**X**   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Nancy Natelsky*
Nancy Natelsky

FENTON LAW GROUP, LLP

-1-

**PROOF OF SERVICE**