| | |
|---|---|
| 1 | JOSEPH R. LAMAGNA (State Bar No. 246850)<br>JORDAN KEARNEY (State Bar No. 305483) |
| 2 | **HOOPER, LUNDY & BOOKMAN, P.C.**<br>101 W. Broadway, Suite 1200 |
| 3 | San Diego, California 92101<br>Telephone: (619) 744-7300 |
| 4 | Facsimile: (619) 230-0987<br>E-Mail: jlamagna@health-law.com |
| 5 |        jkearney@health-law.com |
| 6 | DEVIN M. SENELICK (State Bar No. 221478)<br>TARYN A. REID (State Bar No. 328772) |
| 7 | **HOOPER, LUNDY & BOOKMAN, P.C.**<br>1875 Century Park East, Suite 1600 |
| 8 | Los Angeles, California 90067<br>Telephone: (310) 551-8111 |
| 9 | Facsimile: (310) 551-8181<br>E-Mail: dsenelick@health-law.com |
| 10 |        treid@health-law.com |
| 11 | *Attorneys for Plaintiff* |
| 12 | KEITH H. RUTMAN (State Bar No. 144175)<br>501 W. Broadway, Suite 1650 |
| 13 | San Diego, CA 92101<br>Telephone: (619) 237-9072 |
| 14 | E-Mail: krutman@krutmanlaw.com |
| 15 | *Attorneys for Defendants Waleed Stephan,*<br>*D.D.S. and W.A. Stephan, A Dental Corporation* |

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>KAREN HEBETS, an individual;<br>MIKIA WALLIS, an individual;<br>DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual;<br>HARRY ILSLEY, an individual;<br>DENNIS NOURSE, an individual;<br>MIKE HICKOK, an individual;<br>CHUCK KIMBALL, an individual;<br>PREMIER HEALTHCARE MANAGEMENT, INC., a California Corporation; SUMMIT | Case No. 3:22-cv-01056-AJB-AGS<br><br>Hon. Anthony J. Battaglia<br><br>**PROOF OF SERVICE**<br><br>Trial Date:    None Set |

7248446.1

1
PROOF OF SERVICE

Case No. 3:22-cv-01056-AJB-AGS

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

| | |
|---|---|
| 1 | HEALTHCARE MANAGEMENT, INC., a California Corporation; DARYL PRIEST, an individual; NICHOLAS PRIEST, an individual; TRAVIS LYON, an individual; HUSAM E. ALDAIRI, D.D.S., an individual; ALDAIRI DDS, INC., a California corporation; AYED HAWATMEH, D.D.S., an individual; HAWATMEH DENTAL GROUP, P.C., a California Corporation; ALBORZ MEHDIZADEH, D.D.S., an individual; ALBORZ MEHDIZADEH, INC., a California Corporation; JILBERT BAKRAMIAN, D.D.S., an individual; MOHAMMED ALTEKREETI, D.D.S., an individual; MAGALY VELASQUEZ, D.D.S., an individual; MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP., a California Corporation; ARAM ARAKELYAN, D.D.S., an individual; NEW MILLENNIUM DENTAL GROUP OF ARAM ARAKELYAN, INC., a California Corporation; MICHAEL HOANG, D.M.D., an individual; WALEED STEPHAN, D.D.S., an individual; W.A. STEPHAN, A DENTAL CORPORATION, a California Corporation; SANTIAGO ROJO, D.D.S., an individual; SANTIAGO A. ROJO, D.D.S., INC., a California Corporation; MARCELO TOLEDO, D.D.S., an individual; MARCELO TOLEDO, D.D.S., INC., a California corporation; MARLENE THOMPSON, D.D.S., an individual; MARLENE THOMPSON, D.D.S., INC., a California Corporation; DOUGLAS NESS, D.D.S., an individual; NESS DENTAL CORPORATION, a California Corporation; GEORGE JARED, D.D.S., an individual; GEORGE JARED, D.D.S., INC., a California corporation; JAMES HEBETS, an individual; THE HEBETS COMPANY, a Missouri Corporation; and DOES 1-250, inclusive, |
| | Defendants. |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 1600, Los Angeles, CA 90067.

On August 19, 2022, I served true copies of the following document(s) described as **SUMMONS, COMPLAINT, NOTICE REGARDING EXHIBIT ATTACHMENT and NOTICE OF RELATED CASES** on the interested parties in this action as follows:

| | |
|---|---|
| Anthony F. Maul<br>The Maul Firm, P.C.<br>101 Broadway<br>Suite 3A<br>Oakland, CA 94607<br>Telephone: (510) 496-4477<br>E-mail: afmaul@maulfirm.com | ***Attorney for Ayed Hawatmeh, D.D.S. and Hawathmeh Dental Group, P.C.*** |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address aramos@health-law.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 19, 2022, at Los Angeles, California.

*/s/ Aida Ramos*
Aida Ramos

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

7248446.1