| | |
|---|---|
| 1 | JOSEPH R. LAMAGNA (State Bar No. 246850) |
|   | JORDAN KEARNEY (State Bar No. 305483) |
| 2 | **HOOPER, LUNDY & BOOKMAN, P.C.** |
|   | 101 W. Broadway, Suite 1200 |
| 3 | San Diego, California 92101 |
|   | Telephone: (619) 744-7300 |
| 4 | Facsimile: (619) 230-0987 |
|   | E-Mail: jlamagna@health-law.com |
| 5 | jkearney@health-law.com |
| 6 | DEVIN M. SENELICK (State Bar No. 221478) |
|   | TARYN A. REID (State Bar No. 328772) |
| 7 | **HOOPER, LUNDY & BOOKMAN, P.C.** |
|   | 1875 Century Park East, Suite 1600 |
| 8 | Los Angeles, California 90067 |
|   | Telephone: (310) 551-8111 |
| 9 | Facsimile: (310) 551-8181 |
|   | E-Mail: dsenelick@health-law.com |
| 10 | treid@health-law.com |

*Attorneys for Plaintiff*

KEITH H. RUTMAN (State Bar No. 144175)
501 W. Broadway, Suite 1650
San Diego, CA 92101
Telephone: (619) 237-9072
E-Mail: krutman@krutmanlaw.com

*Attorneys for Defendants Waleed Stephan, D.D.S. and W.A. Stephan, A Dental Corporation*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>KAREN HEBETS, an individual; MIKIA WALLIS, an individual; DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual; HARRY ILSLEY, an individual; DENNIS NOURSE, an individual; MIKE HICKOK, an individual; CHUCK KIMBALL, an individual; PREMIER HEALTHCARE MANAGEMENT, INC., a California Corporation; SUMMIT | Case No. 3:22-cv-01056-AJB-AGS<br><br>Hon. Anthony J. Battaglia<br><br>**PROOF OF SERVICE**<br><br>Trial Date:    None Set |

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

| | |
|---|---|
| 1 | HEALTHCARE MANAGEMENT, INC., a California Corporation; DARYL PRIEST, an individual; NICHOLAS PRIEST, an individual; TRAVIS LYON, an individual; HUSAM E. ALDAIRI, D.D.S., an individual; ALDAIRI DDS, INC., a California corporation; AYED HAWATMEH, D.D.S., an individual; HAWATMEH DENTAL GROUP, P.C., a California Corporation; ALBORZ MEHDIZADEH, D.D.S., an individual; ALBORZ MEHDIZADEH, INC., a California Corporation; JILBERT BAKRAMIAN, D.D.S., an individual; MOHAMMED ALTEKREETI, D.D.S., an individual; MAGALY VELASQUEZ, D.D.S., an individual; MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP., a California Corporation; ARAM ARAKELYAN, D.D.S., an individual; NEW MILLENNIUM DENTAL GROUP OF ARAM ARAKELYAN, INC., a California Corporation; MICHAEL HOANG, D.M.D., an individual; WALEED STEPHAN, D.D.S., an individual; W.A. STEPHAN, A DENTAL CORPORATION, a California Corporation; SANTIAGO ROJO, D.D.S., an individual; SANTIAGO A. ROJO, D.D.S., INC., a California Corporation; MARCELO TOLEDO, D.D.S., an individual; MARCELO TOLEDO, D.D.S., INC., a California corporation; MARLENE THOMPSON, D.D.S., an individual; MARLENE THOMPSON, D.D.S., INC., a California Corporation; DOUGLAS NESS, D.D.S., an individual; NESS DENTAL CORPORATION, a California Corporation; GEORGE JARED, D.D.S., an individual; GEORGE JARED, D.D.S., INC., a California corporation; JAMES HEBETS, an individual; THE HEBETS COMPANY, a Missouri Corporation; and DOES 1-250, inclusive, <br><br>                                Defendants. |

7248446.1

2

PROOF OF SERVICE

Case No. 3:22-cv-01056-AJB-AGS

# **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 1600, Los Angeles, CA 90067.

On August 24, 2022, I served true copies of the following document(s) described as **SUMMONS, COMPLAINT, NOTICE REGARDING EXHIBIT ATTACHMENT and NOTICE OF RELATED CASES** on the interested parties in this action as follows:

| | |
|---|---|
| Robert H. Ziprick<br>Ziprick & Associates, LLP<br>1233 Brookside Ave, Suite A<br>Redlands, CA 92373<br>Telephone: (909) 798-5005<br>Fax: (909)793-8944<br>E-mail: rziprick@ziprickassociates.com | *Attorney for Marcelo Toledo, D.D.S. and Marcelo Toledo, D.D.S. Inc. a California Corporation*. |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address aramos@health-law.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 24, 2022, at Los Angeles, California.

                */s/ Aida Ramos*
                Aida Ramos

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

7248446.1