**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Devin M. Senelick, Esq | SBN: Bar No.221478<br>HOOPER, LUNDY & BOOKMAN, INC<br>1875 Century Park East Suite 1600  Los Angeles, CA 90067<br>TELEPHONE NO.: (310) 551-8111 | FAX NO. (310) 551-8181 | E-MAIL ADDRESS<br>ATTORNEY FOR *(Name):* Plaintiff: Borrego Community Health Foundation | |

**USDC/SOUTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 221 W. BROADWAY
CITY AND ZIP CODE: SAN DIEGO, CA 92101-8900
BRANCH NAME: SOUTHERN DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: Borrego Community Health Foundation, A California Nonprofit Public Benefit Corporation
DEFENDANT/RESPONDENT: Karen Hebets, an individual, et al.

| CASE NUMBER: |
|---|
| 22-cv-1056-TWR-NLS |

**PROOF OF SERVICE OF SUMMONS**

| Ref. No. or File No.: |
|---|
| 10335.909 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **Notice Regarding Exhibit Attachment; Notice of Related Cases: Report of Clerk and Order of Transfer Pursuant to "Low-Number" Rule**
3. a. Party served *(specify name of party as shown on documents served):*
   **James Hebets, an individual**
        Age: Over 60 | Weight: 141-160 Lbs | Hair: Gray/White | Sex: Male | Height: 5'7 - 6'0 | Eyes: | Race: Caucasian

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: **5831 E Indian Bend Rd**
   **Scottsdale, AZ 85253-3434**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **9/2/2022**  (2) at *(time):* **2:08 PM**
   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date):* from *(city):*   **or** ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
**POS010-1/LA307028**

|  |  |
|---|---|
| PETITIONER: Borrego Community Health Foundation, A California Nonprofit Public Benefit Corporation | CASE NUMBER: 22-cv-1056-TWR-NLS |
| RESPONDENT: Karen Hebets, an individual, et al. | |

- c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  - (1) on *(date):*  (2) from *(city):*
  - (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
  - (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
- d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   - a. ☑ as an individual defendant.
   - b. ☐ as the person sued under the fictitious name of *(specify):*
   - c. ☐ as occupant.
   - d. ☐ On behalf of
     under the following Code of Civil Procedure section:
     - ☐ 416.10 (corporation)
     - ☐ 416.20 (defunct corporation)
     - ☐ 416.30 (joint stock company/association)
     - ☐ 416.40 (association or partnership)
     - ☐ 416.50 (public entity)
     - ☐ 415.95 (business organization, form unknown)
     - ☐ 416.60 (minor)
     - ☐ 416.70 (ward or conservatee)
     - ☐ 416.90 (authorized person)
     - ☐ 415.46 (occupant)
     - ☐ other:

7. **Person who served papers**
   - a. Name: **James Menona - Nationwide Legal, LLC REG: 12-234648**
   - b. Address: **1609 James M Wood Blvd. Los Angeles, CA 90015**
   - c. Telephone number: **(213) 249-9999**
   - d. **The fee** for service was: **$ 583.40**
   - e. I am:
     - (1) ☐ not a registered California process server.
     - (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     - (3) ☑ registered California process server:
       - (i) ☐ owner  ☐ employee  ☑ independent contractor.
       - (ii) Registration No.: **MC-7790**
       - (iii) County: **Maricopa County**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **9/7/2022**

**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

*/s/ James Menona*

**James Menona**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)