JOSEPH R. LAMAGNA (State Bar No. 246850)
JORDAN KEARNEY (State Bar No. 305483)
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
E-Mail: jlamagna@health-law.com
           jkearney@health-law.com

DEVIN M. SENELICK (State Bar No. 221478)
TARYN A. REID (State Bar No. 328772)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: dsenelick@health-law.com
           treid@health-law.com
*Attorneys for Plaintiff*

MICHAEL G. FREEDMAN (State Bar No. 281279)
**THE FREEDMAN FIRM, P.C.**
10100 Santa Monica Blvd., Suite 300
Los Angeles, CA 90067
Telephone: (310) 285-2210
E-Mail: michael@thefreedmanfirm.com
*Attorney for Defendants*
MIKE HICKOK, HARRY ILSLEY, DENNIS NOURSE

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>   Plaintiff,<br><br>v.<br><br>KAREN HEBETS, an individual; et al.,<br><br>   Defendants. | Case No.:  22-cv-1056-ABJ-AGS<br><br>Hon. Anthony J. Battaglia<br><br>**JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT** |

1    Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules
2 7.2 and 12.1, Plaintiff Borrego Community Health Foundation ("Plaintiff") and
3 Defendants Harry Ilsley, Dennis Nourse, and Mike Hickok (collectively "Defendants"
4 and, together with Plaintiff, the "Parties"), by and through their respective counsel,
5 hereby stipulate to and jointly move the Court for an extension of time within which
6 Defendants may answer or otherwise respond to the Complaint in this matter, up to and
7 including October 14, 2022.
8    Good cause exists to warrant an extension of time for Defendants to file an
9 answer or otherwise respond to the Complaint for the following reasons:
10    WHEREAS, Defendant Ilsley was served with the Summons and Complaint on
11 August 24, 2022;
12    WHEREAS, Defendant Ilsley's current deadline for filing an answer, motion or
13 other response to the Complaint is September 14, 2022;
14    WHEREAS, Defendant Nourse was served with the Summons and Complaint on
15 September 2, 2022;
16    WHEREAS, Defendant Nourse's current deadline for filing an answer, motion or
17 other response to the Complaint is September 23, 2022;
18    WHEREAS, Defendant Hickok was served with the Summons and Complaint on
19 September 12, 2022;
20    WHEREAS, Defendant Hickok's current deadline for filing an answer, motion or
21 other response to the Complaint is October 3, 2022;
22    WHEREAS, the Defendants have requested and Plaintiff has consented to
23 additional time for the Defendants to file an answer, motion, or other response to the
24 Complaint;
25    WHEREAS, Defendants are represented by the same counsel, so extending their
26 response dates to the same date will allow Defendants and their counsel to coordinate
27 their respective responses on the same date;
28

WHEREAS, extending the deadline will allow the Defendants additional time to evaluate the allegations in the Complaint which includes 762 paragraphs, spans 154 pages, and attaches 546 pages of exhibits;

WHEREAS, Plaintiff is in the process of serving the remaining defendants other than the within Defendants, and extending the current deadline for the Defendants' response to the Complaint would therefore not delay the case where other defendants have yet to be served;

WHEREAS, there are over 40 defendants in the above-captioned action and Plaintiff seeks to stagger the responsive pleading deadlines to allow for meaningful briefing should it be necessary; and

WHEREAS, extending the deadline to respond is in the best interests of the Parties, judicial economy and justice.

The Parties hereby respectfully request that the Court grant this Joint Motion and issue an Order extending the deadline for Defendants to file a response to the Complaint to October 14, 2022.

IT IS SO STIPULATED.

DATED: September 13, 2022                           HOOPER, LUNDY & BOOKMAN, P.C.


By: ___/s/Devin M. Senelick_____
DEVIN M. SENELICK
Attorney for Plaintiff
BORREGO COMMUNITY HEALTH FOUNDATION


DATED: September 13, 2022                           THE FREEDMAN FIRM PC

By: ___/s/ Michael G. Freedman___
MICHAEL G. FREEDMAN
Attorney for Defendants
MIKE HICKOK, HARRY ILSLEY, DENNIS NOURSE