UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>KAREN HEBETS, an individual; et al.,<br><br>　　　　　　　Defendants. | Case No.: 22-cv-1056-ABJ-AGS<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME** |

　　　Pursuant to the stipulation and request of the parties, and for good cause having been shown, the joint motion to extend the time by which Defendants Harry Ilsley, Dennis Nourse, and Mike Hickok must answer, move against, or otherwise respond to the Complaint is GRANTED. Defendants Harry Ilsley, Dennis Nourse, and Mike Hickok shall answer or otherwise respond to the Complaint by October 14, 2022.

　　　IT IS SO ORDERED.

Dated: September 14, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　United States District Judge