Benjamin J. Fenton, SBN 243214
**FENTON LAW GROUP LLP**
1990 S. Bundy Drive, Suite 777
Los Angeles, CA 90025
bfenton@fentonlawgroup.com
Telephone: 310-444-5244
Facsimile: 310-444-5280

Attorneys for Defendant
MICHAEL HOANG, D.D.S.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION<br><br>Plaintiff,<br><br>vs.<br><br>AREN HEBETS, an individual; MIKIA WALLIS, an individual; DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual; HARRY ILSLEY, an individual; DENNIS NOURSE, an individual; MIKE HICKOK, an individual; CHUCK KIMBALL, an individual; PREMIER HEALTHCARE MANAGEMENT, INC., a California Corporation; SUMMIT HEALTHCARE MANAGEMENT, INC., a California Corporation; DARYL PRIEST, an individual NICHOLAS PRIEST, an individual; TRAVIS LYON, an individual; HUSAM E. ALDAIRI, D.D.S., an individual; ALDAIRI DDS, INC., a California corporation; AYED HAWATMEH, D.D.S., an individual; HAWATMEH DENTAL GROUP, P.C., a California Corporation; ALBORZ MEHDIZADEH, D.D.S., an individual; ALBORZ MEHDIZADEH, INC., a California Corporation; JILBERT | CASE NO. 22CV1056 TWR NLS<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>COMPLAINT FILED: July 19, 2022<br>TRIAL DATE: No Date Set |

FENTON LAW
GROUP, LLP

**DEFENDANT MICHAEL HOANG, D.D.S.'S ANSWER TO PLAINTIFF BORREGO COMMUNITY HEALTH FOUNDATION'S COMPLAINT**

| | |
|---|---|
| 1 | BAKRAMIAN, D.D.S., an individual; MOHAMMED ALTEKREETI, D.D.S., an individual; MAGALY VELASQUEZ, D.D.S., an individual; MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP., a California Corporation; ARAM ARAKELYAN, D.D.S., an individual; NEW MILLENNIUM DENTAL GROUP OF ARAM ARAKELYAN, INC., a California Corporation; MICHAEL HOANG, D.M.D., an individual; WALEED STEPHAN, D.D.S., an individual; W.A. STEPHAN, A DENTAL CORPORATION, a California Corporation; SANTIAGO ROJO, D.D.S., an individual; SANTIAGO A. ROJO, D.D.S., INC., a California Corporation; MARCELO TOLEDO, D.D.S., an individual; MARCELO TOLEDO, D.D.S., INC., a California corporation; MARLENE THOMPSON, D.D.S., an individual; MARLENE THOMPSON, D.D.S., INC., a California Corporation; DOUGLAS NESS, D.D.S., an individual; NESS DENTAL CORPORATION, a California Corporation; GEORGE JARED, D.D.S., an individual; GEORGE JARED, D.D.S., INC., a California corporation; JAMES HEBETS, an individual; THE HEBETS COMPANY, a Missouri corporation; and DOES 1- 250, inclusive. |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

FENTON LAW
GROUP, LLP

- 1 -

**NOTICE OF SUBSTITUTION OF COUNSEL**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Benjamin Fenton of the Law Firm Fenton Law Group, LLP (1990 South Bundy Drive, Suite 777, Los Angeles, CA 90025, hereby associates as counsel of record for Defendant Michael Hoang. Please remove Nicholas Jurkowitz, of Fenton Law Group, as the counsel of record. Defendant has been notified by counsel.

Dated: September 15, 2022          FENTON LAW GROUP, LLP

By: */s/ Benjamin J. Fenton*
Benjamin Fenton
Attorneys for Defendant
Michael Hoang

## PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 1990 South Bundy Drive, Suite 777, Los Angeles, CA 90025.

On September 15, 2022, I served on the interested parties the document(s) described as **NOTICE OF SUBSTITUTION OF COUNSEL** by transmitting a true and correct copy thereof addressed as follows:

| | |
|---|---|
| Joseph R. LaMagna<br>Jordan Kearney<br>HOOPER, LUNDY & BOOKMAN, P.C.<br>101 w. Broadway, Suite 1200<br>San Diego, CA 92101<br>(619) 744-7300<br>jlamagna@health-law.com<br>jkearney@health-law.com | Attorneys for Plaintiff<br>BORREGO COMMUNITY HEALTH FOUNDATION |

Devin M. Senelick
Taryn A. Reid
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, CA 90067
(310) 551-8111
dsenelick@health-law.com
treid@health-law.com

**X**   **VIA ELECTRONIC TRANSMISSION:**

I caused the document(s) to be sent to the person(s) at the email addresses listed in the above Service List. I did not receive, within a reasonable time after the transmission, any electronic notification or other indication that the transmission was unsuccessful.

**X**   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Nancy Natelsky*
Nancy Natelsky

FENTON LAW GROUP, LLP

-1-

**PROOF OF SERVICE**