LOCKE LORD LLP
Mitchell J. Popham (SBN: 126194)
mpopham@lockelord.com
Rory Miller (SBN: 238780)
rory.miller@lockelord.com
William Mullen (SBN: 297272)
william.mullen@lockelord.com
David Rutan (SBN: 311345)
david.rutan@lockelord.com
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071
Tel:  (213) 485-1500

*Attorneys for Defendants*
*JAMES HEBETS and THE HEBETS COMPANY*

Joseph R. Lamagna (SBN 247850)
jlamagna@health-law.com
Jordan Kearney (SBN 305483)
jkearney@health-law.com
HOOPER, LUNDY  BOOKMAN, P.C.
101 W. Broadway, Suite 1200
San Diego, CA 92101
Tel:   (619) 744-7300
Fax:   (619) 230-0987

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>                    Plaintiff,<br><br>       vs.<br><br>KAREN HEBETS, an individual; MIKIA WALLIS, an individual; DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual; HARRY ILSLEY, an | CASE NO. 3:22-CV-01056-AJB-AGS<br><br>Honorable Anthony J. Battaglia, Courtroom 4A<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANTS JAMES HEBETS AND THE HEBETS COMPANY TO FILE RESPONSE TO COMPLAINT** |

| | |
|---|---|
| 1  individual; DENNIS NOURSE, an individual; MIKE HICKOK, an individual; CHUCK KIMBALL an individual; HEBETS HEALTHCARE MANAGEMENT, INC., a California corporation; SUMMIT HEALTHCARE MANAGEMENT, INC., a California corporation; DARYL PRIEST, an individual; NICHOLAS PRIEST, an individual; TRAVIS LYON, an individual; HUSAM E. ALDAIRI, D.D.S., an individual; ALDAIRI DDS, IC., a California corporation; AYED HAWATMEH, D.D.S., an individual; HAWATMEH DENTAL GROUP, P.C., a California corporation; ALBORZ MEHDIZADEH, D.D.S., an individual; ALBORZ MEHDIZADEH, INC., a Califonria corporation; JILBERT BAKRAMIAN, D.D.S., an individual; MOHAMMED ALTEKREETI, D.D.S., an individual; MAGALY VELASQUEZ, D.D.S., an individual; MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP., a California corporation; ARAM ARAKELYAN, D.D.S., an individual; NEW MILLENIUM DENTAL GROUP OF ARAM ARAKELYAN, INC., a California corporation; MICHAEL HOANG, D.M.D., an individual; WALEED STEPHAN, D.D.S., an individual; W.A. STEPHAN, A DENTAL CORPORATION a California corporation; SANTIAGO ROJO, D.D.S., an individual; SANTIAGO A. ROJO, D.D.S., INC., a California corporation; MARCELO TOLEDO, D.D.S., an individual; MARCELO TOLEDO, D.D.S., INC., a California corporation; MARLENE THOMPSON, D.D.S., an individual; MARLENE THOMPSON, D.D.S., INC., a California corporation; DOUBLAS NESS, D.D.S., an individual; NESS DENTAL CORPORATION, a | Complaint Served:  09/02/2022<br>Complaint Response Due:  09/23/2022<br>Proposed Response Date:  10/21/2022 |

| | |
|---|---|
| California corporation; GEORGE JARED, D.D.S., an individual; GEORGE JARED, D.D.S., INC., a California corporation; JAMES HEBETS, an individual; THE HEBETS COMPANY, a Missouri Corporation and DOES 1-250, inclusive, Defendants. | ) ) ) ) ) ) ) ) ) ) |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 7.2 and 12.1, Plaintiff Borrego Community Health Foundation ("Plaintiff") and Defendants James Hebets and The Hebets Company (collectively, the "Hebets Defendants") (Plaintiff and Hebets Defendants collectively, the "Parties"), by and through their respective counsel, hereby stipulate to and jointly move the Court for an extension of time within which the Hebets Defendants may answer or otherwise respond to the Complaint in this matter, up to and including October 21, 2022.

Good cause exists to warrant an extension of time for the Hebets Defendants to file an answer or otherwise respond to the Complaint for the following reasons:

WHEREAS, the Hebets Defendants were served with the Summons and Complaint on September 2, 2022;

WHEREAS, the Hebets Defendants' current deadline for filing an answer, motion or other response to the Complaint is September 23, 2022;

WHEREAS, the time within which the Hebets Defendants may answer or otherwise respond has not yet expired;

WHEREAS, the Hebets Defendants have requested and Plaintiff has consented to additional time for the Hebets Defendants to file an answer, motion, or other response to the Complaint;

WHEREAS, extending the deadline will allow the Hebets Defendants additional time to evaluate the allegations in the Complaint which includes 762 paragraphs, spans 154 pages, and attaches 546 pages of exhibits;

WHEREAS, some of the other served defendants have recently stipulated with Plaintiff for additional time to respond to the Complaint, so extending the current deadline for the Hebets Defendants' responsive pleading would not delay the case;

WHEREAS, there are over 40 defendants in this matter and Plaintiff seeks to stagger the responsive pleading deadlines to allow for meaningful briefing on motions that may attack the Complaint, should it be necessary; and

WHEREAS, extending the deadline to respond is in the best interest of the Parties, judicial economy and justice.

WHEREFORE, the Parties hereby respectfully request that the Court grant this Joint Motion and issue an Order extending the deadline for the Hebets Defendants to file a response to the Complaint to October 21, 2022.

**IT IS SO STIPULATED.**

Dated:  September 15, 2022         Respectfully submitted,

                                   LOCKE LORD LLP

                                   By: /s/ Rory Miller
                                      Mitchell J. Popham
                                      Rory Miller
                                      William Mullen
                                      David Rutan
                                   *Attorneys for Defendants James Hebets and The Hebets Company*

Dated:  September 15, 2022         HOOPER, LUNDY AND BOOKMAN, P.C.

                                   By: /s/ Josephh R. Lamagna
                                      Joseph R. Lamagna, Esq.
                                      Jordan Kearney, Esq.
                                   *Attorneys for Plaintiff, Borrego Community Health Foundation*

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this documents is acceptable to Joseph R. Lamagna, counsel for Plaintiff, and that I have obtained Mr. Lamagna's authorization to affix his electronic signature to this document.

Dated:  September 15, 2022             LOCKE LORD LLP

By: */s/ Rory Miller*

Mitchell J. Popham
Rory Miller
William Mullen
David Rutan
*Attorneys for Defendants James Hebets and The Hebets Company*