AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br>*Plaintiff*<br>v.<br>KAREN HEBETS, an individual; et al.<br>*Defendant* | Case No. 3:22-CV-01056-AJB-AGS |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants James Hebets and The Hebets Company

Date: September 16, 2022

/s/ William Mullen
*Attorney's signature*

William Mullen (SBN 297272)
*Printed name and bar number*

LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
*Address*

william.mullen@lockelord.com
*E-mail address*

(213) 687-6724
*Telephone number*

(213) 485-1200
*FAX number*

129249675v.1

