UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>　　　　　　　　Plaintiff,<br>　　vs.<br><br>KAREN HEBETS, an individual; et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 3:22-CV-01056-AJB-AGS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS JAMES HEBETS AND THE HEBETS COMPANY TO FILE RESPONSE TO COMPLAINT** |

Upon review of the Joint Motion to Extend Time to File Response to Complaint (the "Motion") filed by Plaintiff Borrego Community Health Foundation and Defendants James Hebets and The Hebets Company (collectively, "Defendants"), and good cause appearing therefor, the Motion is hereby **GRANTED**. Defendants must file an answer or otherwise respond to the Complaint on or before October 21, 2022.

**IT IS SO ORDERED.**

Dated: September 16, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND