# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KAREN HEBETS, et al.,<br><br>　　　　Defendants. | Case No. 3:22-cv-01056-AJB-AGS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**<br><br>**(Doc. No. 68)** |

Upon review of the Joint Motion to Extend Time to File Response to Complaint filed by Plaintiff Borrego Community Health Foundation ("Plaintiff") and Defendant Mikia Wallis ("Defendant"), and good cause appearing, the Motion is hereby **GRANTED.** The Defendant will file an answer, or otherwise respond, to the Complaint on or before October 3, 2022.

**IT IS SO ORDERED.**

Dated: September 19, 2022

　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　United States District Judge