TIMOTHY SCOTT (SBN 215074)
MARCUS BOURASSA (SBN 316125)
**MCKENZIE SCOTT PC**
1350 Columbia St. Suite 600, San Diego CA 92101
Tel: (619) 794-0451

Attorneys for Karen Hebets

JOSEPH R. LAMAGNA (SBN 246850)
JORDAN KEARNEY (SBN 305483)
DEVIN M. SENELICK (SBN 221478)
TARYN A. REID (SBN 328772)
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 744-7300

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>            Plaintiff,<br><br>       v.<br><br>KAREN HEBETS et al.,<br><br>            Defendants. | Case No. 3:22-cv-01056-AJB-AGS<br><br>Hon. Anthony J. Battaglia<br><br>**JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT – AS TO KAREN HEBETS**<br><br>Complaint Served: September 6, 2022<br>Response Due: September 27, 2022<br>Proposed Response Date: October 21, 2022<br>Trial Date: None Set |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 7.2 and 12.1, Plaintiff Borrego Community Health Foundation ("Plaintiff"), and Defendant Karen Hebets, by and through their respective counsel, hereby stipulate to and jointly

JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT

1

move the Court for an extension of time within which Defendant may file an answer, motion, or otherwise respond. The parties jointly request the foregoing deadline for response be extended from September 27, 2022, up to and including October 21, 2022.

Good cause exists to warrant an extension of time for Defendants to respond to the Complaint for the following reasons.

WHEREAS, the parties agree that the service date of Ms. Hebets was effective on September 6, 2022;

WHEREAS, the time within which the Defendants may answer or otherwise respond has not yet expired;

WHEREAS, the Defendant has requested and Plaintiff has consented to an additional twenty-four (24) days to file an answer, motion, or any other responsive pleading or motion;

WHEREAS, extending the deadline will allow Defendant necessary additional time to evaluate the allegations in the Complaint which includes 762 paragraphs, spans 154 pages, and attaches 546 pages of exhibits;

WHEREAS, Defendant's counsel was recently retained and requires time to become knowledgeable about the allegations;

WHEREAS, this request is not for purpose of delay and is the first request for extension by Ms. Hebets;

WHEREAS, the deadlines for other defendants to respond to the Complaint have also been extended and extending the current deadline for Ms. Hebets' response to the Complaint would therefore not delay the case; and

WHEREAS, extending the deadline for twenty-four (24) days is in the best interest of the parties, judicial economy and justice.

Plaintiff and Karen Hebets hereby respectfully request that the Court grant this Joint Motion and issue an Order extending the deadline for Ms. Hebets to file a response to the Complaint by twenty-four days, up to and including October 21, 2022.

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

Dated: September 21, 2022    By:    */s/ Marcus S. Bourassa*
                                     Marcus S. Bourassa
                                     McKenzie Scott PC
                                     Attorneys for Karen Hebets

Dated: September 21, 2022    By:    */s/ Taryn A. Reid*
                                     Taryn A. Reid
                                     Hooper, Lundy & Bookman, P.C.
                                     Attorneys for Plaintiff

# SIGNATURE CERTIFICATION

I hereby certify the content of this document is acceptable to Taryn A. Reid, counsel for Plaintiff, and that I have obtained their authorization to affix their electronic signature to this document.

Respectfully submitted,

Dated: September 21, 2022      By:    */s/ Marcus S. Bourassa*
Marcus S. Bourassa
McKenzie Scott PC
Attorneys for Karen Hebets