# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, | ) ) | Case No. 3:22-cv-01056-AJB-AGS |
| Plaintiff, | ) ) ) | **ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT** |
| v. | ) ) | |
| KAREN HEBETS et al., | ) ) | |
| Defendants. | ) ) | |

Upon review of the Joint Motion to Extend Time to File Response to Complaint filed by Plaintiff and Karen Hebets, and good cause appearing, the Motion is hereby GRANTED. Defendant Karen Hebets must file an answer, or otherwise respond, to the Complaint on or before October 21, 2022.

IT IS SO ORDERED

Dated: September 21, 2022

Hon. Anthony J. Battaglia
United States District Judge