Daniel E. Katz, State Bar No. 185139
dkatz@rhlaw.com
REID & HELLYER APC
Post Office Box 1300
Riverside, California 92502-1300
3685 Main Street, Suite 300
Riverside, California 92501
Telephone: (951) 682-1771
Facsimile: (951) 686-2415

Attorneys for Defendants
SANTIAGO ROJO, D.D.S., an individual;
SANTIAGO A. ROJO, D.D.S., INC., a California Corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAREN HEBETS, an individual; MIKIA WALLIS, an individual; DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual; HARRY ILSLEY, an individual; DENNIS NOURSE, an individual; MIKE HICKOK, an individual; CHUCK KIMBALL, an individual; PREMIER HEALTHCARE MANAGEMENT, INC., a California Corporation; SUMMIT HEALTHCARE MANAGEMENT, INC., a California Corporation; DARYL PRIEST, an individual; NICHOLAS PRIEST, an individual; TRAVIS LYON, an individual; HUSAM E. ALDAIRI, D.D.S., an individual; ALDAIRI DDS, INC., a California corporation; AYED HAWATMEH, D.D.S., an individual; HAWATMEH DENTAL GROUP, P.C., a California Corporation; ALBORZ MEHDIZADEH, D.D.S., an individual; ALBORZ MEHDIZADEH, INC., a California Corporation; JILBERT BAKRAMIAN, D.D.S., an individual: MOHAMMED | Case No. 22cv1056-AJB-AGS<br><br>Assigned for All Purposes To:<br>Judge:   Hon. Anthony J. Battaglia<br>Courtroom:  4A<br><br>**ANSWER TO COMPLAINT**<br><br>**REQUEST FOR JURY TRIAL**<br><br>Complaint Filed:  July 20, 2022 |

- 1 -

| | |
|---|---|
| 1 | ALTEKREETI, D.D.S., an individual; MAGALY VELASQUEZ, D.D.S., an individual; MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP., a California Corporation; ARAM ARAKELYAN, D.D.S., an individual; NEW MILLENNIUM DENTAL GROUP OF ARAM ARAKELYAN, INC., a California Corporation; MICHAEL HOANG, D.M.D., an individual; WALEED STEPHAN, D.D.S., an individual; W.A. STEPHAN, A DENTAL CORPORATION, a California Corporation; SANTIAGO ROJO, D.D.S., an individual; SANTIAGO A. ROJO, D.D.S., INC., a California Corporation; MARCELO TOLEDO, D.D.S., an individual; MARCELO TOLEDO, D.D.S., INC., a California corporation; MARLENE THOMPSON, D.D.S., an individual; MARLENE THOMPSON, D.D.S., INC., a California Corporation; DOUGLAS NESS, D.D.S., an individual; NESS DENTAL CORPORATION, a California Corporation; GEORGE JARED, D.D.S., an individual; GEORGE JARED, D.D.S., INC., a California corporation; JAMES HEBETS, an individual; THE HEBETS COMPANY, a Missouri Corporation; and DOES 1- 250, inclusive, |
| 18 | Defendants. |

Defendants Santiago Rojo, D.D.S., an individual and Santiago Rojo D.D.S., Inc. (collectively, "Rojo Defendants"), for themselves and no other party, hereby answer the unverified complaint of Plaintiff, Borrego Community Health Foundation ("Borrego") as follows:

1. Borrego's Complaint contains a multitude of allegations and claims against many individual and corporate defendants. The Rojo Defendants deny conspiring with any other defendant named herein to harm Borrego. The Rojo Defendants are without sufficient information or belief to respond to any of the allegations and claims asserted against any other defendants. This answer will only

S:\wp\R1198\001\PLEADINGS\ANSWER.docx

respond to those material allegations and causes of action that pertain to the Rojo Defendants.

## I. RESPONSE TO INTRODUCTION/SUMMARY

2. The Rojo Defendants admit the allegations in paragraph 1.

3. The Rojo Defendants deny the allegations in paragraphs 2, 3, 4 and 6.

4. The Rojo Defendants are without sufficient information or belief to respond to the allegations in paragraph 5 and based on such lack on information or belief, deny the allegations.

## II. JURISDICTION AND VENUE

5. The Rojo Defendants admit the allegations in paragraph 7 that venue is proper and that the court has personal jurisdiction over the Rojo Defendants.

## III. CASE OF CHARACTERS

6. The Rojo Defendants admit the allegations in paragraph 37, with the exception of the allegation, that Santiago Rojo partnered with Borrego. Defendant Santiago Rojo denies being a party to any contract with Borrego.

7. The Rojo Defendants deny the allegations in paragraph 52.

8. The Rojo Defendants deny the allegations in paragraph 110.

9. The Rojo Defendants deny the allegations in paragraph 111.

10. The Rojo Defendants are without sufficient information or belief to respond to the allegations in paragraph 112 and based on such lack on information or belief, deny the allegations.

11. The Rojo Defendants are without sufficient information or belief to respond to the allegations in paragraph 113 and based on such lack on information or belief, deny the allegations.

12. The Rojo Defendants are without sufficient information or belief to respond to the allegations in paragraph 114 and based on such lack on information or belief, deny the allegations.

13. The Rojo Defendants deny the allegations in paragraph 115.

14. The Rojo Defendants deny the allegations in paragraph 116
15. The Rojo Defendants deny the allegations in paragraph 117.
16. The Rojo Defendants deny the allegations in paragraph 118.

### VI. THE SCHEMES THAT DAMAGED BORREGO HEALTH

**C. Certain Contract Dentists Submitted False Bills with the Knowledge and Support of Premier and the Borreto Insiders (the "Fraudulent Dental Billing Scheme")**

17. Defendant Santiago Rojo D.D.S., Inc. admits that is was a party to the contract attached to the complaint as Exhibit P and referenced in paragraph 164. Defendant Santiago Rojo denies being a party to said contract.
18. The Rojo Defendants admit the allegations in paragraph 165.
19. The Rojo Defendants deny the allegations in paragraph 166
20. The Rojo Defendants deny the allegations in paragraph 167.
21. The Rojo Defendants deny the allegations in paragraph 168.

### VII. THE RICO ENTERPRISE

**A. Facts Common to RICO Cause of Action**

22. The Rojo Defendants deny the allegations in paragraph 389.
23. The Rojo Defendants deny the allegations in paragraph 390.
24. The Rojo Defendants admit that Defendant Santiago Rojo is an outsider to Borrego. The Rojo Defendants are without sufficient information or belief to respond to the remaining allegations in paragraph 391 and based on such lack on information or belief, deny the allegations.
25. The Rojo Defendants deny the allegations in paragraph 392.
26. The Rojo Defendants deny the allegations in paragraph 393.
27. The Rojo Defendants deny the allegations in paragraph 394.
28. The Rojo Defendants deny the allegations in paragraph 395.

**B. Racketeering Activity Distinct from Enterprise**

29. The Rojo Defendants deny the allegations in paragraph 396.

30. The Rojo Defendants admit that they were aware there was a financial relationship between Borrego and Medi-Cal, but were unaware of the terms of any contract that may exist or existed between Borrego and Medi-Cal. The Rojo Defendants are without sufficient information or belief to respond to the remaining allegations in paragraph 397 and based on such lack on information or belief, deny the allegations.

31. The Rojo Defendants deny the allegations in paragraph 398.

32. The Rojo Defendants deny the allegations in paragraph 399.

33. The Rojo Defendants admit the allegations in paragraph 400.

### C. RICO Liability

34. The Rojo Defendants deny the allegations in paragraph 401.

35. The Rojo Defendants deny the allegations in paragraph 402.

36. The Rojo Defendants deny the allegations in paragraph 403.

37. The Rojo Defendants deny the allegations in paragraph 404.

38. The Rojo Defendants deny the allegations in paragraph 405.

39. The Rojo Defendants deny the allegations in paragraph 406.

40. The Rojo Defendants deny the allegations in paragraph 407.

41. The Rojo Defendants deny the allegations in paragraph 408.

42. The Rojo Defendants are without sufficient information or belief to respond to the allegations in paragraph 409 and based on such lack on information or belief, deny the allegations.

43. The Rojo Defendants are without sufficient information or belief to respond to the allegations in paragraph 410 and based on such lack on information or belief, deny the allegations.

44. The Rojo Defendants are without sufficient information or belief to respond to the allegations in paragraph 411 and based on such lack on information or belief, deny the allegations.

45. The Rojo Defendants deny the allegations in paragraph 412.

| | |
|---|---|
| 46. | The Rojo Defendants deny the allegations in paragraph 413. |
| 47. | There are no material factual allegations in paragraph 414. |
| 48. | There are no material factual allegations in paragraph 415. |
| 49. | The Rojo Defendants deny the allegations in paragraph 416. |
| 50. | The Rojo Defendants deny the allegations in paragraph 417. |
| 51. | The Rojo Defendants deny the allegations in paragraph 418. |
| 52. | The Rojo Defendants deny the allegations in paragraph 419. |
| 53. | The Rojo Defendants deny the allegations in paragraph 420. |
| 54. | The Rojo Defendants deny the allegations in paragraph 421. |
| 55. | The Rojo Defendants deny the allegations in paragraph 422. |
| 56. | The Rojo Defendants deny the allegations in paragraph 423. |
| 57. | The Rojo Defendants deny the allegations in paragraph 424. |
| 58. | The Rojo Defendants deny the allegations in paragraph 425. |
| 59. | The Rojo Defendants deny the allegations in paragraph 426. |
| 60. | The Rojo Defendants deny the allegations in paragraph 427. |
| 70. | The Rojo Defendants deny the allegations in paragraph 428. |
| 80. | The Rojo Defendants deny the allegations in paragraph 429. |
| 90. | The Rojo Defendants deny the allegations in paragraph 430. |

**D.  Issuance of Constructive Trusts**

| | |
|---|---|
| 91. | The Rojo Defendants deny the allegations in paragraph 431. |
| 92. | The Rojo Defendants deny the allegations in paragraph 432. |
| 93. | There are no material factual allegations in paragraph 433. |

**RESPONSE TO FIRST CAUSE OF ACTION**

(Violations under the Racketeer Influenced and Corrupt Organizations ("RICO") Act)

| | |
|---|---|
| 94. | There are no material factual allegations in paragraph 434. |
| 95. | The Rojo Defendants deny the allegations in paragraph 435. |
| 96. | The Rojo Defendants deny the allegations in paragraph 436. |

REID & HELLYER APC
POST OFFICE BOX 1300
RIVERSIDE, CALIFORNIA 92502-1300
3685 MAIN STREET, SUITE 300
RIVERSIDE, CALIFORNIA 92501

S:\wp\R1198\001\PLEADINGS\ANSWER.docx

///

## RESPONSE TO TENTH CAUSE OF ACTION

(Breach of Contract)

97. There are no material factual allegations in paragraph 477.

98. The Rojo Defendants admit that Defendant Santiago Rojo, D.D.S., Inc. entered into a contract with Borrego. Defendant Santiago Rojo denies entering into any contract with Borrego, as alleged in paragraph 478.

99. The Rojo Defendants deny the allegations in paragraph 479.

100. The Rojo Defendants deny the allegations in paragraph 480.

101. The Rojo Defendants deny the allegations in paragraph 481.

## RESPONSE TO TWENTY-THIRD CAUSE OF ACTION

(Intentional Misrepresentation)

102. There are no material factual allegations in paragraph 550.

103. The Rojo Defendants deny the allegations in paragraph 551.

104. The Rojo Defendants deny the allegations in paragraph 552.

105. The Rojo Defendants deny the allegations in paragraph 553.

106. The Rojo Defendants deny the allegations in paragraph 554.

107. The Rojo Defendants deny the allegations in paragraph 555.

## RESPONSE TO THIRTY-SIXTH CAUSE OF ACTION

(Negligent Misrepresentation)

108. There are no material factual allegations in paragraph 640.

109. The Rojo Defendants deny the allegations in paragraph 641.

110. The Rojo Defendants deny the allegations in paragraph 642.

111. The Rojo Defendants deny the allegations in paragraph 643.

112. The Rojo Defendants deny the allegations in paragraph 644.

113. The Rojo Defendants deny the allegations in paragraph 645.

114. The Rojo Defendants deny the allegations in paragraph 646.

115. The Rojo Defendants deny the allegations in paragraph 647.

REID & HELLYER APC
POST OFFICE BOX 1300
RIVERSIDE, CALIFORNIA 92502-1300
3685 MAIN STREET, SUITE 300
RIVERSIDE, CALIFORNIA 92501

S:\wp\R1198\001\PLEADINGS\ANSWER.docx

## RESPONSE TO FORTY-THIRD CAUSE OF ACTION

(False Promise)

116. There are no material factual allegations in paragraph 689.

117. The Rojo Defendants deny the allegations in paragraph 690.

118. The Rojo Defendants deny the allegations in paragraph 691.

119. The Rojo Defendants deny the allegations in paragraph 692.

120. The Rojo Defendants deny the allegations in paragraph 693.

121. The Rojo Defendants deny the allegations in paragraph 694.

122. The Rojo Defendants deny the allegations in paragraph 695.

123. The Rojo Defendants deny the allegations in paragraph 696.

## RESPONSE TO FORTY-FOURTH-SIXTH CAUSE OF ACTION

(Conversion)

124. There are no material factual allegations in paragraph 697.

125. The Rojo Defendants deny the allegations in paragraph 698.

126. The Rojo Defendants deny the allegations in paragraph 699.

127. The Rojo Defendants deny the allegations in paragraph 700.

128. The Rojo Defendants deny the allegations in paragraph 701.

## RESPONSE TO FORTY-FIFTH CAUSE OF ACTION

(Inducing Breach of Contract)

129. There are no material factual allegations in paragraph 702.

130. The Rojo Defendants admit that they were aware there was a financial relationship between Borrego and Medi-Cal, but were unaware of the terms of any contract that may exist or existed between Borrego and Medi-Cal, as alleged in paragraph 703.

131. The Rojo Defendants admit that Defendant Santiago Rojo D.D.S., Inc. had a contract with Borrego. The Rojo Defendants are without any knowledge as to any other contract referenced in paragraph 704.

REID & HELLYER APC
POST OFFICE BOX 1300
RIVERSIDE, CALIFORNIA 92502-1300
3685 MAIN STREET, SUITE 300
RIVERSIDE, CALIFORNIA 92501

S:\wp\R1198\001\PLEADINGS\ANSWER.docx

132. The Rojo Defendants admit that they were aware there was a financial relationship between Borrego and Medi-Cal, but were unaware of the terms of any contract that may exist or have existed between Borrego and Medi-Cal. The Rojo Defendants deny the remaining allegations in paragraph 705.

133. The Rojo Defendants deny the allegations in paragraph 706.

134. The Rojo Defendants deny the allegations in paragraph 707.

135. The Rojo Defendants deny the allegations in paragraph 708.

136. The Rojo Defendants deny the allegations in paragraph 709.

### RESPONSE TO FORTY-SEVENTH CAUSE OF ACTION
(Intentional Interference with Prospective Economic Relations)

137. There are no material factual allegations in paragraph 719.

138. The Rojo Defendants admit the allegations in paragraph 720.

139. The Rojo Defendants admit the were aware of the contract between Defendant Santiago Rojo, D.D.S., Inc. and Borrego. The Rojo Defendants are without sufficient information or belief to respond to the remaining allegations in paragraph 721 and based on such lack on information or belief, deny the allegations.

140. The Rojo Defendants admit that they were aware there was a financial relationship between Borrego and Medi-Cal, but were unaware of the terms of any contract that may exist or have existed between Borrego and Medi-Cal, as alleged in paragraph 722.

141. The Rojo Defendants deny the allegations in paragraph 723

142. The Rojo Defendants deny the allegations in paragraph 724.

143. The Rojo Defendants deny the allegations in paragraph 725.

144. The Rojo Defendants deny the allegations in paragraph 726.

145. The Rojo Defendants deny the allegations in paragraph 727.

### RESPONSE TO FORTY-EIGHTH CAUSE OF ACTION
(Negligent Interference with Prospective Economic Relations)

146. There are no material factual allegations in paragraph 728.

S:\wp\R1198\001\PLEADINGS\ANSWER.docx

147. The Rojo Defendants admit that they were aware there was a financial relationship between Borrego and Medi-Cal, but were unaware of the terms of any contract that may exist or have existed between Borrego and Medi-Cal, as alleged in paragraph 729.

148. The Rojo Defendants admit that Defendant Santiago Rojo, D.D.S., Inc. entered into a contract with Borrego. The Rojo Defendants are without sufficient information or belief to respond to the remaining allegations in paragraph 730 and based on such lack on information or belief, deny the allegations.

149. The Rojo Defendants deny the allegations in paragraph 732.

150. The Rojo Defendants deny the allegations in paragraph 733

151. The Rojo Defendants deny the allegations in paragraph 734.

152. The Rojo Defendants deny the allegations in paragraph 735.

153. The Rojo Defendants deny the allegations in paragraph 736.

154. The Rojo Defendants deny the allegations in paragraph 737.

## RESPONSE TO FORTY-NINTH CAUSE OF ACTION

(Violation of Business & Professions Code section 172000, *et. Seq.*)

155. There are no material factual allegations in paragraph 738.

156. There are no material factual allegations in paragraph 739.

157. There are no material factual allegations in paragraph 740.

158. There are no material factual allegations in paragraph 741.

159. There are no material factual allegations in paragraph 742.

160. The Rojo Defendants deny the allegations in paragraph 743.

161. The Rojo Defendants deny the allegations in paragraph 744.

## RESPONSE TO FIFTIETH CAUSE OF ACTION

(Conspiracy)

162. There are no material factual allegations in paragraph 745.

163. The Rojo Defendants deny the allegations in paragraph 746

164. The Rojo Defendants deny the allegations in paragraph 747.

165. The Rojo Defendants deny the allegations in paragraph 748.

166. The Rojo Defendants deny the allegations in paragraph 749.

### RESPONSE TO FIFTY-THIRD CAUSE OF ACTION

(Unjust Enrichment)

167. There are no material factual allegations in paragraph 761.

168. The Rojo Defendants deny the allegations in paragraph 762.

169. In addition to the foregoing admissions and denials, the Rojo Defendants assert the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

(Waiver/Estoppel)

170. As a first affirmative defense, the Rojo Defendants assert that Borrego's claims against them are barred in whole or in part under the doctrines of waiver and estoppel.

*Wherefore*, the Rojo Defendants pray for judgment as follows:

1. That Borrego take nothing by way of its complaint.

2. For an award of attorneys fees and costs, if deemed recoverable in this action; and

3. For such other relief as the court deems just and proper.

Dated: September 23, 2022         REID & HELLYER APC

By: _____
Daniel E. Katz
Attorneys for Defendants
SANTIAGO ROJO, D.D.S., an individual; SANTIAGO A. ROJO, D.D.S., INC., a California Corporation

S:\wp\R1198\001\PLEADINGS\ANSWER.docx

# **CERTIFICATE OF SERVICE**

     I hereby certify that on the 26th day of September 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of an Electronic Filing to the CM/ECF registrants.

     I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

     Executed on September 26, 2022, at Riverside, California.

     I declare under penalty of perjury that the foregoing is true and correct.

| Bernice Smith | /S/ *Bernice Smith* |
|---|---|
| (Type or print name) | (Signature) |

**REID & HELLYER APC**
POST OFFICE BOX 1300
RIVERSIDE, CALIFORNIA 92502-1300
3685 MAIN STREET, SUITE 300
RIVERSIDE, CALIFORNIA 92501

S:\wp\R1198\001\PLEADINGS\ANSWER.docx