JOSEPH R. LAMAGNA (State Bar No. 246850)
JORDAN KEARNEY (State Bar No. 305483)
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
E-Mail: jlamagna@health-law.com
       jkearney@health-law.com

DEVIN M. SENELICK (State Bar No. 221478)
TARYN A. REID (State Bar No. 328772)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: dsenelick@health-law.com
       treid@health-law.com

*Attorneys for Plaintiff*

CHARLES KIMBALL
artists@artistsloft.com

*Defendant In Pro Per*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KAREN HEBETS, an individual; MIKIA WALLIS, an individual; DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual; HARRY ILSLEY, an individual; DENNIS NOURSE, an individual; MIKE HICKOK, an individual; CHUCK KIMBALL, an individual; PREMIER HEALTHCARE MANAGEMENT, INC., a California Corporation; SUMMIT HEALTHCARE MANAGEMENT, INC., a California Corporation; DARYL PRIEST, an individual; | Case No. 3:22-cv-01056-AJB-AGS <br><br> Hon. Anthony J. Battaglia <br><br> **JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT** <br><br> Complaint Served: 9/6/22 <br> Complaint Response Due: 9/27/22 <br> Proposed Response Date: 10/21/22 <br><br> Trial Date:     None Set |

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

1  NICHOLAS PRIEST, an individual;
   TRAVIS LYON, an individual;
2  HUSAM E. ALDAIRI, D.D.S., an
   individual; ALDAIRI DDS, INC., a
3  California corporation; AYED
   HAWATMEH, D.D.S., an individual;
4  HAWATMEH DENTAL GROUP,
   P.C., a California Corporation;
5  ALBORZ MEHDIZADEH, D.D.S., an
   individual; ALBORZ MEHDIZADEH,
6  INC., a California Corporation;
   JILBERT BAKRAMIAN, D.D.S., an
7  individual; MOHAMMED
   ALTEKREETI, D.D.S., an individual;
8  MAGALY VELASQUEZ, D.D.S., an
   individual; MAGALY M.
9  VELASQUEZ DDS PROFESSIONAL
   DENTAL CORP., a California
10 Corporation; ARAM ARAKELYAN,
   D.D.S., an individual; NEW
11 MILLENNIUM DENTAL GROUP OF
   ARAM ARAKELYAN, INC., a
12 California Corporation; MICHAEL
   HOANG, D.M.D., an individual;
13 WALEED STEPHAN, D.D.S., an
   individual; W.A. STEPHAN, A
14 DENTAL CORPORATION,
   a California Corporation; SANTIAGO
15 ROJO, D.D.S., an individual;
   SANTIAGO A. ROJO, D.D.S., INC., a
16 California Corporation; MARCELO
   TOLEDO, D.D.S., an individual;
17 MARCELO TOLEDO, D.D.S., INC., a
   California corporation; MARLENE
18 THOMPSON, D.D.S., an individual;
   MARLENE THOMPSON, D.D.S.,
19 INC., a California Corporation;
   DOUGLAS NESS, D.D.S., an
20 individual; NESS DENTAL
   CORPORATION, a California
21 Corporation; GEORGE JARED,
   D.D.S., an individual; GEORGE
22 JARED, D.D.S., INC., a California
   corporation; JAMES HEBETS, an
23 individual; THE HEBETS COMPANY,
   a Missouri Corporation; and DOES 1-
24 250, inclusive,

25                  Defendants.

26

27

28

7260524.1

2                        Case No. 3:22-cv-01056-AJB-AGS
JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 7.2 and 12.1, Plaintiff Borrego Community Health Foundation ("Plaintiff") and Defendant Charles Kimball (Plaintiff and Defendant collectively, the "Parties"), by and through their respective counsel, hereby stipulate to and jointly move the Court for an extension of time within which Defendant may answer or otherwise respond to the Complaint in this matter, up to and including October 21, 2022.

Good cause exists to warrant an extension of time for Defendant to file an answer or otherwise respond to the Complaint for the following reasons:

WHEREAS, Defendant Charles Kimball was served with the Summons and Complaint on September 6, 2022;

WHEREAS, Charles Kimball's current deadline for filing an answer, motion or other response to the Complaint is September 27, 2022;

WHEREAS, the Defendant has requested and Plaintiff has consented to additional time for the Defendant to file an answer, motion, or other response to the Complaint;

WHEREAS, extending the deadline will allow the Defendant additional time to evaluate the allegations in the Complaint which includes 762 paragraphs and attaches 546 pages of exhibits;

WHEREAS, extending the current deadline for the Defendant's response to the Complaint would therefore not delay the case where other defendants have yet to be served;

WHEREAS, there are over 40 defendants in the above-captioned action and Plaintiff seeks to stagger the responsive pleading deadlines to allow for meaningful briefing should it be necessary; and

WHEREAS, extending the deadline to respond is in the best interests of the Parties, judicial economy and justice.

1  The Parties hereby respectfully request that the Court grant this Joint Motion and
2  issue an Order extending the deadline for Defendant to file a response to the Complaint
3  to October 21, 2021.
4
5  IT IS SO STIPULATIED.IT IS SO STIPULATED.
6
7  DATED:  September 26, 2022          HOOPER, LUNDY & BOOKMAN, P.C.
8
9
10                                     By:      */s/ Taryn A. Reid*
11                                              TARYN A. REID
                                       Attorneys for Plaintiff Borrego Community
12                                     Health Foundation
13
14  DATED:  September 26, 2022
15
16                                     By:      */s/ Charles Kimball*
17                                              CHARLES KIMBALL
                                       Defendant *In Pro Per*
18

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987