| | |
|---|---|
| 1 | Jeffrey B. Harris, Esq. (SBN 202422) |
| | jharris@klhipbiz.com |
| 2 | John S. Kyle, Esq. (SBN 199196) |
| | jkyle@klhipbiz.com |
| 3 | Laura K. Gantney, Esq. (SBN 199297) |
| | lgantney@klhipbiz.com |
| 4 | KYLE HARRIS LLP |
| | 2305 Historic Decatur Road, Suite 100 |
| 5 | San Diego, CA  92106 |
| | Tel:    (619) 600-0086 |
| 6 | |
| | Attorneys for Defendants |
| 7 | Premier Healthcare Management, Inc., |
| | Daryl Priest, Nicholas Priest and |
| 8 | Travis Lyon |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation, | CASE NO. 3:22-CV-01056-AJB-AGS |
| Plaintiff, | REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT |
| v. | [Fed. R. Civ. P. 12(b)(6), 12(e), 8, 9, 10] |
| KAREN HEBETS, an individual; MIKIA WALLIS, an individual; DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual; HARRY ILSLEY, an individual; DENNIS NOURSE, an individual; MIKE HICKOK, an individual; CHUCK KIMBALL, an individual; PREMIER HEALTHCARE MANAGEMENT, INC., a California corporation; SUMMIT HEALTHCARE MANAGEMENT, INC., a California corporation; DARYL PRIEST, an individual; NICHOLAS PRIEST, an individual; TRAVIS LYON, an individual; HUSAM E. ALDAIRI, | Date:          January 5, 2023<br>Time:          2:00 p.m.<br>Courtroom:   4A<br><br>Hon. Anthony J. Battaglia<br><br>**ORAL ARGUMENT REQUESTED** |

| | |
|---|---|
| 1 | D.D.S., an individual; ALDAIRI DDS, |
| 2 | INC., a California corporation; AYED HAWATMEH, D.D.S., an individual; |
| 3 | HAWATMEH DENTAL GROUP, P.C., |
| 4 | a California corporation; ALBORZ MEHDIZADEH, D.D.S., an individual; |
| 5 | ALBORZ MEHDIZADEH, INC., a |
| 6 | California corporation; JILBERT BAKRAMIAN, D.D.S., an individual; |
| 7 | MOHAMMED ALTEKREETI, D.D.S., |
| 8 | an individual; MAGALY VELASQUEZ, D.D.S., an individual; |
| 9 | MAGALY M. VELASQUEZ DDS |
| 10 | PROFESSIONAL DENTAL CORP., a California corporation; ARAM |
| 11 | ARAKELYAN, D.D.S., an individual; |
| 12 | NEW MILLENIUM DENTAL GROUP OF ARAM ARAKELYAN, INC., a |
| 13 | California corporation; MICHAEL |
| 14 | HOANG, D.M.D., an individual; WALEED STEPHAN, D.D.S., an |
| 15 | individual; W.A. STEPHAN, A |
| 16 | DENTAL CORPORATION, a California corporation; SANTIAGO |
| 17 | ROJO, D.D.S., an individual; |
| 18 | SANTIAGO A. ROJO, D.D.S., INC., a California corporation; MARCELO |
| 19 | TOLEDO, D.D.S., an individual; |
| 20 | MARCELO TOLEDO ,D.D.S., INC., a California corporation; MARLENE |
| 21 | THOMPSON, D.D.S., an individual; |
| 22 | MARLENE THOMPSON, D.D.S., INC., a California corporation; |
| 23 | DOUBLAS NESS, D.D.S., an |
| 24 | individual; NESS DENTAL CORPORATION, a California |
| 25 | Corporation; GEORGE JARED, D.D.S., |
| 26 | an individual; GEORGE JARED, D.D.S., INC., a California corporation; |
| 27 | JAMES HEBETS, an individual; THE |
| 28 | |

KYLE HARRIS LLP
2305 HISTORIC DECATUR ROAD, SUITE 100
SAN DIEGO, CA 92106

1  HEBETS COMPANY, a Missouri
2  Corporation; and DOES 1- 250,
   inclusive,
3
4           Defendants.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KYLE HARRIS LLP
2305 HISTORIC DECATUR ROAD, SUITE 100
SAN DIEGO, CA 92106

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS COMPLAINT
Case No. 3:22-cv-01056-AJB-AGS

Pursuant to Fed. R. Evid. 201 and decisional law interpretating same, Defendants PREMIER HEALTHCARE MANAGEMENT, INC., SUMMIT HEALTCARE MANAGEMENT, INC., DARYL PRIEST, NICHOLAS PRIEST, and TRAVIS LYON hereby respectfully request that this Court take judicial notice of the materials appended to this request filed in support of their Motion to Dismiss Plaintiff's Complaint.

## I.     AUTHORITY FOR JUDICIAL NOTICE.

When deciding Rule 12(b)(6) motions, "courts must consider the complaint in its entirety, as well as…documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007). Taking judicial notice is proper when the materials submitted are "generally known within the trial court's territorial jurisdiction" or not subject to reasonable dispute because "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). In the Ninth Circuit, a district court may consider "matters of judicial notice…without converting the motion to dismiss into a motion for summary judgment." *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003). Further, this request and the subsequent hearing date provide Plaintiff with the requisite opportunity to address the request. Fed. R. Evid. 201(e); *Mullis v. United States Bank*, Ct. 828 F.2d 1385, 1388, n. 9 (9th Cir. 1987).

Under Fed. R. Evid. 201, the Court may take judicial notice of "[p]ublic records and government documents available from reliable resources on the Internet," such as websites run by government agencies. See *Hansen Beverages Co. v. Innovation Ventures, LLC,* No. 08-CV-1166-IEG, 2009 WL 6597891, *1 (S.D. Cal. Dec. 23, 2009) (citing *Jackson v. City of Columbus,* 194 F.3d 737, 745 (6th Cir. 1999); *Daniels-Hall v. National Education Association*, 629 F.3d 992, 999 (9th Cir. 2010) (taking judicial notice of information on two school district websites); and *Paralyzed Veterans of Am. V. McPherson,* No. C 06-4670, 2008 WL 4183981, *5 (N.D. Cal.

Sept. 8, 2008) ("Information on government agency websites has often been treated as properly subject to judicial notice").

Courts may consider material outside the pleadings when ruling on a Rule 12(b)(6) motion when the complaint necessarily relies on the documents. *Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001). Unlike rule-established judicial notice, incorporation-by-reference is a judicially created doctrine that treats certain documents as though they are part of the complaint itself. *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018). The doctrine prevents plaintiffs from selecting only portions of documents that support their claims, while omitting portions of those very documents that weaken—or doom—their claims. *Id.* The incorporation by reference doctrine allows material that is attached to the complaint to be considered, as well as "unattached evidence on which the complaint 'necessarily relies' if: (1) the complaint refers to the document; (2) the document is central to plaintiff's claim; and (3) no party questions the authenticity of the document." *United States v. Corinthian Colleges*, 655 F.3d 984, 999 (9th Cir. 2011). The incorporation by reference doctrine allows the Court to consider documents that are referred to in the complaint or that form the basis of the plaintiff's claims. *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018).

Finally, courts may take judicial notice of filings in related cases. *E.g. Rodriguez v. Disner*, 688 F.3d 645, n11 (9th Cir. 2012) (granting requests for judicial notice of briefs filed in a related case); *McVey v. McVey*, 26 F.Supp.3d 980, 984 (N.D. Cal. 2014 (citing *Rodriguez v. Disner* and others for proposition that judicial notice is appropriate for documents filed in related cases; *No Cost Conference, Inc. v. Windstream Communications, Inc.*, 940 F.Supp.2d 1285, 1295-96 (S.D. Cal. 2013) (taking judicial notice of filings in a related case). In the instant matter, Plaintiff Borrego Community Health Foundation (BCHF) has filed a Notice of Related Cases identifying, among others, its case against Inland Valley Investments, *et* al. as related. (Dkt No. 5.)

## II. MATERIALS SUBMITTED FOR JUDICIAL NOTICE

The materials for which judicial notice is requested are as follows:[1]

Exhibit A    <u>A letter from the Deputy Director of California's Department of Healthcare Services to BCHF dated August 3, 2021 and enclosing (1) a Corrective Action Plan for BCHF, (2) an Agreement between DHCS and BCHF dated Feb 26, 2021, and (3) a DHCS and BCHF Term Sheet dated Jan. 27, 2021.</u> This document is properly the subject of judicial notice because (a) it is a government document; (b) BCHF references this document in its Complaint (*see* Compl. ¶268(a), ¶269, & ¶271); and (c) BCHF has incorporated this document by reference in pleadings in litigation it deems related (*see* Ex. G *infra* (arguing incorporation by reference of DHCS remedial measures in Case 3:21-cv-01417-L-AGS (now 3:21-cv-01417-AJB-AGS)));

Exhibit B    <u>A letter from the Deputy Director of California's Department of Healthcare Services to BCHF dated December 29, 2021 outlining failures to comply with the August 3, 2021 Corrective Action Plan and containing as an enclosure the contents of Exhibit A *infra*.</u> This document is properly the subject of judicial notice because (a) it is a government document; (b) BCHF references this document in its Complaint (*see* Compl. ¶268(a), ¶269, & ¶271); and (c) BCHF has incorporated this document by reference in pleadings in litigation it deems related (*see* Ex. G *infra* (arguing incorporation by reference of DHCS remedial measures in Case 3:21-cv-01417-L-AGS (now 3:21-cv-01417-AJB-AGS)));

---

[1] True and correct copies of Exhibits A-D and I are attached to this RJN. Exhibits E-H are part of the Court's file in related case 3:21-cv-01417-AJB-AGS.

KYLE HARRIS LLP
2305 HISTORIC DECATUR ROAD, SUITE 100
SAN DIEGO, CA 92106

| | | |
|---|---|---|
| | Exhibit C | <u>A second letter from the Deputy Director of California's Department of Healthcare Services to BCHF dated December 29, 2021 enclosing Corrective Action Plan Number 2, as well as the Agreement between DHCS and BCHF dated Feb 26, 2021, and Term Sheet dated Jan. 27, 2021.</u> This document is properly the subject of judicial notice because (a) it is a government document; (b) BCHF references this document in its Complaint (*see* Compl. ¶268(a), ¶269, & ¶271); and (c) BCHF has incorporated this document by reference in pleadings in litigation it deems related (*see* Ex. G *infra* (arguing incorporation by reference of DHCS remedial measures in Case 3:21-cv-01417-L-AGS (now 3:21-cv-01417-AJB-AGS))); |
| | Exhibit D | <u>A letter from the Deputy Director of California's Department of Healthcare Services to BCHF dated August 19, 2022</u>. This document is properly the subject of judicial notice because (a) it is a government document; and (b) it updates the status of a matter BCHF refers to in its Complaint—namely DHCS's power to suspend reimbursements and the status of DHCS reimbursements to BCHF (*see* Compl. ¶268(a), ¶269, & ¶271); |
| | Exhibit E | <u>Pleading in Case No. 22-02384-11</u>, United States Bankruptcy Court for the Southern District of California.  This document is subject to judicial notice because it is a pleading filed in a United States Court. |
| | Exhibit F | <u>Pleading in related case 3:21-cv-01417-L-AGS (now 3:21-cv-01417-AJB-AGS) filed on August 20, 2021 as Document No. 6 and its attachments (6-1 & 6-2)</u>. This document is properly the subject of judicial notice because it was filed in a related case; |

KYLE HARRIS LLP
2305 HISTORIC DECATUR ROAD, SUITE 100
SAN DIEGO, CA 92106

| | | |
|---|---|---|
| 1 | Exhibit G | Pleading in related case 3:21-cv-01417-L-AGS (now 3:21-cv-01417-AJB-AGS) filed on August 20, 2021 as Document No. 7 and its attachments (7-1, 7-2 & 7-3). This document is properly the subject of judicial notice because it was filed in a related case; |
| 5 | Exhibit H | Pleading in related case 3:21-cv-01417-L-AGS (now 3:21-cv-01417-AJB-AGS) filed on April 5, 2022 as Document No. 19 and its attachments (19-1 & 19-2). This document is properly the subject of judicial notice because it was filed in a related case; |
| 9 | Exhibit I | Pleading in related case 3:21-cv-01417-L-AGS (now 3:21-cv-01417-AJB-AGS) filed on April 5, 2022 as Document No. 20 and its attachments (20-1 through 20-12). This document is properly the subject of judicial notice because it was filed in a related case; |
| 13 | Exhibit J | Medi-Cal Provider Manual, Claims Submission and Timeliness Overview (2021). This document is properly the subject of judicial notice because it is a government document available at https://files.medi-cal.ca.gov/pubsdoco/publications/masters-mtp/part1/claimsub.pdf. |

Dated: September 29, 2022

KYLE HARRIS LLP

By: *s/ John S. Kyle*
Jeffrey B. Harris, Esq.
John S. Kyle, Esq.
Laura K. Gantney, Esq.
KYLE HARRIS LLP

Attorneys for Defendants Premier Healthcare Management, Inc., Daryl Priest, Nicholas Priest, and Travis Lyon

KYLE HARRIS LLP
2305 HISTORIC DECATUR ROAD, SUITE 100
SAN DIEGO, CA 92106