State of California—Health and Human Services Agency
# Department of Health Care Services

**DHCS**
MICHELLE BAASS
*DIRECTOR*



GAVIN NEWSOM
*GOVERNOR*

August 19, 2022

Rose MacIsaac, Acting Chief Executive Officer
Borrego Community Health Foundation
P.O. Box 2369
Borrego Springs, CA 92004

**RE: Discussion on Modification of Medi-Cal Payment Suspension**

Dear Ms. MacIsaac:

Thank you for taking the time to meet with me and my Department of Health Care Services (DHCS) colleagues on July 7, 2022, to discuss Borrego Health's (Borrego) ongoing financial and operational challenges and your request to lift the Medi-Cal payment suspension associated with Borrego's in-house dental services. During the meeting, we had the opportunity to discuss issues related to Borrego's compliance with the stipulated agreement, dated February 26, 2021, between Borrego and DHCS, and other performance-related issues.

On July 22, 2022, Borrego submitted additional documentation to support its position that the Independent Monitor (IM) has presented an inaccurate picture of Borrego's progress on all areas of concern discussed as well as Borrego's allegation that the IM's conduct and interaction with Borrego staff has been inappropriate and unprofessional. DHCS has reviewed and considered this additional documentation. DHCS has concluded that, thus far, insufficient evidence has been provided to support Borrego's allegations regarding the IM's past behavior and actions.

In addition, while DHCS acknowledges that Borrego has made some progress on its obligations to DHCS, DHCS has determined that Borrego's actions to date do not warrant the lifting of the current payment suspension imposed on Borrego in-house dental services.

Audits and Investigations
PO Box 997413, MS 2000, Sacramento, CA 95899-7413
Telephone Number (916) 440-7552 – Fax Number (916) 440-7555
Internet Address:  www.dhcs.ca.gov

Rose MacIsaac
August 19, 2022
Page 2

As a result of ongoing issues, including quality of care concerns, member grievances, and referrals, Borrego's failure to fully comply with the February 26, 2021, stipulated agreement between Borrego and DHCS, continued and unresolved inappropriate billings, and the California Department of Justice's (DOJ) ongoing criminal investigation of Borrego for potential fraudulent Medi-Cal billings, DHCS is reimposing the full 100 percent Medi-Cal payment suspension on all Borrego Medi-Cal services, (medical and dental), pursuant to Welfare and Institutions (W&I) Code Section 14107.11. The payment suspension will go into effect September 29, 2022, to allow time to finalize transition planning for affected Borrego Medi-Cal beneficiaries.  See the attached payment suspension letter.

Should you have any questions, please feel free to contact me at bruce.lim@dhcs.ca.gov, or (916) 203-7006.

Sincerely,

*Bruce Lim*
DocuSigned by: 12631AE09DE5416...

Bruce Lim, CPA
Deputy Director

Attachment

cc:     Erika Sperbeck, Chief Deputy Director for Policy and Program Support
        Department of Health Care Services
        (erika.sperbeck@dhcs.ca.gov)

        Jacey Cooper, Chief Deputy Director for Health Care Programs & State Medicaid Director
        Department of Health Care Services
        (jacey.cooper@dhcs.ca.gov)

        Susan Philip, Deputy Director
        Health Care Delivery Systems
        Department of Health Care Services
        (susan.philip@dhcs.ca.gov)

        René Mollow, Deputy Director
        Health Care Benefits and Eligibility
        Department of Health Care Services
        (rene.mollow@dhcs.ca.gov)

        John Puente, Deputy Director and Chief Counsel
        Office of Legal Services
        Department of Health Care Services
        (john.puente@dhcs.ca.go