# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: | 3:22-cv-01056-AJB-AGS |
| TITLE: | Borrego Community Health Foundation v. Hebets et al |
| FILED DATE: 9/30/2022 | DOCUMENT NOS.: 87 & 88 |
| DOCUMENT TITLE: | Motion to Dismiss |
| DOCUMENT FILED BY: | Mikia Wallis |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

OTHER: LR 7.1 - Documents exceed page length restrictions

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document will remain as filed despite the discrepancy noted above.  Any further non-compliant documents may be stricken from the record. |
| ☐ | The Clerk is directed to MODIFY the docket text of the filed document to the following:<br>[          ] |
| ☒ | The documents are REJECTED.  It is ordered that the Clerk **STRIKE** the documents from the record, and serve a copy of this order on all parties. |
| ☐ | Rejected documents will be returned to pro se filer. |

Any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  September 30, 2022         CHAMBERS OF:  The Honorable Anthony J. Battaglia

cc: All Parties              By:  Judge Battaglia's Chambers