JOSEPH R. LAMAGNA (State Bar No. 246850)
JORDAN KEARNEY (State Bar No. 305483)
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
E-Mail: jlamagna@health-law.com
       jkearney@health-law.com

DEVIN M. SENELICK (State Bar No. 221478)
TARYN A. REID (State Bar No. 328772)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: dsenelick@health-law.com
       treid@health-law.com

*Attorneys for Plaintiff Borrego Community Health Foundation*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN HEBETS, an individual; MIKIA WALLIS, an individual; DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual; HARRY ILSLEY, an individual; DENNIS NOURSE, an individual; MIKE HICKOK, an individual; CHUCK KIMBALL, an individual; PREMIER HEALTHCARE MANAGEMENT, INC., a California Corporation; SUMMIT HEALTHCARE MANAGEMENT, INC., a California Corporation; | Case No. 3:22-cv-01056-AJB-AGS<br><br>Hon. Anthony J. Battaglia<br><br>**JOINT MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>Trial Date:     None Set |

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

| | |
|---|---|
| 1 | DARYL PRIEST, an individual; NICHOLAS PRIEST, an individual; |
| 2 | TRAVIS LYON, an individual; HUSAM E. ALDAIRI, D.D.S., an |
| 3 | individual; ALDAIRI DDS, INC., a California corporation; AYED |
| 4 | HAWATMEH, D.D.S., an individual; HAWATMEH DENTAL GROUP, |
| 5 | P.C., a California Corporation; ALBORZ MEHDIZADEH, D.D.S., an |
| 6 | individual; ALBORZ MEHDIZADEH, INC., a California Corporation; |
| 7 | JILBERT BAKRAMIAN, D.D.S., an individual; MOHAMMED |
| 8 | ALTEKREETI, D.D.S., an individual; MAGALY VELASQUEZ, D.D.S., an |
| 9 | individual; MAGALY M. VELASQUEZ DDS PROFESSIONAL |
| 10 | DENTAL CORP., a California Corporation; ARAM ARAKELYAN, |
| 11 | D.D.S., an individual; NEW MILLENNIUM DENTAL GROUP OF |
| 12 | ARAM ARAKELYAN, INC., a California Corporation; MICHAEL |
| 13 | HOANG, D.M.D., an individual; WALEED STEPHAN, D.D.S., an |
| 14 | individual; W.A. STEPHAN, A DENTAL CORPORATION, |
| 15 | a California Corporation; SANTIAGO ROJO, D.D.S., an individual; |
| 16 | SANTIAGO A. ROJO, D.D.S., INC., a California Corporation; MARCELO |
| 17 | TOLEDO, D.D.S., an individual; MARCELO TOLEDO, D.D.S., INC., a |
| 18 | California corporation; MARLENE THOMPSON, D.D.S., an individual; |
| 19 | MARLENE THOMPSON, D.D.S., INC., a California Corporation; |
| 20 | DOUGLAS NESS, D.D.S., an individual; NESS DENTAL |
| 21 | CORPORATION, a California Corporation; GEORGE JARED, |
| 22 | D.D.S., an individual; GEORGE JARED, D.D.S., INC., a California |
| 23 | corporation; JAMES HEBETS, an individual; THE HEBETS COMPANY, |
| 24 | a Missouri Corporation; and DOES 1-250, inclusive, |
| 25 | Defendants. |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 7.2, Plaintiff Borrego Community Health Foundation ("Plaintiff") and Defendants Ayed Hawatmeh, D.D.S. and Hawatmeh Dental Group, P.C. ("Defendants") (Plaintiff and Defendants collectively, the "Parties"), by and through their respective counsel, hereby stipulate to and jointly move the Court for an extension of time within which to file its Response in Opposition to Defendants' Motion to Dismiss Plaintiff's Complaint to October 31, 2022.

WHEREAS, Plaintiff filed its Complaint on July 19, 2022. (ECF No. 1.)

WHEREAS, Defendant Ayed Hawatmeh, D.D.S. was served with the Summons and Complaint on August 11, 2022;

WHEREAS, Defendant Hawatmeh Dental Group, P.C. was served with the Summons and Complaint on August 19, 2022;

WHEREAS, Defendant Ayed Hawatmeh, D.D.S.'s original deadline for filing an answer, motion or other response to the Complaint was September 1, 2022;

WHEREAS, Defendant Hawatmeh Dental Group, P.C.'s original deadline for filing an answer, motion or other response to the Complaint was September 9, 2022;

WHEREAS, on or about August 19, 2022, Defendants' counsel requested an extension in which to respond to Plaintiff's Complaint;

WHEREAS, the Parties agreed to extend Defendants' deadline to respond to Plaintiff's Complaint to September 29, 2022;

WHEREAS, on September 29, 2022, Ayed Hawatmeh, D.D.S. and Hawatmeh Dental Group, P.C., a California Corporation, filed a Motion to Dismiss Plaintiff's Complaint. (ECF No. 86.)

WHEREAS, Plaintiff's Response in Opposition to the Defendants' Motion to Dismiss Plaintiff's Complaint is due on or before October 17, 2022;

WHEREAS, Defendants filed a detailed motion seeking dismissal on multiple procedural and substantive grounds, including additional grounds targeted towards the allegations Plaintiff raised for the first time in its Complaint. Plaintiff's counsel requests this extension to prepare its response to each ground for dismissal raised by the Defendants.

WHEREAS, the extension is not requested for purposes of delay and will not prejudice either party.

The Parties hereby respectfully request that the Court grant this Joint Motion and issue an Order extending the deadline for Plaintiff to file an opposition to the Defendants Motion to Dismiss to October 31, 2022. The Parties further request that the Court grant this Joint Motion and issue an Order extending the deadline for Defendants' to file their reply in support of their Motion to Dismiss to November 7, 2022.

IT IS SO STIPULATED.

DATED: October 4, 2022          HOOPER, LUNDY & BOOKMAN, P.C.


By: _____
    TARYN A. REID
Attorneys for Plaintiff Borrego Community
Health Foundation


DATED: October 4, 2022          THE MAUL FIRM, P.C.


By: _____
    ANTHONY F. MAUL
Attorneys for Defendants Ayed Hawatmeh,
D.D.S. and Hawatmeh Dental Group, P.C.