JOSEPH R. LAMAGNA (State Bar No. 246850)
JORDAN KEARNEY (State Bar No. 305483)
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
E-Mail: jlamagna@health-law.com
          jkearney@health-law.com

DEVIN M. SENELICK (State Bar No. 221478)
TARYN A. REID (State Bar No. 328772)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: dsenelick@health-law.com
          treid@health-law.com

*Attorneys for Plaintiff Borrego Community Health Foundation*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KAREN HEBETS, et al. <br><br> Defendants. | Case No. 3:22-cv-01056-AJB-AGS <br><br> Hon. Anthony J. Battaglia <br><br> **JOINT MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS** <br><br> Trial Date:     None Set |

1  Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules
2  7.2, Plaintiff Borrego Community Health Foundation ("Plaintiff") and
3  Defendant Mikia Wallis (Plaintiff and Defendant collectively, the "Parties"), by and
4  through their respective counsel, hereby stipulate to and jointly move the Court for
5  an extension of time within which to file Plaintiff's Response in Opposition to
6  Defendant's Motion to Dismiss Plaintiff's Complaint to November 8, 2022. The
7  Parties further stipulate and jointly move the Court for an extension of time within
8  which to file Defendant's Reply in Support of Defendant's Motion to Dismiss
9  Plaintiff's Complaint to November 22, 2022.

10  WHEREAS, Plaintiff filed its Complaint on July 19, 2022. (ECF No. 1.)
11  WHEREAS, Defendant Mikia Wallis was served with the Summons and
12  Complaint on August 1, 2022;
13  WHEREAS, the Parties agreed to extend Defendant's deadline to respond to
14  Plaintiff's Complaint to October 4, 2022;
15  WHEREAS, on October 3, 2022, Mikia Wallis, filed a Motion to Dismiss
16  Plaintiff's Complaint. (ECF No. 92.)
17  WHEREAS, Plaintiff's Response in Opposition to the Defendant's Motion to
18  Dismiss Plaintiff's Complaint is due on or before October 18, 2022;
19  WHEREAS, Defendant filed a detailed motion seeking dismissal on multiple
20  procedural and substantive grounds, including additional grounds targeted towards
21  the allegations Plaintiff raised for the first time in its Complaint. Further, Plaintiff is
22  currently working to respond to several other motions to dismiss brought by other
23  defendants in this action. As such, Plaintiff's counsel requests this extension to
24  meaningfully prepare its response to each ground for dismissal raised by the
25  Defendant.
26  WHEREAS, the extension is not requested for purposes of delay and will not
27  prejudice either party.
28

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

1  The Parties hereby respectfully request that the Court grant this Joint Motion and issue an Order extending the deadline for Plaintiff to file an opposition to the Defendant's Motion to Dismiss to November 8, 2022. The Parties further request that the Court grant this Joint Motion and issue an Order extending the deadline for Defendant to file their reply in support of their Motion to Dismiss to November 22, 2022.

IT IS SO STIPULATED.

DATED: October _4_, 2022        HOOPER, LUNDY & BOOKMAN, P.C.

By: _____
    TARYN A. REID
Attorneys for Plaintiff Borrego Community Health Foundation

DATED: October _4_, 2022

By: *Mikia Wallis*
    MIKIA WALLIS
Defendant In Pro Per