UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California Nonprofit Public Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAREN HEBETS, an individual; et al.,<br><br>Defendants. | Case No.:  22-cv-01056-AJB-AGS<br><br>**ORDER STRIKING CERTAIN ANSWERS AND MOTIONS TO DISMISS AND STREAMLINING DEADLINES AND BRIEFING SCHEDULES** |

Borrego Community Health Foundation ("Plaintiff" or "Borrego Health"), a California nonprofit public benefit corporation that provides healthcare services to underserved communities in the state, brings the instant civil action against 39 defendant individuals and business entities, asserting claims under the Racketeer Influenced and Corrupt Organizations Act and 52 other causes of action. (Doc. No. 1.) According to the Complaint, the defendants engaged in various schemes, including selling assets to Borrego Health at inflated prices, entering into agreements with Borrego Health to its detriment, committing and/or covering up healthcare fraud through improper billing of dental services, entering into leases with Borrego Health that were above fair market rates and

terms, paying themselves above-market salaries and benefits, hiring friends and relatives to work for Borrego Health and paying them above-market salaries, and attempting to use Borrego Health to purchase a country club. (*Id.* at ¶ 2.)

Plaintiff claims that the defendants' schemes resulted in Borrego Health's suspension by California's Medicaid Program, as well as it being investigated by state and federal authorities for, among other things, tax and nonprofit status issues. (*Id.* at ¶ 4.) Borrego Health now "seeks to illuminate the various schemes, to seek financial compensation to recoup funds wrongly siphoned away from Borrego Health, and to hold the wrongdoers responsible for their actions." (*Id.* at ¶ 6.)

Plaintiff filed its Complaint on July 19, 2022, and the docket indicates Plaintiff has served the Complaint on all the defendants. At this time, the record contains a variety of different answers, orders granting extensions of time to file a response to the Complaint, motions to dismiss, briefing schedules, and motions to extend briefing schedules. To efficiently manage this multi-defendant, multi-claim case, the Court deems it appropriate to reset and streamline the deadlines for responses to the Complaint and set one briefing schedule for the pending and forthcoming motions to dismiss. The Court does so with this Order, as set forth below.

Additionally, in reviewing the documents filed, the Court observed a lack of attention and compliance with both the Southern District of California's Civil Local Rules and this Court's chambers rules. For example, several answers and motions to dismiss filed do not comply with Civil Rule 5.1's font size requirements. These documents will be stricken, and the parties are reminded to read and abide by the applicable local and chambers rules, which can be found in the court's public website: www.casd.uscourts.gov.

In light of the foregoing, the Court enters the following orders:

- The answers at document numbers 21 and 90 are **STRICKEN** for failure to comply with Local Civil Rule 5.1.

- The motions to dismiss at document numbers 73, 86, and 92 are **STRICKEN** for failure to comply with Local Civil Rule 5.1.

22-cv-01056-AJB-AGS

- All defendants are **ORDERED** to file an answer or otherwise respond to the Complaint <u>no later than Friday, October 21, 2022</u>.

- Plaintiff is **ORDERED** to file, <u>no later than Friday, November 11, 2022</u>, one consolidated brief, in response to all timely filed motions to dismiss, including the one currently pending at document number 84. To account for the anticipated number of motions to which Plaintiff must respond, the Court grants Plaintiff a variance from the normal page limitation and permits it to file a consolidated brief up to 35 pages in length.

- Replies in support of any motion to dismiss must be filed <u>no later than Friday, November 18, 2022</u>.

- This Order supersedes all prior orders relating to extensions of time to file a response to the Complaint and briefing schedules.

- The pending motions at document numbers 95, 98, and 99 for extensions of prior deadlines are **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated:  October 6, 2022

Hon. Anthony J. Battaglia
United States District Judge