KEITH H. RUTMAN (CSB #144175)
501 West Broadway, Suite 1650
San Diego, California 92101-3541
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
email: krutman@krutmanlaw.com

Attorney for Defendants
MARCELO G. TOLEDO, D.D.S.
MARCELO TOLEDO D.D.S., INC.

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Anthony J. Battaglia)

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit Public Benefit Corporation, | Case No. 22-cv-1056-AJB (AGS) |
| Plaintiffs, | ANSWER TO COMPLAINT BY DEFENDANTS MARCELO G. TOLEDO, D.D.S. and MARCELO TOLEDO D.D.S., INC. |
| v. | |
| MARCELO G. TOLEDO, D.D.S. an individual and MARCELO TOLEDO D.D.S., INC. a California Corporation, et. al., | DEMAND FOR JURY TRIAL |
| Defendants. | |

COME NOW Defendants, MARCELO G. TOLEDO, D.D.S., an individual and MARCELO TOLEDO D.D.S., INC., a California Corporation, (hereinafter "these answering Defendants") by and through their attorney, and in response to the Complaint (hereinafter "Complaint") of plaintiff BORREGO COMMUNITY HEALTH FOUNDATION (hereinafter "Plaintiff"), hereby respond as follows:

## I.    INTRODUCTION/SUMMARY

1.    Answering paragraph 1 of the complaint, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

2.    Answering paragraph 2 of the complaint, these answering Defendants deny the truth and accuracy of these allegations of the complaint as to themselves.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these

allegations of the complaint and therefore deny same.

3. Answering paragraph 3 of the complaint, these answering Defendants deny the truth and accuracy of these allegations of the complaint as to themselves. As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

4. Answering paragraph 4 of the complaint, these answering Defendants deny the truth and accuracy of these allegations of the complaint as to themselves. As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

5. Answering paragraph 5 of the complaint, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

6. Answering paragraph 6 of the complaint, these answering Defendants deny the truth and accuracy of these allegations of the complaint as to themselves. As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

**II.    JURISDICTION AND VENUE**

7. Answering paragraph 7 of the complaint, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

**III.    CAST OF CHARACTERS**

8-175.    Answering paragraphs 8-175 of the complaint, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of these paragraphs of complaint and therefore deny same, with the exception of paragraph 38,

the allegations of which they admit.

**xi.    Marcelo Toledo, D.D.S. and Marcelo Toledo, D.D.S., INC.**

176.   Answering paragraph 176 of the complaint, these answering Defendants admit these allegations.

177.   Answering paragraph 177 of the complaint, these answering Defendants admit these allegations.

178.   Answering paragraph 178 of the complaint, these answering Defendants deny these allegations.

179.   Answering paragraph 179 of the complaint, these answering Defendants deny these allegations.

180.   Answering paragraph 180 of the complaint, these answering Defendants deny these allegations.

181.   Answering paragraph 181 of the complaint, these answering Defendants deny these allegations.

182.   Answering paragraph 182 of the complaint, these answering Defendants deny these allegations.

183.   Answering paragraph 183 of the complaint, these answering Defendants deny these allegations.

184.   Answering paragraph 184 of the complaint, these answering Defendants deny these allegations.

185.   Answering paragraph 185 of the complaint, these answering Defendants deny these allegations.

186-198.   Answering paragraphs 186-198 of the complaint, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of these paragraphs of complaint and therefore deny same.

**D.    Since Premier Was Unable and Unwilling To, a Program Integrity Process is Implemented by Borrego Health**

199-217.  Answering paragraphs 199-217 of the complaint, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of these paragraphs of complaint and therefore deny same.

**E.    Premier and the Borrego Insiders Coverup Fraudulent Billing (the "Coverup Scheme")**

218-250.  Answering paragraphs 218-250 of the complaint, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of these paragraphs of complaint and therefore deny same.

**F.    The Borrego Insiders Entered into Leases with Daryl Priest-Owed Entities for Above Market Rents and Terms Many Times the Market Amount (the "Priest Leases Scheme")**

251-275.  Answering paragraphs 251-275 of the complaint, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of these paragraphs of complaint and therefore deny same.

**G.    The Borrego Insiders Paid Themselves Above-Market Compensation and Granted Themselves Improper Benefits and Covered It Up (the "Compensation/Benefits Scheme")**

276-290.  Answering paragraphs 276-290 of the complaint, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of these paragraphs of complaint and therefore deny same.

**H.    The Borrego Insiders Used Nepotism and Cronyism to Funnel Money to their Friends and Family (the "Nepotism and Cronyism Scheme")**

291-294.  Answering paragraphs 291-294 of the complaint, these answering Defendants lack sufficient knowledge and information to form a belief as

1  to the truth and accuracy of the allegations of these paragraphs of
2  complaint and therefore deny same.

**I.    The Borrego Insiders Tried To Purchase a Country Club to Personally Benefit Themselves (the "De Anza Country Club Scheme")**

5  295-300.  Answering paragraphs 295-300 of the complaint, these answering
6  Defendants lack sufficient knowledge and information to form a belief as
7  to the truth and accuracy of the allegations of these paragraphs of
8  complaint and therefore deny same.

**J.    The Borrego Insiders Attempted to Pay Bruce Hebets a $5 Million Payout (the "Payout Scheme")**

11  301-310.  Answering paragraphs 301-310 of the complaint, these answering
12  Defendants lack sufficient knowledge and information to form a belief as
13  to the truth and accuracy of the allegations of these paragraphs of
14  complaint and therefore deny same.

**K.    The Borrego Insiders Funneled Money to Bruce Hebets' Brother, Jim Hebets, and Jim Hebets' Firm (the "Jim Hebets Scheme")**

17  311-324.  Answering paragraphs 311-324 of the complaint, these answering
18  Defendants lack sufficient knowledge and information to form a belief as
19  to the truth and accuracy of the allegations of these paragraphs of
20  complaint and therefore deny same.

**L.    Borrego Insider Chuck Kimball Leased a Barn to Borrego Health (the "Julian Barn Scheme")**

23  325-344.  Answering paragraphs 325-344 of the complaint, these answering
24  Defendants lack sufficient knowledge and information to form a belief as
25  to the truth and accuracy of the allegations of these paragraphs of
26  complaint and therefore deny same.

**M.    Borrego Insider Dennis Nourse Sold Property to Borrego Health to be Developed by Priest (the "Property Development Scheme")**

5

345-370.   Answering paragraphs 345-370 of the complaint, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of these paragraphs of complaint and therefore deny same.

## V.   CLEANING HOUSE

371-388.   Answering paragraphs 371-388 of the complaint, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of these paragraphs of complaint and therefore deny same.

## VI.   THE RICO ENTERPRISE

389.   Answering paragraph 389 of the complaint, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

390.   Answering paragraph 390 of the complaint, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

391.   Answering paragraph 391 of the complaint,  these answering Defendants admit that they are "'Outsiders' to BORREGO HEALTH", but lack sufficient knowledge and information to form a belief as to the truth and accuracy of the remaining allegations of this paragraph of the complaint and therefore deny same.

392.   Answering paragraph 392 of the complaint, these answering Defendants admit that they were "(3) contracted dental providers," but lack sufficient knowledge and information to form a belief as to the truth and accuracy of the remaining allegations of this paragraph of the complaint and therefore deny same.

393.   Answering paragraph 393 of the complaint, these answering Defendants admit that they were "entities and individuals separate from the Enterprise" and that they are not "alleged to be the Enterprise, or its members."  As to the remaining

defendants named in this paragraph, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

394.   Answering paragraph 394 of the complaint, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

395.   Answering paragraph 395 of the complaint, these answering Defendants deny the truth and accuracy of these allegations of the complaint as to themselves.  As to the remaining defendants named in this paragraph, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

**B.     Racketeering Activity Distinct from Enterprise**

396-400.   Answering paragraphs 396-400 of the complaint, these answering Defendants deny the truth and accuracy of these allegations of the complaint as to themselves.  As to the remaining defendants named in this paragraph, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

**C.     RICO Liability**

401-430.   Answering paragraphs 401-430 of the complaint, these answering Defendants deny the truth and accuracy of these allegations of the complaint as to themselves.  As to the remaining defendants named in this paragraph, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

**D.     Issuance of Constructive Trusts**

431-433.   Answering paragraphs 431-433 of the complaint, these answering Defendants deny the truth and accuracy of these allegations of the

complaint as to themselves.  As to the remaining defendants named in this paragraph, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

### FIRST CAUSE OF ACTION

434.   Answering paragraph 434 of the complaint, these answering Defendants incorporate by reference their specific responses above to those allegations which are reincorporated.

435.   Answering paragraph 435 of the complaint, these answering Defendants deny the truth and accuracy of these allegations of the complaint as to themselves. As to the remaining defendants named in this paragraph, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

436.   Answering paragraph 436 of the complaint, these answering Defendants deny the truth and accuracy of these allegations of the complaint as to themselves. As to the remaining defendants named in this paragraph, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

### SECOND THROUGH TENTH CAUSES OF ACTION

437-481.   Answering paragraphs 437-481 of the complaint, these answering Defendants are not named therein and therefore lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

### ELEVENTH CAUSE OF ACTION

482.   Answering paragraph 482 of the complaint, these answering Defendants incorporate by reference their specific responses above to those allegations which are reincorporated.

483.   Answering paragraph 483 of the complaint, these answering Defendants admit

these allegations of the complaint.

484. Answering paragraph 484 of the complaint, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

485. Answering paragraph 485 of the complaint, these answering Defendants deny these allegations of the complaint.

486. Answering paragraph 486 of the complaint, these answering Defendants deny these allegations of the complaint.

## TWELFTH THROUGH TWENTY-THIRD CAUSES OF ACTION

487-555. Answering paragraphs 487-555 of the complaint, these answering Defendants are not named therein and therefore lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

## TWENTY-FOURTH CAUSE OF ACTION

556. Answering paragraph 556 of the complaint, these answering Defendants incorporate by reference their specific responses above to those allegations which are reincorporated.

557. Answering paragraph 557 of the complaint, these answering Defendants deny they "misrepresented" any of the remaining allegations of this paragraph of the complaint.  These answering Defendants admit that they "represented they would submit accurate claims information to Borrego Health for reimbursement" and in fact did so.

558. Answering paragraph 558 of the complaint, these answering Defendants deny these allegations of the complaint.

559. Answering paragraph 559 of the complaint, these answering Defendants deny these allegations of the complaint.

560. Answering paragraph 560 of the complaint, these answering Defendants deny these allegations of the complaint.

561.   Answering paragraph 561 of the complaint, these answering Defendants deny these allegations of the complaint.

**TWENTY-FIFTH THROUGH THIRTY-SIXTH CAUSES OF ACTION**

562-647.   Answering paragraphs 562-647 of the complaint, these answering Defendants are not named therein and therefore lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

**THIRTY-SEVENTH CAUSE OF ACTION**

648.   Answering paragraph 648 of the complaint, these answering Defendants incorporate by reference their specific responses above to those allegations which are reincorporated.

649.   Answering paragraph 649 of the complaint, these answering Defendants admit these allegations of the complaint.

650.   Answering paragraph 650 of the complaint, these answering Defendants deny making any "misrepresentations" as alleged in this paragraph of the complaint.

651.   Answering paragraph 651 of the complaint, these answering Defendants deny these allegations of the complaint.

652.   Answering paragraph 652 of the complaint, these answering Defendants admit these allegations of the complaint.

653.   Answering paragraph 653 of the complaint, these answering Defendants deny these allegations of the complaint.

654.   Answering paragraph 654 of the complaint, these answering Defendants deny these allegations of the complaint.

655.   Answering paragraph 655 of the complaint, these answering Defendants deny these allegations of the complaint.

**THIRTY-EIGHTH THROUGH FORTY-SECOND CAUSES OF ACTION**

656-688.   Answering paragraphs 656-688 of the complaint, these answering Defendants are not named therein and therefore lack sufficient knowledge

10

and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

## FORTY-THIRD CAUSE OF ACTION

689.   Answering paragraph 689 of the complaint, these answering Defendants incorporate by reference their specific responses above to those allegations which are reincorporated.

690.   Answering paragraph 690 of the complaint, as to themselves, these answering Defendants admit these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

691.   Answering paragraph 691 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

692.   Answering paragraph 692 of the complaint, as to themselves, these answering Defendants admit these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

693.   Answering paragraph 693 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

694.   Answering paragraph 694 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named

defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

695. Answering paragraph 695 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

696. Answering paragraph 696 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

### FORTY-FOURTH CAUSE OF ACTION

697. Answering paragraph 697 of the complaint, these answering Defendants incorporate by reference their specific responses above to those allegations which are reincorporated.

698. Answering paragraph 698 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

699. Answering paragraph 699 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

700. Answering paragraph 700 of the complaint, as to themselves, these answering

Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

701.   Answering paragraph 701 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

## FORTY-FIFTH CAUSE OF ACTION

702.   Answering paragraph 702 of the complaint, these answering Defendants incorporate by reference their specific responses above to those allegations which are reincorporated.

703.   Answering paragraph 703 of the complaint, as to themselves, these answering Defendants admit these allegations of the complaint.

704.   Answering paragraph 704 of the complaint, as to themselves, these answering Defendants admit these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

705.   Answering paragraph 705 of the complaint, as to themselves, these answering Defendants admit these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

706.   Answering paragraph 706 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and

1  information to form a belief as to the truth and accuracy of these allegations of
2  the complaint and therefore deny same.

3  707.  Answering paragraph 707 of the complaint, as to themselves, these answering
4  Defendants deny these allegations of the complaint.  As to the other named
5  defendants, these answering Defendants lack sufficient knowledge and
6  information to form a belief as to the truth and accuracy of these allegations of
7  the complaint and therefore deny same.

8  708.  Answering paragraph 708 of the complaint, as to themselves, these answering
9  Defendants deny these allegations of the complaint.  As to the other named
10  defendants, these answering Defendants lack sufficient knowledge and
11  information to form a belief as to the truth and accuracy of these allegations of
12  the complaint and therefore deny same.

13  709.  Answering paragraph 709 of the complaint, as to themselves, these answering
14  Defendants deny these allegations of the complaint.  As to the other named
15  defendants, these answering Defendants lack sufficient knowledge and
16  information to form a belief as to the truth and accuracy of these allegations of
17  the complaint and therefore deny same.

18  **FORTY-SIXTH CAUSE OF ACTION**

19  710.  Answering paragraph 710 of the complaint, these answering Defendants
20  incorporate by reference their specific responses above to those allegations
21  which are reincorporated.

22  711.  Answering paragraph 711 of the complaint, as to themselves, these answering
23  Defendants admit these allegations of the complaint.  As to the other named
24  defendants, these answering Defendants lack sufficient knowledge and
25  information to form a belief as to the truth and accuracy of these allegations of
26  the complaint and therefore deny same.

27  712.  Answering paragraph 712 of the complaint, as to themselves, these answering
28  Defendants admit these allegations of the complaint.  As to the other named

defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

713. Answering paragraph 713 of the complaint, as to themselves, these answering Defendants admit these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

714. Answering paragraph 714 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

715. Answering paragraph 715 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

716. Answering paragraph 716 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

717. Answering paragraph 717 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

718.   Answering paragraph 718 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

## FORTY-SEVENTH CAUSE OF ACTION

719.   Answering paragraph 719 of the complaint, these answering Defendants incorporate by reference their specific responses above to those allegations which are reincorporated.

720.   Answering paragraph 720 of the complaint, as to themselves, these answering Defendants admit these allegations of the complaint.

721.   Answering paragraph 721 of the complaint, as to themselves, these answering Defendants admit these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

722.   Answering paragraph 722 of the complaint, as to themselves, these answering Defendants admit these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

723.   Answering paragraph 723 of the complaint, as to themselves, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

724.   Answering paragraph 724 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of

the complaint and therefore deny same.

725. Answering paragraph 725 of the complaint, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

726. Answering paragraph 726 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

727. Answering paragraph 727 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

### FORTY-EIGHTH CAUSE OF ACTION

728. Answering paragraph 728 of the complaint, these answering Defendants incorporate by reference their specific responses above to those allegations which are reincorporated.

729. Answering paragraph 729 of the complaint, as to themselves, these answering Defendants admit these allegations of the complaint.

730. Answering paragraph 730 of the complaint, as to themselves, these answering Defendants admit these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

731. Answering paragraph 731 of the complaint, as to themselves, these answering Defendants admit these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and

information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

732.   Answering paragraph 732 of the complaint, as to themselves, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

733.   Answering paragraph 733 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

734.   Answering paragraph 734 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

735.   Answering paragraph 735 of the complaint, as to themselves, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

736.   Answering paragraph 736 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

737.   Answering paragraph 737 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

## FORTY-NINTH CAUSE OF ACTION

738. Answering paragraph 738 of the complaint, these answering Defendants incorporate by reference their specific responses above to those allegations which are reincorporated.

739. Answering paragraph 739 of the complaint, as to themselves, these answering Defendants admit these allegations of the complaint.

740. Answering paragraph 740 of the complaint, as to themselves, these answering Defendants admit these allegations of the complaint.

741. Answering paragraph 741 of the complaint, as to themselves, these answering Defendants admit these allegations of the complaint.

742. Answering paragraph 742 of the complaint, as to themselves, these answering Defendants admit these allegations of the complaint.

743. Answering paragraph 743 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

744. Answering paragraph 744 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

## FIFTIETH CAUSE OF ACTION

745. Answering paragraph 745 of the complaint, these answering Defendants incorporate by reference their specific responses above to those allegations which are reincorporated.

746. Answering paragraph 746 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named

defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

747.	Answering paragraph 747 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

748.	Answering paragraph 748 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

749.	Answering paragraph 749 of the complaint, as to themselves, these answering Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

**FIFTY-FIRST THROUGH FIFTY-SECOND  CAUSES OF ACTION**

750-760.	Answering paragraphs 750-760 of the complaint, these answering Defendants are not named therein and therefore lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

**FIFTY-THIRD CAUSE OF ACTION**

761.	Answering paragraph 761 of the complaint, these answering Defendants incorporate by reference their specific responses above to those allegations which are reincorporated.

762.	Answering paragraph 762 of the complaint, as to themselves, these answering

Defendants deny these allegations of the complaint.  As to the other named defendants, these answering Defendants lack sufficient knowledge and information to form a belief as to the truth and accuracy of these allegations of the complaint and therefore deny same.

763. Any allegations of the complaint not specifically admitted above are hereby denied.

### FIRST AFFIRMATIVE DEFENSE

764. These answering Defendants allege as an affirmative defense that the complaint, and each and every cause of action contained therein, fails to state facts sufficient to constitute a cause of action against them.

### SECOND AFFIRMATIVE DEFENSE

765. These answering Defendants allege as an affirmative defense that the claims for relief alleged in the complaint are barred by any applicable statute of limitations, including but not limited to, Code of Civil Procedure §§ 335.1, 338, 339, 340(3), 340.5 and 340.6.

### THIRD AFFIRMATIVE DEFENSE

766. These answering Defendants allege as an affirmative defense that plaintiff is barred from recovery herein in that the negligence of plaintiff was a proximate cause of the act or acts, or event or events, alleged in the complaint, and damages, if any, must be reduced in proportion to the negligence of plaintiff which caused damage to plaintiff at the times and places alleged in the complaint.

### FOURTH AFFIRMATIVE DEFENSE

767. These answering Defendants allege as an affirmative defense that plaintiff, with actual or constructive knowledge of the facts alleged in the complaint, was under a duty to mitigate damages, if any, and plaintiff failed to fulfill such a duty; and, as a consequence, these answering Defendants are exonerated from liability to plaintiff and all damages alleged are the sole and proximate result of the failure

of plaintiff to mitigate damages.

## FIFTH AFFIRMATIVE DEFENSE

768.  These answering Defendants allege as an affirmative defense that the complaint is further barred in that plaintiff consented expressly and impliedly to any acts or conduct attributed to them.

## SIXTH AFFIRMATIVE DEFENSE

769.  These answering Defendants allege as an affirmative defense that the complaint is barred because their treatment of patients of plaintiff and actions as to billing, as opposed to the acts of other defendants, was at all times, lawful, professional and within the standard of care.

## SEVENTH AFFIRMATIVE DEFENSE

770.  These answering Defendants allege as an affirmative defense that the complaint is barred because the damages alleged by plaintiff, if any, were caused either by the acts of plaintiff or the acts of a third party or parties, rather than by any action of these answering Defendants. Thus, any recovery by plaintiff must be apportioned, taking into account the negligence of plaintiff and any negligent third party.

## EIGHTH AFFIRMATIVE DEFENSE

771.  These answering Defendants allege as an affirmative defense that the complaint is barred because all treatment by defendant was pursuant to adequate informed consent and lack of informed consent did not cause plaintiff or plaintiff's patients, any injury.

## NINTH AFFIRMATIVE DEFENSE

772.  These answering Defendants allege as an affirmative defense that the complaint is barred by the doctrine of accord and satisfaction.

## TENTH AFFIRMATIVE DEFENSE

773.  These answering Defendants allege as an affirmative defense that the complaint is barred by the doctrine of release.

## ELEVENTH AFFIRMATIVE DEFENSE

774. These answering Defendants allege as an affirmative defense that the complaint is barred by the doctrine of res judicata.

## TWELFTH AFFIRMATIVE DEFENSE

775. These answering Defendants allege as an affirmative defense that the complaint is barred by the doctrine of "unclean hands."

## THIRTEENTH AFFIRMATIVE DEFENSE

776. These answering Defendants allege as an affirmative defense that the complaint is barred by the doctrine of laches.

## FOURTEENTH AFFIRMATIVE DEFENSE

777. These answering Defendants allege as an affirmative defense that the complaint is barred because each of the alleged negligent acts of these answering Defendants, as pled in the complaint, were matters within their clinical judgment, and were appropriate exercises of such judgment and are, thus, not actionable.

## FIFTEENTH AFFIRMATIVE DEFENSE

778. These answering Defendants allege as an affirmative defense that the complaint, and each cause of action therein, is barred as each cause of action is based solely upon communications that are privileged by Civil Code § 47 and therefore, such communications are not actionable under any theory of law, including but not limited to Civil Code § 56 et seq.

## SIXTEENTH AFFIRMATIVE DEFENSE

779. These answering Defendants, having just begun the discovery process and not having sufficient time to discover all facts necessary to defend themselves, hereby, allege the following affirmative defenses, upon information and belief, per Rule 8, FRCP, so as not to waive them at this time: arbitration and award; assumption of risk; contributory negligence; duress; estoppel; failure of consideration; fraud; illegality; injury by fellow servant; license; payment;

collateral estoppel; statute of frauds; and waiver.

### SEVENTEENTH AFFIRMATIVE DEFENSE

780.   These answering Defendants allege as an affirmative defense that at no time did they have any knowledge of any of the improper and/or unlawful activities of other defendants alleged herein and, therefore, are not responsible for any of the allegations pled against these answering Defendants.

### EIGHTEENTH AFFIRMATIVE DEFENSE

781.   These answering Defendants allege as an affirmative defense plaintiff, at no time, had the right to rely on any of the improper and/or unlawful representations of other defendants alleged herein and, therefore, are not responsible for any of the allegations pled against these answering Defendants.

### NINETEENTH AFFIRMATIVE DEFENSE

782.   These answering Defendants allege as an affirmative defense, that at no time did they do anything as regards patient care other than to provide clinical dental care and was not in any way responsible or active in providing any billing services to anyone and had no knowledge of any alleged improprieties at any time.

### PRAYER FOR RELIEF

WHEREFORE, these answering Defendants pray as follows:

(1)   That as to them, plaintiff take nothing by way of the complaint on file herein;

(2)   That judgment be entered in favor of these answering Defendants;

(3)   That these answering defendant be awarded costs of suit incurred herein; and

(4)   For such other and further relief as the court deems proper.

### DEMAND FOR JURY TRIAL

PLEASE TAKE FURTHER NOTICE that these answering Defendants hereby demand a trial by jury as to all claims for relief for which it is available under the

///

///

///

Seventh Amendment.

Respectfully Submitted,

Dated: October 21, 2022

KEITH H. RUTMAN
Attorney for Defendants
MARCELO G. TOLEDO, D.D.S.
MARCELO TOLEDO D.D.S., INC.
Email:  krutman@krutmanlaw.com

25