```
LOCKE LORD LLP
Mitchell J. Popham (SBN: 126194)
mpopham@lockelord.com
Rory Miller (SBN 238780)
Rory.miller@lockelord.com
William Mullen (SBN: 297272)
william.mullen@lockelord.com
David Rutan (SBN 311345)
David.rutan@lockelord.com
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071
(213) 485-1500

Attorneys for Defendants
JAMES HEBETS and THE HEBETS COMPANY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>  Plaintiff,<br>vs.<br><br>KAREN HEBETS, an individual; MIKIA WALLIS, an individual; DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual; HARRY ILSLEY, an individual; DENNIS NOURSE, an individual; MIKE HICKOK, an individual; CHUCK KIMBALL an individual; PREMIER HEALTHCARE MANAGEMENT, INC., a California corporation; SUMMIT HEALTHCARE MANAGEMENT, INC., a California corporation; DARYL PRIEST, an individual; NICHOLAS PRIEST, an | CASE NO. 3:22-CV-01056-AJB-AGS<br><br>Honorable Anthony J. Battaglia<br>Courtroom 4A<br><br>**DEFENDANTS JAMES HEBETS AND THE HEBETS COMPANY'S DISCLOSURE STATEMENT FOR CERTIFICATION OF INTERESTED ENTITIES**<br><br>Complaint Filed:  July 19, 2022 |

Locke Lord LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, CA  90071

1   individual; TRAVIS LYON, an individual;
2   HUSAM E. ALDAIRI, D.D.S., an individual; ALDAIRI DDS, IC., a California
3   corporation; AYED HAWATMEH, D.D.S.,
4   an individual; HAWATMEH DENTAL GROUP, P.C., a California corporation;
5   ALBORZ MEHDIZADEH, D.D.S., an individual; ALBORZ MEHDIZADEH,
6   INC., a Califonria corporation; JILBERT
7   BAKRAMIAN, D.D.S., an individual; MOHAMMED ALTEKREETI, D.D.S., an
8   individual; MAGALY VELASQUEZ,
9   D.D.S., an individual; MAGALY M. VELASQUEZ DDS PROFESSIONAL
10  DENTAL CORP., a California corporation;
11  ARAM ARAKELYAN, D.D.S., an individual; NEW MILLENIUM DENTAL
12  GROUP OF ARAM ARAKELYAN, INC.,
13  a California corporation; MICHAEL HOANG, D.M.D., an individual; WALEED
14  STEPHAN, D.D.S., an individual; W.A.
15  STEPHAN, A DENTAL CORPORATION a California corporation; SANTIAGO
16  ROJO, D.D.S., an individual; SANTIAGO
17  A. ROJO, D.D.S., INC., a California corporation; MARCELO TOLEDO, D.D.S.,
18  an individual; MARCELO TOLEDO,
19  D.D.S., INC., a California corporation; MARLENE THOMPSON, D.D.S., an
20  individual; MARLENE THOMPSON,
21  D.D.S., INC., a California corporation; DOUBLAS NESS, D.D.S., an individual;
22  NESS DENTAL CORPORATION, a
23  California corporation; GEORGE JARED, D.D.S., an individual; GEORGE JARED,
24  D.D.S., INC., a California corporation;
25  JAMES HEBETS, an individual; THE HEBETS COMPANY, a Missouri
26  Corporation and DOES 1-250, inclusive,
27
28                  Defendants.

2   Case No. 3:22-CV-01056-AJB-AGS
CERTIFICATION OF INTERESTED ENTITIES

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendants James Hebets and The Hebets Company ("HC") respectfully submit the following disclosure statement for certification of interested entities.

Pursuant to Federal Rule of Civil Procedure 7.1, HC certifies that the following listed associations of persons, firms, partnerships, corporations, or other business entities are (i) a parent corporation and/or (ii) a publicly held corporation owning 10% or more of its stock:

1. NFP Ultimate Holdings, LLC
2. NFP Holdings, LLC
3. NFP Parent Co, LLC
4. NFP Intermediate Holdings A Corp.
5. NFP Intermediate Holdings B Corp.
6. NFP Corp.

Dated: October 21, 2022	LOCKE LORD LLP

By: [signature]

Mitchell J. Popham
Rory Miller
William Mullen
David Rutan
*Attorneys for Defendants*
*JAMES HEBETS and THE HEBETS COMPANY*