CHESTER JENG, Esq. SBN: 283432
LAW OFFICES OF JENG AND ASSOCIATES
750 West La Habra Blvd
La Habra, CALIFORNIA. 90631
Tel: 909-450-7158
Fax: 562-690-6360
Email: Jenglaw@Yahoo.com

Attorney for Defendant George Jared, D.D.S.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, A CALIFORNIA NONPROFIT PUBLIC BENEFIT CORPORATION,<br><br>PLAINTIFF<br><br>vs.<br><br>GEORGE JARED, D.D.S., ET. AL.<br><br>DEFENDANTS | Case No.: 3:22-cv-01056-TWR-NLS<br><br>**HON. ANTHONY J. BATTAGLIA**<br><br>DEFEDANT GEORGE JARED, D.D.S.'S ANSWER TO PLAINTIFF BORREGO COMMUNITY HEALTH FOUNDATION'S COMPLAINT<br><br>COMPLAINT FILED: JULY 19, 2022<br><br>TRIAL DATE: NONE SET |

TO PLAINTIFF HEREIN AND TO ITS ATTORNEY OF RECORD:

COMES NOW Defendant GEORGE JARED, D.D.S. (hereinafter "JARED") in response to the Complaint of Plaintiff BORREGO COMMUNITY HEALTH FOUNDATION (hereinafter "Plaintiff"), hereby demand a jury trial on the Complaint and answer the Complaint by admitting, denying, and alleging, as follows:

DEFEDNAT GEORGE JARED'S ANSWER TO THE COMPLAINT        CASE NO. 3:22-CV-01056-TWR-NLS

1. Answering Paragraph 1-2 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

2. Answering Paragraph 3 of the Complaint, to the extent of the allegation that "the insiders allowed the outsider to participate in the fleecing of Borrego Health in exchange for kickbacks and/or other benefits to the insiders" refers to one or more of this answering Defendant, Defendant deny this said allegations.  As to the remaining allegations in Paragraph 3, the answering defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

3. Answering paragraph 4 of the Complaint, to the extent the allegations of false and fraudulent billing of dental services" referring to the Defendant, Defendant deny said allegations.   A

4. s to the remaining allegations in Paragraph 4, the answering defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

5. Answering paragraph 5 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

6. Answering paragraph 6 of the Complaint, the Defendant deny all allegations contained therein.

DEFEDNAT GEORGE JARED'S ANSWER TO THE COMPLAINT        CASE NO. 3:22-CV-01056-TWR-NLS

7. Answering paragraph 7-391 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

8. Answering paragraph 392 of the Complaint, the answering Defendant deny all allegations contained therein.

9. Answering paragraph 393 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

10. Answering paragraph 394-433 of the Complaint, the answering Defendant deny all allegations contained therein.

<u>FIRST CAUSE OF ACTION</u>

11. Answering paragraph 434-436 of the Complaint, the answering Defendant deny all allegations contained therein.

<u>SECOND CAUSE OF ACTION</u>

12. Answering paragraph 437 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

13. Answering paragraph 438-441 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>THIRD CAUSE OF ACTION</u>

14. Answering paragraph 442 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

15. Answering paragraph 443-446 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>FOURTH CAUSE OF ACTION</u>

16. Answering paragraph 447 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

17. Answering paragraph 448-450 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>FIFTH CAUSE OF ACTION</u>

18. Answering paragraph 451 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

19. Answering paragraph 452-456 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>SIXTH CAUSE OF ACTION</u>

DEFEDNAT GEORGE JARED'S ANSWER TO THE COMPLAINT     CASE NO. 3:22-CV-01056-TWR-NLS

20. Answering paragraph 457 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

21. Answering paragraph 458-461 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>SEVENTH CAUSE OF ACTION</u>

22. Answering paragraph 462 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

23. Answering paragraph 462-466 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>EIGTH CAUSE OF ACTION</u>

24. Answering paragraph 467 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

25. Answering paragraph 468-471 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>NINTH CAUSE OF ACTION</u>

DEFEDNAT GEORGE JARED'S ANSWER TO THE COMPLAINT        CASE NO. 3:22-CV-01056-TWR-NLS

26. Answering paragraph 472 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

27. Answering paragraph 473-476 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

### TENTH CAUSE OF ACTION

28. Answering paragraph 477 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

29. Answering paragraph 478-481 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

### ELEVENTH CAUSE OF ACTION

30. Answering paragraph 482 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

31. Answering paragraph 483-486 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

### TWELFTH CAUSE OF ACTION

32. Answering paragraph 487 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

33. Answering paragraph 488-491 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>THIRTEENTH CAUSE OF ACTION</u>

34. Answering paragraph 492 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

35. Answering paragraph 493--496 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>FOURTEENTH CAUSE OF ACTION</u>

36. Answering paragraph 497 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

37. Answering paragraph 498-501 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>FIFTEENTH CAUSE OF ACTION</u>

38. Answering paragraph 502 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

39. Answering paragraph 502-507 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>SIXTEETH CAUSE OF ACTION</u>

40. Answering paragraph 508 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

41. Answering paragraph 509-513 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>SEVENTEENTH CAUSE OF ACTION</u>

42. Answering paragraph 514 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

43. Answering paragraph 515-519 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>EIGHTEENTH CAUSE OF ACTION</u>

DEFEDNAT GEORGE JARED'S ANSWER TO THE COMPLAINT        CASE NO. 3:22-CV-01056-TWR-NLS

44. Answering paragraph 520 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

45. Answering paragraph 521-525 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>NINETEENTH CAUSE OF ACTION</u>

46. Answering paragraph 526 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

47. Answering paragraph 526-531 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>TWENTIETH CAUSE OF ACTION</u>

48. Answering paragraph 532 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

49. Answering paragraph 533-537 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>TWENTY-FIRST CAUSE OF ACTION</u>

DEFEDNAT GEORGE JARED'S ANSWER TO THE COMPLAINT        CASE NO. 3:22-CV-01056-TWR-NLS

50. Answering paragraph 538 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

51. Answering paragraph 539-543 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>TWENTY-SECOND CAUSE OF ACTION</u>

52. Answering paragraph 544 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

53. Answering paragraph 545-549 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>TWENTY-THIRD CAUSE OF ACTION</u>

54. Answering paragraph 550 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

55. Answering paragraph 551-555 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>TWENTY-FOURTH CAUSE OF ACTION</u>

DEFEDNAT GEORGE JARED'S ANSWER TO THE COMPLAINT       CASE NO. 3:22-CV-01056-TWR-NLS

56. Answering paragraph 556 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

57. Answering paragraph 557-561 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

### TWENTY-FIFTH CAUSE OF ACTION

58. Answering paragraph 562 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

59. Answering paragraph 562-566 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

### TWENTY-SIXTH CAUSE OF ACTION

60. Answering paragraph 567 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

61. Answering paragraph 568-571 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

### TWENTY-SEVENTH CAUSE OF ACTION

DEFEDNAT GEORGE JARED'S ANSWER TO THE COMPLAINT          CASE NO. 3:22-CV-01056-TWR-NLS

62. Answering paragraph 572 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

63. Answering paragraph 573-576 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>TWENTY-SEVENTH CAUSE OF ACTION</u>

64. Answering paragraph 577 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

65. Answering paragraph 578-583 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>TWENTY-EIGHTH CAUSE OF ACTION</u>

66. Answering paragraph 584 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

67. Answering paragraph 585-591 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>THIRTIETH CAUSE OF ACTION</u>

DEFEDNAT GEORGE JARED'S ANSWER TO THE COMPLAINT        CASE NO. 3:22-CV-01056-TWR-NLS

68. Answering paragraph 592 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

69. Answering paragraph 593-599 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

THIRTY-FIRST CAUSE OF ACTION

70. Answering paragraph 600 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

71. Answering paragraph 601-607 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

THIRTY-SECOND CAUSE OF ACTION

72. Answering paragraph 608 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

73. Answering paragraph 609-615 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

THIRTY-THIRD CAUSE OF ACTION

DEFEDNAT GEORGE JARED'S ANSWER TO THE COMPLAINT      CASE NO. 3:22-CV-01056-TWR-NLS

74. Answering paragraph 616 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

75. Answering paragraph 617-623 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

### THIRTY-FOURTH CAUSE OF ACTION

76. Answering paragraph 624 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

77. Answering paragraph 625-631 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

### THIRTY-FIFTH CAUSE OF ACTION

78. Answering paragraph 632 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

79. Answering paragraph 633-639 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

### THIRTY-SIXTH CAUSE OF ACTION

DEFEDNAT GEORGE JARED'S ANSWER TO THE COMPLAINT          CASE NO. 3:22-CV-01056-TWR-NLS

80. Answering paragraph 640 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

81. Answering paragraph 641-648 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

### THIRTY-SEVENTH CAUSE OF ACTION

82. Answering paragraph 649 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

83. Answering paragraph 650-655 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

### THIRTY-EIGHTH CAUSE OF ACTION

84. Answering paragraph 656 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

85. Answering paragraph 657-662 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

### THIRTY-NINTH CAUSE OF ACTION

86. Answering paragraph 663 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

87. Answering paragraph 664-669 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>FORTIETH CAUSE OF ACTION</u>

88. Answering paragraph 670 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

89. Answering paragraph 671-676 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>FORTY-FIRST CAUSE OF ACTION</u>

90. Answering paragraph 677 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

91. Answering paragraph 678-680 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>FORTY-SECOND CAUSE OF ACTION</u>

DEFEDNAT GEORGE JARED'S ANSWER TO THE COMPLAINT        CASE NO. 3:22-CV-01056-TWR-NLS

92. Answering paragraph 681 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

93. Answering paragraph 682-688 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

### FORTY-THIRD CAUSE OF ACTION

94. Answering paragraph 689 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

95. Answering paragraph 690-696 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

### FORTY-FOURTH CAUSE OF ACTION

96. Answering paragraph 689 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

97. Answering paragraph 698-701 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

### FORTY-FIFTH CAUSE OF ACTION

DEFEDNAT GEORGE JARED'S ANSWER TO THE COMPLAINT        CASE NO. 3:22-CV-01056-TWR-NLS

98. Answering paragraph 702 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

99. Answering paragraph 703-709 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>FORTY-SIXTH CAUSE OF ACTION</u>

100.   Answering paragraph 710 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

101.   Answering paragraph 711-718 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>FORTY-SEVENTH CAUSE OF ACTION</u>

102.   Answering paragraph 719 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

103.   Answering paragraph 720-727 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>FORTY-EIGHTH CAUSE OF ACTION</u>

DEFEDNAT GEORGE JARED'S ANSWER TO THE COMPLAINT        CASE NO. 3:22-CV-01056-TWR-NLS

104.     Answering paragraph 728 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

105.     Answering paragraph 729-737 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

## FORTY-NINTH CAUSE OF ACTION

106.     Answering paragraph 738 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

107.     Answering paragraph 739-744 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

## FIFETIEH CAUSE OF ACTION

108.     Answering paragraph 745 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

109.     Answering paragraph 746-749 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

## FIFTY-FIRST CAUSE OF ACTION

DEFEDNAT GEORGE JARED'S ANSWER TO THE COMPLAINT          CASE NO. 3:22-CV-01056-TWR-NLS

110. Answering paragraph 750 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

111. Answering paragraph 751-753 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>FIFTY-SECOND CAUSE OF ACTION</u>

112. Answering paragraph 754 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

113. Answering paragraph 755-760 of the Complaint, the answering Defendant lack sufficient knowledge and information to form a belief to the truth and accuracy of the allegation contained therein and therefore deny same.

<u>FIFTY-THIRD CAUSE OF ACTION</u>

114. Answering paragraph 761 of the Complaint, the Defendant replead and incorporate by reference, as if fully set forth again herein, the responses contained in all prior paragraphs of this answer.

115. Answering paragraph 762 of the Complaint, the answering Defendant deny all allegations.

116. Regarding the Pray for Relief in Plaintiff's Complaint, Defendants deny that Plaintiff is entitled to any of the relief sought, including all subparts.

**<u>AFFIRMATIVE DEFENSES</u>**

FIRST AFFIRMATIVE DEFENSE

1.  The answering Defendant allege as an affirmative defense that the complaint, and each and every cause of action therein, fails to state facts sufficient to constitute a cause of action against Defendant Jared.

### SECOND AFFIRMATIVE DEFENSE

2.  The answering Defendant allege as an affirmative defense that the claims for relief alleged in the complaint are barred by any applicable statute of limitations, including but not limited to Code of Civil Procedure Sections 335.1, 338, 339340 (3), 340.5, and 340.6.

### THIRD AFFIRMATIVE DEFENSE

3.  The answering Defendant alleges that Plaintiff is barred from recovery herein as negligence of the Plaintiff was the proximate cause of the act or acts, or event or events, alleged in the Complaint.  Damages, if any, must be reduced to the proportion to the negligence of the Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

4.  The answering Defendant alleges that Plaintiff, with actual or constructive knowledge of the facts alleged in the Complaint, was under a duty to mitigate damages, if any.  Plaintiff failed to fulfill such a duty.  As a consequence, Defendant Jared is exonerated from liability to Plaintiff and all damage alleged are the sole and proximate result of Plaintiff's failure to mitigate damages.

### FIFTH AFFIRMATIVE DEFENSE

5. The answering Defendant alleges as an affirmative defense that plaintiff is barred in that Plaintiff consented expressly and impliedly to any and all acts or conducts attributed to Defendant Jared.

SIXTH AFFIRMATIVE DEFENSE

6. The answering Defendant alleges as an affirmative defense that the complaint is barred because their treatment of patients of plaintiff and actions to billing as opposed to the acts of other defendants was at all times, lawful, professional and within the standard of care.

SEVENTH AFFIRMATIVE DEFENSE

7. The answering Defendant alleges as an affirmative defense that the complaint is barred because the damages alleged by plaintiff, if any, were caused either by the acts of plaintiff or the acts of a third party or parties, rather than by any action of the answering Defendant.  Thus, any recovery by plaintiff must be apportioned, taking into account the negligence of plaintiff and any negligent third party.

EIGHTH AFFIRMATIVE DEFENSE

8.  The answering Defendant alleges as an affirmative defense that the complaint is barred because all treatments done by Defendant was pursuant to adequate informed consent and lack of informed consent did not cause plaintiff or plaintiff's patients, any injury.

NINTH AFFIRMATIVE DEFENSE

9. The answering Defendant alleges as an affirmative defense that the complaint is barred by the Doctrine of Accord and Satisfaction.

TENTH AFFIRMATIVE DEFENSE

10. The answering Defendant alleges as an affirmative defense that the complaint is barred by the Doctrine of Release.

ELEVENTH AFFIRMATIVE DEFENSE

11. The answering Defendant alleges as an affirmative defense that the complaint is barred by the Doctrine of Res Judicata.

TWELFTH AFFIRMATIVE DEFENSE

12. The answering Defendant alleges as an affirmative defense that the complaint is barred by the Doctrine of "Unclean Hands."

THIRTEENTH AFFIRMATIVE DEFENSE

13. The answering Defendant alleges as an affirmative defense that the complaint is barred by the Doctrine of Laches.

FOURTEENTH AFFIRMATIVE DEFENSE

14. The answering Defendant alleges as an affirmative defense that the complaint is barred because each of the alleged negligent acts of the answering Defendant as pled in the complaint, were matters within their clinical judgement and were appropriate exercises of such judgment and are, thus, not actionable.

FIFTEENTH AFFIRMATIVE DEFENSE

15. The answering Defendant alleges as an affirmative defense that the complaint is barred by plaintiff's failure to exhaust all administrative remedies.

SIXTEENTH AFFIRMATIVE DEFENSE

16. The answering Defendant alleges as an affirmative defense that the complaint is barred by the plaintiff's Improper Notice of Breach.

### SEVENTEETH AFFIRMATIVE DEFENSE

17. The answering Defendant alleges as an affirmative defense that the complaint is barred because the answering Defendant at no time had any knowledge of any improper and/or unlawful activities of other Defendants alleged herein and, therefore, is not responsible for any of the allegations pled against the answering Defendant.

### EIGHTEENTH AFFIRMATIVE DEFENSE

18. The answering Defendant alleges as an affirmative defense that the complaint and each cause of action therein, is barred as each cause of action is based on solely upon communication that are privileged by Civil Procedure Code Section 47 and therefore, such communication are not actionable under any theory of law, including but not limited to Civil Procedure Code Section 56, et al.

### NINETEENTH AFFIRMATIVE DEFENSE

19. The answering Defendant alleges as an affirmative defense that the complaint is barred by the Plaintiff's failure to pursue Alternative Dispute as required by the Agreement.

### TWENTITH AFFIRMATIVE DEFENSE

20. The answering Defendant alleges as an affirmative defense that the answering Defendant having just begun the discovery process and not having sufficient time to discover all facts necessary to defend himself, hereby alleges the

following affirmative defenses, upon information and belief, pursuant to Rule 8, FRCP, so as not to waive them at this time: Arbitration and Award; Assumption of Risk; Contributory Negligence; Duress; Estoppel; Failure of Consideration; Fraud; Illegality; Injury by Fellow Servant; License; Payment; Collateral Estoppel; Statute of Frauds; Lack of Privity; and Waiver

### TWENTY-FIRST AFFIRMATIVE DEFENSE

21. The answering Defendant alleges as an affirmative defense that at no time did he do anything as regards patient care other than to provide clinical dental care and was not in any way responsible or active in providing any billing services to anyone and had no knowledge of any alleged improprieties at any time.

### **PRAYERS FOR RELIEF**

WHEREFORE, Defendant Jared prays that the Court grant relief as follows:

1. The judgment be entered in favor of Defendant Jared;

2. Plaintiff takes nothing by the way of the Complaint;

3. The costs that Defendant Jared incurred and be awarded costs of suit, including Sanctions pursuant to Rule 11 F.R.C.P;

4. Further relief as the Court deems proper.

DATED: OCTOBER 20, 2022

By: /s/ Chester Jeng, Esq.

Chester Jeng, Esq.

LAW OFFICES OF JENG AND ASSOCIATES

Attorney for Defendant George Jared, D.D.S.

DEFEDNAT GEORGE JARED'S ANSWER TO THE COMPLAINT        CASE NO. 3:22-CV-01056-TWR-NLS

**<u>DEMAND FOR JURY TRIAL</u>**

Pursuant to Federal Rule of Civil Procedure, Rule 38, Defendant George Jared, D.D.S. hereby demand a trial by jury of all claims herein which are properly the subject of a trial by jury.


DATED: OCTOBER 20, 2022

By: <u>/s/ Chester Jeng, Esq.</u>

Chester Jeng, Esq.

LAW OFFICES OF JENG AND ASSOCIATES

Attorney for George Jared, D.D.S.

**BORREGO COMMUNITY HEALTH FOUNDATION et al. vs. GEORGE JARED, DDS, et al.**
Case No.:    3:22-CV-01056-TWR-NLS

## PROOF OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years, and not a party to the within action.  I am an employee of or agent for RH SERVICES, whose business address is P.O. Box 3433, Alhambra, CA 91803; ph. 626-318-4246; rhservices@gmail.com.

On **October 21, 2022**, I served the foregoing document(s): **DEFENDANT, GEORGE JARED, D.D.S.'s ANSWER TO PLAINTIFF BORREGO COMMUNITY HEALTH FOUNDATION'S COMPLAINT**  to the following party(ies) in this action addressed as follows:

## PLEASE SEE ATTACHED SERVICE LIST

☒    *(BY ELECTRONIC SERVICE)* I caused the documents to be sent to the persons at their electronic notification addresses. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on **October 21, 2022**, in Alhambra, California.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Mark Lonneman

**BORREGO COMMUNITY HEALTH FOUNDATION et al. vs. GEORGE JARED, DDS, et al.**
Case No.:    3:22-CV-01056-TWR-NLS

## SERVICE LIST

| | |
|---|---|
| Joseph R. LaMagna<br>HOOPER, LUNDY & BOOKMAN, PC<br>101 West Broadway, Suite 1200<br>San Diego, CA 92101-3890<br>Ph. 619-744-7300<br>Fx. 619-230-0987<br>Em. jlamagna@health-law.com<br><br>[Attorneys for PLAINTIFF, BORREGO COMMUNITY HEALTH FOUNDATION] | Jordan Kearney, Esq.<br>HOOPER, LUNDY & BOOKMAN, PC<br>101 Montgomery Street, 11th Floor<br>San Francisco, CA 94104<br>Ph. 415-875-8497<br>jkearney@health-law.com<br><br>[Attorneys for PLAINTIFF, BORREGO COMMUNITY HEALTH FOUNDATION] |
| Devin M. Senelick, Esq.<br>Taryn A. Reid, Esq.<br>HOOPER, LUNDY & BOOKMAN, PC<br>1875 Century Park East, Suite 1600<br>Los Angeles, CA 90067<br>Ph. 310-551-8145<br>Fx. 310-551-8181<br>Em. dsenelick@health-law.com<br>Em. tried@health-law.com<br><br>[Attorneys for PLAINTIFF, BORREGO COMMUNITY HEALTH FOUNDATION] | |