1  LeRoy George Siddell (SBN 048670)
2  2323 Broadway Ste. 104
   San Diego, CA 92102
3  (619) 231-3991 / Email: attorneysiddell@yahoo.com
4
5  Attorney for Defendant
   DIANA THOMPSON f/k/a Diana Troncoso
6

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BORREGO COMMUNITY HEALTH FOUNDATION,**<br>Plaintiff,<br><br>vs.<br><br>**DIANA THOMPSON f/k/a DIANA TRONCOSO,**<br><br>Defendant | Case No.: 22-CV-1056-AJB-AGS<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT TO DISMISS UNDER FED. R. CIV. P. 12(B)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:　　　　January 5, 2023<br>Time:　　　　2:00 p.m.<br>Courtroom:　　4A<br>Honorable Anthony J. Battaglia<br><br>Action Filed: July 19, 2022 |

## NOTICE OF MOTION

Please TAKE NOTICE that on the cited date, time and Courtroom the

Defendant Diana Thompson will move the Court to Dismiss the complaint under Rule (12(B)(6). See, Fed. R. Civ. P. 12(b)(6) provides that a motion to dismiss a complaint may be filed for "failure to state a claim upon which relief can be granted."

## MOTION

This Motion is made on the grounds that Plaintiff's complaint fails to state a claim for violation of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. Section 1962 et seq (RICO).

Specifically, Plaintiff fails to allege sufficient facts establishing (1) The existence of an enterprise, (2) That Defendant Diana Thompson conducted or participated in such enterprise (3) a Pattern of Racketeering Activity (4) That Diana Thompson's conduct was the direct cause of any injury to the Plaintiff - - all of which are required to support a RICO claim.

Essentially, the complaint as to Diana Thompson is a frivolous and baseless action.

The Motion is based upon this Motion and accompanying Memorandum of Points of Authorities, the pleadings and records on file herein, such further papers as may be filed in connection with the Motion and such further argument as may be presented in connection with the hearing on the Motion.