UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California Nonprofit Public Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAREN HEBETS, an individual; et al.,<br><br>Defendants. | Case No.: 22-cv-01056-AJB-AGS<br><br>**ORDER ON DEFENDANT DIANA THOMPSON'S LATE-FILED MOTION TO DISMISS AND ANSWER**<br><br>**(Doc. Nos. 114, 115)** |

Before the Court is Defendant Diana Thompson's ("Thompson") late-filed Motion to Dismiss and Answer. (Doc. Nos. 114, 115.) Pursuant to the Court's October 6, 2022 Order Striking Certain Answers and Motions to Dismiss and Streamlining Deadlines and Briefing Schedules, the deadline to file an answer or otherwise respond to the Complaint was Friday, October 21, 2022. (Doc. No. 100 at 3.)

Thompson filed her motion to dismiss on October 24, 2022. (Doc. No. 114.) Because Thompson filed her motion late, did not ask for an extension of the deadline, and made no attempt to explain any excusable neglect on her part, the Court does not find good cause to accept this late filing. *See* Fed. R. Civ. P. 6(b). Accordingly, the Court **DENIES**

Thompson's motion to dismiss as untimely. *See U.S. Dominator, Inc. v. Factory Ship Robert E. Resoff*, 768 F.2d 1099, 1104 (9th Cir. 1985) (affirming a district judge who did the same).

Along with her motion to dismiss, Thompson refiled her Answer. (Doc. No. 115.) The Court, however, had not struck Thompson's previously (timely) filed Answer. (Doc. No. 67.) Thompson's prior Answer should have been struck along with the other answers the Court struck in its October 6 Order for failure to comply with the local rules, but the Court inadvertently overlooked the filing. In the interest of fairness and to effectuate the general purpose of Rule 6(b) to adjudicate cases on the merits, the Court **STRIKES** Thompson's previous Answer at Doc. No. 67 but **ACCEPTS** her late-filed Answer at Doc. No. 115. *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (Federal Rules of Civil Procedure 6(b) "[is] to be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits.").

**IT IS SO ORDERED**.

Dated:  October 25, 2022

Hon. Anthony J. Battaglia
United States District Judge