# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: | 3:22-cv-01056-AJB-AGS |
| TITLE: | Borrego Community Health Foundation v. Hebets et al |
| FILED DATE: 10/27/2022 | DOCUMENT NO.: 117 |
| DOCUMENT TITLE: | Answer |
| DOCUMENT FILED BY: | Mohammed Altekreeti, DDS |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

Civ.L. Rule 7.1 - Document not timely;

Per Order 100: All defendants are ordered to file an answer or otherwise respond to the Complaint no later than Friday, October 21, 2022

Typographical errors on case caption

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☒ | The document will remain as filed despite the discrepancy noted above. Defendant Mohammed Altekreeti, DDS is **ORDERED TO SHOW CAUSE** no later than 12:00 p.m. on Monday October 31, 2022 in writing and corroborated by declaration why his Answer should not be struck as untimely. Failure to comply will result in the late-filed Answer being struck for lack of good cause, and the Court will schedule a hearing for Altekreeti to show cause why sanctions should not be imposed for failure to comply with Court orders. |
| ☐ | The Clerk is directed to MODIFY the docket text of the filed document to the following: [          ] |
| ☐ | The document is REJECTED. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |
| ☐ | Rejected documents will be returned to pro se filer. |

Any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: October 28, 2022    CHAMBERS OF: The Honorable Anthony J. Battaglia

cc: All Parties    By: Judge Battaglia's Chambers