|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| SOUTHERN DISTRICT OF CALIFORNIA | |
| BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Karen HEBETS, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 22-cv-1056-AJB-AGS<br><br>**NOTICE AND ORDER: (1) FOR EARLY NEUTRAL EVALUATION AND (2) SETTING RULE 26 COMPLIANCE AND CASE MANAGEMENT CONFERENCE** |

An Early Neutral Evaluation and Case Management Conference will be held by Magistrate Judge Andrew G. Schopler on **February 27, 2023**, at **9:00 a.m.** Notwithstanding the pendency of any motion, the parties must timely comply with the following dates, deadlines, and mandatory instructions:

1. **Mandatory Zoom Appearances**: All parties and lead attorneys must appear by way of the Zoom videoconference program at the ENE. A party that is a business, organization, or other entity must have at least two people appear at the ENE: (1) the party's representative (someone other than the lead attorney) who has full settlement authority and (2) its lead attorney. In addition, all insurance adjusters and **anyone else** needed to authorize full settlement must appear. Government entities are excused from this personal-appearance requirement, so long as their lead attorney appears in person and has the power to recommend a resolution to the ultimate settlement authority. All participants must clear their schedules for the entirety of the day.

2. **Interpreters**: If a party is not fluent in English, that party's counsel must ensure that an appropriate Court-certified interpreter appears in person at the ENE. If a non-English-speaking party is not represented by counsel, that party must ensure that an appropriate Court-certified interpreter appears in person at the ENE.

3. **Notice of Settlement Impediments**: To avoid wasting the Court's and parties' time and resources, the parties must inform the Court of any serious impediments to settlement discussions, especially impediments that will prevent a party from making a

meaningful offer or counter-offer at the ENE. If either party identifies such an impediment, it shall so inform the Court at the earliest possible opportunity, but no later than the deadline for the Joint Discovery Plan or ENE Statement. If a party chooses to inform the Court of such settlement impediments in its ENE Statement or the Joint Discovery Plan, that information must appear in a clearly labeled "Settlement Impediments" section. Depending on the nature of the impediment, the Court may set a telephonic status conference, re-schedule the ENE, or take other action.

4. **ENE Statements**: By the below-listed date, the parties must email their ENE statements to efile_schopler@casd.uscourts.gov. Each statement, which is limited to five pages, must outline:

   a. All ENE attendees for that side, including their names, titles, and positions.
   b. The nature of the case, including the claims and defenses.
   c. The requested settlement terms. These settlement terms may be attached as an addendum or exhibit, rather than included in the five-page ENE statement. But the requested settlement terms must include:
      (1) A specific financial demand or offer (or a detailed explanation of why a financial demand or offer cannot be made), and
      (2) All other settlement terms (for example, confidentiality, tax treatment, employment retention/termination, etc.).

If exhibits are attached and the total submission amounts to more than 20 pages, a courtesy hard copy must also be delivered directly to Chambers. At their discretion, the parties may choose to share their statements with opposing counsel or to keep them confidential.

5. **Case Management**: A Joint Discovery Plan must be filed on the CM/ECF system as well as lodged with Judge Schopler by emailing the Plan to efile_schopler@casd.uscourts.gov as set out below. If the Plan with its attachments exceeds 20 pages, a courtesy paper copy must be delivered to Judge Schopler's Chambers. If the parties wish to modify the tentative discovery dates or limitations listed below

(confirmed dates are boldfaced; tentative dates are not), the Plan must set forth case-specific good cause for the proposed modifications.

| CASE MANAGEMENT SCHEDULE | |
|---|---|
| Event | Deadline |
| **Rule 26(f) Conference** | **January 31, 2023** |
| **Rule 26 Initial Disclosures** | **February 14, 2023** |
| **Joint Discovery Plan** | **February 17, 2023** |
| **ENE Statements** | **February 17, 2023** |
| **ENE and CMC** | **February 27, 2023, at 9:00 a.m.** |
| Motions to Amend | April 24, 2023 |
| Expert Witness Designations and Disclosures | July 3, 2023 |
| Rebuttal Expert Witness Designations and Disclosures | July 31, 2023 |
| Fact Discovery Completion | August 28, 2023 |
| Expert Discovery Completion | August 28, 2023 |
| MSC Statements | September 1, 2023 |
| Mandatory Settlement Conference | September 11, 2023, at 9:00 a.m. |
| Pretrial Motions | September 25, 2023 |
| Rule 26(a)(3) Disclosures | December 28, 2023 |
| Meet and Confer on the PTO | January 4, 2024 |
| Draft PTO to Defense Counsel | January 11, 2024 |
| Lodge PTO | January 18, 2024 |
| Final Pretrial Conference | January 25, 2024, at 2:00 p.m. |

| DISCOVERY LIMITATIONS | |
|---|---|
| Discovery Type | Restriction (Per Side) |
| Depositions | No more than 10 |
| Requests for Admission | No more than 25 |
| Interrogatories | No more than 25 |
| Requests to Produce Documents | No more than 25 |

3

6. **Magistrate Judge Consent Forms**: If **all** parties consent to the Magistrate Judge exercising jurisdiction to conduct all proceedings, including trial, each party must provide plaintiff's counsel with an executed copy of the attached consent form. Plaintiff should file these consent forms in paper format at the Clerk's Office as soon as possible. *See* Local Civil Rule 73.1. The consent forms should **not** be filed with the court electronically. The parties are free to withhold consent without adverse consequences. In fact, unless all parties consent to the Magistrate Judge's jurisdiction, no judicial officer will be informed about the consent forms or their contents. Questions related to the consent forms should be directed only to the Clerk's Office at (619) 557-5600. Please do not call Chambers' staff with questions on this issue.

7. **Notice to New Parties**: If any parties respond to the complaint after today's date, plaintiff's counsel must promptly notify them about the ENE and this Order.

8. **Pre-ENE Settlement**: If the parties resolve the matter, they must telephone Judge Schopler's Chambers as soon as possible. In order for the ENE to be vacated and personal appearances excused, the parties must:

   a. File a Joint Motion to Dismiss and separately email the assigned District Judge a proposed order; or
   b. File a Settlement Notice containing the electronic signatures of counsel for all settling parties; or
   c. Obtain Court approval to vacate the ENE and avoid personal appearances, by explaining in the telephone call to Judge Schopler's Chambers the extraordinary circumstances that prevent the parties from complying with options a or b, above.

Dated: October 28, 2022

Hon. Andrew G. Schopler
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>　　　　　　　　　　　　　Plaintiff(s)<br><br>v.<br><br>Karen HEBETS, et al.,<br><br>　　　　　　　　　　　　　Defendant(s) | Case No.: 22-cv-1056-AJB-AGS<br><br>**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE** |

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties ☐ Consent / ☐ Do Not Consent*

to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed Names* | *Signatures of all parties **and** counsel for all parties* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## REFERENCE ORDER

**IT IS ORDERED:** This case is referred to United States Magistrate Judge Andrew G. Schopler, to conduct all proceedings and order entry of a final judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and CivLR 73.1.

| | |
|---|---|
| Date | United States District Judge |

\*　Pursuant to Civil Local Rule 73.1, **if (and only if) all parties have consented** to the reference to a magistrate judge, then Plaintiff shall file the consent form(s) in paper format at the Clerk's Office.