# EXHIBIT A

| | |
|---|---|
| **From:** | Devin M. Senelick |
| **Sent:** | Monday, October 24, 2022 12:47 PM |
| **To:** | robert.harrison@wilsonelser.com; katelyn.kingsley@wilsonelser.com; rfrank@neildymott.com; ainzunza@neildymott.com; cfrederick@neildymott.com; jadriance@neildymott.com; attorneysiddell@yahoo.com; mpopham@lockelord.com; gmayorga@lockelord.com; krutman@krutmanlaw.com; sharif@shariffaust.com; info@shariffaust.com; shariflaw@juno.com; lgantney@klhipbiz.com; jkyle@klhipbiz.com; cnewton@klhipbiz.com; jklimek@klhipbiz.com; lgantney@klhipbiz.com; quintin@shammamlaw.com; rory.miller@lockelord.com; mylene.ruiz@lockelord.com; faust@shariffaust.com; info@shariffaust.com; office@shariffaust.com; njurkowitz@fentonlawgroup.com; mchildress@bleaufox.com; emartin@bleaufox.com; schedule@bleaufox.com; tbleau@bleaufox.com; afmaul@maulfirm.com; mbourassa@mckenziescott.com; bperez@mckenziescott.com; william.mullen@lockelord.com; kkoch@lockelord.com; michael@thefreedmanfirm.com; mikia@mbwallislaw.com; mpazdernik@aclawyers.com; dphelps@aclawyers.com; bfenton@fentonlawgroup.com; nnatelsky@fentonlawgroup.com; david.rutan@lockelord.com; mylene.ruiz@lockelord.com; Bsmith@rhlaw.com; dwiesmann@tclaw.net; swaggle@tclaw.net; jeng.rhservices@gmail.com |
| **Cc:** | Jordan Kearney |
| **Subject:** | Borrego Health v. Hebets, et al.--Stipulation to Permit Amended Pleading and Revised Briefing Schedule |

Counsel:

Pursuant to the Southern District's Local Rules 7.1-7.2 and Judge Battaglia's Civil Case Procedures II.C and III.1-2, please allow this e-mail to act as Plaintiff's efforts to meet and confer with Defendants with respect to this matter.

As you know, there are 39 defendants in this case. On October 6, 2022, the Court took it upon itself to "to reset and streamline the deadlines for responses to the Complaint and set one briefing schedule for the pending and forthcoming motions to dismiss." (ECF 100.)  In addition, "the Court observed a lack of attention and compliance with both the Southern District of California's Civil Local Rules and this Court's chambers rules. For example, several answers and motions to dismiss filed do not comply with Civil Rule 5.1's font size requirements." (*Id*.)  We note that some of the re-filed documents also did not comply with the font size requirements.  Accordingly, the Court ordered:

> • The answers at document numbers 21 [Tekreeti] and 90 [Wallis] are STRICKEN for failure to comply with Local Civil Rule 5.1.
> • The motions to dismiss at document numbers 73 [Thompson], 86 [Hawatmeh], and 92 [Wallis] are STRICKEN for failure to comply with Local Civil Rule 5.1.
> • All defendants are ORDERED to file an answer or otherwise respond to the Complaint no later than Friday, October 21, 2022.
> • Plaintiff is ORDERED to file, no later than Friday, November 11, 2022, one consolidated brief, in response to all timely filed motions to dismiss, including the one currently pending at document number 84 [Premier Defendants]. To account for the anticipated number of motions to which Plaintiff must respond, the Court grants Plaintiff a variance from the normal page limitation and permits it to file a consolidated brief up to 35 pages in length.
> • Replies in support of any motion to dismiss must be filed no later than Friday, November 18, 2022.
> • This Order supersedes all prior orders relating to extensions of time to file a response to the Complaint and briefing schedules.

    • The pending motions at document numbers 95, 98, and 99 for extensions of prior deadlines are DENIED AS MOOT.

(*Id*.)

<u>First</u>, in the past few days, Plaintiff has discovered additional information which is of vital import to this case and which will likely significantly affect the motions to dismiss.  This information deals with payments made by defendant Premier to a "consulting" company owed by Bruce Hebets and Karen Hebets, which Plaintiff believes demonstrates a "kickback" of funds improperly siphoned from Plaintiff (and Medi-Cal) to Bruce Hebets and Karen Hebets.  Plaintiff seeks to amend the complaint to add allegations regard this important development to the case.  The "consulting" company will also be added as a defendant in the case.

<u>Second</u>, as part of that amendment, Plaintiff would also endeavor to address concerns raised by the various motions to dismiss, including those received on Friday.  In the interest of full candor, while Plaintiff will attempt to address those concerns, Plaintiff doubts that any of the motion-filing defendants will be ultimately satisfied with the pleading, and expects that each motion-filing defendant will eventually file another motion to dismiss, though hopefully some issues will be eliminated.  If counsel would like to discuss the specific proposed changes, please reach out.  Of course, Plaintiff will also take this opportunity to fix any typographical or similar errors discovered since the original filing.

Therefore, Plaintiff requests that all parties stipulate to permit this amendment, and agree to a consolidated briefing schedule, like the one the Court ordered above.  Specifically, the requested stipulation would be as follows:

    Plaintiff is given leave to file a first amended complaint, which will be filed by Friday, November 4, 2022;
    The opposition and reply deadlines imposed by the Court (ECF 100) are vacated, along with the January 5, 2023 hearing date;
    Defendants will have until Friday, December 2, 2022 to file their answers and/or motions to dismiss;
    Plaintiff will file its 35-page consolidated opposition to any motions to dismiss on Friday, December 23, 2022;
    Motion-filing Defendants will file their reply brief by Friday, January 6, 2022; and
    The Court will set a hearing date for the motions to dismiss.

These dates are spaced a bit further apart than the Court's order (ECF 100) to account for the various holidays.  Obviously, this requires all parties to agree, which we understand is a major undertaking given the number of parties, not to mention the short time frames.  However, we thought it best to seek this relief by stipulation.  Please let us know if you are willing to stipulate to the foregoing as soon as possible, but in all events by no later than noon on Friday, October 28, 2022.  If all parties are not willing to stipulate (or we do not receive timely responses), Plaintiff will seek such an order from the Court through noticed motion or ex parte application.

Thank you,

Devin
**Devin M. Senelick**

**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, CA 90067
DIRECT: +1 310.551.8145     MAIN: +1 310.551.8111     FAX: +1 310.551.8181
dsenelick@health-law.com | www.health-law.com

BOSTON | DENVER | LOS ANGELES | SAN DIEGO | SAN FRANCISCO | WASHINGTON, DC

Disclaimer: This email, including attachments, is intended solely for the use of the intended recipient and may be confidential, proprietary, or protected by any applicable privilege. If you are not the intended recipient, be advised that any dissemination, distribution, or use of the contents of this message is prohibited. If you have received this message in error, please reply that you received the message in error and delete or destroy the email and any attachment.