**TIMOTHY A. SCOTT,** SBN 215074
**MARCUS S. BOURASSA,** SBN 316125
McKenzie Scott PC
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
email:tscott@mckenziescott.com
        mbourassa@mckenziscott.com

Attorneys for Karen Hebets

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, | Case No.: 3:22-cv-01056-AJB-AGS |
| Plaintiff, | Notice of Appearance |
| vs. | Hon. Anthony J. Battaglia |
| KAREN HEBETS et al., | |
| Defendant. | |

Having been retained on this matter by Karen Hebets, Timothy A. Scott hereby makes a general appearance as defense co-counsel for Karen Hebets.

Dated: November 4, 2022

*s/ Timothy A. Scott*
TIMOTHY A. SCOTT
McKenzie Scott PC
Attorneys for Karen Hebets

1