Jones Day
Shireen Matthews, Bar No. 237930
shireenmatthews@jonesday.com
4655 Executive Drive
Suite 1500
San Diego, California  92121.3134
Telephone:  +1.858.314.1200
Facsimile:   +1.844.345.3178

Attorneys for Defendants
AYED HAWATMEH, D.D.S. and
HAWATMEH DENTAL GROUP, P.C.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>AYED HAWATMEH, D.D.S., an individual; HAWATMEH DENTAL GROUP, P.C., a California corporation; et al.,<br><br>            Defendants. | **Case No. 3:22-cv-01056-AJB-AGS**<br><br>**CONSENT ORDER FOR SUBSTITUTION OF ATTORNEY** |

1   **PLEASE TAKE NOTICE THAT**, subject to approval by the court, the
2   Defendants AYED HAWATMEH, D.D.S., and HAWATMEH DENTAL GROUP,
3   P.C., move to substitute Shireen Matthews (237930) of Jones Day as counsel of
4   record in place of Anthony M. Maul (314188) of The Maul Firm, P.C., who is
5   withdrawing his respective appearance.
6       Contact information for new counsel of record is as follows:

    JONES DAY
    SHIREEN MATTHEWS (237930)
    (shireenmatthews@jonesday.com)
    4655 Executive Drive
    Suite 1500
    San Diego, CA 92121-3134
    Telephone: (858) 314-1200
    Facsimile: (844) 345-3178

12      Contact information for former counsel of records is as follows:

    THE MAUL FIRM, P.C.
    ANTHONY F. MAUL (314188)
    (afmaul@maulfirm.com)
    101 Broadway, Suite 3A
    Oakland, CA 94607
    Telephone: (510) 496-4477
    Facsimile: (929) 900-1710

17   I consent to the above substitution:

Dated:    November 8, 2022

By: _____
    AYED HAWATMEH

23   ///
24   ///
25   ///
26   ///
27   ///
28

I consent to being substituted:

Dated:       November _14, 2022          THE MAUL FIRM, P.C.

By:*/s/ Anthony F. Maul*
   Anthony F. Maul

I consent to the above substitution.

Dated:       November _14, 2022          JONES DAY

By:*/s/ Shireen Matthews*
   Shireen Matthews

Attorneys for Defendants
AYED HAWATMEH, D.D.S. and
HAWATMEH DENTAL GROUP, P.C.

Please direct any and all future service and other inquiries to the new counsel of record only.

## ORDER

IT IS HEREBY ORDERED THAT the Consent Motion for Substitution of Attorney is hereby granted. The clerk shall terminate Anthony F. Maul of The Maul Firm, P.C. as counsel of record.

IT IS SO ORDERED:

Dated:_____         _____
                                       Hon. Anthony J. Battaglia
                                       United States District Judge

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Anthony F. Maul, and that I have obtained his authorization to affix his electronic signature to this document.

Dated:     November _14, 2022          JONES DAY

By: */s/ Shireen Matthews*
    Shireen Matthews

Attorneys for Defendants
AYED HAWATMEH, D.D.S. and
HAWATMEH DENTAL GROUP, P.C.