UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AYED HAWATMEH, D.D.S., an individual; HAWATMEH DENTAL GROUP, P.C., a California corporation; et al.,<br><br>Defendants. | **Case No. 3:22-cv-01056-AJB-AGS**<br><br>**ORDER GRANTING DEFENDANTS AYED HAWATMEH, D.D.S. AND HAWATMEH DENTAL GROUP, P.C.'S SUBSTITUTION OF ATTORNEY** |

    Pursuant to the Motion for Substitution of Attorney filed by Defendants Ayed Hawatmeh, D.D.S. and Hawatmeh Dental Group, P.C., in the above-entitled matter,

    IT IS HEREBY ORDERED THAT Shireen Matthews (SBN 237930) of Jones Day, 4655 Executive Drive, Suite 1500, San Diego, California 92121-3134, is Defendants Ayed Hawatmeh, D.D.S. and Hawatmeh Dental Group, P.C.'s, counsel of record.  The clerk shall terminate Anthony F. Maul of The Maul Firm, P.C. as counsel of record.

    IT IS SO ORDERED.

Dated:  November 15, 2022

                                         Hon. Anthony J. Battaglia
                                         United States District Judge