Jones Day
Shireen Matthews, Bar No. 237930
shireenmatthews@jonesday.com
4655 Executive Drive
Suite 1500
San Diego, California  92121.3134
Telephone:  +1.858.314.1200
Facsimile:   +1.844.345.3178

Attorneys for Defendants
AYED HAWATMEH, D.D.S. and
HAWATMEH DENTAL GROUP, P.C.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAREN HEBETS, et al.<br><br>Defendants. | Case No. 3:22-cv-01056-AJB-AGS<br><br>**JOINT STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Judge: Hon. Anthony J. Battaglia<br>Date:   February 23, 2023<br>Time:  2:00 p.m.<br>Ctrm:  4A |

Defendants Ayed Hawatmeh, D.D.S.; Hawatmeh Dental Group, P.C.; Magaly Velasquez, DDS; Magaly M. Velasquez DDS Professional Dental Corp.; Waleed Stephan, DDS; W.A. Stephan, A Dental Corporation; Marcelo Toledo, DDS; Marcelo Toledo, D.D.S., Inc.; Santiago Rojo, DDS; Santiago A. Rojo D.D.S., Inc.; Marlene Thompson, DDS; Marlene Thompson, D.D.S., Inc.; Husam E. Aldairi, DDS; and Aldairi DDS, Inc., through their undersigned counsel, hereby state that they do not oppose the motion by Plaintiff Borrego Community Health Foundation for leave to amend its complaint. (Doc. No. 123.) Defendants do not, with this statement of non-opposition, waive the right to challenge the merit of the allegations in the proposed First Amended Complaint, and Defendants hereby reserve the right to file appropriate motions to dismiss and/or motions for summary judgment should the Court permit amendment.

Dated:  November 28, 2022         JONES DAY

                                  By: */s/ Shireen Matthews*
                                       Shireen Matthews

                                  Attorneys for Defendants
                                  AYED HAWATMEH, D.D.S. and
                                  HAWATMEH DENTAL GROUP, P.C.

Dated:  November 28, 2022         THOMPSON & COLEGATE, LLP

                                  By: */s/ Diane Wiesmann*
                                       Diane Wiesmann

                                  Attorneys for Defendants
                                  MAGALY VELASQUEZ, DDS and
                                  MAGALY M. VELASQUEZ DDS
                                  PROFESSIONAL DENTAL CORP.

| | | |
|---|---|---|
| 1 | Dated: November 28, 2022 | KEITH H. RUTMAN |
| 2 | | |
| 3 | | By: */s/ Keith H. Rutman* |
| 4 | | Keith H. Rutman |
| 5 | | Attorneys for Defendants WALEED STEPHAN, DDS; W.A. STEPHAN, A DENTAL CORPORATION; MARCELO TOLEDO, DDS and MARCELO TOLEDO, D.D.S., INC. |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Dated: November 28, 2022 | DANIEL KATZ |
| 10 | | |
| 11 | | By: */s/ Daniel Katz* |
| 12 | | Daniel Katz |
| 13 | | Attorneys for Defendants SANTIAGO ROJO, DDS, and SANTIAGO A. ROJO, D.D.S., INC. |
| 14 | | |
| 15 | | |
| 16 | Dated: November 28, 2022 | ROBERT W. FRANK |
| 17 | | |
| 18 | | By: */s/ Robert W. Frank* |
| | | Robert W. Frank |
| 19 | | Attorneys for Defendants MARLENE THOMPSON, DDS, and MARLENE THOMPSON, D.D.S., INC. |
| 20 | | |
| 21 | | |
| 22 | Dated: November 28, 2022 | QUINTIN SHAMMAM |
| 23 | | |
| 24 | | By: */s/ Quintin Shammam* |
| 25 | | Quintin Shammam |
| 26 | | Attorneys for Defendants HUSAM E. ALDAIRI, DDS, and ALDAIRI DDS, INC. |
| 27 | | |
| 28 | | |

3

JOINT NON-OPPOSITION TO
MOTION TO AMEND COMPLAINT
3:22-cv-01056-AJB-AGS

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Diane Wiesmann, Keith Rutman, Daniel Katz, Robert Frank, and Quintin Shammam, and that I have obtained their authorization to affix their electronic signatures to this document.

Dated: November 28, 2022                        JONES DAY

                                                By: */s/ Shireen Matthews*
                                                    Shireen Matthews

                                                Attorneys for Defendants
                                                AYED HAWATMEH, D.D.S. and
                                                HAWATMEH DENTAL GROUP, P.C.