Shireen Matthews, Bar No. 237930
shireenmatthews@jonesday.com
Jordan B. Arakawa, Bar No. 294207
jarakawa@jonesday.com
JONES DAY
4655 Executive Drive
Suite 1500
San Diego, California  92121.3134
Telephone:  +1.858.314.1200
Facsimile:   +1.844.345.3178

Attorneys for Defendants
AYED HAWATMEH, D.D.S. and
HAWATMEH DENTAL GROUP, P.C.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AYED HAWATMEH, D.D.S., an individual; HAWATMEH DENTAL GROUP, P.C., a California corporation; et al.,<br><br>Defendants. | Case No. 3:22-cv-01056-AJB-AGS<br><br>**NOTICE OF APPEARANCE OF JORDAN B. ARAKAWA AS COUNSEL FOR DEFENDANTS AYED HAWATMEH, D.D.S. AND HAWATMEH DENTAL GROUP, P.C.** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jordan B. Arakawa of the law firm Jones Day, 4655 Executive Drive, Suite 1500, San Diego, California 92121, telephone: 858-314-1200, facsimile: 844-345-3178, email: jarakawa@jonesday.com, is appearing as counsel for Defendants Ayed Hawatmeh, D.D.S. and Hawatmeh Dental Group, P.C., in the above-captioned matter.  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated:      November 29, 2022

Respectfully submitted,

JONES DAY

By: */s/ Jordan B. Arakawa*
       Jordan B. Arakawa

Attorneys for Defendants
AYED HAWATMEH, D.D.S. and
HAWATMEH DENTAL GROUP, P.C.

NOTICE OF APPEARANCE
3:22-cv-01056-AJB-AGS