**FREEMAN MATHIS & GARY, LLP**
CHAD WEAVER (SBN 191984)
cweaver@fmglaw.com
DAVID LIU (SBN 216311)
david.liu@fmglaw.com
3030 Old Ranch Parkway, Suite 200
Seal Beach, California 90740
Tel: 562.583.2126
Fax: 424.350.3842

Attorneys for Defendants
JAMES HEBETS and THE HEBETS
COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>     Plaintiff,<br><br> vs.<br><br>KAREN HEBETS, an individual; MIKIA WALLIS, an individual; DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual; HARRY ILSLEY, an individual; DENNIS NOURSE, an individual; MIKE HICKOK, an individual; CHUCK KIMBALL an individual; PREMIER HEALTHCARE MANAGEMENT, INC., a California corporation; SUMMIT HEALTHCARE MANAGEMENT, INC., a California corporation; DARYL PRIEST, an individual; NICHOLAS PRIEST, an individual; TRAVIS LYON, an individual; HUSAM E. ALDAIRI, D.D.S., an individual; ALDAIRI DDS, IC., a California corporation; AYED HAWATMEH, D.D.S., an individual; | Case No. 3:22-cv-01056-AJB-AGS<br><br>**NOTICE OF APPEARANCE FOR CHAD WEAVER AND DAVID M. LIU AS COUNSEL OF RECORD FOR DEFENDANTS JAMES HEBETS AND THE HEBETS COMPANY**<br><br><br><br><br><br>COMPLAINT FILED: July 19, 2022<br>TRIAL DATE: No Date Set |

Freeman Mathis
& Gary, LLP
Attorneys at Law

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HAWATMEH DENTAL GROUP, P.C., a California corporation; ALBORZ MEHDIZADEH, D.D.S., an individual; ALBORZ MEHDIZADEH, INC., a California corporation; JILBERT BAKRAMIAN, D.D.S., an individual; MOHAMMED ALTEKREETI, D.D.S., an individual; MAGALY VELASQUEZ, D.D.S., an individual; MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP., a California corporation; ARAM ARAKELYAN, D.D.S., an individual; NEW MILLENIUM DENTAL GROUP OF ARAM ARAKELYAN, INC., a California corporation; MICHAEL HOANG, D.M.D., an individual; WALEED STEPHAN, D.D.S., an individual; W.A. STEPHAN, A DENTAL CORPORATION a California corporation; SANTIAGO ROJO, D.D.S., an individual; SANTIAGO A. ROJO, D.D.S., INC., a California corporation; MARCELO TOLEDO, D.D.S., an individual; MARCELO TOLEDO, D.D.S., INC., a California corporation; MARLENE THOMPSON, D.D.S., an individual; MARLENE THOMPSON, D.D.S., INC., a California corporation; DOUBLAS NESS, D.D.S., an individual; NESS DENTAL CORPORATION, a California corporation; GEORGE JARED, D.D.S., an individual; GEORGE JARED, D.D.S., INC., a California corporation; JAMES HEBETS, an individual; THE HEBETS COMPANY, a Missouri Corporation and DOES 1-250, inclusive,

Defendants.

**Freeman Mathis & Gary, LLP**
Attorneys at Law

NOTICE OF APPEARANCE FOR CHAD WEAVER AND DAVID M. LIU AS COUNSEL OF RECORD FOR DEFENDANTS JAMES HEBETS AND THE HEBETS COMPANY

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Chad Weaver and David M. Liu of Freeman Mathis & Gary, LLP, whom are permitted to practice in this district, hereby appear as counsel of record on behalf of defendants James Hebets and The Hebets Company. Effective immediately, please add Chad Weaver and David Liu to be noticed on all matters as follows:

> Chad Weaver
> David M. Liu
> Freeman Mathis & Gary, LLP
> 3030 Old Ranch Parkway, Suite 200
> Seal Beach, CA 90740
> 562/245-8405
> cweaver@fmglaw.com
> david.liu@fmglaw.com

DATED:  December 15, 2022          **FREEMAN MATHIS & GARY, LLP**


By: _____

Chad Weaver
David M. Liu
Attorneys for Defendants
JAMES HEBETS and THE HEBETS
COMPANY

Freeman Mathis
& Gary, LLP
Attorneys at Law