JOSEPH R. LAMAGNA (State Bar No. 246850)
JORDAN KEARNEY (State Bar No. 305483)
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
E-Mail: jlamagna@hooperlundy.com
       jkearney@hooperlundy.com

DEVIN M. SENELICK (State Bar No. 221478)
TARYN A. REID (State Bar No. 328772)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: dsenelick@hooperlundy.com
       treid@hooperlundy.com

*Attorneys for Plaintiff Borrego Community Health Foundation*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KAREN HEBETS, an individual; MIKIA WALLIS, an individual; DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual; HARRY ILSLEY, an individual; DENNIS NOURSE, an individual; MIKE HICKOK, an individual; CHUCK KIMBALL, an individual; PREMIER HEALTHCARE MANAGEMENT, INC., a California Corporation; SUMMIT HEALTHCARE MANAGEMENT, INC., a California Corporation; DARYL PRIEST, an individual; | Case No. 3:22-cv-01056-AJB-AGS <br><br> Hon. Anthony J. Battaglia <br><br> **STIPULATION AND JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EARLY NEUTRAL EVALUATION** <br><br> Trial Date:    None Set |

7305189.1

Case No. 3:22-cv-01056-AJB-AGS
STIPULATION AND JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EARLY NEUTRAL EVALUATION

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

| | |
|---|---|
| 1 | NICHOLAS PRIEST, an individual; TRAVIS LYON, an individual; HUSAM E. ALDAIRI, D.D.S., an individual; ALDAIRI DDS, INC., a California corporation; AYED HAWATMEH, D.D.S., an individual; HAWATMEH DENTAL GROUP, P.C., a California Corporation; ALBORZ MEHDIZADEH, D.D.S., an individual; ALBORZ MEHDIZADEH, INC., a California Corporation; JILBERT BAKRAMIAN, D.D.S., an individual; MOHAMMED ALTEKREETI, D.D.S., an individual; MAGALY VELASQUEZ, D.D.S., an individual; MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP., a California Corporation; ARAM ARAKELYAN, D.D.S., an individual; NEW MILLENNIUM DENTAL GROUP OF ARAM ARAKELYAN, INC., a California Corporation; MICHAEL HOANG, D.M.D., an individual; WALEED STEPHAN, D.D.S., an individual; W.A. STEPHAN, A DENTAL CORPORATION, a California Corporation; SANTIAGO ROJO, D.D.S., an individual; SANTIAGO A. ROJO, D.D.S., INC., a California Corporation; MARCELO TOLEDO, D.D.S., an individual; MARCELO TOLEDO, D.D.S., INC., a California corporation; MARLENE THOMPSON, D.D.S., an individual; MARLENE THOMPSON, D.D.S., INC., a California Corporation; DOUGLAS NESS, D.D.S., an individual; NESS DENTAL CORPORATION, a California Corporation; GEORGE JARED, D.D.S., an individual; GEORGE JARED, D.D.S., INC., a California corporation; JAMES HEBETS, an individual; THE HEBETS COMPANY, a Missouri Corporation; and DOES 1-250, inclusive,<br><br>                        Defendants. | |

7305189.1

2   Case No. 3:22-cv-01056-AJB-AGS
STIPULATION AND JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EARLY NEUTRAL EVALUATION

Plaintiff BORREGO COMMUNITY HEALTH FOUNDATION ("Plaintiff" or "Borrego") and Defendants KAREN HEBETS, MIKIA WALLIS, DIANA THOMPSON, f/k/a DIANA TRONCOSO, HARRY ILSLEY, DENNIS NOURSE, MIKE HICKOK, CHUCK KIMBALL, PREMIER HEALTHCARE MANAGEMENT, INC., SUMMIT HEALTHCARE MANAGEMENT, INC., DARYL PRIEST, NICHOLAS PRIEST, TRAVIS LYON, HUSAM E. ALDAIRI, D.D.S., ALDAIRI DDS, INC., AYED HAWATMEH, D.D.S., HAWATMEH DENTAL GROUP, P.C., ALBORZ MEHDIZADEH, D.D.S., ALBORZ MEHDIZADEH, INC., JILBERT BAKRAMIAN, D.D.S., MOHAMMED ALTEKREETI, D.D.S., MAGALY VELASQUEZ, D.D.S., MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP., ARAM ARAKELYAN, D.D.S., NEW MILLENNIUM DENTAL GROUP OF ARAM ARAKELYAN, INC., MICHAEL HOANG, D.M.D., WALEED STEPHAN, D.D.S., W.A. STEPHAN, A DENTAL CORPORATION, SANTIAGO ROJO, D.D.S., SANTIAGO A. ROJO, D.D.S., INC., MARCELO TOLEDO, D.D.S., MARCELO TOLEDO, D.D.S., INC., MARLENE THOMPSON, D.D.S., MARLENE THOMPSON, D.D.S., INC., DOUGLAS NESS, D.D.S., NESS DENTAL CORPORATION, GEORGE JARED, D.D.S., GEORGE JARED, D.D.S., INC., JAMES HEBETS, and THE HEBETS COMPANY (together the "Defendants") (collectively "the Parties"), hereby submit, through their undersigned counsel of record, the following stipulation:

WHEREAS, on October 28, 2022, the Court set an Early Neutral Evaluation and Case Management Schedule [Dk. 121].

WHEREAS, the deadline for the Parties to hold their Rule 26(f) Conference is currently set for January 31, 2023.

WHEREAS, the Parties' Rule 26 Initial Disclosures deadline is set for February 14, 2023.

1  WHEREAS, the Parties' deadline to submit their Joint Discovery Plan is currently set for February 17, 2023.

3  WHEREAS, the Early Neutral Evaluation Statement deadline is currently set for February 17, 2023.

5  WHEREAS, the Early Neutral Evaluation and Case Management Conference is currently set for February 27, 2023 at 9:00 a.m.

7  WHEREAS, the Plaintiff filed a Motion for Leave to Amend the Complaint on November 4, 2022. [Dkt. 123.]

9  WHEREAS, the Plaintiff seeks to add an additional defendant in its proposed First Amended Complaint.

11  WHEREAS, additional factual allegations have been included in Plaintiff's proposed First Amended Complaint which potentially impact what motions might be filed by defendants, the scope and timing of discovery in this action, and therefore the Parties' Rule 26 efforts.

15  WHEREAS, the hearing on Plaintiff's Motion for Leave to Amend the Complaint is set for hearing on February 23, 2023 at 2:00 p.m.

17  WHEREAS, the Jointly Filing Parties believe continuing the Rule 26-related deadlines, and Early Neutral Evaluation and Case Management Conference are in the Parties' best interests and promote judicial economy.

20  WHEREAS, the Jointly Filing Parties propose that the Rule 26(f) deadline be continued to March 9, 2023, or 14 calendar days after the Court issues an order on the pending Motion for Leave to Amend, whichever date is earlier.

23  WHEREAS, the Jointly Filing Parties propose that the Parties' deadline to exchange Initial Disclosures be due no later than 14 calendar days after the deadline set for the Rule 26(f) conference.

26  WHEREAS, the Jointly Filing Parties propose that the Parties' Joint Discovery Plan be due no later than 7 calendar days after the Parties deadline to make their Initial Disclosures.

1  WHEREAS, the Jointly Filing Parties propose that the Case Management
2  Conference and Early Neutral Evaluation be continued to a date thereafter at the
3  convenience of the Court.  The Jointly Filing Parties note that the Early Neutral
4  Evaluation may be more meaningful if the Parties have additional time to review
5  and analyze the Rule 26 Initial Disclosures, and suggest that the Court set deadlines
6  for the ENE Statements and ENE after the Rule 26-related dates and CMC.
7  WHEREAS, Plaintiff and all of the Defendants (except George Jared and
8  George Jared, D.D.S., Inc., who could not be reached by the time of filing) have
9  confirmed their support of the proposed continuance timeline ("the Jointly Filing
10  Parties").
11  NOW THEREFORE, the Jointly Filing Parties stipulate, agree, and request
12  that the Court continue the Early Neutral Evaluation and Case Management
13  Conference until after the Court makes a determination on Plaintiff's pending
14  Motion for Leave to Amend the Complaint.  The Jointly Filing Parties further
15  request that the Court issue an Order extend the Rule 26(f) deadline to March 9,
16  2023, or 14 calendar days after the Court has issued an order on the Motion for
17  Leave to Amend. The Jointly Filing Parties further request the deadline to exchange
18  Initial Disclosures be due no later than 14 calendar days after the deadline set for the
19  Rule 26(f) conference. The Jointly Filing Parties further request that the Parties'
20  Joint Discovery Plan be due no later than 7 calendar days after the Parties deadline
21  to make their Initial Disclosures.

7305189.1

5    Case No. 3:22-cv-01056-AJB-AGS
STIPULATION AND JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE
AND EARLY NEUTRAL EVALUATION

| | | |
|---|---|---|
| 1 | DATED: January 27, 2023 | HOOPER, LUNDY & BOOKMAN, P.C. |
| 2 | | |
| 3 | | |
| 4 | | By: _____/s/_____ |
| 5 | | DEVIN M. SENELICK |
| | | Attorneys for Plaintiff BORREGO |
| 6 | | COMMUNITY HEALTH FOUNDATION |
| 7 | | |
| 8 | DATED: January 27, 2023 | FENTON LAW GROUP |
| 9 | | |
| 10 | | By: _____/s/_____ |
| 11 | | BENJAMIN J. FENTON |
| 12 | | NICHOLAS D. JURKOWITZ |
| | | Attorneys for MICHAEL HOANG, D.M.D |
| 13 | | |
| 14 | DATED: January 27, 2023 | LAW OFFICES OF JENG AND ASSOCIATES |
| 15 | | |
| 16 | | |
| 17 | | By: ___NOT SIGNED, SEE ABOVE___ |
| 18 | | CHESTER JENG |
| 19 | | Attorneys for GEORGE JARED, D.D.S. and GEORGE JARED, D.D.S., INC. |
| 20 | | |
| 21 | DATED: January 27, 2023 | REID & HELLYER APC |
| 22 | | |
| 23 | | |
| 24 | | By: _____/s/_____ |
| 25 | | DANIEL ELLIOTT KATZ |
| 26 | | Attorneys for SANTIAGO ROJO, D.D.S. and SANTIAGO ROJO, D.D.S., INC. |
| 27 | | |
| 28 | | |

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

7305189.1

| | | |
|---|---|---|
| 1 | DATED: January 27, 2023 | FREEMAN MATHIS & GARY, LLP |

By:     */s/*
    DAVID MING LIU
    CHAD E. WEAVER
Attorneys for JAMES HEBETS and THE HEBETS COMPANY

DATED: January 27, 2023      THOMPSON & COLEGATE, LLP

By:     */s/*
    DIANE WIESMANN
Attorneys for MAGALY VELASQUEZ, D.D.S. and MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP.

DATED: January 27, 2023      KYLE HARRIS LLP

By:     */s/*
    JOHN SHEPHERD KYLE
    JEFFREY HARRIS
Attorneys for DARYL PRIEST, NICHOLAS PRIEST, TRAVIS LYON, PREMIER HEALTHCARE MANAGEMENT, INC. and SUMMIT HEALTHCARE MANAGEMENT, INC.

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

7305189.1

7      Case No. 3:22-cv-01056-AJB-AGS
STIPULATION AND JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EARLY NEUTRAL EVALUATION

| | | |
|---|---|---|
| 1 | DATED: January 27, 2023 | JONES DAY |

By: _____/s/_____
JORDAN B. ARAKAWA
SHIREEN MATTHEWS
Attorneys for AYED HAWATMEH, D.D.S. and HAWATMEH DENTAL GROUP, P.C.

DATED: January 27, 2023

By: _____/s/_____
KEITH H. RUTMAN
Attorneys for MARCELO TOLEDO, D.D.S., MARCELO TOLEDO, D.D.S., INC., WALEED STEPHAN, D.D.S. and W.A. STEPHAN, A DENTAL CORPORATION

DATED: January 27, 2023   BLEAU FOX, a P.L.C.

By: _____/s/_____
LANA LUKYANOV
MARTIN FOX
Attorneys for ALBORZ MEHDIZADEH, D.D.S., ALBORZ MEHDIZADEH, INC., ARAM ARAKELYAN, D.D.S., NEW MILLENNIUM DENTAL GROUP OF ARAM ARAKELYAN, INC. and JILBERT BAKRAMIAN, D.D.S.

**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

7305189.1

| | | |
|---|---|---|
| 1 | DATED: January 27, 2023 | LAW OFFICE OF GEORGE SIDDELL |
| 4 | | By:      /s/ |
| 5 | | LEROY GEORGE SIDDELL |
| | | Attorneys for DIANA THOMPSON, f/k/a DIANA TRONCOSO |
| 7 | DATED: January 27, 2023 | MCKENZIE SCOTT PC |
| 10 | | By:      /s/ |
| 11 | | MARCUS S. BOURASSA |
| | | TIMOTHY A. SCOTT |
| 12 | | Attorneys for KAREN HEBETS |
| 14 | DATED: January 27, 2023 | SHARIF FAUST LAWYERS, LTD. |
| 17 | | By:      /s/ |
| 18 | | MATTHEW J. FAUST |
| | | KHODADAD DARIUS SHARIF |
| 19 | | Attorneys for DOUGLAS NESS, D.D.S. and NESS DENTAL CORPORATION |
| 21 | DATED: January 27, 2023 | THE FREEDMAN FIRM |
| 24 | | By:      /s/ |
| 25 | | MICHAEL GREGORY FREEDMAN |
| 26 | | Attorneys for CHUCK KIMBALL, DENNIS NOURSE, HARRY ILSLEY and MIKE HICKOK |

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

7305189.1

1 | DATED: January 27, 2023

4 | By: /s/
MIKIA BRAYTON WALLIS
*In Pro Per*

7 | DATED: January 27, 2023      LAW OFFICES OF QUINTIN G. SHAMMAM

By: /s/
QUINTIN G. SHAMMAM
Attorneys for HUSAM E. ALDAIRI, D.D.S. and ALDAIRI DDS, INC.

DATED: January 27, 2023      NEIL, DYMOTT, FRANK, MCCABE & HUDSON

By: /s/
ROBERT W. FRANK
ROBERT W. HARRISON
Attorneys for MARLENE THOMPSON, D.D.S. and MARLENE THOMPSON, D.D.S., INC.

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

7305189.1

10    Case No. 3:22-cv-01056-AJB-AGS
STIPULATION AND JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EARLY NEUTRAL EVALUATION