1  Clark R. Hudson, SBN 149329
   chudson@neildymott.com
2  A. Jesse Adriance, SBN 287113
   jadriance@neildymott.com
3  NEIL, DYMOTT, FRANK, MCCABE & HUDSON
   A Professional Law Corporation
4  110 West A Street, Suite 1200
   San Diego CA 92101
5  **P** 619.238.1712
   **F** 619.238.1562
6

7  Attorneys for Defendants
   MARLENE THOMPSON, D.D.S. an individual
8  and MARLENE THOMPSON, D.D.S., Inc.

9  **UNITED STATES DISTRICT COURT**

10  **SOUTHERN DISTRICT OF CALIFORNIA**

11

12 | BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation; | ) ) ) ) ) | CASE NO.  22-CV-1056 TWF NLS

   **NOTICE OF CHANGE OF ATTORNEY WITHIN FIRM**

            Plaintiff,

    vs.

    KAREN HEBETS, an individual; MIKIA WALLIS, an individual; DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual; HARRY ILSLEY, an individual; DENNIS NOURSE, an individual; MIKE HICKOK, an individual; CHUCK KIMBALL, an individual; PREMIRE HEALTHCARE MANAGEMENT, INC., a California corporation; SUMMIT HEALTHCARE MANAGEMENT, INC., a California corporation; DARYL PRIEST, an individual; NICHOLAS PRIEST, an individual; TRAVIS LYON, an individual; HUSAM E. ALDAIRI, D.D.S., an individual; ALDAIRI DDS, INC., a California corporation; AYED HAWATMEH D.D.S., an individual; HAWATMEH DENTAL GROUP. P.C.. a

1
NOTICE OF CHANGE OF ATTORNEY WITHIN FIRM

| | |
|---|---|
| 1 | California corporation; ALBORZ MEHDIZADEH, D.D.S, an ) |
| 2 | individual; ALBORZ MEHDIZADEH, INC., a ) |
| 3 | California corporation; JILBERT BAKRAMIAN, D.D.S, an ) |
| 4 | individual; MOHAMMED ALTEKREETI, D.D.S., an ) |
| 5 | individual; MAGALY VELASQUEZ, D.D.S., an ) |
| 6 | individual; MAGALY M. VELASQUEZ DDS ) |
| 7 | PROFESSIONAL DENTAL CORP., a California corporation; ) |
| 8 | ARAM ARAKELYAN, D.D.S., an individual; NEW ) |
| 9 | MILLENNIUM DENTAL GROUP OF ARAM ) |
| 10 | ARAKELYAN, INC., A California corporation; ) |
| 11 | MICHAEL HOANG, D.M.D. an individual; WALEED STEPHAN, ) |
| 12 | D.D.S. an individual; W.A. STEPHAN, A DENTAL ) |
| 13 | CORPORATION, a California corporation; SANTIAGO ROJO, ) |
| 14 | D.D.S., an individual; SANTIAGO A. ROJO, D.D.S., ) |
| 15 | INC., a California Corporation; MARCELO TOLEDO, D.D.S., ) |
| 16 | an individual; MARCELO TOLEDO, D.D.S., INC., a ) |
| 17 | California corporation; MARLENE THOMPSON, ) |
| 18 | D.D.S., an individual; MARLENE THOMPSON, ) |
| 19 | D.D.S., INC. a California corporation; DOUGLAS NESS, ) |
| 20 | D.D.S., an individual, NESS DENTAL CORPORATION, a ) |
| 21 | California corporation; GEORGE JARED, D.D.S., an individual; ) |
| 22 | GEORGE JARED, D.D.S., INC., a California corporation; JAMES ) |
| 23 | HEBETS an individual; THE HEBETS COMPANY, a Missouri ) |
| 24 | Corporation; and DOES 1-250, inclusive. ) |
| 25 | ) |
| 26 | Defendants. ) |
| 27 | /// |
| 28 | /// |

2
NOTICE OF CHANGE OF ATTORNEY WITHIN FIRM

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that effective immediately Clark R. Hudson and A. Jesse Adriance of Neil, Dymott, Frank, McCabe & Hudson APLC will be the handling attorneys in this case for defendants MARLENE THOMPSON, D.D.S. an individual and MARLENE THOMPSON, D.D.S., INC. Clark R. Hudson shall also be the lead attorney and designated as the counsel for service in this matter.

Therefore, please remove Robert W. Frank from your service list, and direct all future pleadings, correspondence and any inquiries to Clark R. Hudson and A. Jesse Adriance concerning this matter and/or defendants MARLENE THOMPSON, D.D.S. an individual and MARLENE THOMPSON, D.D.S., INC. to the law offices of NEIL, DYMOTT, FRANK, MCCABE & HUDSON, as follows:

> Clark R. Hudson, Esq.
> A. Jesse Adriance, Esq.
> NEIL, DYMOTT, FRANK, MCCABE & HUDSON
> A Professional Law Corporation
> 110 West A Street, Suite 1200
> San Diego CA 92101
> P 619.238.1712
> F 619.238.1562
> chudson@neildymott.com
> jadriance@neildymott.com

Dated: January 30, 2023

NEIL, DYMOTT, FRANK, MCCABE & HUDSON
A Professional Law Corporation

By: /s/ Clark R. Hudson
  Clark R. Hudson
  A. Jesse Adriance
  Attorneys for Defendant,
  MARLENE THOMPSON, D.D.S.
  an individual and MARLENE
  THOMPSON, D.D.S., Inc.

**Borrego Community Health Foundation v. Hebets et al**
**USDC Case No.: 3:22-cv-01056-AJB-AGS**

**CERTIFICATE OF SERVICE**
**[FRCP 5(b)(2)(C)]**

I, the undersigned, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 110 West A Street, Suite 1200, San Diego, CA 92101.

On this same day, I served the following document(s) described as

1. **NOTICE OF CHANGE OF ATTORNEY WITHIN FIRM**

on the parties in this action named herein as follows:

**SEE ATTACHED SERVICE LIST**

☒     **ELECTRONIC MAIL -** I served each of the above referenced document(s) by E-Filing in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California which will send notification of such filing to the above interested parties.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on **January 30, 2023** at San Diego, California.

           */s/ Hannah DuBois*
           Hannah DuBois

# SERVICE LIST

| | |
|---|---|
| Joseph R. LaMagna<br>101 W. Broadway, Suite 1200<br>San Diego, CA 92101-3890<br>T:     619.744.7300<br>F:     619.230.0987<br>jlamagna@health-law.com | **Attorneys for Plaintiff**<br>**BORREGO COUMMUNITY**<br>**HEALTH FOUNDATION** |
| Jordan Kearney<br>HOOPER, LUNDY & BOOKMAN, P.C.<br>101 Montgomery Street, 11th Floor<br>San Francisco, CA 94104<br>T:     415.875.8497<br>jkearney@health-law.com | |
| Devin M. Senelick<br>Taryn A. Reid<br>HOOPER, LUNDY & BOOKMAN, P.C.<br>1875 Century Park East, Suite 1600<br>Los Angeles, CA 90067<br>T:     310.551.8111<br>F:     310.551.8181<br>dsenelick@health-law.com<br>treid@health-law.com | |
| Laura Kimberly Gantney<br>Kyle Harris LLP<br>450 B Street, Suite 1410<br>San Diego, CA 92101<br>T:     619.600.0086<br>F:     619.600.5144<br>lgantney@klhipbiz.com | **Attorneys for Defendant**<br>**PREMIER HEALTHCARE**<br>**MANAGEMENT, INC.** |
| Anthony F. Maul<br>The Maul Firm PC<br>101 Broadway, Suite 3A<br>Oakland, CA 94607<br>T:     510.496.4477<br>afmaul@maulfirm.com | **Attorneys for Defendant**<br>**AYED HAWATMEH, DDS AND**<br>**HAWATMEH DENTAL**<br>**GROUP, P.C.** |
| Megan Ann Childress<br>BLEAU FOX, a P.L.C.<br>2801 West Empire Avenue<br>Burbank, CA 91504<br>T:     818.748.3434<br>F:     818.748.3436<br>mchildress@bleaufox.com | **Attorney for Defendants**<br>**ALBORZ MEHDIZADEH, DDS;**<br>**ALBORZ MEHDIZADEH, INC.;**<br>**JILBERT BAKRAMIAN, DDS;**<br>**ARAM ARAKELYAN, DDS;**<br>**NEW MILLENNIUM DENTAL**<br>**GROUP OF ARAM**<br>**ARAKELYAN. INC.** |
| Michael Karl Pazdernik<br>ADAMS & CORZINE<br>740 Oak Avenue Parkway, Suite 120<br>Folsom, CA 95630<br>T:     916.296.0577<br>F:     916.983.3922<br>mpazdernik@aclawyers.com | **Attorneys for Defendant**<br>**MOHAMMED ALTEKREETI,**<br>**DDS** |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | Nicholas D. Jurkowitz<br>FENTON LAW GROUP, LLP<br>1990 S. Bundy Drive, 777<br>Los Angeles, CA 90025<br>T:     310.444.5244<br>F:     310.444.5280<br>njurkowitz@fentonlawgroup.com | **Attorneys for Defendant**<br>**MICHAEL HOANG, DDS** |
| 5<br>6<br>7<br>8 | Robert W. Harrison<br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER<br>401 West A Street, Suite 1900<br>San Diego, CA 92101<br>T:     619.321.6200<br>F:     619.321.6201<br>Robert.harrison@wilsonelser.com | **Attorneys for Defendant**<br>**MARLENE THOMPSON, D.D.S, INC.** |
| 9<br>10<br>11 | Matthew J. Faust<br>SHARIF FAUST LAWYERS LTD<br>600 B Street, Suite 2490<br>San Diego, CA 92101<br>T:     619.233.6600<br>faust@shariffaust.com | **Attorneys for Defendant**<br>**DOUGLAS NESS, DDS; NESS DENTAL CORPORATION** |
| 12<br>13<br>14<br>15 | Michael Gregory Freedman<br>The Freedman Firm<br>10100 Santa Monica Blvd., Suite 300<br>Los Angeles, CA 90017<br>T:     310.285.2210<br>F:     310.425.8845<br>michael@thefreedmanfirm.com | **Attorneys for Defendants**<br>**DENNIS NOURSE; MIKE HICKOK; CHUCK KIMBALL** |
| 16<br>17<br>18<br>19<br>20<br>21 | Mitchell J. Popham<br>Rory S. Miller<br>David Ronald Rutan<br>William Collin Mullen<br>LOCKE LORD LLP<br>300 South Grand Ave., Suite 2600<br>Los Angeles, CA 90071<br>mpopham@lockelord.com<br>rory.miller@lockelord.com<br>David.rutan@lockelord.com<br>William.mullen@locklord.com | **Attorneys for Defendants**<br>**GEORGE JARED, DDS; GEORGE JARED, DDS, INC.; JAMES HEBETS, DDS; THE HEBETS COMPANY** |
| 22<br>23<br>24<br>25 | Daniel E. Katz<br>REID & HELLYER, APC<br>P.O. Box 1300<br>Riverside, CA 92502-1300<br>3685 Main Street, Suite 300<br>Riverside, CA 92501<br>T:     951.682.1771<br>F:     951.686.2415<br>dkatz@rhlaw.com | **Attorneys For Defendant**<br>**SANTIAGO ROJO, D.D.S., an individual; SANTIAGO ROJO, D.D.S, INC., a California Corporation** |

26

27

28

CERTIFICATE OF SERVICE