Jeffrey B. Harris, Esq. (SBN 202422)
jharris@klhipbiz.com
John S. Kyle, Esq. (SBN 199196)
jkyle@klhipbiz.com
KYLE HARRIS LLP
2305 Historic Decatur Road, Suite 100
San Diego, CA  92106
Tel:    (619) 600-0086

Attorneys for Defendants
Premier Healthcare Management, Inc.,
Daryl Priest, Nicholas Priest and
Travis Lyon

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER HEALTHCARE MANAGEMENT, INC., a California corporation; DARYL PRIEST, an individual; NICHOLAS PRIEST, an individual; TRAVIS LYON, an individual; *et al.;*<br><br>Defendants. | CASE NO. 3:22-CV-01056-AJB-AGS<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT NO. 139**<br><br><br>Complaint Filed:  July 19, 2022<br>Trial Date:  None Set<br>Hon. Anthony J. Battaglia |

*(Left margin, vertical text)* KYLE HARRIS LLP 2305 HISTORIC DECATUR ROAD, SUITE 100 SAN DIEGO, CA 92106

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Defendants Premier Healthcare Management, Inc., Daryl Priest, Nicholas Priest and Travis Lyon ("Defendants") hereby withdraw Document Number 139, the Notice of Appearance of Jeffrey B. Harris as Counsel of Record for Defendants.  Defendants will re-file the Notice of Appearance of Jeffrey B. Harris per the Court's instruction.

DATED:  February 1, 2023

**KYLE HARRIS, LLP**

By: _/s/ John S. Kyle_

John S. Kyle

Attorneys for Defendants
Premier Healthcare Management, Inc.,
Daryl Priest, Nicholas Priest and
Travis Lyon

**NOTICE OF WITHDRAWAL OF DOCUMENT NO. 139**