Jeffrey B. Harris, Esq. (SBN 202422)
jharris@klhipbiz.com
John S. Kyle, Esq. (SBN 199196)
jkyle@klhipbiz.com
KYLE HARRIS LLP
2305 Historic Decatur Road, Suite 100
San Diego, CA  92106
Tel:    (619) 600-0086

Attorneys for Defendants
Premier Healthcare Management, Inc.,
Daryl Priest, Nicholas Priest and
Travis Lyon

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER HEALTHCARE MANAGEMENT, INC., a California corporation; DARYL PRIEST, an individual; NICHOLAS PRIEST, an individual; TRAVIS LYON, an individual; *et al.;*<br><br>Defendants. | CASE NO. 3:22-CV-01056-AJB-AGS<br><br>**NOTICE OF APPEARANCE OF JEFFREY B. HARRIS AS COUNSEL OF RECORD FOR DEFENDANTS PREMIER HEALTHCARE MANAGEMENT, INC., DARYL PRIEST, NICHOLAS PRIEST AND TRAVIS LYON**<br><br>Complaint Filed:  July 19, 2022<br>Trial Date:  None Set<br>Hon. Anthony J. Battaglia |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

  PLEASE TAKE NOTICE THAT Jeffrey B. Harris of Kyle Harris, LLP, who is permitted to practice in this district, hereby appears as counsel of record on behalf of Defendants Premier Healthcare Management, Inc., Daryl Priest, Nicholas Priest and Travis Lyon.  Effective immediately, please add Jeffrey B. Harris to be noticed on all matters as follows:

    Jeffrey B. Harris
    Kyle Harris LLP
    2305 Historic Decatur Road, suite 100
    San Diego, CA 92106
    619-851-6718
    jharris@klhlawyers.com

DATED:  February 1, 2023    **KYLE HARRIS, LLP**

            By: /s/ *Jeffrey B. Harris*
              Jeffrey B. Harris
            Attorneys for Defendants
            Premier Healthcare Management, Inc.,
            Daryl Priest, Nicholas Priest and
            Travis Lyon