**BARNES & THORNBURG LLP**
Eric J. Beste (CA Bar No. 226089)
Eric.Beste@btlaw.com
Andrew Young (CA Bar No. 326540)
Andrew.Young@btlaw.com
Allison Rego (CA Bar No. 272840)
arego@btlaw.com
655 West Broadway, Suite 1300
San Diego, CA 92101
Telephone: (619) 321-5000
Facsimile: (310) 284-3894

Brian Nguyen (CA Bar No. 336704)
Brian.Nguyen@btlaw.com
2029 Century Park East Suite 300
Los Angeles, CA 90067

*Attorneys for Defendants,*
*Premier Healthcare Management, Inc.,*
*Summit Healthcare Management, Inc., Daryl Priest,*
*Nicholas Priest, and Travis Lyon*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation;<br><br>Plaintiff,<br><br>v.<br><br>KAREN HEBETS, an individual, et al.<br><br>Defendants. | Case No. 3:22-cv-01056-BEN-KSC<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**<br><br>District Judge: Hon. Roger T. Benitez<br>Magistrate Judge: Hon. Karen S. Crawford<br><br>Complaint Filed: July 20, 2022 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants Premier Healthcare Management, Inc., Summit Healthcare Management, Inc., Daryl Priest, Nicholas Priest and Travis Lyon ("Defendants"), hereby request pursuant to Civ. L.R. 83.3.f.2, that this Court approve the substitution of counsel of record as follows:

1     Defendants' current counsel of record seeking to withdraw are Jeffrey B. Harris, State Bar No. 202422, email jharris@klhlawyers.com, John Shepherd Kyle, State Bar No. 199196, email jkyle@klhipbiz.com, and Laura Kimberly Gantney, State Bar No. 199297, email lgantney@klhipbiz.com of Kyle Harris LLP located at 2305 Historic Decatur Rd., Suite 100, San Diego, California 92106 and reachable at telephone 619-851-6718.

    Defendants seek approval to have as new counsel of record Eric J. Beste, State Bar No. 226089, email eric.beste@btlaw.com, Andrew P. Young, State Bar No. 326540, email andrew.young@btlaw.com, Allison Rego, State Bar No. 272840, email arego@btlaw.com, all of the firm of Barnes & Thornburg LLP, located at 655 W Broadway, Suite 1300, San Diego, California 92101, and reachable at telephone number 619-321-5000, and Brian Nguyen, State Bar No. 336704, email brian.nguyen@btlaw.com, of Barnes & Thornburg LLP, located at 2029 Century Park East, Suite 300, Los Angeles, California 90067.

**I consent to the above substitution:**

Dated: _____    Premier Healthcare Management, Inc.

By: *DARYL PRIEST* (DocuSigned, 13D2A50363894EE...)
Daryl Priest, CEO

**I consent to the above substitution:**

Dated: _____    Summit Healthcare Management, Inc.

By: *DARYL PRIEST* (DocuSigned, 13D2A50363894EE...)
Daryl Priest, CEO

**I consent to the above substitution:**

Dated: _____    *DARYL PRIEST* (DocuSigned, 13D2A50363894EE...)
Daryl Priest

| | | |
|---|---|---|
| 1 | **I consent to the above substitution:** | |
| 2 | Dated: _____ | *Nicholas Priest* |
| 3 | | Nicholas Priest |
| 4 | **I consent to the above substitution:** | |
| 5 | Dated: _____ | *Travis Lyon* |
| 6 | | Travis Lyon |
| 7 | | |
| 8 | **I consent to the above substitution:** | |
| 9 | Dated:   March 28, 2023 | Barnes & Thornburg, LLP |
| 10 | | By:   */s/ Eric J. Beste* |
| 11 | | Eric J. Beste |
| 12 | **I consent to the above substitution:** | |
| 13 | Dated:   March 28, 2023 | Barnes & Thornburg, LLP |
| 14 | | By:   */s/ Andrew Young* |
| | | Andrew Young |
| 15 | **I consent to the above substitution:** | |
| 16 | Dated:   March 28, 2023 | Barnes & Thornburg, LLP |
| 17 | | By:   */s/Allison Rego* |
| 18 | | Allison Rego |
| 19 | **I consent to the above substitution:** | |
| 20 | Dated:   March 28, 2023 | Barnes & Thornburg, LLP |
| 21 | | By:   */s/ Brian Nguyen* |
| 22 | | Brian Nguyen |
| 23 | **I consent to being substituted:** | |
| 24 | Dated:   March 28, 2023 | Kyle Harris, LLP |
| 25 | | By:   */s/ Jeffrey B. Harris* |
| 26 | | Jeffrey B. Harris |
| 27 | | |
| 28 | | |

**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

|   |   |   |
|---|---|---|
| **I consent to being substituted:** | | |
| Dated: March 28, 2023 | Kyle Harris, LLP | |
| | By: /s/ John S. Kyle | |
| | John S. Kyle | |

**I consent to being substituted:**

Dated:    March 28, 2023        Kyle Harris, LLP

                    By:   /s/ Laura K. Gantney
                            Laura K. Gantney

SIGNATURE CERTIFICATION

Eric J. Beste attests that concurrence in the filing of this document has been obtained from Andrew Young, Allison Rego, Brian Nguyen, Jeffrey B. Harris, John S. Kyle and Laura K. Gantney, and that he is authorized to affix their electronic signatures to this document.

                     /s/ Eric J. Beste
                    Eric J. Beste