Shireen Matthews, Bar No. 237930
shireenmatthews@jonesday.com
Jordan B. Arakawa, Bar No. 294207
jarakawa@jonesday.com
JONES DAY
4655 Executive Drive
Suite 1500
San Diego, California  92121.3134
Telephone:  +1.858.314.1200
Facsimile:   +1.844.345.3178

Attorneys for Defendants
AYED HAWATMEH, D.D.S. and
HAWATMEH DENTAL GROUP, P.C.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AYED HAWATMEH, D.D.S., an individual; HAWATMEH DENTAL GROUP, P.C., a California corporation; et al.,<br><br>Defendants. | **Case No. 3:22-cv-01056-BEN-KSC**<br><br>**PROOF OF SERVICE** |

I, Jordan B. Arakawa, declare I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 4655 Executive Drive, Suite 1500, San Diego, CA 92121-3134. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 30, 2023, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD; DECLARATION OF JORDAN B. ARAKAWA**

in a sealed envelope, postage fully paid, addressed as follows:

Megan Ann Childress
Bleau Fox, a P.L.C.
2801 West Empire Avenue
Burbank, CA 91504

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on March 30, 2023, at San Diego, California.

Respectfully submitted,

JONES DAY

By: */s/ Jordan B. Arakawa*
      Jordan B. Arakawa

Attorneys for Defendants
AYED HAWATMEH, D.D.S. and
HAWATMEH DENTAL GROUP, P.C.