UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California Nonprofit Public Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAREN HEBETS, an individual; et al.,<br><br>Defendants. | Case No.: 22-cv-01056-BEN-KSC<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY** |

Before the Court is Jordan B. Arakawa's Motion to Withdraw as Attorney for Defendants Ayed Hawatmeh, D.D.S., and Hawatmeh Dental Group, P.C. ("Defendants"). ECF No. 150. Having complied with Civil Local Rule 83.2(f)(2) and because Defendants will continue to be represented by counsel Shireen Matthews, the Court GRANTS the Motion to Withdraw.

Jordan B. Arakawa is hereby withdrawn as attorney of record for Defendants. The Clerk of Court shall update the docket to reflect the withdrawal of Jordan B. Arakawa as

counsel of record for Defendants Ayed Hawatmeh, D.D.S., and Hawatmeh Dental Group, P.C.

**IT IS SO ORDERED**.

Date: April 10, 2023

_____
Hon. Judge Roger T. Benitez