**THOMPSON & COLEGATE LLP**
**3610 Fourteenth Street**
**P. O. Box 1299**
**Riverside, California 92502**
**Tel: (951) 682-5550**
**Fax: (951) 781-4012**

DIANE MAR WIESMANN (SBN 124409)
dwiesmann@tclaw.net
SUSAN KNOCK BECK (SBN 230948)
sbeck@tclaw.net

Attorney for Defendants
MAGALY VELASQUEZ, D.D.S.; and
MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAREN HEBETS, an individual, et al.,<br><br>Defendants. | CASE NO.  3:22-cv-01056-AJB-AGS<br><br>Hon. Anthony J. Battaglia<br><br>**NOTICE OF APPEARANCE OF SUSAN KNOCK BECK AS CO-COUNSEL FOR DEFENDANTS MAGALY VELASQUEZ, D.D.S. AND MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP.**<br><br>Trial Date:     None<br>Action filed:  July 19, 2022 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Susan Knock Beck of Thompson & Colegate, LLP, 3610 14th Street, P. O. Box 1299; Riverside, California 92502; Telephone: 951-682-5550; Facsimile: 951-781-4012; Email: sbeck@tclaw.net, is appearing as co-

1

counsel for Defendants MAGALY VELASQUEZ, D.D.S.; and MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP. in the above-captioned matter. All pleadings, discovery, correspondence and other material should be served upon Ms. Beck at the address(es) referenced above.

DATED:  April 10, 2023          THOMPSON & COLEGATE LLP


                                By:___/s/ Diane Mar Wiesmann_____
                                    DIANE MAR WIESMANN
                                    SUSAN KNOCK BECK
                                    Attorneys for Defendants,
                                    MAGALY VELASQUEZ, D.D.S., and
                                    MAGALY M. VELASQUEZ DDS
                                    PROFESSIONAL DENTAL CORP.

NOTICE OF APPEARANCE OF SUSAN KNOCK BECK AS CO-COUNSEL FOR DEFENDANTS MAGALY VELASQUEZ, D.D.S. AND MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this case or adversary proceeding. My business address is: 3610 Fourteenth Street, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEARANCE OF SUSAN KNOCK BECK AS CO-COUNSEL FOR DEFENDANTS MAGALY VELASQUEZ, D.D.S. AND MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP.** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders, the foregoing document will be served by the court via NEF and hyperlink to the document.

On April 11, 2023, I checked the CM/ECF docket for this case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Joseph R. Lamagna<br>Jordan Kearney<br>HOOPER, LUNDY & BOOKMAN, PC<br>101 W. Broadway, Ste. 1200<br>San Diego, CA  92101 | Attorneys for Plaintiff<br>BORREGO COMMUNITY HEALTH FOUNDATION<br><br>Tel:  (619) 744-7300<br>Fax:  (619) 230-0987<br>jlamagna@health-law.com<br>jkearney@health-law.com |
| Devin M. Senelick<br>Taryn A. Reid<br>HOOPER, LUNDY & BOOKMAN, PC<br>1875 Century Park East, Ste. 1600<br>Los Angeles, CA  90067 | Attorneys for Plaintiff<br>BORREGO COMMUNITY HEALTH FOUNDATION<br><br>Tel:  (310) 551-8111<br>Fax:  (310) 551-8181<br>dsenelick@health-law.com<br>treid@health-law.com |
| Marcus S. Bourassa<br>Timothy A. Scott<br>MCKENZIE SCOTT PC<br>1350 Columbia Street, Ste. 600<br>San Diego, CA  92101 | Attorneys for Defendant<br>KAREN HEBETS<br><br>Tel:  (619) 794-0451<br>Fax:  (619) 652-9964<br>mbourassa@mckenziescott.com |

| | |
|---|---|
| Mikia Brayton Wallis<br>P.O. Box 2023<br>Julian, CA  92036 | Attorneys for Defendant<br>MIKIA WALLIS<br><br>Tel:  (760) 239-1619<br>Fax:<br>mikia@mbwalislaw.com |
| LeRoy George Siddell<br>LAW OFFICE OF GEORG SIDDELL<br>2323 Broadway, Ste. 104<br>San Diego, CA  92102 | Attorneys for Defendant<br>DIANA THOMPSON<br><br>Tel:  (619) 231-3991<br>Fax:<br>attorneysiddell@yahoo.com |
| Michael Gregory Freedman<br>THE FREEDMAN FIRM<br>10100 Santa Monica Blvd., Ste. 300<br>Los Angeles, CA  90017 | Attorneys for Defendant<br>HARRY ILSLEY; DENNIS NOURSE;<br>MIKE HICKOK<br><br>Tel:  (310) 285-2210<br>Fax:  (310) 425-8845<br>michael@thefreedmanfirm.com |
| John Shepherd Kyle<br>Jeffrey B. Harris<br>KYLE HARRIS LLP<br>2305 Historic Decatur Road, Ste. 100<br>San Diego, CA  92106 | Attorneys for Defendant<br>PREMIER HEALTHCARE<br>MANAGEMENT, INC.;<br>DARYL PRIEST; NICHOLAS PRIEST;<br>TRAVIS LYON<br><br>Tel:  (619) 600-0644<br>Fax:<br>jkyle@klhipbiz.com<br>jharris@klhlawyers.com |
| Laura Kimberly Gantney<br>KYLE HARRIS LLP<br>450 B Street, Ste. 1410<br>San Diego, CA  92101 | Attorneys for Defendant<br>PREMIER HEALTHCARE<br>MANAGEMENT, INC.<br><br>Tel:  (619) 600-0086<br>Fax:  (619) 600-5144<br>lgantney@klhipbiz.com |

NOTICE OF APPEARANCE OF SUSAN KNOCK BECK AS CO-COUNSEL FOR DEFENDANTS MAGALY VELASQUEZ, D.D.S. AND MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP.

| | |
|---|---|
| Shireen Matthews<br>Alyssa Moscrop<br>JONES DAY<br>4655 Executive Drive, Ste. 1500<br>San Diego, CA  92121-3134 | Attorneys for Defendant<br>AYED HAWATMEH, DDS;<br>HAWATMEH DENTAL GROUP, P.C.<br><br>Tel:  (858) 314-1200<br>Fax: (844) 345-3178<br>shireenmatthews@jonesday.com<br>amoscrop@jonesday.com |
| Megan Ann Childress<br>Ramshin Daneshi<br>BLEAU FOX, PLC<br>2801 West Empire Avenue<br>Burbank, CA  91504 | Attorneys for Defendant<br>ALBORZ MEHDIZADEH, DDS;<br>ALBORZ MEHDIZADEH, INC.;<br>JILBERT BAKRAMIAN, DDS;<br>ARAM ARAKELYAN, DDS;<br>NEW MILLENNIUM DENTAL GROUP<br>OF ARAM ARAKELYAN INC.<br><br>Tel:  (818) 748-3434<br>Fax: (818) 748-3436<br>mchildress@bleaufox.com<br>rdaneshi@bleaufox.com<br>tbleau@bleaufox.com |
| Michael Karl Pazdernik<br>ADAMS & CORZINE<br>740 Oak Avenue Parkway, Ste. 120<br>Folsom, CA  95630 | Attorneys for Defendant<br>MOHAMMED ALTEKREETI, DDS<br><br>Tel:  (916) 296-0577<br>Fax:  (916) 983-3922<br>mpazdernik@aclawyers.com |
| Benjamin J. Fenton<br>Nicholas D. Jurkowitz<br>FENTON LAW GROUP<br>1990 South Bundy Drive, Ste. 777<br>Los Angeles, CA  90025 | Attorneys for Defendant<br>MICHAEL HOANG, DDS<br><br>Tel:  (310) 444-5244<br>Fax:  (310) 444-5280<br>bfenton@fentonlawgroup.com<br>njurkowitz@fentonlawgroup.com |
| Keith Rutman<br>501 West Broadway, Ste. 1650<br>San Diego, CA  92101-3541 | Attorneys for Defendant<br>WALEED STEPHAN, DDS; |

NOTICE OF APPEARANCE OF SUSAN KNOCK BECK AS CO-COUNSEL FOR DEFENDANTS MAGALY
VELASQUEZ, D.D.S. AND MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP.

| | |
|---|---|
| | W.A. STEPHAN, A DENTAL CORPORATION; MARCELO TOLEDO, DDS; MARCELO TOLEDO, DDS, INC.<br><br>Tel:  (619) 237-9072<br>Fax:  (760) 454-4372<br>krutman@krutmanlaw.com |
| Daniel Elliott Katz<br>REID & HELLYER APC<br>P.O. Box 1300<br>Riverside, CA  92502 | Attorneys for Defendant<br>SANTIAGO ROJO, DDS;<br>SANTIAGO A. ROJO, DDS, INC.<br><br>Tel:  (951) 682-1771<br>Fax:  (951) 686-2415<br>bsmith@rhlaw.com |
| Clark R. Hudson<br>A. Jesse Adriance<br>NEIL, DYMOTT, FRANK, MCCABE & HUDSON<br>110 West A Street, Ste. 1200<br>San Diego, CA  92101 | Attorneys for Defendant<br>MARLENE THOMPSON, DDS, INC.<br><br>Tel:  (619) 238-1712<br>Fax:  (619) 238-1562<br>chudson@neildymott.com<br>jadriance@neildymott.com |
| Khodadad Darius Sharif<br>Matthew J. Faust<br>SHARIF FAUST LAWYERS, LTD.<br>600 B Street, Ste. 2490<br>San Diego, CA  92101 | Attorneys for Defendant<br>DOUGLAS NESS, DDS;<br>NESS DENTAL CORPORATION<br><br>Tel:  (619) 233-6600<br>Fax:  (619) 233-6602<br>sharif@shariffaust.com<br>faust@shariffaust.com |
| Chad Weaver<br>David Liu<br>FREEMAN MATHIS & GARY, LLP<br>3030 Old Ranch Parkway, Ste. 200<br>Seal Beach, CA  90740 | Attorneys for Defendant<br>JAMES HEBETS, DDS;<br>THE HEBETS COMPANY<br><br>Tel:  (562) 583-2126<br>Fax:  (424) 350-3842<br>cweaver@fmglaw.com |

|  | david.liu@fmglaw.com |
|---|---|
| Quintin G. Shammam | quintin@shammamlaw.com |
| Chester C. Jeng | jeng.rhservices@gmail.com |

**2. SERVED BY UNITED STATES MAIL**:

On , I served the following persons and/or entities at the last known addresses in this case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.C.P. 5 and/or controlling LBR, on (*date*)*****, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 11, 2023 | /s/ Sandy Waggle |
|---|---|
| *Date* | *Sandy Waggle* |