**FREEMAN MATHIS & GARY, LLP**
CHAD WEAVER (SBN 191984)
cweaver@fmglaw.com
DAVID LIU (SBN 216311)
david.liu@fmglaw.com
3030 Old Ranch Parkway, Suite 200
Seal Beach, California 90740
Tel: 562.583.2126

Attorneys for Defendants James Hebets and The Hebets Company

**HOOPER, LUNDY & BOOKMAN, P.C.**
Devin M. Senelick (SBN 221478)
dsenelick@health-law.com
Taryn A. Reid (SBN 328722)
treid@health-law.com
1875 Century Park East, Suite 1600
Los Angeles, California 90067
Tel:   (619) 744-7300

Attorneys for Plaintiff Borrego Community Health Foundation

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>KAREN HEBETS, an individual; et al.<br><br>　　　　　　　Defendants. | CASE NO. 3:22-CV-01056-BEN-KSC<br><br>Honorable Roger T. Benitez, Courtroom 5A<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANTS JAMES HEBETS AND THE HEBETS COMPANY TO FILE RESPONSE TO FIRST AMENDED COMPLAINT**<br><br>FAC Served:　　　4/4/2023<br>FAC Response Due: 4/18/2023<br>Proposed Response Date: 5/9/2023 |

/ / /

/ / /

/ / /

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 7.2 and 12.1, Plaintiff Borrego Community Health Foundation ("Plaintiff") and Defendants James Hebets and The Hebets Company (collectively, the "Hebets Defendants") (Plaintiff and Hebets Defendants are collectively, the "Parties"), by and through their respective counsel, hereby stipulate to and jointly move the Court for an extension of time within which the Hebets Defendants may answer or otherwise respond to the First Amended Complaint ("FAC") in this matter, up to and including May 9, 2023.

Good cause exists to warrant an extension of time for the Hebets Defendants to file an answer or otherwise respond to the FAC for the following reasons:

WHEREAS, on April 4, 2023, the Court granted Plaintiff's motion to amend its complaint [Doc. No. 123] and deemed the FAC to be filed as April 4, 2023 [Doc. No. 154];

WHEREAS, the Hebets Defendants' current deadline for filing an answer, motion or other response to the FAC is April 18, 2023;

WHEREAS, the Hebets Defendants will be represented by their prior counsel, Locke Lord, who were previously substituted as counsel of record on December 9, 2023 by Freeman Mathis & Gary LLP;

WHEREAS, because Locke Lord will again be counsel of record for the Hebets Defendants, it will need additional time to review the file in this matter, including the FAC, which is 190 pages with 928 paragraphs of allegations, in order to prepare an answer or response to the FAC;

WHEREAS, the time within which the Hebets Defendants may answer or otherwise respond has not yet expired;

WHEREAS, the Hebets Defendants have requested and Plaintiff has consented to additional time for the Hebets Defendants to file an answer, motion, or other response to the FAC; and

1   WHEREAS, extending the deadline to respond to the FAC is in the best interest of the Parties, judicial economy and justice.

WHEREFORE, the Parties hereby respectfully request that the Court grant this Joint Motion and issue an Order extending the deadline for the Hebets Defendants to file a response to the FAC by May 9, 2023.

**IT IS SO STIPULATED.**

Dated: April 11, 2023

**FREEMAN, MATHIS & GARY, LLP**

By: *David M. Liu*

Chad Weaver
David M. Liu
Attorneys for Defendants
JAMES HEBETS and THE HEBETS COMPANY

Dated: April 11, 2023

**HOOPER, LUNDY AND BOOKMAN, P.C.**

By: */s/ Taryn A. Reid*

Devin M. Senelick
Taryn A. Reid
Attorneys for Plaintiff Borrego Community Health Foundation

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this documents is acceptable to Taryn A. Reid, counsel for Plaintiff, and that I have obtained Ms. Read's authorization to affix her electronic signature to this document.

Dated: April 11, 2023

FREEMAN, MATHIS & GARY, LLP

By: _/s/ David M. Liu_____
Chad Weaver
David M. Liu
Attorneys for Defendants
JAMES HEBETS and THE HEBETS COMPANY

## PROOF OF SERVICE

I am over 18 years of age and not a party to this action.

I am employed in Orange County, California, in the office of an active member of the State Bar of California. My business address is 3030 Old Ranch Parkway, Suite 200, Seal Beach, California 90740.

On April 11, 2023, I served a copy of the document(s) entitled:

**JOINT MOTION TO EXTEND TIME FOR DEFENDANTS JAMES HEBETS AND THE HEBETS COMPANY TO FILE RESPONSE TO FIRST AMENDED COMPLAINT**

☐ **By United States Mail.** I enclosed the document(s) in the envelope(s) addressed to the individual(s) on the attached Service List. I sealed and deposited the envelope(s) with postage fully prepaid at the United States Postal Service collection box located at 3020 Old Ranch Parkway, Seal Beach, California 90740.

☒ **By CM/ECF PORTAL.** I certify that I electronically filed the foregoing documents and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ **By Electronic Service.** I attached the document(s) to an email and sent the email from lisa.khan@fmglaw.com to the individual(s) on the attached Service List at the email address(es) stated therein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 11, 2023, at Seal Beach, California

_____
Lisa Khan

## SERVICE LIST

| | |
|---|---|
| Devin M. Senelick<br>Hooper, Lundy & Bookman, P.C.<br>1875 Century Park East<br>Suite 1600<br>Los Angeles, CA 90067 | **Attorneys for Plaintiff**<br>**Borrego Community Health**<br>**Foundation,. A California Nonprofit**<br>**Public Benefit Corporation**<br>310-551-8145<br>Email: dsenelick@health-law.com<br>jkearney@health-law.com<br>treid@health-law.com<br>jlamagna@health-law.com |
| Marcus S. Bourassa<br>McKenzie Scott PC<br>1350 Columbia Street, Suite 600<br>San Diego, CA 92101 | **Attorneys for Defendant**<br>**Karen Hebets**<br><br>(619) 794-0451<br>Email: mbourassa@mckenziescott.com<br>tscott@mckenziescott.com<br>*LEAD ATTORNEY* |
| Mikia Brayton Wallis<br>PO Box 2023<br>Julian, CA 92036 | **In Pro Per**<br>**760-239-1619**<br>**Email:** mikia@mbwallislaw.com |
| LeRoy George Siddell<br>Law Office of George Siddell<br>2323 Broadway, Suite 104<br>San Diego, CA 92102 | **Attorneys for Defendant, Diana**<br>**Thompson**<br>619-231-3991<br>Email: attorneysiddell@yahoo.com |
| Michael Gregory Freedman<br>The Freedman Firm<br>10100 Santa Monica Boulevard<br>Suite 300<br>Los Angeles, CA 90017 | **Attorney for Defendant**<br>**Harry Ilsley, Dennis Nourse, Mike**<br>**Hickok, Chuck Kimball**<br><br>310-285-2210<br>Email: michael@thefreedmanfirm.com |

| | |
|---|---|
| Eric B. Beste<br>Andrew P. Young<br>Allison Rego<br>BARNES & THORNBURG, LLP<br>655 W. Broadway, Suite 1300<br>San Diego, CA 92101<br><br>Brian Nguyen<br>BARNES & THORNBURG, LLP<br>2029 Century Park East, Suite 300<br>Los Angeles, CA 90067 | **Attorney for Defendant**<br>***Premier Healthcare Management, Inc., Summit Healthcare Management, Inc., Daryl Priest, Nicholas Priest, Travis Lyon***<br>619-321-5000<br>Email: eric.beste@btlaw.com<br>Andrew.young@btlaw.com<br>arego@btlaw.com<br>brian.nguyen@btlaw.com |
| Quintin G Shammam<br>Law Offices of Quintin G Shammam<br>2221 Camino Del Rio South<br>Suite 207<br>San Diego, CA 92108 | **Attorney for Defendant**<br>***Husam E. Aldairi, DDS, Magaly M. Velasquez DDS Professional Dental Corp., Aldairi DDS, Inc.***<br>(619) 444-0001<br>Fax: (619) 501-1119<br>Email: quintin@shammamlaw.com |
| Shireen Matthews<br>Jones Day<br>4655 Executive Drive, Suite 1500<br>San Diego, CA 92121-3134 | ***Attorney for Defendants, Ayed Hawatmeh, DDS, Hawatmeh Dental Group, P.C.***<br>(858) 314-1200<br>Email: shireenmatthews@jonesday.com |
| Thomas P. Beau<br>Ramshin Daneshi<br>Bleau Fox, a P.L.C.<br>2801 West Empire Avenue<br>Burbank, CA 91504 | ***Attorney for Defendants, Alborz Mehdizadeh, DDS, Alborz Mehdizadeh, Inc., Jilbert Bakramian, DDS, Aram Arakelyan, DDS, New Millennium Dental Group Of Aram Arakelyan, Inc.***<br>818-748-3434<br>Email: tbleau@bleaufox.com<br>rdaneshi@bleaufox.com |
| Michael Karl Pazdernik<br>Adams & Corzine<br>740 Oak Avenue Parkway, Suite 120<br>Folsom, CA 95630 | ***Attorney for Defendant, Mohammed Altekreeti, DDS***<br>916-296-0577<br>Email: mpazdernik@aclawyers.com |

| | | |
|---|---|---|
| 1 | Diane Wiesmann | ***Attorney for Defendant, Magaly*** |
| 2 | Thompson & Colegate, LLP | ***Velasquez, DDS*** |
|   | 3610 Fourteenth Street | 951-682-5550 |
| 3 | P.O. Box 1299 | Email: dwiesmann@tclaw.net |
| 4 | Riverside, CA 92502 | |
|   | Benjamin J. Fenton | ***Attorney for Defendant, Michael*** |
| 5 | Nicholas Jurkowitz | ***Hoang, DDS*** |
| 6 | Fenton Law Group | 310-444-5244 |
|   | 1990 South Bundy Drive, Suite 777 | Email: bfenton@fentonlawgroup.com |
| 7 | Los Angeles, CA 90025 | njurkowitz@fentonlawgroup.com |
| 8 | | |
| 9 | | |
|   | Keith Rutman | ***Attorney for Defendants, Waleed*** |
| 10 | 501 West Broadway, Suite 1650 | ***Stephan, DDS, W.A. Stephan, A*** |
| 11 | San Diego, CA 92101-3541 | ***Dental Corporation, Marcelo Toledo,*** |
|   | | ***DDS, Marcelo Toledo, D.D.S., Inc.,*** |
| 12 | | 619-237-9072 |
| 13 | | Email: krutman@krutmanlaw.com |
| 14 | | |
|   | Daniel Elliott Katz | ***Attorney for Defendants, Santiago*** |
| 15 | Reid & Hellyer APC | ***Rojo, DDS, Santiago A. Rojo, D.D.S.,*** |
| 16 | California | ***Inc.*** |
|   | Pob 1300 | 951-682-1771 |
| 17 | Riverside, CA 92502 | Email: Bsmith@rhlaw.com |
| 18 | | |
|   | Robert W. Frank | ***Attorney for Defendants, Marlene*** |
| 19 | Neil, Dymott, Frank, McCabe & | ***Thompson, DDS, Marlene Thompson,*** |
| 20 | Hudson | ***D.D.S., Inc.*** |
|   | 110 West A Street, Suite 1200 | 619-238-2247 |
| 21 | San Diego, CA 92101 | Email: rfrank@neildymott.com |
| 22 | | |
| 23 | | |
| 24 | Robert W. Harrison | (619)321-6200 |
|   | Wilson, Elser, Moskowitz, | Email: |
| 25 | Edelman & Dicker | robert.harrison@wilsonelser.com |
| 26 | | |
| 27 | | |
| 28 | | |

**Locke Lord LLP**
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071

| | |
|---|---|
| Khodadad Darius Sharif<br>Matthew J. Faust<br>Sharif Faust Lawyers, Ltd.<br>600 B Street, Suite 2490<br>San Diego, CA 92101 | **_Attorney for Defendants, Douglas Ness, DDS, Ness Dental Corporation_**<br><br>619-233-6600<br>Fax: 619-233-6602<br>Email: sharif@shariffaust.com<br>faust@shariffaust.com |
| Chester C. Jeng<br>750 West La Habra Boulevard<br>La Habra, CA 90631 | **_Attorney for Defendants, George Jared, DDS, George Jared, D.D.S., Inc._**<br>714-858-0536<br>Email: jeng.rhservices@gmail.com |
| Mitchell J Popham<br>Roy. S. Miller<br>David Ronald Rutan<br>William Colin Mullen<br>Locke Lord LLP<br>300 South Grand Avenue<br>Suite 2600<br>Los Angeles, CA 90071 | **_Attorney for Defendants, James Hebets, DDS, The Hebets Company_**<br>213.485.1500<br>Email: mpopham@lockelord.com<br>david.rutan@lockelord.com<br>roy.miller@lockelord.com<br>william.mullen@lockelord.com |