LOCKE LORD LLP
Mitchell J. Popham (SBN: 126194)
mpopham@lockelord.com
William Mullen (SBN: 297272)
william.mullen@lockelord.com
David Rutan (SBN 311345)
David.rutan@lockelord.com
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071
(213) 485-1500

Attorneys for Defendants
JAMES HEBETS and THE HEBETS COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KAREN HEBETS, an individual; MIKIA WALLIS, an individual; DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual; HARRY ILSLEY, an individual; DENNIS NOURSE, an individual; MIKE HICKOK, an individual; CHUCK KIMBALL an individual; PREMIER HEALTHCARE MANAGEMENT, INC., a California corporation; SUMMIT HEALTHCARE MANAGEMENT, INC., a California corporation; DARYL PRIEST, an individual; NICHOLAS PRIEST, an individual; TRAVIS LYON, an individual; HUSAM E. ALDAIRI, D.D.S., an | CASE NO. 3:22-CV-01056-BEN-KSC <br><br> Honorable Roger T. Benitez <br> Courtroom 5A <br><br> **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANTS JAMES HEBETS AND THE HEBETS COMPANY** <br><br><br> Complaint Filed: July 19, 2022 |

1   Case No. 3:22-CV-01056-BEN-KSC
CONSENT ORDER RE. SUBSTITUTION OF ATTORNEY

| | |
|---|---|
| 1 | individual; ALDAIRI DDS, IC., a California )
| 2 | corporation; AYED HAWATMEH, D.D.S., )
| | an individual; HAWATMEH DENTAL )

Left margin: Locke Lord LLP / 300 S. Grand Avenue, Suite 2600 / Los Angeles, CA 90071

1  individual; ALDAIRI DDS, IC., a California )
2  corporation; AYED HAWATMEH, D.D.S., )
    an individual; HAWATMEH DENTAL )
3  GROUP, P.C., a California corporation; )
    ALBORZ MEHDIZADEH, D.D.S., an )
4  individual; ALBORZ MEHDIZADEH, )
5  INC., a Califonria corporation; JILBERT )
    BAKRAMIAN, D.D.S., an individual; )
6  MOHAMMED ALTEKREETI, D.D.S., an )
7  individual; MAGALY VELASQUEZ, )
    D.D.S., an individual; MAGALY M. )
8  VELASQUEZ DDS PROFESSIONAL )
9  DENTAL CORP., a California corporation; )
    ARAM ARAKELYAN, D.D.S., an )
10 individual; NEW MILLENIUM DENTAL )
11 GROUP OF ARAM ARAKELYAN, INC., )
    a California corporation; MICHAEL )
12 HOANG, D.M.D., an individual; WALEED )
13 STEPHAN, D.D.S., an individual; W.A. )
    STEPHAN, A DENTAL CORPORATION )
14 a California corporation; SANTIAGO )
15 ROJO, D.D.S., an individual; SANTIAGO )
    A. ROJO, D.D.S., INC., a California )
16 corporation; MARCELO TOLEDO, D.D.S., )
17 an individual; MARCELO TOLEDO, )
    D.D.S., INC., a California corporation; )
18 MARLENE THOMPSON, D.D.S., an )
19 individual; MARLENE THOMPSON, )
    D.D.S., INC., a California corporation; )
20 DOUBLAS NESS, D.D.S., an individual; )
21 NESS DENTAL CORPORATION, a )
    California corporation; GEORGE JARED, )
22 D.D.S., an individual; GEORGE JARED, )
23 D.D.S., INC., a California corporation; )
    JAMES HEBETS, an individual; THE )
24 HEBETS COMPANY, a Missouri )
25 Corporation and DOES 1-250, inclusive, )
26                                              )
                           Defendants.    )
27                                              )
28

2  Case No. 3:22-CV-01056-BEN-KSC
CONSENT ORDER RE. SUBSTITUTION OF ATTORNEY

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, subject to approval by the Court, Defendants James Hebets and The Hebets Company substitute Mitchell J. Popham (SBN: 126194), William Mullen (SBN 297272), and David Rutan (SBN 311345) of Locke Lord LLP as counsel of record in place of Chad Weaver (SBN 191984) and David Liu (SBN 216311) of Freeman Mathis & Gary LLP, who are withdrawing their respective appearances.

Contact information for new counsel of record is as follows:

**LOCKE LORD LLP**
MITCHELL J. POPHAM (SBN: 126194)
mpopham@lockelord.com
WILLIAM MULLEN (SBN: 297272)
william.mullen@lockelord.com
DAVID RUTAN (SBN 311345)
David.rutan@lockelord.com
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071
(213) 485-1500

Contact information for former counsel of record is as follows:

**FREEMAN MATHIS & GARY LLP**
CHAD WEAVER (SBN 191984)
cweaver@fmglaw.com
DAVID LIU (SBN 216311)
david.liu@fmglaw.com
3030 Old Ranch Parkway, Suite 200
Seal Beach, California 90740
Tel: 562.583.2126
Fax: 424.350.3842

**I consent to the above substitution:**

Dated: April 10, 2023     By: _____
                              JAMES HEBETS

|   |   |
|---|---|
|   | THE HEBETS COMPANY |
| Dated: April 10, 2023 | By: /s/ J. B. Hebets |
|   | Name: James B. Hebets |
|   | Title: President |

I consent to being substituted:

Dated: April 10, 2023          FREEMAN, MATHIS & GARY, LLP

By: /s/ David Liu
Chad Weaver
David M. Liu
Attorneys for Defendants
JAMES HEBETS and THE HEBETS COMPANY

I consent to the above substitution.

Dated: April 10, 2023          LOCKE LORD LLP

By: /s/

Mitchell J. Popham
William Mullen
David Rutan
*Attorneys for Defendants*
*JAMES HEBETS and THE HEBETS COMPANY*

## ORDER

The above-mentioned substitution of attorney is hereby approved.

**IT IS SO ORDERED.**

Dated: _____    _____
Hon. Roger T. Benitez
United States District Court Judge

# PROOF OF SERVICE

I am over 18 years of age and not a party to this action.

I am employed in Los Angeles, California, in the office of an active member of the State Bar of California. My business address is 300 South Grand Avenue, Suite 2600, Los Angeles, CA 90071.

On April 12, 2023, I served a copy of the document(s) entitled:

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANTS JAMES HEBETS AND THE HEBETS COMPANY**

☐ **By United States Mail.** I enclosed the document(s) in the envelope(s) addressed to the individual(s) on the attached Service List. I sealed and deposited the envelope(s) with postage fully prepaid at the United States Postal Service collection box located at 300 South Grand Avenue, Suite 2600, Los Angeles, CA 90071.

☐ **By Overnight Delivery.** I enclosed the document(s) in the envelope(s) provided by an overnight delivery carrier and addressed to the individual(s) on the attached Service List. I sealed and deposited the envelope(s) in the box regularly maintained by the express service carrier located at 300 South Grand Avenue, Suite 2600, Los Angeles, CA 90071.

☒ **By CM/ECF PORTAL.** I certify that I electronically filed the foregoing documents and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ **By Electronic Service.** I attached the document(s) to an email and sent the email from kkoch@lockelord.com to the individual(s) on the attached Service List at the email address(es) stated therein.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 12, 2023, at Los Angeles, California

_____
Kristina M. Koch

13258899v1

6   Case No. 3:22-CV-01056-BEN-KSC
CONSENT ORDER RE. SUBSTITUTION OF ATTORNEY