| | |
|---|---|
| 1 | **TIMOTHY A. SCOTT,** SBN 215074 |
| | **MARCUS S. BOURASSA,** SBN 316125 |
| 2 | McKenzie Scott PC |
| | 1350 Columbia Street, Suite 600 |
| 3 | San Diego, California 92101 |
| | Telephone: (619) 794-0451 |
| 4 | email: tscott@mckenziescott.com |
| 5 |        mbourassa@mckenziescott.com |
| 6 | Attorneys for Karen Hebets |
| 7 | JOSEPH R. LAMAGNA (SBN 246850) |
| | JORDAN KEARNEY (SBN 305483) |
| 8 | DEVIN M. SENELICK (SBN 221478) |
| | TARYN A, REID (SBN 328772) |
| 9 | HOOPER, LUNDY & BOOKMAN, P.C. |
| | 101 W. Broadway, Suite 1200 |
| 10 | San Diego, California 92101 |
| | Telephone: (619) 744-7300 |
| 11 | |
| 12 | Attorneys for Plaintiffs |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, | Case No.: 22-cv-1056-BEN-KSC |
| Plaintiff, | Hon. Roger T. Benitez |
| vs. | JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT – AS TO KAREN HEBETS |
| KAREN HEBETS et al., | |
| Defendant. | FAC Served: April 4, 2023 |
| | Response Due: April 18, 2023 |
| | Proposed Response Date: May 9, 2023 |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 7.2 and 12.1, Plaintiff Borrego Community Health Foundation ("Plaintiff'), and Defendant Karen Hebets, by and through their respective counsel, hereby stipulate to and jointly move the Court for an extension of time within which

Defendant may file an answer, motion, or otherwise respond. The parties jointly request the foregoing deadline for response be extended to and include May 9, 2023.

Good cause exists to warrant an extension of time for Defendants to respond to the FAC for the following reasons.

WHEREAS, the parties agree that the service date of Ms. Hebets was effective on April 4, 2023;

WHEREAS, the time within which the Defendants may answer or otherwise respond has not yet expired;

WHEREAS, the Defendant has requested and Plaintiff has consented to an additional twenty-one (21) days to file an answer, motion, or any other responsive pleading or motion;

WHEREAS, counsel for Defendant have significant personal travel arranged during the default period in which a response would otherwise be due;

WHEREAS, extending the deadline will allow Defendant necessary additional time to evaluate the allegations in the FAC which includes 928 paragraphs, spans 190 pages, and attaches 544 pages of exhibits;

WHEREAS, this request is not for purpose of delay and is the first request for extension by Ms. Hebets;

WHEREAS, the deadlines for other defendants to respond to the FAC have also been extended and extending the current deadline for Ms. Hebets' response to the FAC would therefore not delay the case; and

WHEREAS, extending the deadline for twenty-one (21) days is in the best interest of the parties, judicial economy and justice.

JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT – AS TO KAREN HEBETS

1    Plaintiff and Karen Hebets hereby respectfully request that the Court grant this Joint Motion and issue an Order extending the deadline for Ms. Hebets to file a response to the FAC by twenty-one days, up to and including May 9, 2023.

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

Dated:  April 13, 2023          By:    */s/ Marcus S. Bourassa*
                                       Marcus S. Bourassa
                                       McKenzie Scott PC
                                       Attorneys for Karen Hebets

Dated:  April 13, 2023          By:    */s/ Taryn A. Reid*
                                       Taryn A. Reid
                                       Hooper, Lundy & Bookman, P.C.
                                       Attorneys for Plaintiff

JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT – AS TO KAREN HEBETS

**SIGNATURE CERTIFICATION**

I hereby certify the content of this document is acceptable to Taryn A. Reid, counsel for Plaintiff, and that I have obtained their authorization to affix their electronic signature to this document.

Respectfully submitted,

Dated: April 13, 2023         By:   */s/ Marcus S. Bourassa*
                                    Marcus S. Bourassa
                                    McKenzie Scott PC
                                    Attorneys for Karen Hebets

JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT – AS TO KAREN HEBETS