POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Devin M. Senelick, Esq | SBN: 221478<br>HOOPER, LUNDY & BOOKMAN, INC<br>1875 Century Park East Suite 1600   Los Angeles, CA 90067<br>TELEPHONE NO.: (310) 551-8111 | FAX NO. (310) 551-8181 | E-MAIL ADDRESS<br>ATTORNEY FOR *(Name)*: Plaintiff: BORREGO COMMUNITY HEALTH FOUNDATION, etc. | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
STREET ADDRESS: 411 WEST FOURTH STREET
CITY AND ZIP CODE: SANTA ANA, CA 92701
BRANCH NAME: SOUTHERN DISTRICT

| PLAINTIFF/PETITIONER: BORREGO COMMUNITY HEALTH FOUNDATION, etc.<br>DEFENDANT/RESPONDENT: KAREN HEBETS, an individual, et al. | CASE NUMBER:<br>3:22-cv-01056-AJB-AGS |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>10035-909 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **First Amended Complaint; Notice Of Related Cases; Report Of Clerk And Order Of Transfer Pursuant To "Low-Number" Rule**
3. a. Party served *(specify name of party as shown on documents served)*:
   **KBH Healthcare Consulting, LLC.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Atlantic Tax Services, Inc., Registered Agent, By Serving Victor Carranza - Authorized Agent**
   Age: 56-60 | Weight: 161-180 Lbs | Hair: Black | Sex: Male | Height: 5'7 - 6'0 | Eyes: Brown | Race: Latino
4. Address where the party was served: **744 S Atlantic Blvd**
   **Los Angeles, CA 90022-3214**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **4/11/2023** (2) at *(time)*: **4:31 PM**
   b. ☐ **by substituted service.** On *(date)*:  at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:  from *(city)*:  **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>POS010-1/LA383736 |
|---|---|---|

Case 3:22-cv-01056-BEN-KSC  Document 166  Filed 04/13/23  PageID.4209  Page 2 of 2

PETITIONER: BORREGO COMMUNITY HEALTH FOUNDATION, etc.
RESPONDENT: KAREN HEBETS, an individual, et al.

CASE NUMBER: 3:22-cv-01056-AJB-AGS

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date):*        (2) from *(city):*

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of **KBH Healthcare Consulting, LLC.**
      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)       ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)       ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)       ☐ 415.46 (occupant)
      ☐ other: **LLC**

7. **Person who served papers**
   a. Name: **Luis Verjan - Nationwide Legal, LLC REG: 12-234648**
   b. Address: **1609 James M Wood Blvd. Los Angeles, CA 90015**
   c. Telephone number: **(213) 249-9999**
   d. **The fee** for service was: **$ 301.84**
   e. I am:

      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner   ☐ employee   ☑ independent contractor.
         (ii) Registration No.: **2018251867**
         (iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **4/11/2023**

**N**
**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

_____  ▶ *(signature)*
      **Luis Verjan**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)