UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California Nonprofit Public Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAREN HEBETS, an individual; et al.,<br><br>Defendants. | Case No.: 22-cv-01056-BEN-KSC<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>[ECF No. 165] |

On April 12, 2023, Plaintiff Borrego Community Health Foundation ("Plaintiff") and Defendant Karen Hebets filed a Joint Motion for Extension of Time for Defendant to Respond to Plaintiff's First Amended Complaint (the "Joint Motion"). ECF No. 165. Good cause appearing, the Court **GRANTS** the Joint Motion. Accordingly, Defendant Karen Hebets shall file her responsive pleading on or before May 9, 2023.

**IT IS SO ORDERED**.

Date: April 14, 2023

_____
Hon. Judge Roger T. Benitez

1

22-cv-01056-BEN-KSC