JOSEPH R. LAMAGNA (State Bar No. 246850)
JORDAN KEARNEY (State Bar No. 305483)
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
E-Mail: jlamagna@health-law.com
         jkearney@health-law.com

DEVIN M. SENELICK (State Bar No. 221478)
TARYN A. REID (State Bar No. 328772)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: dsenelick@health-law.com
         treid@health-law.com

Attorneys for Plaintiff Borrego
Community Health Foundation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation;<br><br>Plaintiff,<br><br>vs.<br><br>KAREN HEBETS, an individual; MIKIA WALLIS, an individual; DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual; HARRY ILSLEY, an individual; DENNIS NOURSE, an individual; MIKE HICKOK, an individual; CHUCK KIMBALL, an individual; PREMIER HEALTHCARE MANAGEMENT, INC., a California Corporation; SUMMIT HEALTHCARE MANAGEMENT, INC., a California Corporation; DARYL PRIEST, an individual; NICHOLAS PRIEST, an individual; TRAVIS LYON, an | Case No. 3:22-cv-01056-BEN-KSC<br><br>Hon. Roger T. Benitez<br><br>**CORRECTED JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE– AS TO ALL DEFENDANTS**<br><br>FAC Served: April 4, 2023<br>Response Due: April 18, 2023<br>Proposed Response Date: May 9, 2023<br><br>Trial Date:      None Set |

7335385.1

Case No. 3:22-cv-01056-BEN-KSC
CORRECTED JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE– AS TO ALL DEFENDANTS

| | |
|---|---|
| 1 | individual; HUSAM E. ALDAIRI, D.D.S., an individual; ALDAIRI DDS, INC., a California corporation; AYED HAWATMEH, D.D.S., an individual; HAWATMEH DENTAL GROUP, P.C., a California Corporation; ALBORZ MEHDIZADEH, D.D.S., an individual; ALBORZ MEHDIZADEH, INC., a California Corporation; JILBERT BAKRAMIAN, D.D.S., an individual; MOHAMMED ALTEKREETI, D.D.S., an individual; MAGALY VELASQUEZ, D.D.S., an individual; MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP., a California Corporation; ARAM ARAKELYAN, D.D.S., an individual; NEW MILLENNIUM DENTAL GROUP OF ARAM ARAKELYAN, INC., a California Corporation; MICHAEL HOANG, D.M.D., an individual; WALEED STEPHAN, D.D.S., an individual; W.A. STEPHAN, A DENTAL CORPORATION, a California Corporation; SANTIAGO ROJO, D.D.S., an individual; SANTIAGO A. ROJO, D.D.S., INC., a California Corporation; MARCELO TOLEDO, D.D.S., an individual; MARCELO TOLEDO, D.D.S., INC., a California corporation; MARLENE THOMPSON, D.D.S., an individual; MARLENE THOMPSON, D.D.S., INC., a California Corporation; DOUGLAS NESS, D.D.S., an individual; NESS DENTAL CORPORATION, a California Corporation; GEORGE JARED, D.D.S., an individual; GEORGE JARED, D.D.S., INC., a California corporation; JAMES HEBETS, an individual; THE HEBETS COMPANY, a Missouri Corporation; KBH HEALTHCARE CONSULTING, LLC and DOES 1-250, inclusive.<br><br>Defendants. |

2

Case No. 3:22-cv-01056-BEN-KSC

CORRECTED JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE– AS TO ALL DEFENDANTS

7335385.1

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 7.2 and 12.1, Plaintiff Borrego Community Health Foundation ("Plaintiff"), and all Defendants, by and through their respective counsel, hereby stipulate to and jointly move the Court for an extension of time within which the Defendants may file an answer, motion, or otherwise respond to the First Amended Complaint ("FAC," ECF No. 159). The parties jointly request the foregoing deadline for response be extended to and include May 9, 2023. The parties jointly request that the following briefing schedule and procedures also be ordered by the Court.

Good cause exists to warrant an extension of time for Defendants to respond to the FAC for the following reasons:

WHEREAS, the parties agree that the service date of Defendants was effective on April 4, 2023 (except for new defendant KBH Healthcare Consulting LLC, which was served effective on April 11, 2023 (*see* ECF No. 166);

WHEREAS, the time within which the Defendants may answer or otherwise respond has not yet expired;

WHEREAS, various Defendants have requested, and Plaintiff has consented, to additional time to file an answer, motion, or any other responsive pleading or motion;

WHEREAS, to avoid multiple, piecemeal requests (and related joint motions), the parties have agreed to a single request for extension that would apply to all Defendants, and have agreed to a briefing schedule and procedure to further streamline proceedings;

WHEREAS, this request is not for purpose of delay and is (or is equivalent to) the first request for extension by Defendants;

WHEREAS, extending the deadline for 21 days is in the best interest of the parties, judicial economy and justice; and

WHEREAS, judicial efficiency will also be increased by a streamlined briefing procedure, which is consistent with the Court's earlier order extending

CORRECTED JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE– AS TO ALL DEFENDANTS
7335385.1

time to response and establishing a briefing schedule and procedure for the original Complaint (see ECF 100).

THEREFORE, Plaintiff and Defendants hereby respectfully request that the Court grant this Joint Motion and issue an Order as follows:

- Extending the deadline for Defendants to file an answer or otherwise respond to the FAC up to and including May 9, 2023.

- Allowing Plaintiff to file, by no later than June 6, 2023, one consolidated brief, in response to all timely filed motions to dismiss. To account for the anticipated number of motions to which Plaintiff must respond, granting Plaintiff a variance from the normal page limitation and permits it to file a consolidated brief up to 35 pages in length.

- Replies in support of any motion to dismiss must be filed no later than June 23, 2023.

- This requested order would supersede all prior orders relating to extensions of time to file a response to the FAC.

DATED:  April 14, 2023                **HOOPER, LUNDY & BOOKMAN, P.C.**

By:  */s/ Devin M. Senelick*
DEVIN M. SENELICK
Attorneys for Plaintiff
Borrego Community Health Foundation

4

Case No. 3:22-cv-01056-BEN-KSC

CORRECTED JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE– AS TO ALL DEFENDANTS

7335385.1

| | | |
|---|---|---|
| DATED: April 14, 2023 | | **JONES DAY** |

By:  */s/ Shireen Matthews*
    SHIREEN MATTHEWS
Attorneys for Defendants
Hawatmeh Dental Group, P.C. and
Ayed Hawatmeh, DDS

DATED: April 14, 2023        **BLEAU FOX, A P.L.C.**

By:  */s/ Thomas P. Bleau*
    THOMAS P. BLEAU
Attorneys for Defendants Alborz Mehdizadeh, Inc., New Millennium Dental Group of Aram Arakelyan, Inc., Alborz Mehdizadeh, DDS, Aram Arakelyan, DDS, and Jilbert Bakramian, DDS

DATED: April 14, 2023        **MCKENZIE SCOTT, P.C.**

By:  */s/ Marcus S. Bourassa*
    MARCUS S. BOURASSA
Attorneys for Defendant Karen Hebets

DATED: April 14, 2023        **THE FREEDMAN FIRM PC**

By:  */s/ Michael G. Freedman*
    MICHAEL G. FREEDMAN
Attorneys for Defendants Dennis Nourse, Harry Ilsley, Mike Hickok, and Chuck Kimball

| | | |
|---|---|---|
| 1 | DATED:  April 14, 2023 | **SHARIF FAUST LAWYERS, LTD.** |
| 2 | | |
| 3 | | By:   */s/ Matthew J. Faust* |
| 4 | |       MATTHEW J. FAUST |
| 5 | | Attorneys for Defendants Ness Dental Corporation and Douglas Ness, DDS |
| 6 | | |
| 7 | DATED:  April 14, 2023 | **FENTON LAW GROUP** |
| 8 | | |
| 9 | | By:   */s/ Benjamin J. Fenton* |
| 10 | |       BENJAMIN J. FENTON |
| 11 | | Attorneys for Defendant Michael Hoang, DMD |
| 12 | | |
| 13 | DATED:  April 14, 2023 | **NEIL, DYMOTT, FRANK, MCCABE & HUDSON** |
| 14 | | |
| 15 | | |
| 16 | | By:   */s/ Jesse Adriance* |
| 17 | |       JESSE ADRIANCE |
| 18 | | Attorneys for Defendants Marlene Thompson, D.D.S., and Marlene Thompson, D.D.S., Inc. |
| 19 | | |
| 20 | DATED:  April 14, 2023 | **BARNES & THORNBURG, LLP** |
| 21 | | |
| 22 | | By:   */s/ Eric Beste* |
| 23 | |       ERIC BESTE |
| 24 | |       ANDREW YOUNG |
| 25 | | Attorneys for Defendants Premier Healthcare Management, Inc., Summit Healthcare Management, Inc., Daryl Priest, Nicholas Priest, and Travis Lyon |
| 26 | | |
| 27 | | |
| 28 | | |

7335385.1

6       Case No. 3:22-cv-01056-BEN-KSC
CORRECTED JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE– AS TO ALL DEFENDANTS

| | | |
|---|---|---|
| 1 | DATED:  April 14, 2023 | **CHESTER C. JENG** |
| 2 | | |
| 3 | | By:  */s/ Chester C. Jeng* |
| 4 | | CHESTER C. JENG |
| 5 | | Attorneys for Defendants George Jared, D.D.S., and George Jared, D.D.S., Inc. |
| 6 | | |
| 7 | DATED:  April 14, 2023 | **REID & HELLYER, APC** |
| 8 | | |
| 9 | | By:  */s/ Daniel E. Katz* |
| 10 | | DANIEL E. KATZ |
| 11 | | Attorneys for Defendants Santiago A. Rojo, D.D.S., Inc., and Santiago Rojo, DDS |
| 12 | | |
| 13 | DATED:  April 14, 2023 | **ADAMS & CORZINE** |
| 14 | | |
| 15 | | By:  */s/ Michael K. Pazdernik* |
| 16 | | MICHAEL K. PAZDERNIK |
| 17 | | Attorneys for Defendant Mohammed Altekreeti, DDS |
| 18 | | |
| 19 | DATED:  April 14, 2023 | **KEITH RUTMAN** |
| 20 | | |
| 21 | | By:  */s/ Keith H. Rutman* |
| 22 | | KEITH H. RUTMAN |
| 23 | | Attorneys for Defendants W.A. Stephan, A Dental Corporation, Waleed Stephan, DDS, Marcelo Toledo, D.D.S., Inc., and Marcelo Toledo, DDS |

7335385.1

7                              Case No. 3:22-cv-01056-BEN-KSC
CORRECTED JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO FIRST
AMENDED COMPLAINT AND BRIEFING SCHEDULE– AS TO ALL DEFENDANTS

| | | |
|---|---|---|
| 1 | DATED:  April 14, 2023 | **LAW OFFICES OF QUINTIN G. SHAMMAM** |
| 2 | | |
| 3 | | |
| 4 | | By:   */s/ Quintin G. Shammam* |
| 5 | | QUINTIN G. SHAMMAM |
| 6 | | Attorneys for Defendants Aldairi DDS, Inc., and Husam E. Aldairi, DDS |
| 7 | DATED:  April 14, 2023 | **LAW OFFICES OF GEORGE SIDDELL** |
| 8 | | |
| 9 | | |
| 10 | | By:   */s/ Leroy George Siddell* |
| 11 | | LEROY GEORGE SIDDELL |
| 12 | | Attorneys for Defendant Diana Thompson |
| 13 | | |
| 14 | DATED: April 14, 2023 | **MIKIA BRAYTON WALLIS** |
| 15 | | |
| 16 | | By:   */s/ Mikia Wallis* |
| 17 | | MIKIA WALLIS<br>*In Pro Per* |
| 18 | | |
| 19 | DATED:  April 14, 2023 | **THOMPSON & COLEGATE, LLP** |
| 20 | | |
| 21 | | By:   */s/ Diane Wiesmann* |
| 22 | | DIANE WIESMANN |
| 23 | | Attorneys for Defendant Magaly Velasquez, DDS |

7335385.1

8

Case No. 3:22-cv-01056-BEN-KSC

CORRECTED JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE– AS TO ALL DEFENDANTS

| | | |
|---|---|---|
| 1 | DATED: April 14, 2023 | FREEMAN MATHIS & GARY, LLP |
| 2 | | |
| 3 | | By:  /s/ Chad Weaver |
| 4 | | CHAD WEAVER |
| 5 | | Attorneys for Defendants The Hebets Company and James Hebets |