UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California Nonprofit Public Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAREN HEBETS, an individual; et al.,<br><br>Defendants. | Case No.: 22-cv-01056-BEN-KSC<br><br>**ORDER :**<br><br>**(1) GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT;**<br><br>**(2) SETTING CONSOLIDATED BRIEFING SCHEDULE**<br><br>[ECF No. 168 & 169] |

On April 14, 2023, Plaintiff Borrego Community Health Foundation ("Plaintiff") and all Defendants filed a Joint Motion for Extension of Time for Defendant to Respond to Plaintiff's First Amended Complaint (the "Joint Motion"). ECF No. 168. Additionally, parties requested a consolidated briefing schedule for any Motions to Dismiss that may be subsequently filed. Parties filed a corrected version of this the Joint Motion the same day. ECF No. 169.

1

Good cause appearing, the Court **GRANTS** the Joint Motion and sets the following briefing schedule regarding responsive pleadings to the First Amended Complaint:

1. All Defendants shall file their Answer or responsive pleadings on or before May 9, 2023.
2. Plaintiff shall file, no later than June 6, 2023, one consolidated brief in response to all timely filed motions to dismiss. To account for the anticipated number of motions to which Plaintiff must respond, the Court will allow the consolidated response to be up to thirty-five (35) pages in length.
3. Replies in support of any motion to dismiss must be filed no later than June 23, 2023.
4. The Court shall set a single, consolidated hearing date for all Defendants' Motions to Dismiss, which shall be Monday, July 3, 2023 at 10:30 a.m.

This order supersedes prior orders relating to extensions of time to file a response to the First Amended Complaint (ECF Nos.163, 167).

**IT IS SO ORDERED.**

Date: April 17, 2023

_____
Hon. Judge Roger T. Benitez