UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California Nonprofit Public Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAREN HEBETS, an individual; et al.,<br><br>Defendants. | Case No.: 22-cv-01056-BEN-KSC<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANTS JAMES HEBETS AND THE HEBETS COMPANY**<br><br>[ECF No. 164] |

Before the Court is Defendants James Hebets and The Hebets Company ("Defendants") Notice of Consent Order of Substitution of Attorney. ECF No. 164. Defendants having complied with Civil Local Rule 83.3(f)(2), the Court GRANTS the Consent Order.

The following attorneys will withdraw as counsel of record for the Defendants referenced above: Chad Weaver, State Bar No. 191984, email: cweaver@fmglaw.com, and David Liu, State Bar No. 216311, email: David.liu@fmglaw.com, both of the firm

Freeman Mathis & Gary LLP located at 3030 Old Ranch Parkway, Suite 200, Seal Beach, California 90740 and reachable at telephone (562) 583-2126.

Defendants' new counsel of record will be Mitchell J. Popham, State Bar No. 126194, email mpopham@lockelord.com, William Mullen, State Bar No. 297272, email william.mullen@lockelord.com, and David Rutan, State Bar No. 311345, email david.rutan@lockelord.com, all of the firm of Locke Lord LLP, located at 300 S. Grand Avenue, Suite 2600, Los Angeles, California 90071, and reachable at telephone number (213) 485-1500.

The Clerk of Court shall update the docket to reflect the above substitution.

**IT IS SO ORDERED**.

Date: April 18, 2023

_____
Hon. Judge Roger T. Benitez