Robert W. Harrison, Esq. (SBN 102986)
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
401 West A Street, Suite 1900
San Diego, California 92101
Telephone: (619) 321-6200
Facsimile: (619) 321-6201
Email: robert.harrison@wilsonelser.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California Nonprofit Public Benefit Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>KAREN HEBETS, an individual; et al.<br><br>  Defendants. | Case No.: 22-cv-01056-BEN-KSC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that Robert W. Harrison of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, hereby gives notice of his withdrawal as counsel for Defendant, Marlene Thompson, DDS, Inc. ("Defendant").

Defendant continues to be represented in this action by Clark R. Hudson of Neil Dymott, Frank, McCabe & Hudson. Please remove Mr. Harrison from all service lists and electronic filing notifications.

                              Respectfully submitted,

Dated: April 17, 2023         WILSON, ELSER, MOSKOWITZ,
                                EDELMAN & DICKER LLP

                              By: */s/ Robert Harrison*
                                  Robert W. Harrison, Esq.
                                  Attorneys for Defendant, Marlene
                                  Thompson, DDS, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed and served this 19th day of April 2023 using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

                Respectfully submitted,

Dated: April 19, 2023        WILSON, ELSER, MOSKOWITZ,
                                  EDELMAN & DICKER LLP

                          By:  */s/ Robert W. Harrison*
                                Robert W. Harrison, Esq.
                                Attorneys for Defendant, Marlene Thompson, DDS, Inc.