UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California Nonprofit Public Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAREN HEBETS, an individual; et al.,<br><br>Defendants. | Case No.:  22-cv-01056-BEN-KSC<br><br>**ORDER GRANTING LEAVE TO WITHDRAW AS ATTORNEY**<br><br>[ECF No. 173] |

Before the Court is Robert W. Harrison's Notice of Withdraw of Counsel for Defendant Marlene Thompson, D.D.S., Inc. ("Defendant").  ECF No. 173.  Having complied with Civil Local Rule 83.3(f)(2) and because Defendant will continue to be represented by counsel Clark R. Hudson of Neil, Dymott, Frank, McCabe & Hudson, the Court GRANTS counsel leave to withdraw.

Robert W. Harrison of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, is hereby withdrawn as attorney of record for Defendant.  The Clerk of Court shall update the docket

1

to reflect the withdrawal of Robert W. Harrison as counsel of record for Defendant Marlene Thompson, D.D.S., Inc.

**IT IS SO ORDERED**.

Date: April 21, 2023

Hon. Judge Roger T. Benitez