| | |
|---|---|
| 1 | **BARNES & THORNBURG LLP** |
| | Eric J. Beste (CA Bar No. 226089) |
| 2 | Eric.Beste@btlaw.com |
| | Andrew Young (CA Bar No. 326540) |
| 3 | Andrew.Young@btlaw.com |
| | Allison Rego (CA Bar No. 272840) |
| 4 | arego@btlaw.com |
| | Andrew J. Galvin (CA Bar No. 261925) |
| 5 | Andrew.Galvin@btlaw.com |
| | 655 West Broadway, Suite 1300 |
| 6 | San Diego, CA 92101 |
| | Telephone: (619) 321-5000 |
| 7 | Facsimile: (310) 284-3894 |
| 8 | Brian Nguyen (CA Bar No. 336704) |
| | Brian.Nguyen@btlaw.com |
| 9 | 2029 Century Park East Suite 300 |
| | Los Angeles, CA 90067 |
| 10 | |
| 11 | Attorneys for Defendants, |
| | *Premier Healthcare Management, Inc.,* |
| 12 | *Summit Healthcare Management, Inc., Daryl Priest,* |
| | *Nicholas Priest, and Travis Lyon* |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation; <br><br> Plaintiff, <br><br> vs. <br><br> KAREN HEBETS, an individual; MIKIA WALLIS, an individual; DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual; HARRY ILSLEY, an individual; DENNIS NOURSE, an individual; MIKE HICKOK, an individual; CHUCK KIMBALL, an individual; PREMIER HEALTHCARE MANAGEMENT, INC., a California Corporation; SUMMIT HEALTHCARE MANAGEMENT, INC., a California Corporation; DARYL PRIEST, an individual; NICHOLAS PRIEST, an | Case No. 3:22-CV-01056-BEN-KSC <br><br> **NOTICE OF APPEARANCE OF ANDREW J. GALVIN AS COUNSEL OF RECORD FOR DEFENDANTS** |

individual; TRAVIS LYON, an individual; HUSAM E. ALDAIRI, D.D.S., an individual; ALDAIRI DDS, INC., a California corporation; AYED HAWATMEH, D.D.S., an individual; HAWATMEH DENTAL GROUP, P.C., a California Corporation; ALBORZ MEHDIZADEH, D.D.S., an individual; ALBORZ MEHDIZADEH, INC., a California Corporation; JILBERT BAKRAMIAN, D.D.S., an individual; MOHAMMED ALTEKREETI, D.D.S., an individual; MAGALY VELASQUEZ, D.D.S., an individual; MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP., a California Corporation; ARAM ARAKELYAN, D.D.S., an individual; NEW MILLENNIUM DENTAL GROUP OF ARAM ARAKELYAN, INC., a California Corporation; MICHAEL HOANG, D.M.D., an individual; WALEED STEPHAN, D.D.S., an individual; W.A. STEPHAN, A DENTAL CORPORATION, a California Corporation; SANTIAGO ROJO, D.D.S., an individual; SANTIAGO A. ROJO, D.D.S., INC., a California Corporation; MARCELO TOLEDO, D.D.S., an individual; MARCELO TOLEDO, D.D.S., INC., a California corporation; MARLENE THOMPSON, D.D.S., an individual; MARLENE THOMPSON, D.D.S., INC., a California Corporation; DOUGLAS NESS, D.D.S., an individual; NESS DENTAL CORPORATION, a California Corporation; GEORGE JARED, D.D.S., an individual; GEORGE JARED, D.D.S., INC., a California corporation; JAMES HEBETS, an individual; THE HEBETS COMPANY, a Missouri Corporation; KBH HEALTHCARE CONSULTING, LLC and DOES 1-250, inclusive.

Defendants.

**TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:**

Notice is hereby given that the undersigned counsel, Andrew J. Galvin, who is admitted to practice in this Court, appears as counsel of record for Defendants in this matter. Effective immediately, please add the undersigned counsel as an attorney to be noticed on all matters at the following address and email:

Andrew J. Galvin
**BARNES & THORNBURG LLP**
2655 W Broadway, Suite 1300
San Diego, CA  92101
Telephone:  (619) 321-5000
Email:    andrew.galvin@btlaw.com

Respectfully submitted,

Dated: April 25, 2023      **BARNES & THORNBURG LLP**

By: */s/ Andrew J. Galvin*
Andrew J. Galvin
Attorneys for Defendants
*Premier Healthcare Management, Inc., Summit Healthcare Management, Inc., Daryl Priest, Nicholas Priest, and Travis Lyon*

1
NOTICE OF APPEARANCE OF ANDREW J. GALVIN