Shireen Matthews (SBN 237930)
shireenmatthews@jonesday.com
Nicholas A. Hodges (SBN 307573)
nhodges@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, California 92121.3134
Telephone: +1.858.314.1200
Facsimile: +1.844.345.3178

Attorneys for Defendants
AYED HAWATMEH, D.D.S. and
HAWATMEH DENTAL GROUP, P.C.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AYED HAWATMEH, D.D.S., an individual; HAWATMEH DENTAL GROUP, P.C., a California corporation; et al.,<br><br>Defendants. | Case No. 3:22-cv-01056-BEN-KSC<br><br>**NOTICE OF APPEARANCE OF NICHOLAS A. HODGES FOR AYED HAWATMEH, D.D.S. AND HAWATMEH DENTAL GROUP** |

Defendants AYED HAWATMEH, D.D.S., an individual; and HAWATMEH DENTAL GROUP, P.C., a California corporation file this Notice of Appearance of Counsel and hereby notifies the Court that Nicholas A. Hodges of the law firm Jones Day, 4655 Executive Drive, Suite 1500, San Diego, California 92121, telephone: 858.314.1200, is appearing as counsel for Defendants AYED HAWATMEH, D.D.S., an individual; and HAWATMEH DENTAL GROUP, P.C., a California

| | |
|---|---|
| 1 | corporation.  All pleadings, discovery, correspondence and other material should be |
| 2 | served upon counsel at the address referenced above. |

Dated: May 9, 2023                                   Respectfully submitted,

                                                    Jones Day

                                        By: *s/ Nicholas A. Hodges*
                                               Nicholas A. Hodges

Counsel for Defendants
AYED HAWATMEH, D.D.S., and
HAWATMEH DENTAL GROUP, P.C.

NOTICE OF APPEARANCE OF NICHOLAS A. HODGES