Benjamin J. Fenton, SBN 243214
**FENTON LAW GROUP LLP**
1990 S. Bundy Drive, Suite 777
Los Angeles, CA 90025
Telephone: 310-444-5244
Facsimile: 310-444-5280

Attorneys for Defendant
MICHAEL HOANG, D.D.S.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL HOANG, D.S.S.<br><br>Defendants. | CASE NO. 22CV1056 TWR NLS<br><br>**DEFENDANT MICHAEL HOANG, D.D.S.' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>FAC FILED: July 19, 2022<br>TRIAL DATE: No Date Set |

FENTON LAW GROUP, LLP

**DEFENDANT MICHAEL HOANG, D.D.S.'S ANSWER TO PLAINTIFF BORREGO COMMUNITY HEALTH FOUNDATION'S FAC**

1. Defendant MICHAEL HOANG, D.D.S., hereby answers the First Amended Complaint (the "FAC") filed by Plaintiff BORREGO COMMUNITY HEALTH FOUNDATION. Defendant generally denies each and every allegation except those hereinafter specifically admitted or those without sufficient knowledge or information to form a belief as to the truth of the allegations.

2. Answering Paragraph 36 of the FAC, Defendant admits that Defendant operated a private dental practice, located at 13672 Hawthorne Blvd., Hawthorne, CA 90250, and that Defendant resides in Long Beach and that Defendant is a dentist. Defendant denies all other allegations of Paragraph 35.

3. Answering Paragraph 214 of the FAC, upon information and belief, DEFENDANT admits the allegations in this paragraph.

4. Answering Paragraph 215 of the FAC, upon information and belief, DEFENDANT denies the allegations that the patients were Borrego Health Patients.

5. Answering Paragraph 216 of the FAC, DEFENDANT upon information and belief, DEFENDANT admits the allegations in this paragraph.

6. Answering Paragraph 217 of the FAC, DEFENDANT denies all allegations in this paragraph.

7. Answering Paragraph 218 of the FAC, DEFENDANT denies all allegations in this paragraph upon information and belief.

8. Answering Paragraph 219 of the FAC, upon information and belief, Defendant denies all allegations in this paragraph.

9. Answering Paragraph 549 of the FAC, upon information and belief, Defendant denies all allegations in this paragraph.

10. Answering Paragraphs 1 through 7 of the FAC, upon information and belief, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis

- 1 -

denies each and every allegation contained therein.

11. Answering Paragraphs 8 through 35 of the FAC, upon information and belief, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

12. Answering Paragraphs 37 through 156 of the FAC, upon information and belief, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

13. Answering Paragraphs 157 through 213 of the FAC, upon information and belief, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

14. Answering Paragraphs 220 through 466 of the FAC, upon information and belief, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

15. Answering Paragraph 447 through 548 of the FAC, upon information and belief, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

16. Answering Paragraph 550 through 562 of the FAC, upon information and belief, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

17. Answering Paragraph 566 through 595 of the FAC, upon information and belief, DEFENDANT is without sufficient knowledge or information to form a

belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

18. Answering Paragraph 601 through 665 of the FAC, upon information and belief, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

19. Answering Paragraph 673 through 752 of the FAC, upon information and belief, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

20. Answering Paragraph 761 through 817 of the FAC, upon information and belief, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

21. Answering Paragraph 868 through 928 of the FAC, upon information and belief, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

## FIRST CAUSE OF ACTION
## RICO

22. Answering Paragraph 563 of the FAC, DEFENDANT denies all allegations in this paragraph.

23. Answering Paragraph 564 of the FAC, DEFENDANT denies all allegations in this paragraph.

24. Answering Paragraph 565 of the FAC, DEFENDANT denies all allegations in this paragraph.

## EIGHTH CAUSE OF ACTION

- 3 -

## BREACH OF CONTRACT

25. Answering Paragraphs 596 through 600 of the FAC, DEFENDANT denies all allegations in each paragraph.

## TWENTY-FIRST CAUSE OF ACTION

### Intentional Misrepresentation

26. Answering Paragraphs 667 through 672 of the FAC, DEFENDANT denies all allegations in each paragraph.

## THIRTY-FOURTH CAUSE OF ACTION

### Negligent Misrepresentation

27. Answering Paragraphs 753 through 760 of the FAC, DEFENDANT denies all allegations in each paragraph.

## FORTY-THIRD CAUSE OF ACTION

### False Promise

28. Answering Paragraphs 818 through 825 of the FAC, DEFENDANT denies all allegations in each paragraph.

## FORTY-FOURTH CAUSE OF ACTION

### Conversion

29. Answering Paragraphs 826 through 830 of the FAC, DEFENDANT denies all allegations in each paragraph.

## FORTY-FIFTH CAUSE OF ACTION

### Inducing Breach of Contract

30. Answering Paragraphs 831 through 838 of the FAC, DEFENDANT denies all allegations in each paragraph.

## FORTY-SIXTH CAUSE OF ACTION

### Intentional Interference with Contractual Relations

31. Answering Paragraphs 839 through 847 of the FAC, DEFENDANT denies all allegations in each paragraph.

## FORTY-SEVENTH CAUSE OF ACTION

## Intentional Interference with Prospective Economic Relations

32. Answering Paragraphs 848 through 856 of the FAC, DEFENDANT denies all allegations in each paragraph.

## FORTY-EIGHTH CAUSE OF ACTION

## Negligent Interference with Prospective Economic Relations

33. Answering Paragraphs 857 through 867 of the FAC, DEFENDANT denies all allegations in each paragraph.

## FORTY-NINTH CAUSE OF ACTION

## Section 17200

34. Answering Paragraphs 867 through 873 of the FAC, DEFENDANT denies all allegations in each paragraph.

## FIFTIETH CAUSE OF ACTION

## Conspiracy

35. Answering Paragraphs 874 through 878 of the FAC, DEFENDANT denies all allegations in each paragraph.

## FIFTY-THIRD CAUSE OF ACTION

## Unjust Enrichment/Restitution

36. Answering Paragraph 890 through 891 of the FAC, DEFENDANT denies all allegation in this paragraph.

## AFFIRMATIVE DEFENSES

MICHAEL HOANG, D.D.S. pleads the following affirmative defenses and reserves the right to assert additional affirmative defenses to the extent that such defenses become known as a result of discovery or otherwise:

1. Plaintiff's claims are barred, in whole or in part, by the fact that he fails to state facts sufficient to constitute a claim upon which relief can be granted against defendants.

- 5 -

2. Plaintiff's claims are barred, in whole or in part, by the statute of limitations.

3. Plaintiff's claims are barred, in whole or in part, by the doctrines of unclean hands, waiver, and laches.

4. Plaintiff's claims are barred, in whole or in part, by the doctrines of res judicata and/or collateral estoppel.

5. Plaintiff's claims are barred, in whole or in part by virtue of settlement and/or release.

6. Defendant is not liable to the extent that the Plaintiff failed to take adequate measures to mitigate damages.

7. Defendant is not liable to the extent that Plaintiff's damages, if any, were proximately caused by Plaintiff's own acts or admissions, or the acts and omissions of some third parties, and that any judgment rendered against defendants must be denied or reduced accordingly.

8. Defendant is not liable to the extent that Defendant acted reasonably and in good faith and did not knowingly perform any acts that would constitute a violation of any rights of any person or entity, including Plaintiff.

9. Plaintiff's claims based on alleged conduct by Defendants are barred, in whole or in part, by the fact that the Plaintiff has suffered no actual injury.

10. Plaintiff's claims are barred, in whole or in part, by virtue of Plaintiff's own willful misconduct.

11. Plaintiff's claims are barred, in whole or in part, by the fact that all actions taken by Defendant were done pursuant to exercise of legitimate business judgment, and were based on legitimate business reasons, justifications, and motives.

12. Plaintiff's claims are barred, in whole or in part, by the fact that Defendants' conduct was authorized by applicable law and constituted lawful,

- 6 -

proper, and justified conduct.

13. Plaintiff's claims are barred, in whole or in part, by the doctrine of avoidable consequences.

14. Plaintiff's claims and allegations in the FAC are vague, ambiguous, and uncertain.

15. Damages and claims for which Plaintiff seeks relief in the FAC, if any, were caused by the acts, errors, or omissions or other fault of third parties and/or contributed to and/or other fault of third parties, for whose conduct Defendant was not responsible.

16. The alleged damages are speculative, uncertain, or contingent, and therefore, are not recoverable.

17. Defendant is not liable for alleged damages due to contribution and/or indemnification.

18. Defendant is not liable to the extent that Plaintiff's damages, if any, are the proximate result of independent, intervening, or superseding causes and/or the conduct of others for which Defendant is not responsible.

19. Defendant reserves the right to add additional defenses as discovery progresses.

## DEMAND FOR JURY TRIAL

Defendant demands a jury trial

## PRAYER

WHEREFORE, Defendant prays as follows:

1. That Plaintiff take nothing by reason of its FAC, that judgment be rendered in favor of defendant;
2. That Defendant be awarded his costs of suit incurred in defense of this action; and
3. For such other relief as the Court deems proper.

- 7 -

1
2   Dated: September 8, 2021              FENTON LAW GROUP, LLP
3
4
5                                          By:   */s/ Benjamin Fenton*
                                                        Benjamin J. Fenton
6                                                         Attorneys for Defendant

## PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 1990 South Bundy Drive, Suite 777, Los Angeles, CA 90025.

On May 9, 2023, I served on the interested parties the document(s) described as **DEFENDANT MICHAEL HOANG, D.D.S.'S ANSWER TO FIRST AMENDED COMPLAINT** by transmitting a true and correct copy thereof addressed as follows:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
Pursuant to controlling General Orders, the foregoing document will be served by the court Via NEF and hyperlink to the document.

On May 09, 2023, I checked the CM/ECF docket for this case or adversary proceeding and determined that the persons on the Electronic Mail Notice List to receive NEF transmission at the e mail addresses on the Court's NEF are current and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*/s/ Nancy Natelsky*
Nancy Natelsky

FENTON LAW GROUP, LLP

-1-

**PROOF OF SERVICE**