**ADAMS & CORZINE**
A Professional Corporation
**DOUGLAS P. ADAMS, ESQ.   SBN 114448**
**MICHAEL K. PAZDERNIK, ESQ. SBN 144337**
740 Oak Avenue Parkway, Suite 120
Folsom, California 95630
Phone: (916) 983-3900
Facsimile: (916) 983-3922

Attorneys for Defendant MOHAMMED AL TEKREETI, D.M.D.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

BORREGO COMMUNITY HEALTH
FOUNDATION, a California nonprofit
Public benefit corporation,

      Plaintiff,

      v.

KAREN HEBETS, an individual;
MIKIA WALLIS, an individual;
DIANA THOMPSON, f/k/a DIANA
TRONCOSO, an individual; HARRY
ILSLEY, an individual;
DENNIS NOURSE, an individual;
MIKE HICKOK, an individual;
CHUCK KIMBALL, an individual;
PREMIER HEALTHCARE
MANAGEMENT, INC., a California
Corporation; SUMMIT
HEALTHCARE MANAGEMENT,
INC., a California Corporation;
DARYL PRIEST, an individual
NICHOLAS PRIEST, an individual;

Case No.:   22CV1056 TWRNLS

**ANSWER TO FIRST AMENDED**
**COMPLAINT BY DEFENDANT**
**MOHAMMED AL TEKREETI,**
**D.M.D.**
**AND DEMAND FOR JURY**

JURY TRIAL DEMANDED

*First amended complaint filed:*
*7.19.2022*

1

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED**
**AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

1  TRAVIS LYON, an individual;
2  HUSAM E. ALDAIRI, D.D.S., an
   individual; ALDAIRI DDS, INC., a
3  California corporation; AYED
4  HAWATMEH, D.D.S., an individual;
5  HAWATMEH DENTAL GROUP,
   P.C., a California Corporation;
6  ALBORZ MEHDIZADEH, D.D.S., an
7  individual; ALBORZ MEHDIZADEH,
   INC., a California Corporation;
8  JILBERT BAKRAMIAN, D.D.S., an
9  individual; MOHAMMED
   ALTEKREETI, D.D.S., an individual;
10 MAGALY VELASQUEZ, D.D.S., an
11 individual; MAGALY M.
12 VELASQUEZ DDS PROFESSIONAL
   DENTAL CORP., a California
13 Corporation; ARAM ARAKELYAN,
14 D.D.S., an individual; NEW
15 MILLENNIUM DENTAL GROUP OF
   ARAM ARAKELYAN, INC., a
16 California Corporation; MICHAEL
17 HOANG, D.M.D., an individual;
   WALEED STEPHAN, D.D.S., an
18 individual; W.A. STEPHAN, A
19 DENTAL CORPORATION, a
   California Corporation; SANTIAGO
20 ROJO, D.D.S., an individual;
21 SANTIAGO A. ROJO, D.D.S., INC., a
   California Corporation; MARCELO
22 TOLEDO, D.D.S., an individual;
23 MARCELO TOLEDO, D.D.S., INC., a
24 California corporation; MARLENE
   THOMPSON, D.D.S., an individual;
25 MARLENE THOMPSON, D.D.S.,
26 INC., a California Corporation;
   DOUGLAS NESS, D.D.S., an
27 individual; NESS DENTAL
28 CORPORATION, a California
   Corporation; GEORGE JARED,

2

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED
AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

D.D.S., an individual; GEORGE
JARED, D.D.S., INC., a California
corporation; JAMES HEBETS, an
individual; THE HEBETS COMPANY,
a Missouri corporation; and DOES 1-
250, inclusive.

                    Defendants.
_____

TO PLAINTIFF HEREIN AND TO ITS ATTORNEY OF RECORD:

         COMES NOW defendant MOHAMMED AL TEKREETI, D.M.D. (hereinafter

"defendant"), in response to the first amended complaint of plaintiff BORREGO

COMMUNITY HEALTH FOUNDATION (hereinafter "plaintiff"), and defendant hereby

demands a jury trial on the first amended complaint and answers the first amended

complaint by admitting, denying, and alleging, as follows:

         1.      Answering paragraph 1 of the first amended complaint, this answering

defendant lacks sufficient knowledge and information to form a belief as to the truth and

accuracy of the allegations of this paragraph of this first amended complaint and therefore

denies same.

         2.      Answering paragraph 2 of the first amended complaint, this answering

defendant lacks sufficient knowledge and information to form a belief as to the truth and

accuracy of the allegations of this paragraph of this first amended complaint and therefore

denies same.

         3.      Answering paragraph 3 of the first amended complaint, this answering

defendant lacks sufficient knowledge and information to form a belief as to the truth and

accuracy of the allegations of this paragraph of this first amended complaint and therefore

denies same.

         4.      Answering paragraph 4 of the first amended complaint, this answering

defendant lacks sufficient knowledge and information to form a belief as to the truth and

accuracy of the allegations of this paragraph of this first amended complaint and therefore

denies same.

3

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED
AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

5.      Answering paragraph 5 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

6.      Answering paragraph 6 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

7.      Answering paragraph 7 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

8.      Answering paragraph 8 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

9.      Answering paragraph 9 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

10.      Answering paragraph 10 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

11.      Answering paragraph 11 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

4

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

12.     Answering paragraph 12 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

13.     Answering paragraph 13 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

14.     Answering paragraph 14 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

15.     Answering paragraph 15 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

16.     Answering paragraph 16 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

17.     Answering paragraph 17 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

18.     Answering paragraph 18 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

19.     Answering paragraph 19 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

20.     Answering paragraph 20 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

21.     Answering paragraph 21 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

22.     Answering paragraph 22 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

23.     Answering paragraph 23 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

24.     Answering paragraph 24 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

25.     Answering paragraph 25 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

26.     Answering paragraph 26 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

27.     Answering paragraph 27 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

28.     Answering paragraph 28 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

29.     Answering paragraph 29 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

30.     Answering paragraph 30 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

31.     Answering paragraph 31 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

32.     Answering paragraph 32 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

7

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

33.     Answering paragraph 33 of the first amended complaint, this answering defendant Mohammed Al Tekreeti, D.M.D., admits he is a licensed dentist in the State of California and he formally was associated with Dr. Husam Aldairi and provided dental services in conjunction with such association.  Defendant further admits he resides in San Diego, Ca.  Defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the remaining allegations of paragraph 33 of the first amended complaint and, therefore, denies same.

34.     Answering paragraph 34 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

35.     Answering paragraph 35 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

36.     Answering paragraph 36 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

37.     Answering paragraph 37 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

38.     Answering paragraph 38 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

8

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

39.     Answering paragraph 39 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

40.     Answering paragraph 40 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

41.     Answering paragraph 41 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

42.     Answering paragraph 42 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

43.     Answering paragraph 43 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

44.     Answering paragraph 44 of the first amended complaint, this answering defendant admits these allegations.

45.     Answering paragraph 45 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

46.     Answering paragraph 46 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

47.    Answering paragraph 47 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

48.    Answering paragraph 48 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

49.    Answering paragraph 49 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

50.    Answering paragraph 50 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

51.    Answering paragraph 51 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

52.    Answering paragraph 52 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

53.    Answering paragraph 53 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

54.     Answering paragraph 54 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

55.     Answering paragraph 55 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

56.     Answering paragraph 56 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

57.     Answering paragraph 57 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

58.     Answering paragraph 58 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

59.     Answering paragraph 59 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

60.     Answering paragraph 60 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

61.     Answering paragraph 61 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

62.     Answering paragraph 62 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

63.     Answering paragraph 63 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

64.     Answering paragraph 64 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

65.     Answering paragraph 65 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

66.     Answering paragraph 66 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

67.     Answering paragraph 67 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

68.      Answering paragraph 68 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

69.      Answering paragraph 69 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

70.      Answering paragraph 70 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

71.      Answering paragraph 71 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

72.      Answering paragraph 72 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

73.      Answering paragraph 73 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

74.      Answering paragraph 74 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

75.     Answering paragraph 75 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

76.     Answering paragraph 76 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

77.     Answering paragraph 77 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

78.     Answering paragraph 78 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

79.     Answering paragraph 79 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

80.     Answering paragraph 80 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

81.     Answering paragraph 81 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

14

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

82.    Answering paragraph 82 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

83.    Answering paragraph 83 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

84.    Answering paragraph 84 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

85.    Answering paragraph 85 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

86.    Answering paragraph 86 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

87.    Answering paragraph 87 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

88.    Answering paragraph 88 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

89.     Answering paragraph 89 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

90.     Answering paragraph 90 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

91.     Answering paragraph 91 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

92.     Answering paragraph 92 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

93.     Answering paragraph 93 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

94.     Answering paragraph 94 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

95.     Answering paragraph 95 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

96.    Answering paragraph 96 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

97.    Answering paragraph 97 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

98.    Answering paragraph 98 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

99.    Answering paragraph 99 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

100.   Answering paragraph 100 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

101.   Answering paragraph 101 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

102.   Answering paragraph 102 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

103.    Answering paragraph 103 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

104.    Answering paragraph 104 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

105.    Answering paragraph 105 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

106.    Answering paragraph 106 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

107.    Answering paragraph 107 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

108.    Answering paragraph 108 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

109.    Answering paragraph 109 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

18

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

110.    Answering paragraph 110 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

111.    Answering paragraph 111 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

112.    Answering paragraph 112 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

113.    Answering paragraph 113 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

114.    Answering paragraph 114 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

115.    Answering paragraph 115 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

116.    Answering paragraph 116 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

117.   Answering paragraph 117 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

118.   Answering paragraph 118 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

119.   Answering paragraph 119 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

120.   Answering paragraph 120 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

121.   Answering paragraph 121 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

122.   Answering paragraph 122 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

123.   Answering paragraph 123 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

124.   Answering paragraph 124 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

125.   Answering paragraph 125 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

126.   Answering paragraph 126 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

127.   Answering paragraph 127 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

128.   Answering paragraph 128 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

129.   Answering paragraph 129 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

130.   Answering paragraph 130 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

131.   Answering paragraph 131 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

132.   Answering paragraph 132 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

133.   Answering paragraph 133 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

134.   Answering paragraph 134 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

135.   Answering paragraph 135 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

136.   Answering paragraph 136 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

137.   Answering paragraph 137 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

138.   Answering paragraph 138 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

139.   Answering paragraph 139 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

140.   Answering paragraph 140 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

141.   Answering paragraph 141 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

142.   Answering paragraph 142 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

143.   Answering paragraph 143 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

144.   Answering paragraph 144 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

145.   Answering paragraph 145 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

146.   Answering paragraph 146 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

147.   Answering paragraph 147 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

148.   Answering paragraph 148 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

149.   Answering paragraph 149 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

150.   Answering paragraph 150 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

151.   Answering paragraph 151 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

24

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

152.   Answering paragraph 152 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

153.   Answering paragraph 153 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

154.   Answering paragraph 154 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

155.   Answering paragraph 155 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

156.   Answering paragraph 156 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

157.   Answering paragraph 157 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

158.   Answering paragraph 158 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

159.   Answering paragraph 159 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

160.   Answering paragraph 160 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

161.   Answering paragraph 161 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

162.   Answering paragraph 162 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

163.   Answering paragraph 163 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

164.   Answering paragraph 164 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

165.   Answering paragraph 165 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

166.   Answering paragraph 166 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

167.   Answering paragraph 167 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

168.   Answering paragraph 168 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

169.   Answering paragraph 169 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

170.   Answering paragraph 170 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

171.   Answering paragraph 171 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

172.   Answering paragraph 172 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

173.    Answering paragraph 173 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

174.    Answering paragraph 174 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

175.    Answering paragraph 175 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

176.    Answering paragraph 176 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

177.    Answering paragraph 177 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

178.    Answering paragraph 178 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

179.    Answering paragraph 179 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

180.   Answering paragraph 180 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

181.   Answering paragraph 181 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

182.   Answering paragraph 182 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

183.   Answering paragraph 183 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

184.   Answering paragraph 184 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

185.   Answering paragraph 185 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

186.   Answering paragraph 186 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

187.   Answering paragraph 187 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

188.   Answering paragraph 188 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

189.   Answering paragraph 189 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

190.   Answering paragraph 190 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

191.   Answering paragraph 191 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

192.   Answering paragraph 192 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

193.   Answering paragraph 193 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

194.   Answering paragraph 194 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

195.   Answering paragraph 195 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

196.   Answering paragraph 196 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

197.   Answering paragraph 197 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

198.   Answering paragraph 198 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

199.   Answering paragraph 199 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

200.   Answering paragraph 200 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

201.   Answering paragraph 201 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

202.   Answering paragraph 202 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

203.   Answering paragraph 203 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

204.   Answering paragraph 204 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

205.   Answering paragraph 205 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

206.   Answering paragraph 206 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

207.   Answering paragraph 207 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

208.   Answering paragraph 208 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

209.   Answering paragraph 209 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

210.   Answering paragraph 210 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

211.   Answering paragraph 211 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

212.   Answering paragraph 212 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

213.   Answering paragraph 213 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

214.   Answering paragraph 214 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

215.   Answering paragraph 215 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

216.   Answering paragraph 216 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

217.   Answering paragraph 217 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

218.   Answering paragraph 218 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

219.   Answering paragraph 219 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

220.   Answering paragraph 220 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

221.   Answering paragraph 221 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

34

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

222.   Answering paragraph 222 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

223.   Answering paragraph 223 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

224.   Answering paragraph 224 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

225.   Answering paragraph 225 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

226.   Answering paragraph 226 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

227.   Answering paragraph 227 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

228.   Answering paragraph 228 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

229.   Answering paragraph 229 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

230.   Answering paragraph 230 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

231.   Answering paragraph 231 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

232.   Answering paragraph 232 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

233.   Answering paragraph 233 of the first amended complaint, this answering defendant admits he was associated with Dr. Aldairi and provided dental services per such association.  This answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the remaining allegations of paragraph 233 of this paragraph of this first amended complaint and therefore denies same.

234.   Answering paragraph 234 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

235.   Answering paragraph 235 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

236.   Answering paragraph 236 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

237.   Answering paragraph 237 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

238.   Answering paragraph 238 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

239.   Answering paragraph 239 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

240.   Answering paragraph 240 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

241.   Answering paragraph 241 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

242.   Answering paragraph 242 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

243.   Answering paragraph 243 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

244.   Answering paragraph 244 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

245.   Answering paragraph 245 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

246.   Answering paragraph 246 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

247.   Answering paragraph 247 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

248.   Answering paragraph 248 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

249.   Answering paragraph 249 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

250.   Answering paragraph 250 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

251.   Answering paragraph 251 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

252.   Answering paragraph 252 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

253.   Answering paragraph 253 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

254.   Answering paragraph 254 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

255.   Answering paragraph 255 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

256.   Answering paragraph 256 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

257.   Answering paragraph 257 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

258.   Answering paragraph 258 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

259.   Answering paragraph 259 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

260.   Answering paragraph 260 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

261.   Answering paragraph 261 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

262.   Answering paragraph 262 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

263.   Answering paragraph 263 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

264.   Answering paragraph 264 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

265.   Answering paragraph 265 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

266.   Answering paragraph 266 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

267.   Answering paragraph 267 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

268.   Answering paragraph 268 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

269.   Answering paragraph 269 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

270.   Answering paragraph 270 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

271.   Answering paragraph 271 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

272.   Answering paragraph 272 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

273.   Answering paragraph 273 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

274.   Answering paragraph 274 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

275.   Answering paragraph 275 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

276.   Answering paragraph 276 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

277.   Answering paragraph 277 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

278.   Answering paragraph 278 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

279.   Answering paragraph 279 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

280.   Answering paragraph 280 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

281.   Answering paragraph 281 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

282.   Answering paragraph 282 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

283.   Answering paragraph 283 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

284.   Answering paragraph 284 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

285.   Answering paragraph 285 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

286.   Answering paragraph 286 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

287.   Answering paragraph 287 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

288.   Answering paragraph 288 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

289.   Answering paragraph 289 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

290.   Answering paragraph 290 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

291.   Answering paragraph 291 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

292.   Answering paragraph 292 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

293.   Answering paragraph 293 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

294.   Answering paragraph 294 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

295.   Answering paragraph 295 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

296.   Answering paragraph 296 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

297.   Answering paragraph 297 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

298.   Answering paragraph 298 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

299.   Answering paragraph 299 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

300.   Answering paragraph 300 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

301.   Answering paragraph 301 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

302.   Answering paragraph 302 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

303.   Answering paragraph 303 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

304.   Answering paragraph 304 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

305.   Answering paragraph 305 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

306.   Answering paragraph 306 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

307.   Answering paragraph 307 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

308.   Answering paragraph 308 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

309.   Answering paragraph 309 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

310.   Answering paragraph 310 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

311.   Answering paragraph 311 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

312.   Answering paragraph 312 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

313.   Answering paragraph 313 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

314.   Answering paragraph 314 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

315.   Answering paragraph 315 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

316.   Answering paragraph 316 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

317.   Answering paragraph 317 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

318.   Answering paragraph 318 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

319.   Answering paragraph 319 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

320.   Answering paragraph 320 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

321.   Answering paragraph 321 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

322.   Answering paragraph 322 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

323.   Answering paragraph 323 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

324.   Answering paragraph 324 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

325.   Answering paragraph 325 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

326.   Answering paragraph 326 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

327.   Answering paragraph 327 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

328.   Answering paragraph 328 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

329.   Answering paragraph 329 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

330.   Answering paragraph 330 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

331.   Answering paragraph 331 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

332.   Answering paragraph 332 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

333.   Answering paragraph 333 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

334.   Answering paragraph 334 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

335.   Answering paragraph 335 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

336.   Answering paragraph 336 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

337.   Answering paragraph 337 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

338.   Answering paragraph 338 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

339.   Answering paragraph 339 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

340.   Answering paragraph 340 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

341.   Answering paragraph 341 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

342.   Answering paragraph 342 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

343.   Answering paragraph 343 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

344.   Answering paragraph 344 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

345.   Answering paragraph 345 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

346.   Answering paragraph 346 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

347.   Answering paragraph 347 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

348.   Answering paragraph 348 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

349.   Answering paragraph 349 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

350.   Answering paragraph 350 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

351.   Answering paragraph 351 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

352.   Answering paragraph 352 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

353.   Answering paragraph 353 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

354.   Answering paragraph 354 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

355.   Answering paragraph 355 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

356.   Answering paragraph 356 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

357.   Answering paragraph 357 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

358.   Answering paragraph 358 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

359.   Answering paragraph 359 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

360.   Answering paragraph 360 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

361.   Answering paragraph 361 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

362.   Answering paragraph 362 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

363.   Answering paragraph 363 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

364.   Answering paragraph 364 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

365.   Answering paragraph 365 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

366.   Answering paragraph 366 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

367.   Answering paragraph 367 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

368.    Answering paragraph 368 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

369.    Answering paragraph 369 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

370.    Answering paragraph 370 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

371.    Answering paragraph 371 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

372.    Answering paragraph 372 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

373.    Answering paragraph 373 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

374.    Answering paragraph 374 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

375.   Answering paragraph 375 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

376.   Answering paragraph 376 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

377.   Answering paragraph 377 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

378.   Answering paragraph 378 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

379.   Answering paragraph 379 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

380.   Answering paragraph 380 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

381.   Answering paragraph 381 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

382.   Answering paragraph 382 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

383.   Answering paragraph 383 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

384.   Answering paragraph 384 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

385.   Answering paragraph 385 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

386.   Answering paragraph 386 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

387.   Answering paragraph 387 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

388.   Answering paragraph 388 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

389.   Answering paragraph 389 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

390.   Answering paragraph 390 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

391.   Answering paragraph 391 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

392.   Answering paragraph 392 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

393.   Answering paragraph 393 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

394.   Answering paragraph 394 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

395.   Answering paragraph 395 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

396. Answering paragraph 396 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

397. Answering paragraph 397 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

398. Answering paragraph 398 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

399. Answering paragraph 399 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

400. Answering paragraph 300 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

401. Answering paragraph 401 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

402. Answering paragraph 402 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

403.   Answering paragraph 403 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

404.   Answering paragraph 404 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

405.   Answering paragraph 405 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

406.   Answering paragraph 406 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

407.   Answering paragraph 407 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

408.   Answering paragraph 408 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

409.   Answering paragraph 409 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

410.    Answering paragraph 410 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

411.    Answering paragraph 411 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

412.    Answering paragraph 412 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

413.    Answering paragraph 413 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

414.    Answering paragraph 414 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

415.    Answering paragraph 415 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

416.    Answering paragraph 416 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

417.   Answering paragraph 417 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

418.   Answering paragraph 418 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

419.   Answering paragraph 419 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

420.   Answering paragraph 420 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

421.   Answering paragraph 421 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

422.   Answering paragraph 422 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

423.   Answering paragraph 423 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

424.   Answering paragraph 424 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

425.   Answering paragraph 425 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

426.   Answering paragraph 426 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

427.   Answering paragraph 427 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

428.   Answering paragraph 428 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

429.   Answering paragraph 429 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

430.   Answering paragraph 430 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

431.    Answering paragraph 431 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

432.    Answering paragraph 432 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

433.    Answering paragraph 433 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

434.    Answering paragraph 434 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

435.    Answering paragraph 435 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

436.    Answering paragraph 436 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

437.    Answering paragraph 437 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

438.   Answering paragraph 438 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

439.   Answering paragraph 439 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

440.   Answering paragraph 440 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

441.   Answering paragraph 441 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

442.   Answering paragraph 442 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

443.   Answering paragraph 443 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

444.   Answering paragraph 444 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

445.   Answering paragraph 445 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

446.   Answering paragraph 446 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

447.   Answering paragraph 447 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

448.   Answering paragraph 448 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

449.   Answering paragraph 449 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

450.   Answering paragraph 450 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

451.   Answering paragraph 451 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

452.   Answering paragraph 452 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

453.   Answering paragraph 453 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

454.   Answering paragraph 454 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

455.   Answering paragraph 455 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

456.   Answering paragraph 456 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

457.   Answering paragraph 457 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

458.   Answering paragraph 458 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

459.   Answering paragraph 459 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

460.   Answering paragraph 460 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

461.   Answering paragraph 461 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

462.   Answering paragraph 462 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

463.   Answering paragraph 463 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

464.   Answering paragraph 464 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

465.   Answering paragraph 465 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

466.    Answering paragraph 466 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

467.    Answering paragraph 467 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

468.    Answering paragraph 468 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

469.    Answering paragraph 469 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

470.    Answering paragraph 470 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

471.    Answering paragraph 471 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

472.    Answering paragraph 472 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

473.   Answering paragraph 473 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

474.   Answering paragraph 474 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

475.   Answering paragraph 475 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

476.   Answering paragraph 476 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

477.   Answering paragraph 477 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

478.   Answering paragraph 478 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

479.   Answering paragraph 479 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

480.    Answering paragraph 480 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

481.    Answering paragraph 481 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

482.    Answering paragraph 482 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

483.    Answering paragraph 483 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

484.    Answering paragraph 484 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

485.    Answering paragraph 485 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

486.    Answering paragraph 486 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

487.   Answering paragraph 487 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

488.   Answering paragraph 488 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

489.   Answering paragraph 489 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

490.   Answering paragraph 490 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

491.   Answering paragraph 491 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

492.   Answering paragraph 492 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

493.   Answering paragraph 493 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

494.   Answering paragraph 494 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

495.   Answering paragraph 495 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

496.   Answering paragraph 496 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

497.   Answering paragraph 497 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

498.   Answering paragraph 498 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

499.   Answering paragraph 499 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

500.   Answering paragraph 500 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

501.    Answering paragraph 501 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

502.    Answering paragraph 502 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

503.    Answering paragraph 503 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

504.    Answering paragraph 504 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

505.    Answering paragraph 505 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

506.    Answering paragraph 506 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

507.    Answering paragraph 507 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

508.   Answering paragraph 508 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

509.   Answering paragraph 509 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

510.   Answering paragraph 510 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

511.   Answering paragraph 511 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

512.   Answering paragraph 512 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

513.   Answering paragraph 513 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

514.   Answering paragraph 514 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

515.   Answering paragraph 515 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

516.   Answering paragraph 516 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

517.   Answering paragraph 517 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a bel6ief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

518.   Answering paragraph 518 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

519.   Answering paragraph 519 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

520.   Answering paragraph 520 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

521.   Answering paragraph 521 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

522.   Answering paragraph 522 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

523.   Answering paragraph 523 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

524.   Answering paragraph 524 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

525.   Answering paragraph 525 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

526.   Answering paragraph 526 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

527.   Answering paragraph 527 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

528.   Answering paragraph 528 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

529.   Answering paragraph 529 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

530.   Answering paragraph 530 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

531.   Answering paragraph 531 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

532.   Answering paragraph 532 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

533.   Answering paragraph 533 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

534.   Answering paragraph 534 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

535.   Answering paragraph 535 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

536.   Answering paragraph 536 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

537.   Answering paragraph 537 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

538.   Answering paragraph 538 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

539.   Answering paragraph 539 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

540.   Answering paragraph 540 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

541.   Answering paragraph 541 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

542.   Answering paragraph 542 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

543.   Answering paragraph 543 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

544.   Answering paragraph 544 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

545.   Answering paragraph 545 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

546.   Answering paragraph 546 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

547.   Answering paragraph 547 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

548.   Answering paragraph 548 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

549.   Answering paragraph 549 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

550.   Answering paragraph 550 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

551.   Answering paragraph 551 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

552.   Answering paragraph 552 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

553.   Answering paragraph 553 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

554.   Answering paragraph 554 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

555.   Answering paragraph 555 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

556.   Answering paragraph 556 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

82

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

557.   Answering paragraph 557 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

558.   Answering paragraph 558 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

559.   Answering paragraph 559 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

560.   Answering paragraph 560 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

561.   Answering paragraph 561 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

562.   Answering paragraph 562 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

563.   Answering paragraph 563 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

564.    Answering paragraph 564 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

565.    Answering paragraph 565 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

566.    Answering paragraph 566 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

567.    Answering paragraph 567 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

568.    Answering paragraph 568 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

569.    Answering paragraph 569 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

570.    Answering paragraph 570 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

571.   Answering paragraph 571 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

572.   Answering paragraph 572 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

573.   Answering paragraph 573 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

574.   Answering paragraph 574 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

575.   Answering paragraph 575 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

576.   Answering paragraph 576 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

577.   Answering paragraph 577 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

578.   Answering paragraph 578 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

579.   Answering paragraph 579 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

580.   Answering paragraph 580 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

581.   Answering paragraph 581 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

582.   Answering paragraph 582 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

583.   Answering paragraph 583 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

584.   Answering paragraph 584 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

585.   Answering paragraph 585 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

586.   Answering paragraph 586 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

587.   Answering paragraph 587 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

588.   Answering paragraph 588 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

589.   Answering paragraph 589 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

590.   Answering paragraph 590 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

591.   Answering paragraph 591 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

592.   Answering paragraph 592 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

593.   Answering paragraph 593 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

594.   Answering paragraph 594 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

595.   Answering paragraph 595 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

596.   Answering paragraph 596 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

597.   Answering paragraph 597 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

598.   Answering paragraph 598 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

599.   Answering paragraph 599 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

600.   Answering paragraph 600 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

601.   Answering paragraph 601 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

602.   Answering paragraph 602 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

603.   Answering paragraph 603 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

604.   Answering paragraph 604 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

605.   Answering paragraph 605 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

89

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

606. Answering paragraph 606 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

607. Answering paragraph 607 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

608. Answering paragraph 608 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

609. Answering paragraph 609 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

610. Answering paragraph 610 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

611. Answering paragraph 611 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

612. Answering paragraph 612 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

613.    Answering paragraph 613 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

614.    Answering paragraph 614 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

615.    Answering paragraph 615 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

616.    Answering paragraph 616 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

617.    Answering paragraph 617 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

618.    Answering paragraph 618 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

619.    Answering paragraph 619 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

91

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

620.   Answering paragraph 620 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

621.   Answering paragraph 621 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

622.   Answering paragraph 622 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

623.   Answering paragraph 623 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

624.   Answering paragraph 624 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

625.   Answering paragraph 625 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

626.   Answering paragraph 626 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

627. Answering paragraph 627 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

628. Answering paragraph 628 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

629. Answering paragraph 629 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

630. Answering paragraph 630 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

631. Answering paragraph 631 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

632. Answering paragraph 632 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

633. Answering paragraph 633 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

634.    Answering paragraph 634 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

635.    Answering paragraph 635 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

636.    Answering paragraph 636 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

637.    Answering paragraph 637 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

638.    Answering paragraph 638 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

639.    Answering paragraph 639 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

640.    Answering paragraph 640 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

641.   Answering paragraph 641 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

642.   Answering paragraph 642 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

643.   Answering paragraph 643 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

644.   Answering paragraph 644 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

645.   Answering paragraph 645 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

646.   Answering paragraph 646 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

647.   Answering paragraph 647 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

648.   Answering paragraph 648 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

649.   Answering paragraph 649 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

650.   Answering paragraph 650 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

651.   Answering paragraph 651 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

652.   Answering paragraph 652 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

653.   Answering paragraph 653 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

654.   Answering paragraph 654 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

655.   Answering paragraph 655 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

656.   Answering paragraph 656 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

657.   Answering paragraph 657 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

658.   Answering paragraph 658 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

659.   Answering paragraph 659 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

660.   Answering paragraph 660 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

661.   Answering paragraph 661 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

662.   Answering paragraph 662 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

663.   Answering paragraph 663 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

664.   Answering paragraph 664 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

665.   Answering paragraph 665 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

666.   Answering paragraph 666 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

667.   Answering paragraph 667 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

668.   Answering paragraph 668 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

98

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

669.   Answering paragraph 669 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

670.   Answering paragraph 670 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

671.   Answering paragraph 671 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

672.   Answering paragraph 672 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

673.   Answering paragraph 673 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

674.   Answering paragraph 674 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

675.   Answering paragraph 675 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

676.   Answering paragraph 676 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

677.   Answering paragraph 677 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

678.   Answering paragraph 678 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

679.   Answering paragraph 679 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

680.   Answering paragraph 680 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

681.   Answering paragraph 681 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

682.   Answering paragraph 682 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

683.   Answering paragraph 683 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

684.   Answering paragraph 684 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

685.   Answering paragraph 685 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

686.   Answering paragraph 686 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

687.   Answering paragraph 687 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

688.   Answering paragraph 688 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

689.   Answering paragraph 689 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

690.   Answering paragraph 690 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

691.   Answering paragraph 691 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

692.   Answering paragraph 692 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

693.   Answering paragraph 693 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

694.   Answering paragraph 694 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

695.   Answering paragraph 695 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

696.   Answering paragraph 696 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

697.   Answering paragraph 697 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

698.   Answering paragraph 698 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

699.   Answering paragraph 699 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

700.   Answering paragraph 700 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

701.   Answering paragraph 701 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

702.   Answering paragraph 702 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

703.   Answering paragraph 703 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

704.   Answering paragraph 704 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

705.   Answering paragraph 705 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

706.   Answering paragraph 706 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

707.   Answering paragraph 707 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

708.   Answering paragraph 708 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

709.   Answering paragraph 709 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

710.   Answering paragraph 710 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

711.   Answering paragraph 711 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

712.   Answering paragraph 712 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

713.   Answering paragraph 713 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

714.   Answering paragraph 714 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

715.   Answering paragraph 715 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

716.   Answering paragraph 716 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

717.   Answering paragraph 717 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

718.   Answering paragraph 718 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

719.   Answering paragraph 719 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

720.   Answering paragraph 720 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

721.   Answering paragraph 721 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

722.   Answering paragraph 722 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

723.   Answering paragraph 723 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

724.   Answering paragraph 724 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

725.   Answering paragraph 725 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

726.   Answering paragraph 726 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

727.   Answering paragraph 727 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

728.   Answering paragraph 728 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

729.   Answering paragraph 729 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

730.   Answering paragraph 730 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

731.   Answering paragraph 731 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

732.   Answering paragraph 732 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

733.   Answering paragraph 733 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

734.   Answering paragraph 734 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

735.   Answering paragraph 735 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

736.   Answering paragraph 736 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

737.   Answering paragraph 737 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

738.   Answering paragraph 738 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

739.    Answering paragraph 739 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

740.    Answering paragraph 740 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

741.    Answering paragraph 741 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

742.    Answering paragraph 742 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

743.    Answering paragraph 743 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

744.    Answering paragraph 744 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

745.    Answering paragraph 745 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

746.   Answering paragraph 746 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

747.   Answering paragraph 747 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

748.   Answering paragraph 748 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

749.   Answering paragraph 749 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

750.   Answering paragraph 750 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

751.   Answering paragraph 751 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

752.   Answering paragraph 752 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

753.   Answering paragraph 753 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

754.   Answering paragraph 754 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

755.   Answering paragraph 755 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

756.   Answering paragraph 756 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

757.   Answering paragraph 757 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

758.   Answering paragraph 758 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

759.   Answering paragraph 759 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

760.   Answering paragraph 760 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

761.   Answering paragraph 761 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

762.   Answering paragraph 762 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

763.   Answering paragraph 763 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

764.   Answering paragraph 764 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

765.   Answering paragraph 765 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

766.   Answering paragraph 766 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

767. Answering paragraph 767 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

768. Answering paragraph 768 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

769. Answering paragraph 769 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

770. Answering paragraph 770 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

771. Answering paragraph 771 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

772. Answering paragraph 772 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

773. Answering paragraph 773 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

774. Answering paragraph 774 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

775. Answering paragraph 775 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

776. Answering paragraph 776 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

777. Answering paragraph 777 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

778. Answering paragraph 778 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

779. Answering paragraph 779 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

780. Answering paragraph 780 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

781.   Answering paragraph 781 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

782.   Answering paragraph 782 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

783.   Answering paragraph 783 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

784.   Answering paragraph 784 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

785.   Answering paragraph 785 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

786.   Answering paragraph 786 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

787.   Answering paragraph 787 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

788. Answering paragraph 788 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

789. Answering paragraph 789 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

790. Answering paragraph 790 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

791. Answering paragraph 791 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

792. Answering paragraph 792 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

793. Answering paragraph 793 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

794. Answering paragraph 794 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

795.   Answering paragraph 795 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

796.   Answering paragraph 796 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

797.   Answering paragraph 797 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

798.   Answering paragraph 798 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

799.   Answering paragraph 799 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

800.   Answering paragraph 800 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

801.   Answering paragraph 801 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

802.   Answering paragraph 802 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

803.   Answering paragraph 803 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

804.   Answering paragraph 804 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

805.   Answering paragraph 805 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

806.   Answering paragraph 806 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

807.   Answering paragraph 807 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

808.   Answering paragraph 808 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

809.   Answering paragraph 809 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

810.   Answering paragraph 810 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

811.   Answering paragraph 811 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

812.   Answering paragraph 812 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

813.   Answering paragraph 813 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

814.   Answering paragraph 814 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

815.   Answering paragraph 815 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

816.   Answering paragraph 816 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

817.   Answering paragraph 817 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

818.   Answering paragraph 818 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

819.   Answering paragraph 819 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

820.   Answering paragraph 820 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

821.   Answering paragraph 821 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

822.   Answering paragraph 822 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

823.   Answering paragraph 823 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

824.   Answering paragraph 824 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

825.   Answering paragraph 825 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

826.   Answering paragraph 826 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

827.   Answering paragraph 827 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

828.   Answering paragraph 828 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

829.   Answering paragraph 829 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

830. Answering paragraph 830 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

831. Answering paragraph 831 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

832. Answering paragraph 832 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

833. Answering paragraph 833 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

834. Answering paragraph 834 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

835. Answering paragraph 835 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

836. Answering paragraph 836 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

837.   Answering paragraph 837 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

838.   Answering paragraph 838 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

839.   Answering paragraph 839 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

840.   Answering paragraph 840 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

841.   Answering paragraph 841 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

842.   Answering paragraph 842 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

843.   Answering paragraph 843 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

844.   Answering paragraph 844 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

845.   Answering paragraph 845 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

846.   Answering paragraph 846 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

847.   Answering paragraph 847 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

848.   Answering paragraph 848 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

849.   Answering paragraph 849 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

850.   Answering paragraph 850 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

851.   Answering paragraph 851 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

852.   Answering paragraph 852 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

853.   Answering paragraph 853 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

854.   Answering paragraph 854 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

855.   Answering paragraph 855 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

856.   Answering paragraph 856 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

857.   Answering paragraph 857 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

858.    Answering paragraph 858 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

859.    Answering paragraph 859 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

860.    Answering paragraph 860 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

861.    Answering paragraph 861 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

862.    Answering paragraph 862 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

863.    Answering paragraph 863 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

864.    Answering paragraph 864 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

865. Answering paragraph 865 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

866. Answering paragraph 866 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

867. Answering paragraph 867 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

868. Answering paragraph 868 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

869. Answering paragraph 869 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

870. Answering paragraph 870 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

871. Answering paragraph 871 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

872.   Answering paragraph 872 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

873.   Answering paragraph 873 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

874.   Answering paragraph 874 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

875.   Answering paragraph 875 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

876.   Answering paragraph 876 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

877.   Answering paragraph 877 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

878.   Answering paragraph 878 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

879. Answering paragraph 879 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

880. Answering paragraph 880 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

881. Answering paragraph 881 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

882. Answering paragraph 882 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

883. Answering paragraph 883 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

884. Answering paragraph 884 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

885. Answering paragraph 885 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

886.    Answering paragraph 886 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

887.    Answering paragraph 887 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

888.    Answering paragraph 888 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

889.    Answering paragraph 889 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

890.    Answering paragraph 890 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

891.    Answering paragraph 891 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

892.    Answering paragraph 892 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

893. Answering paragraph 893 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

894. Answering paragraph 894 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

895. Answering paragraph 895 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

896. Answering paragraph 896 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

897. Answering paragraph 897 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

898. Answering paragraph 898 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

899. Answering paragraph 899 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

900.   Answering paragraph 890 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

901.   Answering paragraph 901 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

902.   Answering paragraph 902 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

903.   Answering paragraph 903 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

904.   Answering paragraph 904 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

905.   Answering paragraph 905 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

906.   Answering paragraph 906 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

907.   Answering paragraph 907 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

908.   Answering paragraph 908 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

909.   Answering paragraph 909 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

910.   Answering paragraph 910 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

911.   Answering paragraph 911 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

912.   Answering paragraph 912 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

913.   Answering paragraph 913 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

914.   Answering paragraph 914 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

915.   Answering paragraph 915 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

916.   Answering paragraph 916 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

917.   Answering paragraph 917 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

918.   Answering paragraph 918 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

919.   Answering paragraph 919 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

920.   Answering paragraph 920 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

921.   Answering paragraph 921 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

922.   Answering paragraph 922 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

923.   Answering paragraph 923 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

924.   Answering paragraph 924 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

925.   Answering paragraph 925 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

926.   Answering paragraph 926 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

927.   Answering paragraph 927 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

928.   Answering paragraph 928 of the first amended complaint, this answering defendant lacks sufficient knowledge and information to form a belief as to the truth and accuracy of the allegations of this paragraph of this first amended complaint and therefore denies same.

929.   Any allegations of the first amended complaint not specifically admitted above are hereby denied.

FIRST AFFIRMATIVE DEFENSE

930.   Defendant alleges that the first amended complaint, and each and every cause of action contained therein, fails to state facts sufficient to constitute a cause of action against the defendant.

SECOND AFFIRMATIVE DEFENSE

931.   Defendant alleges that the claims for relief alleged in the first amended complaint are barred by the applicable statute of limitations, including but not limited to, Code of Civil Procedure §§ 335.1, 338, 339, 340(3), 340.5 and 340.6.

THIRD AFFIRMATIVE DEFENSE

932.   Defendant alleges that plaintiff is barred from recovery herein in that the negligence of plaintiff was a proximate cause of the act or acts, or event or events, alleged in the first amended complaint, and damages, if any, must be reduced in proportion to the negligence of plaintiff which caused damage to plaintiff at the times and places alleged in the first amended complaint.

FOURTH AFFIRMATIVE DEFENSE

933.   Defendant alleges that plaintiff, with actual or constructive knowledge of the facts alleged in the first amended complaint, was under a duty to mitigate damages, if any, and plaintiff failed to fulfill such a duty; and, as a consequence, defendant is exonerated from liability to plaintiff and all damages alleged are the sole and proximate result of the failure of plaintiff to mitigate damages.

136

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

## FIFTH AFFIRMATIVE DEFENSE

934.   The first amended complaint is further barred in that plaintiff consented expressly and impliedly to any acts or conduct attributed to this answering defendant.

## SIXTH AFFIRMATIVE DEFENSE

935.   Defendant alleges that the first amended complaint is barred because defendant's treatment of patients of plaintiff and defendant's actions as to billing, as opposed to the acts of other defendants, was at all times, lawful, professional and within the standard of care.

## SEVENTH AFFIRMATIVE DEFENSE

936.   Defendant alleges that the first amended complaint is barred because the damages alleged by plaintiff, if any, were caused either by the acts of plaintiff or the acts of a third party or parties, rather than by any action of defendants.  Thus, any recovery by plaintiff must be apportioned, taking into account the negligence of plaintiff and any negligent third party.

## EIGHTH AFFIRMATIVE DEFENSE

937.   Defendant alleges that the first amended complaint is barred because all treatment by defendant was pursuant to adequate informed consent and lack of informed consent did not cause plaintiff or plaintiff's patients, any injury.

## NINTH AFFIRMATIVE DEFENSE

938.   Defendant alleges that the first amended complaint is barred by the doctrine of accord and satisfaction.

## TENTH AFFIRMATIVE DEFENSE

939.   Defendant alleges that the first amended complaint is barred by the doctrine of release.

## ELEVENTH AFFIRMATIVE DEFENSE

940.   Defendant alleges that the first amended complaint is barred by the doctrine of res judicata.

## TWELFTH AFFIRMATIVE DEFENSE

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

941.   Defendant alleges that the first amended complaint is barred by the doctrine of "unclean hands."

THIRTEENTH AFFIRMATIVE DEFENSE

942.   Defendant alleges that the first amended complaint is barred by the doctrine of laches.

FOURTEENTH AFFIRMATIVE DEFENSE

943.  Defendant alleges that the first amended complaint is barred because each of the alleged negligent acts of defendant, as pled in the first amended complaint, were matters within defendant's clinical judgment, and were appropriate exercises of such judgment and are, thus, not actionable.

FIFTEENTH AFFIRMATIVE DEFENSE

944.  Defendant alleges that the first amended complaint, and each cause of action therein, is barred as each cause of action is based solely upon communications that are privileged by Civil Code § 47 and therefore, such communications are not actionable under any theory of law, including but not limited to Civil Code § 56 et seq.

SIXTEENTH AFFIRMATIVE DEFENSE

945.   Defendant, having just begun its discovery process and not having sufficient time to discover all facts necessary to defend himself, hereby, alleges the following affirmative defenses, upon information and belief, per Rule 8, FRCP, so as not to waive them at this time:  arbitration and award; assumption of risk; contributory negligence; duress; estoppel; failure of consideration; fraud; illegality;  injury by fellow servant; license; payment; collateral estoppel; statute of frauds; and waiver.

SEVENTEENTH AFFIRMATIVE DEFENSE

946.   Defendant at no time, had any knowledge of any of the improper and/or unlawful activities of other defendants alleged herein and, therefore, is not responsible for any of the allegations pled against this defendant.

138

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**

EIGHTEENTH AFFIRMATIVE DEFENSE

947.   Defendant alleges as an affirmative defense plaintiff, at no time, had the right to rely on any of the improper and/or unlawful representations of other defendants alleged herein and, therefore, is not responsible for any of the allegations pled against this defendant.

NINETEENTH AFFIRMATIVE DEFENSE

948.   Defendant alleges as an affirmative defense, this defendant, at no time, did anything as regards patient care other than to provide clinical dental care and was not in any way responsible or active in providing any billing services to anyone.  Any and all such billing responsibilities were provided by the clinics defendant worked for and their employees, agents, and staff and defendant is not responsible for any acts of these persons/entities and had no knowledge of any alleged improprieties at any time.

WHEREFORE, this answering defendant prays as follows:

(1)    That plaintiff take nothing by way of the first amended complaint on file herein;

(2)    That judgment be entered in favor of defendant;

(3)    That defendant be awarded costs of suit incurred herein; and

(4)    For such other and further relief as the court deems proper.

PLEASE TAKE FURTHER NOTICE that this defendant in the above-captioned matter hereby demands a trial by jury and have deposited the appropriate jury fees with the Court in accordance with Rule 38.

Dated:   May 9, 2023                            **ADAMS & CORZINE**

By s/Michael K. Pazdernik
MICHAEL K. PAZDERNIK
Attorney for Defendant
MOHAMMED AL TEKREETI,
D.M.D.

**ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT MOHAMMED AL TEKREETI, D.M.D., AND DEMAND FOR JURY**