Thomas P. Bleau, Esq. (SBN 152945)
Ramshin Daneshi, Esq.(SBN 336051)
BLEAU FOX, P.L.C.
2801 West Empire
AvenueBurbank,
California 91504
Telephone: (818) 748-3434
Facsimile: (818)748-3436
Email: info@bleaufox.com
       tbleau@bleaufox.com
       rdaneshi@bleaufox.com

Attorneys for Defendants,
ALBORZ MEHDIZADEH, DDS,
ALBORZ MEHDIZADEH, INC.,
JILBERT BAKRAMIAN, DDS,
ARAM ARKELYAN, DDS, and
NEW MILLENNIUM DENTAL GROUP
OF ARAM ARAKELYAN, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAREN HEBETS, an individual; MIKIA WALLIS, an individual; DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual; HARRY ILSLEY, an individual; DENNIS NOURSE, an individual; MIKE HICKOK, an individual; CHUCK KIMBALL, an individual; PREMIRE HEALTHCARE MANAGEMENT, INC., a California corporation; | Case No.: 3:22-cv-01056-BEN-KSC<br><br>[Related Case No.: 3:21−cv−01417−AJB−AGS & 22-0238411]<br><br>*[Assigned to Hon. Roger T. Benitez]*<br><br>**NOTICE OF JOINDER AND JOINDER BY DEFENDANTS ARAM ARAKELYAN D.D.S., NEW MILLENNIUM DENTAL GROUP OF ARAM ARAKELYAN, INC., ALBORZ MEHDIZADEH D.D.S., ALBORZ MEHDIZADEH, INC., AND JILBERT BAKRAMIAN D.D.S. IN THE MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6) BY DEFENDANTS AYED HAWATMEH, D.D.S. AND HAWATMEH DENTAL GROUP, P.C.** |

| | | |
|---|---|---|
| 1 | SUMMIT HEALTHCARE MANAGEMENT, INC., a California corporation; DARYL PRIEST, an individual; NICHOLAS PRIEST, an individual; TRAVIS LYON, an individual; HUSAM E. ALDAIRI, D.D.S., an individual; ALDAIRI DDS, INC., a California corporation; AYED HAWATMEH D.D.S., an individual; HAWATMEH DENTAL GROUP, P.C., a California corporation; ALBORZ MEHDIZADEH, D.D.S, an individual; ALBORZ MEHDIZADEH, INC., a California corporation; JILBERT BAKRAMIAN, D.D.S, an individual; MOHAMMED ALTEKREETI, D.D.S., an individual; MAGALY VELASQUEZ, D.D.S., an individual; MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP., a California corporation; ARAM ARAKELYAN, D.D.S., an individual; NEW MILLENNIUM DENTAL GROUP OF ARAM ARAKELYAN, INC., A California corporation; MICHAEL HOANG, D.M.D. an individual; WALEED STEPHAN, D.D.S. an individual; W.A. STEPHAN, A DENTAL CORPORATION, a California corporation; SANTIAGO ROJO, D.D.S., an individual; SANTIAGO A. ROJO, D.D.S., INC., a California Corporation; MARCELO TOLEDO, D.D.S., an individual; MARCELO TOLEDO, D.D.S., INC., a California corporation; MARLENE THOMPSON, D.D.S., an individual; MARLENE THOMPSON, D.D.S., INC. a California corporation; DOUGLAS NESS, D.D.S., an individual, NESS DENTAL CORPORATION, a | Complaint Filed: July 120, 2022<br><br>Motion Date: July 03, 2023<br>Time: 10:30 A.M.<br>Courtroom: 5A |

California corporation; GEORGE JARED, D.D.S., an individual; GEORGE JARED, D.D.S., INC., a California corporation; JAMES HEBETS an individual; THE HEBETS COMPANY, a Missouri Corporation; and DOES 1-250, inclusive.

Defendants.

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 7.1(j), Defendants ARAM ARAKELYAN, D.D.S. ("Arakelyan"), NEW MILLENNIUM DENTAL GROUP OF ARAM ARAKELYAN, INC. ("New Millennium"), ALBORZ MEHDIZADEH D.D.S. ("Mehdizadeh"), ALBORZ MEHDIZADEH, INC. ("Mehdizadeh Inc."), and JILBERT BAKRAMIAN D.D.S. ("Bakramian") (Arakelyan, New Millennium, Mehdizadeh, Mehdizadeh and Bakramian are hereinafter sometimes referred to collectively as "Joining Defendants") hereby join in the Motion to Dismiss and Supporting Points and Authorities filed by Defendants HAWATMEH, D.D.S. and HAWATMEH DENTAL GROUP, P.C. ("Hawatmeh Defendants"). Said motion has been brought pursuant to Federal *Rules of Civil Procedure* 12(b)(1) and 12(b)(6).

**I.    INTRODUCTION**

Joining Defendants join in all legal arguments in support of the motion. Like the Hawatmeh Defendants, Joining Defendants, both individually and through their

corporations where applicable, are medical providers that performed dental services for Borrego's patients. Like the Hawatmeh Defendants, and as argued in the motion to dismiss:

1) Borrego does have Article III standing to sue [Joining Defendants]. Borrego admits that it was fully reimbursed by Medi-Cal for the services rendered by [Joining Defendants]. Thus, Borrego does not have an injury in fact that is traceable to any alleged overbilling.

2) Borrego has not pied a viable RICO claim against [Joining Defendants]. First, there are no allegations that [Joining Defendants] participated in the operation or management of the alleged RICO enterprise-a requirement under Ninth Circuit law. Second, RICO is meant to target criminal enterprises that engage in a "pattern of racketeering." If an alleged enterprise only targets one victim, then it is not the type of continuous criminal organization that RICO was intended for. Here, Borrego alleges that there was one target, Borrego itself. This is simply not a RICO case.

3) Borrego has likewise failed to plead a RICO conspiracy claim. First, the failure to plead a substantive violation of RICO precludes a claim for RICO conspiracy. Here, because the purported enterprise targeted only one victim, there can be no RICO conspiracy. Second, even if there were a viable RICO claim against some defendants, there could not be a viable claim against [Joining Defendants]. Borrego has not pled anywhere in the FAC that [Joining Defendants] agreed to facilitate a scheme that

includes the operation or management of the RICO enterprise.

4)   [T]he Court should decline to exercise supplemental jurisdiction over the state law claims against [Joining Defendants]. Given that the RICO claims are not viable, there is no basis for the Court to exercise jurisdiction over the remaining state law claims against [Joining Defendants]. Those claims are more properly heard by a California court.

5)   Based on the latest date alleged in the FAC concerning the purported overbilling by Joining Defendants Arakelyan/New Millenium (December 2019) and Bakramian (August 2019), several of the causes of action in the FAC are time-barred (See FAC at 64:1-66:20; 72:23-74:27.) Bakramian, incidentally is not even alleged to have signed an agreement with Borrego. (*Id.* at 72:23-74:27.) Even if he were, the causes of action which carry a two year statute of limitations (i.e., negligent misrepresentation, intentional interference with contractual relations, intentional interference with economic relations, negligent interference with prospective economic relations) are time-barred with respect to Arakelyan/New Millenium and Bakramian. (See also Hawatmeh Defendants' P&A at 7:7-10:3.) Moreover, the claim for "false promise" carries a three-year statute of limitations and the promises are alleged to have occurred in 2016 with respect to Mehdizadeh, 2016 and 2018 with respect to Arakelyan/New Millenium. Borrego admits that it never had any agreement with Bakramian (FAC, ¶32) and thereby fails to allege any facts supporting a claim of false

promise. Finally, many of the claimed overbillings by the Joining Defendants are time-barred as well. (See Hawatmeh Defendants' P&As at 1:10-2:17.)

## II. FACTS APPLICABLE TO JOINING DEFENDANTS

In addition to the Borrego, Priest, Premier, Program Integrity and other non-dentist groups facts set forth at page 2, line 19, through page 4, line 10 of the Hawatmeh Defendants'Points and Authorities, the facts as to the Joining Defendants are substantially similar to those of the Hawatmeh Defendants'. (See Hawatmeh Defendants' P&As at 3:5-4:10.)

Arakelyan, Mehdizadeh, and Bakramian are dentists and Borrego alleges that they overbilled for dental services. (See FAC ¶¶ 188-195, 208-213, and 240-245.) There are no allegations that Joining Defendants "commandeered or controlled Borrego." (See Hawatmeh Defendants' P&As at 3:7-8.) This is supported by allegations that "the racketeering schemes were concealed." (*Id.* at 3:9-10, citing FAC ¶¶ 107, 349, 395, 550.)

Borrego alleges that:

1) Joining Defendants performed dental services under contract or sub-contract to Borrego's dental program;

2) Medi-Cal reimbursed Borrego for dental services on a per-visit basis;

3) Medi-Cal reimbursed more money if services were provided over multiple visits;

4) Premier instructed its contract dentist to bill services over multiple days in order to receive reimbursement; and

5) Borrego received the reimbursement amounting to a "handsome profit."

(FAC ¶¶ 71-72, 132-144.)

Furthermore, with respect to Mehdizadeh, Borrego's claims are against Dr. Mehdizadeh although he was not a party to the Borrego contract. (FAC. ¶184.) Borrego admits that it did not contract with Dr. Mehdizadeh individually. (*Id.*) Instead, Borrego summarily alleges that Dr. Mehdizadeh is the "alter ego and/or sole owner" of Alborz Mehdizadeh Inc. (*Id.*)

### III. JOINING DEFENDANT JOIN IN THE HAWATMEH DEFENDANTS' LEGAL ARGUMENTS

Joining Defendants join in the Hawatmeh Defendants' legal arguments wholly with respect to the following

1) As to Borrego's standing (Hawatmeh Defendants' P&As at 5:4-7:5);

2) As to Borrego's RICO claim (Hawatmeh Defendants' P&As at 10:4-18:8); and

3) The allegations against the dentist as an individual and alter ego allegations (Hawatmeh Defendants' P&As at 18:9-21:12.)

As to the arguments concerning the statutes of limitations, Joining Defendants join in the argument that the claims for negligent misrepresentation, false promise,

7
NOTICE OF JOINDER AND JOINDER BY DEFENDANTS ARAM ARAKELYAN D.D.S., NEW MILLENNIUM DENTAL GROUP OF ARAM ARAKELYAN, INC., ALBORZ MEHDIZADEH D.D.S., ALBORZ MEHDIZADEH, INC., AND JILBERT BAKRAMIAN D.D.S. IN THE MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6) BY DEFENDANTS AYED HAWATMEH, D.D.S. AND HAWATMEH DENTAL GROUP, P.C.

intentional interference with contractual relations, intentional interference with economic relations, and negligent interference with prospective economic relation be dismissed as time-barred (See Hawatmeh Defendants' P&As at 7:6-11:3.) This includes the Hawatmeh Defendants' argument that Conspiracy is not a separate claim for relief under California law. (See Hawatmeh Defendants' P&As at 8:6.)

Specifically, as to the RICO claim, Joining Defendants request that the claim be dismissed without leave to amend and the matter remanded to the state Superior Court for further proceedings. (See Hawatmeh Defendants' P&As at 21:13-22:15.)

## IV.  CONCLUSION

Joining Defendants have been accused of overbilling under an alleged clandestine scheme that Borrego admits used them as pawns for the personal gain of the non-dentist defendants. Moreover, and as the Hawatmeh Defendants point out, even if any overbilling had occurred, under the scheme as alleged, Borrego would have (and was) fully compensated for it.

Borrego cannot assert a RICO claim against Joining Defendant. They have nothing to do with the control or operation of the alleged RICO enterprise which is not the type of continuous enterprise that RICO was meant to target.

/ / /

/ / /

Joining Defendants respectfully request that this Court accept their joinder in the motion to dismiss by the Hawatmeh Defendants, and that the RICO claim be dismissed with prejudice and that the matter be remanded to the California courts.

Dated:  May 15, 2023                    BLEAU FOX, A P.L.C.

By: _____*Thomas P. Bleau*_____
Thomas P. Bleau, Esq.
Ramshin Daneshi, Esq.
Attorneys for Defendants,
ALBORZ MEHDIZADEH, DDS,
ALBORZ MEHDIZADEH, INC.,
JILBERT BAKRAMIAN, DDS,
ARAM ARKELYAN, DDS, and
NEW MILLENNIUM DENTAL
GROUP OF ARAM
ARAKELYAN, INC.

# PROOF OF SERVICE
## [FRCP 5(b)(2)(C)]

*BORREGO COMMUNITY HEALTH FOUNDATION v. HEBETS, et al.*
USDC CASE NO.: 3:22-cv-01056-AJB-AGS

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2801 West Empire Avenue, Burbank, California 91504.

On **May 15, 2023** I served the foregoing document(s) described as: **NOTICE OF JOINDER AND JOINDER BY DEFENDANTS ARAM ARAKELYAN D.D.S., NEW MILLENNIUM DENTAL GROUP OF ARAM ARAKELYAN, INC., ALBORZ MEHDIZADEH D.D.S., ALBORZ MEHDIZADEH, INC., AND JILBERT BAKRAMIAN D.D.S. IN THE MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6) BY DEFENDANTS AYED HAWATMEH, D.D.S. AND HAWATMEH DENTAL GROUP, P.C.** on the interested parties to this action who are listed on the attached Service List.

☒ **BY CM/ECF:** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

☒ **BY E-MAIL:** By transmitting a true copy thereof via email to the parties listed on the attached Service List.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge.

Executed on **May 15, 2023** at Los Angeles, California.

*Stefhany Martinz Dorbecker*
Stefhany Martinez Dorbecker

---

1
**PROOF OF SERVICE**

## SERVICE LIST

| | |
|---|---|
| Joseph R. LaMagna, Esq.<br>101 W. Broadway, STE. 1200<br>San Diego, CA 92101-3890<br>Tel.: (619) 744-7300<br>Fax: (619) 230-0987<br>E-Service: jlamagna@health-law.com | **Attorneys for Plaintiff,**<br>**BORREGO COUMMUNITY**<br>**HEALTH FOUNDATION** |
| Jordan Kearney, Esq.<br>HOOPER, LUNDY & BOOKMAN, P.C.<br>101 Montgomery St., 11th Floor<br>San Francisco, CA 94104<br>Tel.: (415) 875-8497<br>E-Service: jkearney@health-law.com | |
| Devin M. Senelick, Esq.<br>Taryn A. Reid, Esq.<br>HOOPER, LUNDY & BOOKMAN, P.C.<br>1875 Century Park East, STE. 1600<br>Los Angeles, CA 90067<br>Tel.: (310) 551-8111<br>Fax: (310) 551-8181<br>E-Service: dsenelick@health-law.com<br>           treid@health-law.com | |

| | |
|---|---|
| Laura Kimberly Gantney, Esq.<br>KYLE HARRIS LLP<br>450 B Street, STE. 1410<br>San Diego, CA 92101<br>Tel.: (619) 600-0086<br>Fax: (619) 600-5144<br>E-Service: lgantney@klhipbiz.com | **Attorneys for Defendant,**<br>**PREMIER HEALTHCARE**<br>**MANAGEMENT, INC.** |

| | |
|---|---|
| Anthony F. Maul, Esq.<br>THE MAUL FIRM PC<br>101 Broadway, STE. 3A<br>Oakland, CA 94607<br>Tel.: (510) 496-4477<br>E-Service: afmaul@maulfirm.com | **Attorneys for Defendant,**<br>**AYED HAWATMEH, DDS AND**<br>**HAWATMEH DENTAL**<br>**GROUP, P.C.** |

| | |
|---|---|
| Michael Karl Pazdernik, Esq.<br>ADAMS & CORZINE<br>740 Oak Avenue Parkway, STE. 120<br>Folsom, CA 95630<br>Tel.: (916) 296-0577<br>Fax: (916) 983-3922<br>E-Service: mpazdernik@aclawyers.com | **Attorneys for Defendant,<br>MOHAMMED ALTEKREETI,<br>DDS** |
| Nicholas D. Jurkowitz, Esq.<br>FENTON LAW GROUP, LLP<br>1990 S. Bundy Drive, 777<br>Los Angeles, CA 90025<br>Tel.: (310) 444-5244<br>Fax: (310) 444-5280<br>E-Service: njurkowitz@fentonlawgroup.com | **Attorneys for Defendant,<br>MICHAEL HOANG, DDS** |
| Robert W. Harrison, Esq.<br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER<br>401 West A Street, STE. 1900<br>San Diego, CA 92101<br>Tel.: (619) 321-6200<br>Fax: (619) 321-6201<br>E-Service:<br>Robert.harrison@wilsonelser.com | **Attorneys for Defendant,<br>MARLENE THOMPSON, D.D.S,<br>INC.** |
| Matthew J. Faust, Esq.<br>SHARIF FAUST LAWYERS LTD<br>600 B Street, STE. 2490<br>San Diego, CA 92101<br>Tel.: (619) 233-6600<br>E-Service: faust@shariffaust.com | **Attorneys for Defendant,<br>DOUGLAS NESS, DDS; NESS<br>DENTAL CORPORATION** |
| Michael Gregory Freedman, Esq.<br>THE FREEDMAN FIRM<br>10100 Santa Monica Blvd., STE. 300<br>Los Angeles, CA 90017<br>Tel.: (310) 285-2210<br>Fax: (310) 425-8845<br>E-Service: michael@thefreedmanfirm.com | **Attorneys for Defendants,<br>DENNIS NOURSE; MIKE<br>HICKOK; CHUCK KIMBALL** |

| | |
|---|---|
| Mitchell J. Popham, Esq.<br>Rory S. Miller, Esq.<br>David Ronald Rutan, Esq.<br>William Collin Mullen, Esq.<br>LOCKE LORD LLP<br>300 South Grand Ave., STE. 2600<br>Los Angeles, CA 90071<br>E-Service: mpopham@lockelord.com<br>          rory.miller@lockelord.com<br>          david.rutan@lockelord.com<br>          william.mullen@locklord.com | **Attorneys for Defendants,<br>GEORGE JARED, DDS;<br>GEORGE JARED, DDS, INC.;<br>JAMES HEBETS, DDS; THE<br>HEBETS COMPANY** |
| Daniel E. Katz, Esq.<br>REID & HELLYER, APC<br>P.O. Box 1300<br>Riverside, CA 92502-1300<br>3685 Main Street, STE. 300<br>Riverside, CA 92501<br>Tel.: (951) 682-1771<br>Fax: (951) 686-2415<br>E-Service: dkatz@rhlaw.com | **Attorneys For Defendant,<br>SANTIAGO ROJO, D.D.S., an<br>individual; SANTIAGO ROJO,<br>D.D.S, INC., a California<br>Corporation** |
| Clark R. Hudson, Esq.<br>A. Jesse Adriance, Esq.<br>NEIL, DYMOTT, FRANK, MCCABE &<br>HUDSON, A Professional Law Corporation<br>110 West A Street, STE. 1200<br>San Diego CA 92101<br>Tel.: 619.238.1712<br>Fax: 619.238.1562<br>E-Service: chudson@neildymott.com<br>          jadriance@neildymott.com | **Attorneys For Defendants,<br>MARLENE THOMPSON, D.D.S.<br>and MARLENE THOMPSON,<br>D.D.S., Inc.** |