Clark R. Hudson, SBN 149329
chudson@neildymott.com
NEIL DYMOTT HUDSON
A Professional Law Corporation
110 West A Street, Suite 1200
San Diego CA 92101
**P** 619.238.1712
**F** 619.238.1562

Attorneys for Defendants
MARLENE THOMPSON, D.D.S. an individual
and MARLENE THOMPSON, D.D.S., Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation; <br><br> Plaintiff, <br><br> vs. <br><br> KAREN HEBETS, an individual, et al. <br><br> Defendants. | CASE NO.  3:22-cv-01056-BEN-KSC <br><br> **REPLY BRIEF IN SUPPORT OF DEFENDANTS MARLENE THOMPSON, D.D.S. AND MARLENE THOMPSON, D.D.S., INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT UNDER FED.R.CIV.P. 12(B)(6)** <br><br> Assigned to: Judge Roger T. Benitez <br> Referred to: Magistrate Judge Karen S. Crawford |

Defendants Marlene Thompson, D.D.S., and Marlene Thompson, D.D.S., Inc. hereby submit the following Reply Memorandum in Support of their Motion to Dismiss Plaintiff's First Amended Complaint ("Motion") filed by Borrego Community Health Foundation ("Plaintiff").

///

///

///

# I.

## INTRODUCTION

In their moving papers, Defendants pointed out key flaws in four causes of action against them in the First Amended Complaint ("FAC"). However, Plaintiff failed to provide sufficient legal authority and factual analysis as to how their claims against Defendants plead facts sufficient to state these claims with the requisite particularity.

# II.

## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

### A. Plaintiff's Twelfth Cause of Action for "Breach of Contract" Fails to State a Claim.

Plaintiff's FAC states "On or about April 18, 2013, Marlene M. Thompson, D.D.S., both individually and though her company Marlene M. Thompson, D.D.S., Inc. (collectively, "Thompson") entered into a written dental services agreement (the "Thompson Agreement") whereby Thompson agreed to provide primary dental services to participating Borrego Health patients, and Borrego Health agreed to pay Thompson for those services." (FAC ¶ 259), the contract was attached as Exhibit R to the FAC. However, Plaintiff's Opposition to Defendants Motion fails to address both the specific provisions of the contract Defendants allegedly breached.

### B. Plaintiff's Twenty-Fifth Cause of Action for "Intentional Misrepresentation" Fails to State a Claim.

Plaintiff's intentional misrepresentation claim should be dismissed because Plaintiff has failed to plead the essential elements of such a claim. Specifically, the FAC does not allege Defendants made any false statements nor allege any intent to induce Plaintiff to act in reliance on those statements.

Instead, Plaintiff's FAC merely lays out the allegation that false statements were made by way of allegedly not following the terms of the Dental Services Agreement. Plaintiff's FAC states "Dentist Defendants, pursuant to the Dental Services Agreements each contract dental provider agreed to abide by the law and submit claims for the

REPLY BRIEF IN SUPPORT OF DEFENDANTS MARLENE THOMPSON, D.D.S. AND MARLENE THOMPSON, D.D.S., INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT UNDER FED.R.CIV.P. 12(B)(6)

services rendered in accordance with Medi-Cal's "per encounter" reimbursement method. (FAC Exhibits, E-M, O-S). Instead, Dentist Defendants submitted fraudulent bills in concert with instructions from Lyon. (FAC ¶135). …and Thompson, [] also submitted bills in their names for services rendered by another (suspended) dentist." These allegations, while denied to be true, are related to alleged conduct or omissions of conduct pursuant to contractual provisions and are not statements made to Plaintiff, let alone statements made with intent to induce reliance. Without such allegations of false representations or intent, Plaintiff's intentional misrepresentation claim fails as a matter of law.

### C. Plaintiff's Thirty-Eighth Cause of Action for "Negligent Misrepresentation" Fails to State a Claim.

Plaintiff's negligent misrepresentation claim should be dismissed because Plaintiff has failed to plead the essential elements of such a claim.  Specifically, the FAC does not allege that Defendants breached their duty by making false statements without reasonable ground to believe the representations to be true.

Instead, Plaintiff's FAC merely duplicates the same allegations as cause of action twenty-five. Plaintiff's FAC states "Dentist Defendants, pursuant to the Dental Services Agreements each contract dental provider agreed to abide by the law and submit claims for the services rendered in accordance with Medi-Cal's "per encounter" reimbursement method. (FAC Exhibits, E-M, O-S). Instead, Dentist Defendants submitted fraudulent bills in concert with instructions from Lyon. (FAC ¶135). …and Thompson, they also submitted bills in their names for services rendered by another (suspended) dentist." These allegations, while denied to be true, are related to alleged conduct and/or omissions of conduct pursuant to contractual provisions and are not statements made to Plaintiff, let alone statements made without reasonable grounds for Defendants to believe the statements to be true. Without such allegations, Plaintiff's negligent misrepresentation claim fails as a matter of law.

///

3

**D. Plaintiff's First Cause of Action for "RICO" Fails to State a Claim.**

Defendants Motion argued Plaintiff did not allege the requisite elements of a RICO cause of action, specifically conduct, and establish a pattern of racketeering. Despite this argument, Plaintiff failed to cure these defects in its opposition. Here, the FAC does not properly allege that Defendants engaged in a pattern of racketeering activity. Additionally, the FAC does not allege the specific provisions of the RICO statute of which Plaintiffs allege a violation. Absent these allegations, Plaintiffs' private RICO action must fail as a matter of law.

**1. Plaintiff Fails to State Circumstances Surrounding Fraudulent Acts with Particularity**

Plaintiff fails to allege how Defendants supposedly participated in the RICO enterprise or establish a pattern of racketeering. The FAC vaguely states that the "Dentist Defendants coordinated with Premier Defendants to maximize how much money each were able to obtain through improper billing submissions." And "As it pertains to the Dentist Defendants, each received directions from Premier Defendants on how to defraud Borrego with their billing practices, and knowingly did so in order to create an additional profit for themselves." (FAC at ¶ 135.) But Borrego provides no other details to explain how the Defendants were involved in "coordinating", when these "directions" were provided, where the "directions" were provided, nor by whom or method of communication. In other words, the who, what, when, where, and why, of the circumstances surrounding the allegedly fraudulent conduct were not plead.

**2. Plaintiff Fails to State Facts Sufficient to Establish a Pattern of Racketeering**

The heart of any RICO complaint is the allegation of a pattern of racketeering." *Agency Holding Corp. v. Malley-Duff & Assoc., Inc.* (1987) 483 U.S. 143, 154. To demonstrate a "pattern of racketeering activity," a plaintiff must show both "relationship" (the racketeering predicates are related) and "continuity" (that they either constitute or threaten long-term criminal activity.) *H.J. Inc. v. NW Bell Tel. Co.* (1989)

492 U.S. 229.  Under the test established in *Reich v. Lopez* (2d Cir. 2017) 858 F.3d 55, 60-61 Plaintiff must establish "related" predicate acts, meaning the predicate crimes must be related both to each other ("horizontal relatedness") and to the enterprise as a whole ("vertical relatedness").  Vertical relatedness is shown when the defendant "was enabled to commit the offense solely because of his position in the enterprise or his involvement in or control over the enterprise's affairs, or because the offense related to the activities of the enterprise." *Id.* at 61.  Horizontal relatedness is present when the predicate acts have similarities regarding the purposes, results, participants, victims, methods of commission, or other distinguishing characteristics. *H.J. Inc. v. Northwestern Bell Telephone Co.* (1989) 492 U.S. 229, 240.  A civil RICO claim will be dismissed when the alleged predicate acts are not sufficiently related. Where an enterprise is not "primarily in the business [of] racketeering activity, predicate acts must be related to each other in kind for a RICO case to proceed." *Reich* at 62-63. [Emphasis added.]  Plaintiff fails to state facts sufficient to establish vertical relatedness as to Defendants.  Defendants are not alleged to have known of the existence of the other alleged conspirators, nor has Plaintiff sufficiently asserted with whom in Plaintiff's organization, if anyone, Defendants conspired.

### 3.  Plaintiff Fails to State Facts Sufficient to Establish a RICO Enterprise

Plaintiff similarly does not state facts alleging the named defendants operated the "enterprise" as an "association-in-fact."  According to the Court in *Odom v. Microsoft Corporation* (9th Cir. 2007) 486 F.3d 541, 551, an "association-in-fact" is a group of persons or entities that function as a continuing unit through an ongoing organization with a common purpose."  Further, an "association-in-fact" must have the following three structural features: (1) "a purpose"; (2) "relationships among those associated with the enterprise"; and (3) "longevity sufficient to permit those associates to pursue the enterprise's purpose." *Boyle v. United States* (2009) 556 U.S. 938, 941.  Thus, for an "enterprise" to be established, Plaintiff must state facts sufficient to establish the members function as a unit. *Doan v. Singh* (9th Cir. 2015) 617 F. App'x. 684, 685.

1      Plaintiff's FAC does not allege the named dentist defendants functioned as a unit.

2   Rather, the members had various employers, separate contracts, divergent professional

3   interests, and were perhaps unaware of the existence of one another.  Plaintiff fails to

4   state facts sufficient to establish an enterprise.

5               **III.**

6           **CONCLUSION**

7      Based on the foregoing, Defendants, Marlene Thompson, D.D.S., and Marlene

8   Thompson D.D.S., Inc. respectfully requests the Court dismiss the relevant causes of

9   action brought against them in Plaintiff's FAC without leave to amend.

Dated: June 23, 2023

NEIL DYMOTT HUDSON
A Professional Law Corporation

By: */s/ Clark R. Hudson*

Clark R. Hudson
Attorneys for Defendant,
MARLENE THOMPSON, D.D.S.
an individual and MARLENE
THOMPSON, D.D.S., Inc.

REPLY BRIEF IN SUPPORT OF DEFENDANTS MARLENE THOMPSON, D.D.S. AND MARLENE THOMPSON,
D.D.S., INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT UNDER FED.R.CIV.P.
12(B)(6)

**Borrego Community Health Foundation v. Hebets et al**
**USDC Case No.: 3:22-cv-01056-BEN-KSC**

### CERTIFICATE OF SERVICE
#### [FRCP 5(b)(2)(C)]

I, the undersigned, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 110 West A Street, Suite 1200, San Diego, CA 92101.

On this same day, I served the following document(s) described as

1. **REPLY BRIEF IN SUPPORT OF DEFENDANTS MARLENE THOMPSON, D.D.S. AND MARLENE THOMPSON, D.D.S., INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT UNDER FED.R.CIV.P. 12(B)(6)**

on the parties in this action named herein as follows:

### SEE ATTACHED SERVICE LIST

☒      **ELECTRONIC MAIL -** I served each of the above referenced document(s) by E-Filing in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California which will send notification of such filing to the interested parties.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on **June 23, 2023** at San Diego, California.

_/s/ Hannah DuBois_

Hannah DuBois

1

## SERVICE LIST

2

**Plaintiff**

3

| | | |
|---|---|---|
| **Borrego Community Health** | represented by | **Devin M. Senelick** |
| **Foundation** | | Hooper, Lundy & Bookman, P.C. |
| *A California Nonprofit Public* | | 1875 Century Park East |
| *Benefit Corporation* | | Suite 1600 |

4

5

6

Los Angeles, CA 90067

7

310-551-8145

Fax: 310-551-8181

8

Email: dsenelick@health-law.com

9

**Jordan Kearney**

10

Hooper, Lundy & Bookman, P.C.

101 Montgomery Street

11

11th Floor

12

San Francisco, CA 94104

415-875-8497

13

Email: jkearney@health-law.com

14

15

**Joseph R. LaMagna**

Hooper Lundy and Bookman P.C.

16

101 West Broadway

17

Suite 1200

San Diego, CA 92101-3890

18

(619) 744-7300

19

Fax: (619) 230-0987

Email: jlamagna@health-law.com

20

21

**Taryn A. Reid**

Hooper, Lundy & Bookman, PC

22

1875 Century Park East

23

Suite 1600

Los Angeles, CA 90067

24

310-551-8111

25

Email: treid@health-law.com

26

**Defendant**

| | | |
|---|---|---|
| 27 | **Karen Hebets** | represented by | **Marcus S. Bourassa** |
| | *An Individual* | | McKenzie Scott PC |
| 28 | | | 1350 Columbia Street |

CERTIFICATE OF SERVICE

1  |  Suite 600
2  |  San Diego, CA 92101
3  |  (619) 794-0451
4  |  Fax: (619) 652-9964
   |  Email:
5  |  mbourassa@mckenziescott.com

6  |  **Timothy A. Scott**
7  |  McKenzie Scott PC
8  |  1350 Columbia St.
   |  Suite 600
9  |  San Diego, CA 92101-3455
10 |  619-794-0451
   |  Fax: 619-202-7461
11 |  Email: tscott@mckenziescott.com

**Defendant**

**Mikia Wallis**          represented by **Mikia Brayton Wallis**
*An Individual*                          PO Box 2023
                                         Julian, CA 92036
                                         760-239-1619
                                         Email: mikia@mbwallislaw.com

**Defendant**

**Diana Thompson**        represented by **LeRoy George Siddell**
*An Individual*                          Law Office of George Siddell
*formerly known as*                      2323 Broadway
Diana Troncoso                           Suite 104
                                         San Diego, CA 92102
                                         619-231-3991
                                         Email: attorneysiddell@yahoo.com

**Defendant**

**Harry Ilsley**          represented by **Michael Gregory Freedman**
*An Individual*                          The Freedman Firm
                                         10100 Santa Monica Boulevard
                                         Suite 300
                                         Los Angeles, CA 90017
                                         310-285-2210
                                         Fax: 310-425-8845

Email:
michael@thefreedmanfirm.com

**Defendant**

**Dennis Nourse**            represented by **Michael Gregory Freedman**
*An Individual*                               (See above for address)

**Defendant**

**Mike Hickok**              represented by **Michael Gregory Freedman**
*An Individual*                               (See above for address)

**Defendant**

**Chuck Kimball**            represented by **Michael Gregory Freedman**
*An Individual*                               (See above for address)

**Defendant**

**Premier Healthcare**       represented by **Eric J. Beste**
**Management, Inc.**                          Barnes & Thornburg LLP
*A California Corporation*                     655 West Broadway
                                              Suite 1300
                                              San Diego, CA 92101
                                              619-321-5015
                                              Fax: 310-284-3894
                                              Email: eric.beste@btlaw.com

                                              **Jeffrey B Harris**
                                              Kyle Harris LLP
                                              2305 Historic Decatur Rd
                                              Suite 100
                                              San Diego, CA 92106-6071
                                              619-851-6718
                                              Email: jharris@klhlawyers.com

                                              **John Shepherd Kyle**
                                              Kyle Harris LLP
                                              2305 Historic Decatur Road
                                              Suite 100
                                              San Diego, CA 92106
                                              619-600-0644
                                              Email: jkyle@klhipbiz.com

**Laura Kimberly Gantney**
Kyle Harris LLP
450 B Street
Suite 1410
San Diego, CA 92101
619-600-0086
Fax: 619-600-5144
Email: lgantney@klhipbiz.com

**Defendant**

| **Summit Healthcare Management, Inc.** | represented by | **Eric J. Beste** |
| --- | --- | --- |
| *A California Corporation* | | (See above for address) |

**Defendant**

| **Daryl Priest** | represented by | **Eric J. Beste** |
| --- | --- | --- |
| *An Individual* | | (See above for address) |
| | | **Jeffrey B Harris** |
| | | (See above for address) |
| | | **John Shepherd Kyle** |
| | | (See above for address) |

**Defendant**

| **Nicholas Priest** | represented by | **Eric J. Beste** |
| --- | --- | --- |
| *An Individual* | | (See above for address) |
| | | **Jeffrey B Harris** |
| | | (See above for address) |
| | | **John Shepherd Kyle** |
| | | (See above for address) |

**Defendant**

| **Travis Lyon** | represented by | **Eric J. Beste** |
| --- | --- | --- |
| *An Individual* | | (See above for address) |
| | | **Jeffrey B Harris** |
| | | (See above for address) |

1

2   John Shepherd Kyle
    (See above for address)

3

4   **Defendant**

5   **Husam E. Aldairi, DDS**   represented by   **Quintin G Shammam**
    *An Individual*                               Law Offices of Quintin G Shammam
6                                                 2221 Camino Del Rio South
                                                  Suite 207
7                                                 San Diego, CA 92108
                                                  (619) 444-0001
8                                                 Fax: (619) 501-1119
9                                                 Email: quintin@shammamlaw.com

10  **Defendant**

11  **Ayed Hawatmeh, DDS**   represented by   **Jordan B. Arakawa**
    *An Individual*                            Jones Day
12                                             4655 Executive Drive
                                               Suite 1500
13                                             San Diego, CA 92121-3134
                                               (858) 314-1200
14                                             Fax: (844) 345-3178
15                                             Email: jarakawa@jonesday.com
16

17                                             **Shireen Matthews**
                                               Jones Day
18                                             4655 Executive Drive
                                               4655 Executive Dr.
19                                             Suite 1500
                                               San Diego, CA 92130
20                                             858-314-1200
21                                             Email:
22                                             shireenmatthews@jonesday.com
23

24  **Defendant**

25  **Hawatmeh Dental Group,**   represented by   **Jordan B. Arakawa**
    **P.C.**                                      (See above for address)
26  *a California Corporation*

27                                             **Shireen Matthews**
                                               (See above for address)
28  **Defendant**

---

| | | |
|---|---|---|
| **Alborz Mehdizadeh, DDS**<br>*An Individual* | represented by | **THOMAS P. BLAU, ESQ.**<br>**RAMSHIN DANESHI, ESQ.**<br>BLEAU FOX<br>A Professional Law Corporation<br>2801 Empire Avenue<br>Burbank, California<br>Tel.: (818) 748-3434<br>Fax.: (818) 748-3436<br>tbleau@bleaufox.com<br>rdaneshi@bleaufox.com |

**Defendant**

| | | |
|---|---|---|
| **Alborz Mehdizadeh, Inc.**<br>*A California Corporation* | represented by | **THOMAS P. BLAU, ESQ.**<br>**RAMSHIN DANESHI, ESQ.**<br>(See above for address) |

**Defendant**

| | | |
|---|---|---|
| **Jilbert Bakramian, DDS**<br>*An Individual* | represented by | **THOMAS P. BLAU, ESQ.**<br>**RAMSHIN DANESHI, ESQ.**<br>(See above for address) |

**Defendant**

| | | |
|---|---|---|
| **Mohammed Altekreeti,**<br>**DDS**<br>*An Individual* | represented by | **Michael Karl Pazdernik**<br>Adams & Corzine<br>740 Oak Avenue Parkway<br>Suite 120<br>Folsom, CA 95630<br>916-296-0577<br>Fax: 916-983-3922<br>Email: mpazdernik@aclawyers.com |

**Defendant**

| | | |
|---|---|---|
| **Magaly Velasquez, DDS**<br>*An Individual* | represented by | **Diane Wiesmann**<br>Thompson & Colegate, LLP<br>3610 Fourteenth Street<br>P.O. Box 1299<br>Riverside, CA 92502<br>951-682-5550 |

Fax: 951-781-4012
Email: dwiesmann@tclaw.net

**Defendant**

**Aram Arakelyan, DDS**    represented by   **THOMAS P. BLAU, ESQ.**
*An Individual*                              **RAMSHIN DANESHI, ESQ.**
                                             (See above for address)

**Defendant**

**New Millennium Dental**    represented by   **THOMAS P. BLAU, ESQ.**
**Group Of Aram Arakelyan,**                  **RAMSHIN DANESHI, ESQ.**
**Inc.**                                      (See above for address)
*a California Corporation*

**Defendant**

**Michael Hoang, DDS**    represented by   **Benjamin J. Fenton**
*An Individual*                            Fenton Law Group
                                           1990 South Bundy Drive, Suite 777
                                           Los Angeles, CA 90025
                                           310-444-5244
                                           Fax: 310-444-5280
                                           Email: bfenton@fentonlawgroup.com

                                           **Nicholas D. Jurkowitz**
                                           Fenton Law Group, LLP
                                           1990 S. Bundy Drive. Suite 777
                                           Los Angeles, CA 90025
                                           310-444-5244
                                           Fax: 310-444-5280
                                           Email:
                                           njurkowitz@fentonlawgroup.com

**Defendant**

**Waleed Stephan, DDS**    represented by   **Keith Rutman**
*An Individual*                             501 West Broadway
                                            Suite 1650
                                            San Diego, CA 92101-3541
                                            619-237-9072
                                            Fax: 760-454-4372
                                            Email: krutman@krutmanlaw.com

**Defendant**

| | | |
|---|---|---|
| **W.A. Stephan, A Dental Corporation**<br>*a California Corporation* | represented by | **Keith Rutman**<br>(See above for address) |
| **Defendant** | | |
| **Santiago Rojo, DDS**<br>*An Individual* | represented by | **Daniel Elliott Katz**<br>Reid & Hellyer APC<br>California<br>Pob 1300<br>Riverside, CA 92502<br>951-682-1771<br>Fax: 951-686-2415<br>Email: Dkatz@rhlaw.com |
| **Defendant** | | |
| **Santiago A. Rojo, D.D.S., Inc.**<br>*a California Corporation* | represented by | **Daniel Elliott Katz**<br>(See above for address) |
| **Defendant** | | |
| **Marcelo Toledo, DDS**<br>*An Individual* | represented by | **Keith Rutman**<br>(See above for address) |
| **Defendant** | | |
| **Marcelo Toledo, D.D.S., Inc.**<br>*A California Corporation* | represented by | **Keith Rutman**<br>(See above for address) |
| **Defendant** | | |
| **Douglas Ness, DDS**<br>*An Individual* | represented by | **Khodadad Darius Sharif**<br>Sharif Faust Lawyers, Ltd.<br>600 B Street<br>Suite 2490<br>San Diego, CA 92101<br>619-233-6600<br>Fax: 619-233-6602<br>Email: sharif@shariffaust.com<br><br>**Matthew J. Faust**<br>Sharif Faust Lawyers Ltd |

600 B Street
Suite 2490
San Diego, CA 92101
619-233-6600
Email: faust@shariffaust.com

**Defendant**

**Ness Dental Corporation**    represented by    **Khodadad Darius Sharif**
*a California Corporation*                        (See above for address)

                                                **Matthew J. Faust**
                                                (See above for address)

**Defendant**

**George Jared, DDS**
*An Individual*

**Defendant**

**George Jared, D.D.S., Inc.**    represented by    **Chester C. Jeng**
*a California Corporation*                        750 West La Habra Boulevard
                                                La Habra, CA 90631
                                                714-858-0536
                                                Email: jeng.rhservices@gmail.com

**Defendant**

**James Hebets, DDS**    represented by    Mitchell J. Popham
*An Individual*                        mpopham@lockelord.com
                                    William Mullen
                                    william.mullen@lockelord.com
                                    David Rutan
                                    david.rutan@lockelord.com
                                    Locke Lord LLP
                                    300 S. Grand Avenue, Suite 2600
                                    Los Angeles, California 90071
                                    Tel: (213) 485-1500

**Defendant**

**The Hebets Company**    represented by    Mitchell J. Popham
*A Missouri Corporation*                        mpopham@lockelord.com
                                            William Mullen
                                            william.mullen@lockelord.com

CERTIFICATE OF SERVICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

David Rutan
david.rutan@lockelord.com
Locke Lord LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, California 90071
Tel: (213) 485-1500

**Defendant**

**Does 1-250**
*Inclusive*

**Defendant**

**Magaly M. Velasquez DDS**
**Professional Dental Corp.**
*a California Corporation*

**Defendant**

**Aldairi DDS, Inc.**          represented by   **Quintin G Shammam**
*a California Corporation*                        (See above for address)

---

CERTIFICATE OF SERVICE