THOMPSON & COLEGATE LLP
3610 Fourteenth Street
P. O. Box 1299
Riverside, California 92502
Tel: (951) 682-5550
Fax: (951) 781-4012

DIANE MAR WIESMANN (SBN 124409)
dwiesmann@tclaw.net
SUSAN KNOCK BECK (SBN 230948)
sbeck@tclaw.net

Attorney for Defendants
MAGALY VELASQUEZ, D.D.S.; and
MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAREN HEBETS, an individual;<br>MIKIA WALLIS, an individual;<br>DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual;<br>HARRY ILSLEY, an individual;<br>DENNIS NOURSE, an individual;<br>MIKE HICKOK, an individual;<br>CHUCK KIMBALL, an individual;<br>PREMIER HEALTHCARE MANAGEMENT, INC., a California Corporation;<br>SUMMIT HEALTHCARE MANAGEMENT, INC., a California Corporation;<br>DARYL PRIEST, an individual; | CASE NO. 3:22-cv-01056-BEN-KSC<br><br>Hon. Roger T. Benitez<br><br>**JOINDER BY DEFENDANTS MAGALY VELASQUEZ, D.D.S. AND MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP. IN THE REPLY BY DEFENDANTS AYED HAWATMEH, D.D.S. and HAWATMEH DENTAL GROUP, P.C. TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' THE MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6)**<br><br>Date:         July 3, 2023<br>Time:        10:30 a.m.<br>Courtroom: 5A<br>Judge:       Hon. Roger T. Benitez |

| | |
|---|---|
| NICHOLAS PRIEST, an individual; TRAVIS LYON, an individual; HUSAM E. ALDAIRI, D.D.S., an individual; ALDAIRI DDS, INC., a California corporation; AYED HAWATMEH, D.D.S., an individual; HAWATMEH DENTAL GROUP, P.C., a California Corporation; ALBORZ MEHDIZADEH, D.D.S., an individual; ALBORZ MEHDIZADEH, INC., a California Corporation; JILBERT BAKRAMIAN, D.D.S., an individual; MOHAMMED ALTEKREETI, D.D.S., an individual; MAGALY VELASQUEZ, D.D.S., an individual; MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP., a California Corporation; ARAM ARAKELYAN D.D.S., an individual; NEW MILLENNIUM DENTAL GROUP OF ARAM ARAKELYAN, INC., a California Corporation; MICHAEL HOAGN, D.M.D., an individual; WALEED STEPHAN, D.D.S., an individual; W.A. STEPHAN, A DENTAL CORPORATION, a California Corp.; SANTIAGO ROJO, D.D.S., an individual; SANTIAGO A. ROJO, D.D.S., INC., a California Corporation; MARCELO TOLEDO, D.D.S., an individual; | Trial Date: None<br>Action filed: July 19, 2022 |

2

JOINDER BY DEFENDANTS MAGALY VELASQUEZ, D.D.S. AND MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP. IN THE REPLY BY DEFENDANTS AYED HAWATMEH, D.D.S. AND HAWATMEH DENTAL GROUP, P.C. TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' THE MOTION TO DISMISS PURSUANT TO RULES 12(B)(1) AND 12(B)(6)

| | |
|---|---|
| 1 | MARCELO TOLEDO, D.D.S., INC., a California corporation; |
| 2 | MARLENE THOMPSON, D.D.S., an individual; |
| 3 | MARLENE THOMPSON, D.D.S., INC., a California Corporation; |
| 4 | DOUGLAS NESS, D.D.S., an individual; |
| 5 | NESS DENTAL CORPORATION, A California Corporation; |
| 6 | GEORGE JARED, D.D.S., an individual; |
| 7 | GEORGE JARED D.D.S., INC., a California corporation; |
| 8 | JAMES HEBETS, an individual; |
| 9 | THE HEBETS COMPANY, a Missouri Corporation; and DOES 1-250, inclusive, |
| 10 | |
| 11 | Defendants. |

Defendants MAGALY VELASQUEZ, D.D.S. and MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP. ("Joining Defendants") submit the following joinder in the Reply by Defendants HAWATMEH, D.D.S. and HAWATMEH DENTAL GROUP, P.C. ("Hawatmeh Defendants") to Plaintiff's opposition to defendants' motion to dismiss pursuant Fed. R. Civ. P. 12(b)(1) and 12(b)(6):

This court has enough to read. Suffice it to say that the Hawatmeh Defendants' legal arguments in their reply also apply to the Joining Defendants. As a result, Joining Defendants incorporate the Hawatmeh Defendants' legal arguments in reply as though set forth herein.

Borrego lacks standing. It has not pled a viable RICO claim or a RICO conspiracy claim and, as a result, the court should decline to exercise supplemental jurisdiction over Borrego's state law claims. Most, if not all, of Borrego's claims against the Joining Defendants are time-barred. See 5:10 to 6:18 of the Joinder in the Motion (Document 182). Finally, if any of Borrego's claims survive this motion, Dr. Velasquez as an individual should be dismissed.

Joining Defendants MAGALY VELASQUEZ, D.D.S. and MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP. respectfully request that this court accept their joinder in the Hawatmeh Defendants' Reply to their motion to dismiss, and that the requested relief be granted. This necessarily includes that the RICO claim be dismissed with prejudice and that the matter be remanded to the California courts.

DATED: June 23, 2023                THOMPSON & COLEGATE LLP


By: /s/ Diane Wiesmann
    DIANE MAR WIESMANN
    SUSAN KNOCK BECK
    Attorney for Defendants,
    MAGALY VELASQUEZ, D.D.S., and
    MAGALY M. VELASQUEZ DDS
    PROFESSIONAL DENTAL CORP.

4

JOINDER BY DEFENDANTS MAGALY VELASQUEZ, D.D.S. AND MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP. IN THE REPLY BY DEFENDANTS AYED HAWATMEH, D.D.S. AND HAWATMEH DENTAL GROUP, P.C. TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' THE MOTION TO DISMISS PURSUANT TO RULES 12(B)(1) AND 12(B)(6)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this case or adversary proceeding. My business address is: 3610 Fourteenth Street, Riverside, CA 92501

A true and correct copy of the foregoing document entitled: **JOINDER BY DEFENDANTS MAGALY VELEAQUEZ, D.D.S. AND MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP. IN THE REPLY BY DEFEDANTS AYED HAWATMEH, D.D.S. AND HAWATMEH DENTAL GROUP, P.C. TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' THE MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders, the foregoing document will be served by the court via NEF and hyperlink to the document.

On June 23, 2023, I checked the CM/ECF docket for this case or adversary proceeding and determined that the persons on the Electronic Mail Notice List to receive NEF transmission at the email addresses on the Court's NEF.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

June 23, 2023                                  /s/ Corynthia Wincn
Date                                           *Corynthia Wincn*