KEITH H. RUTMAN (CSB #144175)
501 West Broadway, Suite 1650
San Diego, California 92101-3541
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
email: krutman@krutmanlaw.com

Attorney for Defendants
WALEED STEPHAN, D.D.S.,
W.A. STEPHAN, A
DENTAL CORPORATION,
a California Corporation,
MARCELO TOLEDO, D.D.S. and
MARCELO TOLEDO, D.D.S. Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Roger T. Benitez)

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit Public Benefit Corporation,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>WALEED STEPHAN, D.D.S., W.A. STEPHAN, A DENTAL CORPORATION, MARCELO TOLEDO, D.D.S. and MARCELO TOLEDO, DDS, Inc et. al.,<br><br>　　　　　Defendants. | Case No. 22-cv-1056-BEN (KSC)<br><br>NOTICE OF JOINDER IN REPLY TO OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT |

Pursuant to Local Civil Rule 7.10, Defendants, WALEED STEPHAN, D.D.S., W.A. STEPHAN, A DENTAL CORPORATION, MARCELO TOLEDO, D.D.S., and MARCELO TOLEDO, D.D.S. Inc. ("Joining Defendants") by and through their attorney, and hereby join in the Reply to the Opposition to the Motion to Dismiss the First Amended Complaint pursuant to FRCivP 12(b)(1) & 12(b)(6) filed by AYED

///

///

///

///

1 | HAWATMEH, D.D.S., and HAWATMEH DENTAL GROUP, P.C.. (Doc. 195)

Respectfully Submitted,

Dated: June 26, 2023

*Keith H Rut*
KEITH H. RUTMAN
Attorney for Defendants
WALEED STEPHAN, D.D.S.,
W.A. STEPHAN, A
DENTAL CORPORATION,
MARCELO TOLEDO, D.D.S., and
MARCELO TOLEDO, D.D.S. Inc.
Email: krutman@krutmanlaw.com