1  Clark R. Hudson, SBN 149329
   chudson@neildymott.com
2  Jason A. Jacobs, SBN 330879
   jjacobs@neildymott.com
3  NEIL DYMOTT HUDSON
   A Professional Law Corporation
4  110 West A Street, Suite 1200
   San Diego CA 92101
5  **P** 619.238.1712
   **F** 619.238.1562

6

7  Attorneys for Defendants
   MARLENE THOMPSON, D.D.S. an individual
8  and MARLENE THOMPSON, D.D.S., Inc.

9            UNITED STATES DISTRICT COURT

10          SOUTHERN DISTRICT OF CALIFORNIA

11  BORREGO COMMUNITY          )  CASE NO.  3:22-cv-01056-BEN-KSC
    HEALTH FOUNDATION, a       )
12  California nonprofit public benefit )  **NOTICE OF APPEARANCE OF**
    corporation;               )  **JASON A. JACOBS FOR**
13                             )  **MARLENE THOMPSON, D.D.S.**
                               )  **AND MARLENE THOMPSON,**
14         Plaintiff,           )  **D.D.S., INC.**
                               )
15  vs.                        )  Assigned to: Judge Roger T. Benitez
                               )  Referred to: Magistrate Judge Karen S.
16  KAREN HEBETS, an individual, )  Crawford
    et al.                     )
17                             )
           Defendants.         )
18                             )

19       **TO THE HONORALE COURT, ALL PARTIES AND ATTORNEYS OF**

20  **RECORDS:**

21       PLEASE TAKE NOTICE THAT **JASON A. JACOBS** (State Bar Number

22  330879) who is permitted to practice in this District, hereby appears as counsel of record

23  on behalf of Defendants MARLENE THOMPSON, D.D.S., an individual; and

24  MARLENE THOMPSON, D.D.S., INC., a California corporation.    Effective

25  immediately, please add **JASON A. JACOBS** (State Bar Number 330879) as an

26  attorney to be noticed on all matters at the following address:

27  ///

28  ///

                                    1

1   Jason A. Jacobs, SBN 330879
    jjacobs@neildymott.com
2   NEIL DYMOTT HUDSON
    A Professional Law Corporation
3   110 West A Street, Suite 1200
    San Diego CA 92101
4   **P** 619.238.1712
    **F** 619.238.1562
5

6    Dated:      September 15, 2023            NEIL DYMOTT HUDSON
                                              A Professional Law Corporation
7

8                                             By:    /s/ *Jason A. Jacobs*

9                                                    Clark R. Hudson
                                                     Jason A. Jacobs
10                                                   Attorneys for Defendant,
                                                     MARLENE THOMPSON, D.D.S.
11                                                   an individual and MARLENE
                                                     THOMPSON. D.D.S.. Inc.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF JASON A. JACOBS FOR MARLENE THOMPSON, D.D.S. AND MARLENE
THOMPSON, D.D.S., INC.

**Borrego Community Health Foundation v. Hebets et al**
**USDC Case No.: 3:22-cv-01056-BEN-KSC**

## CERTIFICATE OF SERVICE
### [FRCP 5(b)(2)(C)]

I, the undersigned, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 110 West A Street, Suite 1200, San Diego, CA 92101.

On this same day, I served the following document(s) described as

1.  **NOTICE OF APPEARANCE OF JASON A. JACOBS FOR MARLENE THOMPSON, D.D.S. AND MARLENE THOMPSON, D.D.S., INC.**

on the parties in this action named herein as follows:

### SEE ATTACHED SERVICE LIST

☒   **VIA ELECTRONIC MAIL -** I served each of the above referenced document(s) by E-Filing in accordance with the rules governing the electronic filing of documents in the United States District Court – Southern District of California which will send notification of such filing to the interested parties listed in the attached service list.

Executed on **September 15, 2023**, at San Diego, California.

I declare under penalty of perjury under the laws of the state of California, that the above is true and correct.

/s/ *Theresa M. Madrigal*

Theresa M. Madrigal

NOTICE OF APPEARANCE OF JASON A. JACOBS FOR MARLENE THOMPSON, D.D.S. AND MARLENE THOMPSON, D.D.S., INC.

**SERVICE LIST**

**Plaintiff**

| | | |
|---|---|---|
| **Borrego Community Health Foundation**<br>*A California Nonprofit Public Benefit Corporation* | represented by | **Devin M. Senelick**<br>Hooper, Lundy & Bookman, P.C.<br>1875 Century Park East<br>Suite 1600<br>Los Angeles, CA 90067<br>310-551-8145<br>Fax: 310-551-8181<br>Email: dsenelick@health-law.com |

**Jordan Kearney**
Hooper, Lundy & Bookman, P.C.
101 Montgomery Street
11th Floor
San Francisco, CA 94104
415-875-8497
Email: jkearney@health-law.com

**Joseph R. LaMagna**
Hooper Lundy and Bookman P.C.
101 West Broadway
Suite 1200
San Diego, CA 92101-3890
(619) 744-7300
Fax: (619) 230-0987
Email: jlamagna@health-law.com

**Taryn A. Reid**
Hooper, Lundy & Bookman, PC
1875 Century Park East
Suite 1600
Los Angeles, CA 90067
310-551-8111
Email: treid@health-law.com

**Defendant**

| | | |
|---|---|---|
| **Karen Hebets**<br>*An Individual* | represented by | **Marcus S. Bourassa**<br>McKenzie Scott PC<br>1350 Columbia Street |

4

Suite 600
San Diego, CA 92101
(619) 794-0451
Fax: (619) 652-9964
Email:
mbourassa@mckenziescott.com

**Timothy A. Scott**
McKenzie Scott PC
1350 Columbia St.
Suite 600
San Diego, CA 92101-3455
619-794-0451
Fax: 619-202-7461
Email: tscott@mckenziescott.com

**Defendant**

**Mikia Wallis**                 represented by **Mikia Brayton Wallis**
*An Individual*                                  PO Box 2023
                                                 Julian, CA 92036
                                                 760-239-1619
                                                 Email: mikia@mbwallislaw.com

**Defendant**

**Diana Thompson**               represented by **LeRoy George Siddell**
*An Individual*                                  Law Office of George Siddell
*formerly known as*                              2323 Broadway
Diana Troncoso                                   Suite 104
                                                 San Diego, CA 92102
                                                 619-231-3991
                                                 Email: attorneysiddell@yahoo.com

**Defendant**

**Harry Ilsley**                 represented by **Michael Gregory Freedman**
*An Individual*                                  The Freedman Firm
                                                 10100 Santa Monica Boulevard
                                                 Suite 300
                                                 Los Angeles, CA 90017
                                                 310-285-2210
                                                 Fax: 310-425-8845

NOTICE OF APPEARANCE OF JASON A. JACOBS FOR MARLENE THOMPSON, D.D.S. AND MARLENE
THOMPSON, D.D.S., INC.

|   |   |
|---|---|
| 1 | Email: |
| 2 | michael@thefreedmanfirm.com |

**Defendant**

| **Dennis Nourse** | represented by | **Michael Gregory Freedman** |
|---|---|---|
| *An Individual* | | (See above for address) |

**Defendant**

| **Mike Hickok** | represented by | **Michael Gregory Freedman** |
|---|---|---|
| *An Individual* | | (See above for address) |

**Defendant**

| **Chuck Kimball** | represented by | **Michael Gregory Freedman** |
|---|---|---|
| *An Individual* | | (See above for address) |

**Defendant**

| **Premier Healthcare Management, Inc.** | represented by | **Eric J. Beste** |
|---|---|---|
| *A California Corporation* | | Barnes & Thornburg LLP |
| | | 655 West Broadway |
| | | Suite 1300 |
| | | San Diego, CA 92101 |
| | | 619-321-5015 |
| | | Fax: 310-284-3894 |
| | | Email: eric.beste@btlaw.com |

**Jeffrey B Harris**
Kyle Harris LLP
2305 Historic Decatur Rd
Suite 100
San Diego, CA 92106-6071
619-851-6718
Email: jharris@klhlawyers.com

**John Shepherd Kyle**
Kyle Harris LLP
2305 Historic Decatur Road
Suite 100
San Diego, CA 92106
619-600-0644
Email: jkyle@klhipbiz.com

6

NOTICE OF APPEARANCE OF JASON A. JACOBS FOR MARLENE THOMPSON, D.D.S. AND MARLENE THOMPSON, D.D.S., INC.

1

2

3

4

5

6

                                **Laura Kimberly Gantney**
Kyle Harris LLP
450 B Street
Suite 1410
San Diego, CA 92101
619-600-0086
Fax: 619-600-5144
Email: lgantney@klhipbiz.com

7

**Defendant**

8

**Summit Healthcare**    represented by **Eric J. Beste**
**Management, Inc.**                   (See above for address)

9

*A California Corporation*

10

**Defendant**

11

**Daryl Priest**    represented by **Eric J. Beste**

12

*An Individual*                   (See above for address)

13

                                  **Jeffrey B Harris**
(See above for address)

14

15

                                  **John Shepherd Kyle**
(See above for address)

16

17

**Defendant**

18

**Nicholas Priest**    represented by **Eric J. Beste**

*An Individual*                   (See above for address)

19

20

                                  **Jeffrey B Harris**
(See above for address)

21

22

                                  **John Shepherd Kyle**
(See above for address)

23

24

**Defendant**

25

**Travis Lyon**    represented by **Eric J. Beste**
*An Individual*                   (See above for address)

26

27

                                  **Jeffrey B Harris**
(See above for address)

28

NOTICE OF APPEARANCE OF JASON A. JACOBS FOR MARLENE THOMPSON, D.D.S. AND MARLENE
THOMPSON, D.D.S., INC.

1

2          **John Shepherd Kyle**
           (See above for address)

3

4   **Defendant**

5   **Husam E. Aldairi, DDS**      represented by  **Quintin G Shammam**
    *An Individual*                                Law Offices of Quintin G Shammam
6                                                  2221 Camino Del Rio South
                                                   Suite 207
7                                                  San Diego, CA 92108
                                                   (619) 444-0001
8                                                  Fax: (619) 501-1119
                                                   Email: quintin@shammamlaw.com
9

10  **Defendant**

11  **Ayed Hawatmeh, DDS**         represented by  **Jordan B. Arakawa**
    *An Individual*                                Jones Day
12                                                 4655 Executive Drive
                                                   Suite 1500
13                                                 San Diego, CA 92121-3134
                                                   (858) 314-1200
14                                                 Fax: (844) 345-3178
                                                   Email: jarakawa@jonesday.com
15

16

17                                                 **Shireen Matthews**
                                                   Jones Day
18                                                 4655 Executive Drive
                                                   4655 Executive Dr.
19                                                 Suite 1500
                                                   San Diego, CA 92130
20                                                 858-314-1200
                                                   Email:
21                                                 shireenmatthews@jonesday.com

22

23

24  **Defendant**

25  **Hawatmeh Dental Group,**     represented by  **Jordan B. Arakawa**
    **P.C.**                                       (See above for address)
26  *a California Corporation*
                                                   **Shireen Matthews**
27                                                 (See above for address)

28

---

8

**Defendant**

**Alborz Mehdizadeh, DDS**          represented by   **THOMAS P. BLAU, ESQ.**
*An Individual*                                         **RAMSHIN DANESHI, ESQ.**
                                                        BLEAU FOX
                                                        A Professional Law Corporation
                                                        2801 Empire Avenue
                                                        Burbank, California
                                                        Tel.: (818) 748-3434
                                                        Fax.: (818) 748-3436
                                                        tbleau@bleaufox.com
                                                        rdaneshi@bleaufox.com

**Defendant**

**Alborz Mehdizadeh, Inc.**         represented by   **THOMAS P. BLAU, ESQ.**
*A California Corporation*                             **RAMSHIN DANESHI, ESQ.**
                                                        (See above for address)

**Defendant**

**Jilbert Bakramian, DDS**          represented by   **THOMAS P. BLAU, ESQ.**
*An Individual*                                         **RAMSHIN DANESHI, ESQ.**
                                                        (See above for address)

**Defendant**

**Mohammed Altekreeti,**            represented by   **Michael Karl Pazdernik**
**DDS**                                                 Adams & Corzine
*An Individual*                                         740 Oak Avenue Parkway
                                                        Suite 120
                                                        Folsom, CA 95630
                                                        916-296-0577
                                                        Fax: 916-983-3922
                                                        Email: mpazdernik@aclawyers.com

**Defendant**

**Magaly Velasquez, DDS**           represented by   **Diane Wiesmann**
*An Individual*                                         Thompson & Colegate, LLP
                                                        3610 Fourteenth Street
                                                        P.O. Box 1299
                                                        Riverside, CA 92502
                                                        951-682-5550

NOTICE OF APPEARANCE OF JASON A. JACOBS FOR MARLENE THOMPSON, D.D.S. AND MARLENE
THOMPSON, D.D.S., INC.

Fax: 951-781-4012
Email: dwiesmann@tclaw.net

**Defendant**

**Aram Arakelyan, DDS**          represented by   **THOMAS P. BLAU, ESQ.**
*An Individual*                                    **RAMSHIN DANESHI, ESQ.**
                                                   (See above for address)

**Defendant**

**New Millennium Dental**        represented by   **THOMAS P. BLAU, ESQ.**
**Group Of Aram Arakelyan,**                      **RAMSHIN DANESHI, ESQ.**
**Inc.**                                           (See above for address)
*a California Corporation*

**Defendant**

**Michael Hoang, DDS**           represented by   **Benjamin J. Fenton**
*An Individual*                                    Fenton Law Group
                                                   1990 South Bundy Drive, Suite 777
                                                   Los Angeles, CA 90025
                                                   310-444-5244
                                                   Fax: 310-444-5280
                                                   Email: bfenton@fentonlawgroup.com

                                                   **Nicholas D. Jurkowitz**
                                                   Fenton Law Group, LLP
                                                   1990 S. Bundy Drive. Suite 777
                                                   Los Angeles, CA 90025
                                                   310-444-5244
                                                   Fax: 310-444-5280
                                                   Email:
                                                   njurkowitz@fentonlawgroup.com

**Defendant**

**Waleed Stephan, DDS**          represented by   **Keith Rutman**
*An Individual*                                    501 West Broadway
                                                   Suite 1650
                                                   San Diego, CA 92101-3541
                                                   619-237-9072
                                                   Fax: 760-454-4372
                                                   Email: krutman@krutmanlaw.com

10

NOTICE OF APPEARANCE OF JASON A. JACOBS FOR MARLENE THOMPSON, D.D.S. AND MARLENE
THOMPSON, D.D.S., INC.

**Defendant**

**W.A. Stephan, A Dental Corporation**        represented by   **Keith Rutman**
*a California Corporation*                                      (See above for address)

**Defendant**

**Santiago Rojo, DDS**        represented by   **Daniel Elliott Katz**
*An Individual*                                Reid & Hellyer APC
                                               California
                                               Pob 1300
                                               Riverside, CA 92502
                                               951-682-1771
                                               Fax: 951-686-2415
                                               Email: Dkatz@rhlaw.com

**Defendant**

**Santiago A. Rojo, D.D.S., Inc.**        represented by   **Daniel Elliott Katz**
*a California Corporation*                                  (See above for address)

**Defendant**

**Marcelo Toledo, DDS**        represented by   **Keith Rutman**
*An Individual*                                (See above for address)

**Defendant**

**Marcelo Toledo, D.D.S., Inc.**        represented by   **Keith Rutman**
*A California Corporation*                                 (See above for address)

**Defendant**

**Douglas Ness, DDS**        represented by   **Khodadad Darius Sharif**
*An Individual*                                Sharif Faust Lawyers, Ltd.
                                               600 B Street
                                               Suite 2490
                                               San Diego, CA 92101
                                               619-233-6600
                                               Fax: 619-233-6602
                                               Email: sharif@shariffaust.com

                                               **Matthew J. Faust**

11

NOTICE OF APPEARANCE OF JASON A. JACOBS FOR MARLENE THOMPSON, D.D.S. AND MARLENE THOMPSON, D.D.S., INC.

Sharif Faust Lawyers Ltd
600 B Street
Suite 2490
San Diego, CA 92101
619-233-6600
Email: faust@shariffaust.com

**Defendant**

**Ness Dental Corporation**          represented by   **Khodadad Darius Sharif**
*a California Corporation*                            (See above for address)

                                                     **Matthew J. Faust**
                                                     (See above for address)

**Defendant**

**George Jared, DDS**
*An Individual*

**Defendant**

**George Jared, D.D.S., Inc.**    represented by   **Chester C. Jeng**
*a California Corporation*                         750 West La Habra Boulevard
                                                  La Habra, CA 90631
                                                  714-858-0536
                                                  Email: jeng.rhservices@gmail.com

**Defendant**

**James Hebets, DDS**             represented by   Mitchell J. Popham
*An Individual*                                    mpopham@lockelord.com
                                                   William Mullen
                                                   william.mullen@lockelord.com
                                                   David Rutan
                                                   david.rutan@lockelord.com
                                                   Locke Lord LLP
                                                   300 S. Grand Avenue, Suite 2600
                                                   Los Angeles, California 90071
                                                   Tel: (213) 485-1500

**Defendant**

**The Hebets Company**            represented by   Mitchell J. Popham
*A Missouri Corporation*                           mpopham@lockelord.com
                                                   William Mullen

12

NOTICE OF APPEARANCE OF JASON A. JACOBS FOR MARLENE THOMPSON, D.D.S. AND MARLENE
THOMPSON, D.D.S., INC.

1

2
william.mullen@lockelord.com
David Rutan

3
david.rutan@lockelord.com
Locke Lord LLP

4
300 S. Grand Avenue, Suite 2600
Los Angeles, California 90071

5
Tel: (213) 485-1500

6
**Defendant**

7
**Does 1-250**

8
*Inclusive*

9
**Defendant**

10
**Magaly M. Velasquez DDS**
**Professional Dental Corp.**

11
*a California Corporation*

12
**Defendant**

13
**Aldairi DDS, Inc.**           represented by **Quintin G Shammam**

14
*a California Corporation*                    (See above for address)

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF JASON A. JACOBS FOR MARLENE THOMPSON, D.D.S. AND MARLENE
THOMPSON, D.D.S., INC.