| | |
|---|---|
| 1 | JOSEPH R. LAMAGNA (State Bar No. 246850)<br>JORDAN KEARNEY (State Bar No. 305483) |
| 2 | **HOOPER, LUNDY & BOOKMAN, P.C.**<br>101 W. Broadway, Suite 1200 |
| 3 | San Diego, California 92101<br>Telephone: (619) 744-7300 |
| 4 | Facsimile:  (619) 230-0987<br>E-Mail: jlamagna@hooperlundy.com |
| 5 | jkearney@hooperlundy.com |
| 6 | DEVIN M. SENELICK (State Bar No. 221478)<br>TARYN A. REID (State Bar No. 328772) |
| 7 | **HOOPER, LUNDY & BOOKMAN, P.C.**<br>1875 Century Park East, Suite 1600 |
| 8 | Los Angeles, California 90067<br>Telephone: (310) 551-8111 |
| 9 | Facsimile:  (310) 551-8181<br>E-Mail: dsenelick@hooperlundy.com |
| 10 | treid@hooperlundy.com |
| 11 | *Attorneys for Plaintiff Borrego Community Health Foundation* |

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>KAREN HEBETS, an individual; MIKIA WALLIS, an individual; DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual; HARRY ILSLEY, an individual; DENNIS NOURSE, an individual; MIKE HICKOK, an individual; CHUCK KIMBALL, an individual; PREMIER HEALTHCARE MANAGEMENT, INC., a California Corporation; SUMMIT HEALTHCARE MANAGEMENT, INC., a California Corporation; DARYL PRIEST, an individual; NICHOLAS PRIEST, an individual; TRAVIS LYON, an individual; | Case No. 3:22-cv-01056-BEN-SBC<br><br>Hon. Roger T. Benitez, Courtroom 5A<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT NO. 209**<br><br>Trial Date:        None Set |

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

| | |
|---|---|
| 1 | HUSAM E. ALDAIRI, D.D.S., an individual; ALDAIRI DDS, INC., a California corporation; AYED HAWATMEH, D.D.S., an individual; HAWATMEH DENTAL GROUP, P.C., a California Corporation; ALBORZ MEHDIZADEH, D.D.S., an individual; ALBORZ MEHDIZADEH, INC., a California Corporation; JILBERT BAKRAMIAN, D.D.S., an individual; MOHAMMED ALTEKREETI, D.D.S., an individual; MAGALY VELASQUEZ, D.D.S., an individual; MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP., a California Corporation; ARAM ARAKELYAN, D.D.S., an individual; NEW MILLENNIUM DENTAL GROUP OF ARAM ARAKELYAN, INC., a California Corporation; MICHAEL HOANG, D.M.D., an individual; WALEED STEPHAN, D.D.S., an individual; W.A. STEPHAN, A DENTAL CORPORATION, a California Corporation; SANTIAGO ROJO, D.D.S., an individual; SANTIAGO A. ROJO, D.D.S., INC., a California Corporation; MARCELO TOLEDO, D.D.S., an individual; MARCELO TOLEDO, D.D.S., INC., a California corporation; MARLENE THOMPSON, D.D.S., an individual; MARLENE THOMPSON, D.D.S., INC., a California Corporation; DOUGLAS NESS, D.D.S., an individual; NESS DENTAL CORPORATION, a California Corporation; GEORGE JARED, D.D.S., an individual; GEORGE JARED, D.D.S., INC., a California corporation; JAMES HEBETS, an individual; THE HEBETS COMPANY, a Missouri Corporation; KBH HEALTHCARE CONSULTING, and DOES 1-250, inclusive,<br><br>                    Defendants. | |

7390418.1

2                                                    Case No. 3:22-cv-01056-BEN-SBC
NOTICE OF WITHDRAWAL OF DOCUMENT NO. 209

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff Borrego Community Health Foundation ("Plaintiff") hereby withdraws Document Number 209, the Joint Stipulation for Dismissal with Prejudice. Plaintiff will re-file the Joint Stipulation for Dismissal with Prejudice per the Court's instructions.

DATED: September 20, 2023          HOOPER, LUNDY & BOOKMAN, P.C.

By: _____
JOSEPH R. LAMAGNA
Attorneys for Plaintiff Borrego Community Health Foundation