JOSEPH R. LAMAGNA (State Bar No. 246850)
JORDAN KEARNEY (State Bar No. 305483)
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
E-Mail: jlamagna@hooperlundy.com
        jkearney@hooperlundy.com

DEVIN M. SENELICK (State Bar No. 221478)
TARYN A. REID (State Bar No. 328772)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: dsenelick@hooperlundy.com
        treid@hooperlundy.com

*Attorneys for Plaintiff Borrego Community Health Foundation*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation, | Case No. 3:22-cv-01056-BEN-SBC |
| Plaintiff, | Hon. Roger T. Benitez, Courtroom 5A |
| vs. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| KAREN HEBETS, an individual; MIKIA WALLIS, an individual; DIANA THOMPSON, f/k/a DIANA TRONCOSO, an individual; HARRY ILSLEY, an individual; DENNIS NOURSE, an individual; MIKE HICKOK, an individual; CHUCK KIMBALL, an individual; PREMIER HEALTHCARE MANAGEMENT, INC., a California Corporation; SUMMIT HEALTHCARE MANAGEMENT, INC., a California Corporation; DARYL PRIEST, an individual; NICHOLAS PRIEST, an individual; TRAVIS LYON, an individual; | Trial Date:    None Set |

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

|   |   |   |
|---|---|---|
| 1 | HUSAM E. ALDAIRI, D.D.S., an individual; ALDAIRI DDS, INC., a California corporation; AYED HAWATMEH, D.D.S., an individual; HAWATMEH DENTAL GROUP, P.C., a California Corporation; ALBORZ MEHDIZADEH, D.D.S., an individual; ALBORZ MEHDIZADEH, INC., a California Corporation; JILBERT BAKRAMIAN, D.D.S., an individual; MOHAMMED ALTEKREETI, D.D.S., an individual; MAGALY VELASQUEZ, D.D.S., an individual; MAGALY M. VELASQUEZ DDS PROFESSIONAL DENTAL CORP., a California Corporation; ARAM ARAKELYAN, D.D.S., an individual; NEW MILLENNIUM DENTAL GROUP OF ARAM ARAKELYAN, INC., a California Corporation; MICHAEL HOANG, D.M.D., an individual; WALEED STEPHAN, D.D.S., an individual; W.A. STEPHAN, A DENTAL CORPORATION, a California Corporation; SANTIAGO ROJO, D.D.S., an individual; SANTIAGO A. ROJO, D.D.S., INC., a California Corporation; MARCELO TOLEDO, D.D.S., an individual; MARCELO TOLEDO, D.D.S., INC., a California corporation; MARLENE THOMPSON, D.D.S., an individual; MARLENE THOMPSON, D.D.S., INC., a California Corporation; DOUGLAS NESS, D.D.S., an individual; NESS DENTAL CORPORATION, a California Corporation; GEORGE JARED, D.D.S., an individual; GEORGE JARED, D.D.S., INC., a California corporation; JAMES HEBETS, an individual; THE HEBETS COMPANY, a Missouri Corporation; KBH HEALTHCARE CONSULTING, and DOES 1-250, inclusive,<br><br>            Defendants. |   |

Plaintiff Borrego Community Health Foundation ("Borrego Health") and Defendants George Jared, D.D.S. and George Jared D.D.S., Inc. (collectively, "Jared") hereby submit this Joint Stipulation for Dismissal with Prejudice.

The parties have reached a good faith settlement agreement and mutual release ("Settlement Agreement'), which was approved by the United States Bankruptcy Court for the Southern District of California (Case No. 22-02384-11) on August 1, 2023. Pursuant to the parties' Settlement Agreement, the parties now request that Jared is dismissed with prejudice from this action.

DATED: September 20, 2023        HOOPER, LUNDY & BOOKMAN, P.C.

By: _____
JOSEPH R. LAMANGA
Attorneys for Plaintiff Borrego Community Health Foundation

DATED: September 19, 2023        LAW OFFICES OF JENG & ASSOCIATES

By: *Chester Jeng*
CHESTER C. JENG
Attorneys for George Jared D.D.S., and George Jared, D.D.S., Inc.