1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

11    BORREGO COMMUNITY HEALTH
      FOUNDATION, a California Nonprofit
12    Public Benefit Corporation,
13
                              Plaintiff,
14
      v.
15
      KAREN HEBETS, et. al.,
16
17
                              Defendants.
18

Case No.:  3:22-cv-01056-RBM-SBC

**ORDER GRANTING EX PARTE
MOTION AND MOTION OF
MCKENZIE SCOTT PC FOR
LEAVE TO WITHDRAW AS
COUNSEL FOR KAREN HEBETS**

**[Doc. 275]**

19         On December 20, 2024, counsel for Defendant Karen Hebets filed an Ex Parte

20    Motion and Motion of Mckenzie Scott PC for Leave to Withdraw as Counsel for Karen

21    Hebets ("Motion to Withdraw").  (Doc. 275.)  In its Motion to Withdraw, Defendant

22    Hebets' counsel requests "an order granting leave to withdraw as counsel for defendant

23    Karen Hebets in this matter."  (*Id.* at 1.)  Defendant Hebets' counsel indicates that

24    Defendant Hebets has consented to its withdrawal.  (*Id.*; *see also* Doc. 275-2 at 2,

25    Declaration of Karen Hebets ["Hebets Decl."] ¶ 7.)

26         On February 19, 2025, counsel for Defendant Hebets filed a Supplemental Notice of

27    Termination in Support of its Motion to Withdraw as Counsel.  (Doc. 283.)  Counsel for

28    Defendant Hebets also filed a Supplemental Declaration of Marcus Bourassa in Support of

Motion of Mckenzie Scott PC for Leave to Withdraw as Counsel for Karen Hebets ("Supp. Bourassa Decl."). (Doc. 283-1.) In his Supplemental Declaration, counsel Marcus Bourassa declared, "[o]n February 18, 2025, [Defendant] Karen Hebets notified me and Timothy Scott in writing that she has formally terminated our attorney-client relationship and representation in this matter, effective February 18, 2025." (Supp. Bourassa Decl. ¶ 3.)

"Withdrawal of counsel is governed by the standards of professional conduct required of members of the State Bar of California." *Roberts v. Ford Motor Co.*, Case No.: 24-cv-1424-WQH-DDL, 2024 WL 4257648, at *1 (S.D. Cal. Sept. 19, 2024) (quotation omitted). California Rule of Professional Conduct 1.16(a)(4) provides, "a lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of a client if … the client discharges the lawyer." Here, Defendant Hebets discharged her counsel. Accordingly, counsel's Motion to Withdraw is **GRANTED**. The Cout **ORDERS** the Clerk of the Court to update the docket to indicate that Defendant Hebets is proceeding pro se and can be served at PO Box 2104, Borrego Springs, CA 92004.

**IT IS SO ORDERED.**

DATE:  February 20, 2025

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE